IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>Defendant. | Civil Action No. 4:18-cv-00070-CDL |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Defendant CoreCivic, Inc. respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. Defendant's Motion is based on the allegations in the Complaint and the accompanying Memorandum in Support. For the reasons set forth in its Memorandum, Defendant's Motion should be granted.[1]

/ / /

/ / /

---

[1] Plaintiffs' counsel and Defendant's counsel conferred prior to the filing of this Motion, *see* Local Rules, Standards of Conduct (B)(8), but were unable to resolve it.

Dated:  June 21, 2018                              Respectfully submitted,

                                                s/ Daniel P. Struck
Daniel P. Struck *(pro hac vice)*
   Lead Counsel
Rachel Love *(pro hac vice)*
Nicholas D. Acedo *(pro hac vice)*
Ashlee B. Hesman *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com

Stephen E. Curry (GA Bar No. 202500)
CURRY LAW FIRM
3508-C Professional Circle
Augusta, Georgia 30907-8232
Phone: (706) 724-0022
Fax:  (866) 337-3859
securry@currylawfirm.com

Attorneys for Defendant CoreCivic, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Priyanka Bhatt | priyanka@projectsouth.org |
| Laura Rivera | laura.rivera@splcenter.org |
| Bryan Lopez | bryan.lopez@splcenter.org |
| Daniel Werner | daniel.werner@splcenter.org |
| Meredith B. Stewart | meredith.stewart@splcenter.org |
| Warren T. Burns | wburns@burnscharest.com |
| Daniel H. Charest | dcharest@burnscharest.com |
| Lydia A. Wright | lwright@burnscharest.com |
| Korey A. Nelson | knelson@burnscharest.com |
| R. Andrew Free | andrew@immigrantcivilrights.com |
| Azadeh Shahshahani | azadeh@projectsouth.org |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

s/ Daniel P. Struck
Daniel P. Struck

3469448.1

- 3 -