## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

|  |  |
|---|---|
| WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>Defendant. | Civil Action No. 4:18-cv-00070-CDL |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT

The Court has reviewed Defendant's Consent Motion for Extension of Time to File Reply in Support of Motion to Dismiss Complaint, and for good cause shown:

IT IS HEREBY ORDERED that the Consent Motion is granted.

IT IS FURTHER ORDERED that Defendant shall have until August 2, 2018 to file its Reply in Support of Motion to Dismiss Complaint.

Signed: _____, 2018.

_____
CLAY D. LAND
United States District Court Chief Judge

3480337