IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 18-90025-G

CORECIVIC INC,

Petitioner,

versus

WILHEN HILL BARRIENTOS,
individually and on behalf of all others similarly situated,
MARGARITO VELAZQUEZ-GALICIA,
individually and on behalf of all others similarly situated,
SHOAIB AHMED,
individually and on behalf of all others similarly situated,

Respondents.

Appeal from the United States District Court
for the Middle District of Georgia

Before TJOFLAT, MARTIN, and ROSENBAUM, Circuit Judges.

BY THE COURT:

Petitioner CoreCivic Inc.'s petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is GRANTED.