## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

**WILHEN HILL BARRIENTOS,
MARGARITO VELAZQUEZ GALICIA,
and SHOAIB AHMED** individually and on
behalf of all others similarly situated,

          Plaintiffs,

v.

**CORECIVIC, INC.,**

          Defendant.

**Civil Action No.  4:18-cv-00070-CDL**

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Plaintiffs have filed a Motion to permit Attorneys Daniel Werner and Bryan Lopez to

withdraw as counsel. The Court has reviewed the Plaintiffs' Motion, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is granted. Daniel Werner and Bryan Lopez

are terminated from the case as counsel for Plaintiffs.

Signed: March 3,  2020.

s/Clay D. Land

CLAY D. LAND
United States District Court Chief Judge