**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00070-CDL |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER**

The Court has reviewed Defendant's Consent Motion for Extension of Time to File Answer, and for good cause shown:

IT IS HEREBY ORDERED that the Consent Motion is granted.

IT IS FURTHER ORDERED that Defendant shall have until June 17, 2020 to file its Answer.

Signed: June 8                          , 2020.

S/Clay D. Land

CLAY D. LAND
United States District Court Chief Judge

3718402.1