IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED** individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>**CORECIVIC, INC.,**<br><br>        Defendant. | **Civil Action No.  4:18-cv-00070-CDL** |
| **CORECIVIC, INC.,**<br><br>        Counter-Claimant,<br><br>v.<br><br>**WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED** individually and on behalf of all others similarly situated,<br><br>        Counter-Defendants. | |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM**

Plaintiffs respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Defendant CoreCivic's Counterclaim (Doc. 59) for lack of subject matter jurisdiction or, in the alternative, failure to state a claim upon which relief can be granted. For the reasons set forth in Plaintiffs' Memorandum in Support, attached hereto, the Court should grant Plaintiffs' Motion and dismiss CoreCivic's Counterclaim.

Dated: August 7, 2020                                                     Respectfully submitted,

/s/ Caitlin J. Sandley_____
Caitlin J. Sandley (GA Bar No. 610130)           Alan B. Howard**
**SOUTHERN POVERTY LAW CENTER**        John T. Dixon**
400 Washington Ave.                                         Emily B. Cooper**
Montgomery, AL 36104                                  **PERKINS COIE LLP**

1

Telephone: (334) 303-6822
Facsimile: (334) 956-8481
cj.sandley@splcenter.org

Meredith B. Stewart*
**SOUTHERN POVERTY LAW CENTER**
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
meredith.stewart@splcenter.org

Laura Rivera (GA Bar No. 143762)
Rebecca Cassler (GA Bar No. 487886)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA, 300030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
laura.rivera@splcenter.org
rebecca.cassler@splcenter.org

R. Andrew Free*
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221x1
Facsimile: (615) 829-8959
andrew@immigrantcivilrights.com

Azadeh Shahshahani (GA Bar No. 509008)
Priyanka Bhatt (GA Bar No. 307315)
**PROJECT SOUTH**
9 Gammon Avenue SE
Atlanta, A 30315
Telephone: (404) 622-0602
Facsimile: (404) 622-4137
azadeh@projectsouth.org
priyanka@projectsouth.org

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
AHoward@perkinscoie.com
JohnDixon@perkinscoie.com
ECooper@perkinscoie.com

Jessica Tseng Hasen*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3293
Facsimile: (206) 359-9000
jhasen@perkinscoie.com

Korey A. Nelson*
Lydia A. Wright*
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
lwright@burnscharest.com

Warren T. Burns*
Daniel H. Charest*
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

*Admitted *pro hac vice*
**\*\*pro hac vice* admission pending

*Attorneys for Plaintiffs*