**DO NOT SEND PAYMENT WITH YOUR PETITION! ONCE ADMITTED, YOU MUST PAY FEES BY CREDIT CARD VIA CM/ECF.**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

### PETITION FOR ADMISSION TO PLEAD AND PRACTICE *PRO HAC VICE*

The Petition of _____ respectfully shows that petitioner is now a member in good standing of the State Bar of _____, as evidenced by State Bar Number _____ and is a member in good standing of a U.S. District Court as evidenced by the attached Certificate of Good Standing from the U. S. District Court where he/she is admitted to Practice. Wherefore, petitioner, after taking the below Oath of Admission, prays that he/she be admitted as an Attorney, Solicitor, and Proctor to plead and practice pro hac vice in the United States District Court for the Middle District of Georgia for case number

_____   to   represent   _____.
(name of plaintiff/defendant)

### OATH ON ADMISSION *(PRO HAC VICE)*

I, _____, do solemnly swear, that as an attorney and as a counselor of this Court for the above said case, I will conduct myself uprightly and according to law, and that I will support the Constitution of the United States of America. I further affirm that I have read the Standards of Conduct set forth in the Preamble to this district's Local Rules, and I will strive to comply with these standards in my practice before this Court.

ELECTRONIC FILING:

* Upon admission to plead and practice pro hac vice, I understand that I will be registered to file electronically in the Middle District of Georgia. The password issued by the court combined with the login serves as and constitutes a legal signature. Registration as a user constitutes (a) consent to receive notice electronically where notice is required by statute or rule and waiver of notice by any other means; and (b) consent to electronic service and waiver of service by any other means, except for original process.

DATE: _____          _____
                                                            FULL SIGNATURE OF PETITIONER

NUMBER OF CASES I APPEARED PRO HAC VICE IN THE          _____
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF          LAW FIRM ADDRESS (Street or P.O. Box)
GEORGIA IN THE *LAST 12 MONTHS:* _____
                                                            _____
                                                            CITY, STATE & ZIP CODE TELEPHONE #

                                                            _____
                                                            EMAIL ADDRESS (Required)

=====================================================================================================

### ORDER

IT IS ORDERED that Petitioner is hereby admitted to plead and practice pro hac vice as Attorney, Solicitor, Counselor, and Proctor.

DATE: _____          _____
                                                            DAVID W. BUNT
                                                            CLERK, U. S. DISTRICT COURT
                                                            MIDDLE DISTRICT OF GEORGIA