IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**,<br><br>       Plaintiffs,<br>v.<br><br>**CORECIVIC, INC.**,<br><br>       Defendant.<br><br><br>**CORECIVIC, INC.**,<br><br>       Counter-Claimant,<br>v.<br><br>**WILHEN HILL BARRIENTOS, et al.**,<br><br>       Counter-Defendants. | **Civil Action No.  4:18-cv-00070-CDL** |

**ORDER**

Plaintiffs and Trinity Services Group, Inc., by and through their respective counsel, (collectively, "the Parties"), have stipulated and agreed to stay Plaintiffs' Response to Trinity's Services Group, Inc.'s Motion to Quash Subpoena (Doc. 83) to allow them to have further discussions to resolve this matter.  Quite frankly, the continued delay in resolving this matter is difficult to understand.   The Court is not inclined to allow the motion to remain pending on the Court's docket indefinitely, only to be removed at the whim of the parties.   Accordingly, the Court directs the parties to resolve this matter within thirty days of the date of today's order.  In the meantime,  Trinity's Motion to quash is terminated with the right of Trinity to renew the motion without prejudice within 30 days of today's order if the matter is not resolved by then.

IT IS SO ORDERED.

ENTERED this 8th day of December, 2020.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA