IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **CORECIVIC, INC.**, <br><br> Defendant. <br><br> ───────────────── <br><br> **CORECIVIC, INC.**, <br><br> Counter-Claimant, <br><br> v. <br><br> **WILHEN HILL BARRIENTOS, et al.**, <br><br> Counter-Defendants. | Civil Action No.  4:18-cv-00070-CDL |

## ORDER ON JOINT MOTION TO EXTEND DEADLINE FOR THE PARTIES TO RESOLVE PLAINTIFFS' DOCUMENT SUBPOENA TO TRINITY SERVICES GROUP, INC.

On January 7, 2021, Plaintiffs and Trinity Services Group, Inc. (collectively, "the Parties")
filed a joint Motion to Extend the Deadline for the Parties to Resolve Plaintiffs' Document
Subpoena to Trinity Services Group, Inc. For good cause shown, the Court hereby **GRANTS** the
joint motion and **ORDERS** the Parties to resolve Plaintiffs' document subpoena or seek Court
intervention no later than thirty (30) days after entry of this order.

Dated:  January 8, 2021 _____

/s/Clay D. Land _____
THE HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE

1