**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**,<br><br>Plaintiffs,<br>v.<br><br>**CORECIVIC, INC.**,<br><br>Defendant.<br><br><br>**CORECIVIC, INC.**,<br><br>Counter-Claimant,<br>v.<br><br>**WILHEN HILL BARRIENTOS, et al.**,<br><br>Counter-Defendants. | **Civil Action No.  4:18-cv-00070-CDL** |

## <u>ORDER ON JOINT MOTION FOR LEAVE TO FILE DISCOVERY MOTIONS</u>

On February 9, 2021, Plaintiffs and Trinity Services Group, Inc. (collectively, "the Parties") filed a Joint Motion for Leave to File Discovery Motions regarding Plaintiffs' document subpoena to Trinity Services Group, Inc. For good cause shown, the Court hereby **GRANTS** the joint motion and **ORDERS** the Parties to file any motions by February 22, 2021.

Dated:  February 10, 2021

/s/Clay D. Land
THE HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE

1