IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al**,<br><br>      Plaintiffs,<br>v.<br><br>**CORECIVIC, INC.,**<br><br>      Defendant.<br><br>**CORECIVIC, INC.,**<br><br>      Counter-Claimant,<br>v.<br><br>**WILHEN HILL BARRIENTOS, et al.**,<br><br>      Counter-Defendants. | Civil Action No.  4:18-cv-00070-CDL<br><br>**HEARING REQUESTED** |

**PLAINTIFFS' MOTION TO COMPEL TRINITY SERVICES GROUP, INC.'S RESPONSE TO SUBPOENA**

Pursuant to Rule 45 and Rule 37 of the Federal Rules of Civil Procedure, Plaintiffs file this Motion to Compel Trinity Services Group, Inc.'s Response to Plaintiffs' Rule 45 Subpoena. In compliance with Fed. R. Civ. P. 37(a)(1) and Local Rule 37, Plaintiffs have in good faith conferred or attempted to confer with Trinity Services Group, Inc., but did not obtain the relief sought. In support of their Motion, Plaintiffs attach a Memorandum of Law, a proposed order, and the Declaration of Meredith B. Stewart with the exhibits annexed thereto.

For all the reasons stated in their Memorandum of Law in Support of the Motion and accompanying exhibits, the Court should grant Plaintiffs' Motion to Compel.

1

Dated: February 22, 2021                                            Respectfully submitted,

/s/ Meredith B. Stewart
Meredith B. Stewart*                                                Rebecca M. Cassler (GA Bar No. 487886)
**SOUTHERN POVERTY LAW CENTER**                                     **SOUTHERN POVERTY LAW CENTER**
201 Saint Charles Avenue, Suite 2000                                150 E. Ponce de Leon Avenue, Suite 340
New Orleans, LA 70170                                               Decatur, GA, 30030
Telephone: (504) 486-8982                                           Telephone: (404) 521-6700
Facsimile: (504) 486-8947                                           Facsimile: (404) 221-5857
meredith.stewart@splcenter.org                                      rebecca.cassler@splcenter.org

Caitlin J. Sandley (GA Bar No. 610130)                              Alan B. Howard*
**SOUTHERN POVERTY LAW CENTER**                                     John T. Dixon*
400 Washington Ave.                                                 Emily B. Cooper*
Montgomery, AL 36104                                                **PERKINS COIE LLP**
Telephone: (334) 303-6822                                           1155 Avenue of the Americas
Facsimile: (334) 956-8481                                           22nd Floor
cj.sandley@splcenter.org                                            New York, NY 10036-2711
                                                                    Telephone: (212) 262-6900
Vidhi Bamzai*                                                       Facsimile: (212) 977-1649
**SOUTHERN POVERTY LAW CENTER**                                     AHoward@perkinscoie.com
111 East Capitol St., Suite 280                                     JohnDixon@perkinscoie.com
Jackson, MS 39201                                                   ECooper@perkinscoie.com
Telephone: (601) 948-8882
Facsimile: (601) 948-8885                                           Jessica L. Everett-Garcia**
vidhi.bamzai@splcenter.org                                          John H. Gray**
                                                                    **PERKINS COIE LLP**
R. Andrew Free*                                                     2901 N. Central Avenue, Suite 2000
**LAW OFFICE OF R. ANDREW FREE**                                    Phoenix, AZ 85012-2788
P.O. Box 90568                                                      Telephone: (602) 351-8000
Nashville, TN 37209                                                 Facsimile: (602) 648-7000
Telephone: (844) 321-3221x1                                         jeverettgarcia@perkinscoie.com
Facsimile: (615) 829-8959                                           jhgray@perkinscoie.com
andrew@immigrantcivilrights.com

                                                                    Jessica Tseng Hasen*
                                                                    **PERKINS COIE LLP**
                                                                    1201 Third Avenue, Suite 4900
                                                                    Seattle, WA 98101
                                                                    Telephone: (206) 359-3293
                                                                    Facsimile: (206) 359-9000
                                                                    jhasen@perkinscoie.com

Azadeh Shahshahani (GA Bar No. 509008)  
Priyanka Bhatt (GA Bar No. 307315)  
**PROJECT SOUTH**  
9 Gammon Avenue SE  
Atlanta, A 30315  
Telephone: (404) 622-0602  
Facsimile: (404) 622-4137  
azadeh@projectsouth.org  
priyanka@projectsouth.org  

Daniel H. Charest*  
**BURNS CHAREST LLP**  
900 Jackson St., Suite 500  
Dallas, TX 75202  
Telephone: (469) 904-4550  
Facsimile: (469) 444-5002  
dcharest@burnscharest.com  

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*