# Exhibit 5



# Food Service Director

| Job Code | Job Description Title |
|---|---|
| EFSD1 | |

## Job Summary

**Job Summary**

Plan, direct and coordinate the activities associated with running a single site, stand-alone food service operation in a facility with only one kitchen and less than 1,000 inmates/beds. This position is in charge of the operational and financial responsibilities for the kitchen. Supervises an AFSD and/or a team of Food Service Supervisors and/or Cooks who are involved with the preparation, serving and clean-up of food in a secure correctional facility



CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001608



| Supervisory Role |
|---|
| **Supervisory Role** |

| Qualifications |
|---|

| Education/Licenses/Certifications | | |
|---|---|---|
| Required/Preferred | Level | Description |

**Years Of Experience**

| Minimum Years of Experience | Maximum Years of Experience | Comments |
|---|---|---|

**Travel**

| Travel Requirement | Amount of Time |
|---|---|
| Local | |
| Overnight | |

| Associated Knowledge, Skills and Abilities |
|---|

**Associated Knowledge, Skills and Abilities:**
• Knowledge and experience managing and applying kitchen sanitation and safety standards and methods.
• Knowledge of basic accounting and mathematical abilities to complete necessary reports High School Diploma or Equivalent
• Five years' of management or supervisory experience in a food service environment.
• ServSafe Certified.
• Must be able to pass company background check.
• Must be able to pass drug test.
• Establishing a course of action for self and/or others to accomplish specific goals by planning proper

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001609

assignments of personnel and appropriate allocation of resources.

## Core Competencies

**Core Competencies**

Cooperation/Teamwork - Works harmoniously and contributes to building a positive team spirit while working with others to get a job done; responds positively to instructions and procedures.

Attendance/Punctuality - Is consistently at work and on time and instills same in team members supervised.

Oral Communication – Listens and gets clarification while following work instruction. Responds well to questions.

Attention to Detail – Ability to consistently follow verbal and written instructions on safe work conditions and food preparation.

Customer focused - Listens and understands the customer (both internal and external); anticipating customer needs; giving high priority to customer satisfaction.

## Work Environment

**Primary Work Environment**

**Environmental Conditions**

| Environmental Condition | Amount of Time |
|---|---|
| Vibration | |
| Wet or humid conditions (non-weather) | |
| Outdoor weather conditions | |
| Extreme cold (non-weather) | |
| Extreme heat (non-weather) | |
| Work near moving mechanical parts | |
| Risk of electrical shock | |
| Work in high, precarious places | |
| Fumes or airborne particles | |
| Toxic or caustic chemicals | |
| Work with explosives | |
| Risk of radiation | |

**Noise Level**

## Physical Demands

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001610

**Physical Demands**

| Physical Demand | Amount of Time |
|---|---|
| Stand | |
| Walk | |
| Sit | |
| Use hands to finger, handle, or feel | |
| Reach with hands and arms | |
| Climb or balance | |
| Stoop, kneel, crouch, or crawl | |
| Talk or hear | |
| Taste or smell | |
| Drive | |

**Lifting Requirements**

| Lifting Demand | Amount of Time |
|---|---|
| Up to 10 pounds | |
| Up to 25 pounds | |
| Up to 50 pounds | |
| Up to 100 pounds | |
| More than 100 pounds | |

**Vision Requirements**

| Vision Demand | Requirement |
|---|---|
| Close vision (clear vision at 20 inches or less) | |
| Distance vision (clear vision at 20 feet or more) | |
| Color vision (ability to identify and distinguish colors) | |
| Peripheral vision (ability to observe an area that can be seen up and down or to the left and right while eyes are fixed on a given point) | |
| Depth perception (three-dimensional vision, ability to judge distances and spatial relationships) | |
| Ability to adjust focus (ability to adjust the eye to bring an object into sharp focus) | |

**Acknowledgement**

**Acknowledgement**

I have read and received a copy of my job description and specifications. I understand the information contained herein, and I further understand that this job description is not intended and should not be construed as a comprehensive list of all the responsibilities, skills, efforts or working conditions associated with my job. I may be required to perform additional tasks necessary to meet the requirements and standards set up by the company.

