**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**, <br><br>     Plaintiffs, <br>v. <br><br> **CORECIVIC, INC.**, <br><br>     Defendant. <br><br>――――――――――――――――― <br><br> **CORECIVIC, INC.**, <br><br>     Counter-Claimant, <br>v. <br><br> **WILHEN HILL BARRIENTOS, et al.**, <br><br>     Counter-Defendants. | Civil Action No. 4:18-cv-00070-CDL |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL TRINITY SERVICES GROUP, INC.'S RESPONSE TO SUBPOENA**

On February 22, 2021, Plaintiffs filed a Motion to Compel Trinity Services Group, Inc.'s Response to Subpoena. For good cause shown, the Court hereby **GRANTS** the motion and **ORDERS** Trinity Services Group, Inc. ("Trinity") to produce:

(1) the emails Trinity has identified as containing PII/PHI;

(2) any emails that are responsive to the Phase 2 search terms;

(3) the unredacted price per meal rate term in the Trinity-CoreCivic contract for SDC; and

(4) the identities of the Trinity employees at SDC and payroll information for those employees for the Relevant Period.

1

Trinity is ordered to produce those documents to Plaintiffs within fourteen (14) days of entry of this order.

Dated: _____  /s/_____
THE HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE