# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**, <br><br>    Plaintiffs, <br> v. <br><br> **CORECIVIC, INC.**, <br><br>    Defendant. <br><br> **CORECIVIC, INC.**, <br><br>    Counter-Claimant, <br> v. <br><br> **WILHEN HILL BARRIENTOS, et al.**, <br><br>    Counter-Defendants. | Civil Action No.  4:18-cv-00070-CDL |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

On February 22, 2021, Plaintiffs filed a Motion for Leave to File Exhibit Under Seal, seeking permission to file publicly a redacted version and under seal an unredacted version of Exhibit 5 in support of Plaintiffs' Motion to Compel the response of Trinity Services Group, Inc. to Plaintiffs' Rule 45 subpoena for documents. For good cause shown, the Court hereby **GRANTS** Plaintiffs' motion for leave to file publicly a redacted version and under seal an unredacted version of Exhibit 5.

Dated: February 23, 2021
S/Clay D. Land
U.S. District Judge