By signing this document, I agree that in the event that my employment ends, either voluntarily or

involuntarily, the company may withhold from my final paycheck any amount for company tools, equipment, uniforms or any expenses that I incurred, except to the extent prohibited by federal or state minimum wage law. I represent that this authorization is executed voluntarily and has not been made as a condition of continued employment.

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001612



# Assistant Food Service Director

| Job Code | Job Description Title |
|---|---|
| **EAFSD** | |

## Job Summary

**Job Summary**

Plan, direct and coordinate by assisting in the activities associated with running a large food service operation with one or more production kitchens. Supervises a group of team members involved in preparation, serving and clean-up of food service. May also be an identified participant in an OJT program, training for purposes in preparation for an FSD role/promotion.





## Supervisory Role

**Supervisory Role**

## Qualifications

**Education/Licenses/Certifications**

| Required/Preferred | Level | Description |
|---|---|---|

**Years Of Experience**

| Minimum Years of Experience | Maximum Years of Experience | Comments |
|---|---|---|

**Travel**

| Travel Requirement | Amount of Time |
|---|---|
| Local | |
| Overnight | |

## Associated Knowledge, Skills and Abilities

**Associated Knowledge, Skills and Abilities:**
- Knowledge and experience managing and applying kitchen sanitation and safety standards and methods.
- Knowledge of basic accounting and mathematical abilities to complete necessary reports High School Diploma or Equivalent
- Five years' of management or supervisory experience in a food service position.
- ServSafe Certified.
- Must be able to pass company background check.
- Must be able to pass drug test.

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001614

## Core Competencies

**Core Competencies**

Cooperation/Teamwork - Works harmoniously and contributes to building a positive team spirit while working with others to get a job done; responds positively to instructions and procedures.

Attendance/Punctuality - Is consistently at work and on time and instills same in team members supervised.

Oral Communication – Listens and gets clarification while following work instruction. Responds well to questions.

Attention to Detail – Ability to consistently follow verbal and written instructions on safe work conditions and food preparation.

Customer focused - Listens and understands the customer (both internal and external); anticipating customer needs; giving high priority to customer satisfaction.

Managing Work - Establishing a course of action for self and/or others to accomplish specific goals by planning proper assignments of personnel and appropriate allocation of resources.

## Work Environment

**Primary Work Environment**

**Environmental Conditions**

| Environmental Condition | Amount of Time |
|---|---|
| Vibration | |
| Wet or humid conditions (non-weather) | |
| Outdoor weather conditions | |
| Extreme cold (non-weather) | |
| Extreme heat (non-weather) | |
| Work near moving mechanical parts | |
| Risk of electrical shock | |
| Work in high, precarious places | |
| Fumes or airborne particles | |
| Toxic or caustic chemicals | |
| Work with explosives | |
| Risk of radiation | |

**Noise Level**

## Physical Demands

**Physical Demands**

| Physical Demand | Amount of Time |
|---|---|

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001615

| | |
|---|---|
| Stand | |
| Walk | |
| Sit | |
| Use hands to finger, handle, or feel | |
| Reach with hands and arms | |
| Climb or balance | |
| Stoop, kneel, crouch, or crawl | |
| Talk or hear | |
| Taste or smell | |
| Drive | |

**Lifting Requirements**

| Lifting Demand | Amount of Time |
|---|---|
| Up to 10 pounds | |
| Up to 25 pounds | |
| Up to 50 pounds | |
| Up to 100 pounds | |
| More than 100 pounds | |

**Vision Requirements**

| Vision Demand | Requirement |
|---|---|
| Close vision (clear vision at 20 inches or less) | |
| Distance vision (clear vision at 20 feet or more) | |
| Color vision (ability to identify and distinguish colors) | |
| Peripheral vision (ability to observe an area that can be seen up and down or to the left and right while eyes are fixed on a given point) | |
| Depth perception (three-dimensional vision, ability to judge distances and spatial relationships) | |
| Ability to adjust focus (ability to adjust the eye to bring an object into sharp focus) | |

## Acknowledgement

**Acknowledgement**

I have read and received a copy of my job description and specifications. I understand the information contained herein, and I further understand that this job description is not intended and should not be construed as a comprehensive list of all the responsibilities, skills, efforts or working conditions associated with my job. I may be required to perform additional tasks necessary to meet the requirements and standards set up by the company.

By signing this document, I agree that in the event that my employment ends, either voluntarily or involuntarily, the company may withhold from my final paycheck any amount for company tools, equipment, uniforms or any expenses that I incurred, except to the extent prohibited by federal or state minimum wage law. I represent that this authorization is executed voluntarily and has not been

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001616

made as a condition of continued employment.

CONFIDENTIAL: Produced Pursuant to Protective Order  TRINITY00001617

# Shift Supervisor



| Job Code | Job Description Title |
|---|---|
| NSTSU | |

## Job Summary

**Job Summary**



## Supervisory Role

**Supervisory Role**

## Qualifications

**Education/Licenses/Certifications**

| Required/Preferred | Level | Description |
|---|---|---|
| | | High School Diploma or Equivalent |

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001618

| | |
|---|---|
| | Prior food service experience is preferred |
| | Prior institutional food service or restaurant experience is a plus |
| | Previous dietary aide/dietary food experience is plus |

**Years Of Experience**

| Minimum Years of Experience | Maximum Years of Experience | Comments |
|---|---|---|
| | | |

**Travel**

| Travel Requirement | Amount of Time |
|---|---|
| Local | |
| Overnight | |

## Associated Knowledge, Skills and Abilities

**Associated Knowledge, Skills and Abilities:**

## Core Competencies

**Core Competencies**

## Work Environment

**Primary Work Environment**

**Environmental Conditions**

| Environmental Condition | Amount of Time |
|---|---|
| Vibration | |
| Wet or humid conditions (non-weather) | |
| Outdoor weather conditions | |
| Extreme cold (non-weather) | |
| Extreme heat (non-weather) | |
| Work near moving mechanical parts | |
| Risk of electrical shock | |
| Work in high, precarious places | |
| Fumes or airborne particles | |

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001619

| | |
|---|---|
| Toxic or caustic chemicals | |
| Work with explosives | |
| Risk of radiation | |

**Noise Level**

## Physical Demands

**Physical Demands**

| Physical Demand | Amount of Time |
|---|---|
| Stand | |
| Walk | |
| Sit | |
| Use hands to finger, handle, or feel | |
| Reach with hands and arms | |
| Climb or balance | |
| Stoop, kneel, crouch, or crawl | |
| Talk or hear | |
| Taste or smell | |
| Drive | |

**Lifting Requirements**

| Lifting Demand | Amount of Time |
|---|---|
| Up to 10 pounds | |
| Up to 25 pounds | |
| Up to 50 pounds | |
| Up to 100 pounds | |
| More than 100 pounds | |

**Vision Requirements**

| Vision Demand | Requirement |
|---|---|
| Close vision (clear vision at 20 inches or less) | |
| Distance vision (clear vision at 20 feet or more) | |
| Color vision (ability to identify and distinguish colors) | |
| Peripheral vision (ability to observe an area that can be seen up and down or to the left and right while eyes are fixed on a given point) | |
| Depth perception (three-dimensional vision, ability to judge distances and spatial relationships) | |
| Ability to adjust focus (ability to adjust the eye to bring an object into sharp focus) | |

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001620

| Acknowledgement |
|---|
| **Acknowledgement**<br>I have read and received a copy of my job description and specifications. I understand the information contained herein, and I further understand that this job description is not intended and should not be construed as a comprehensive list of all the responsibilities, skills, efforts or working conditions associated with my job. I may be required to perform additional tasks necessary to meet the requirements and standards set up by the company.<br><br>By signing this document, I agree that in the event that my employment ends, either voluntarily or involuntarily, the company may withhold from my final paycheck any amount for company tools, equipment, uniforms or any expenses that I incurred, except to the extent prohibited by federal or state minimum wage law. I represent that this authorization is executed voluntarily and has not been made as a condition of continued employment. |

CONFIDENTIAL: Produced Pursuant to Protective Order   TRINITY00001621