**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**, <br><br> Plaintiffs, <br> v. <br><br> **CORECIVIC, INC.**, <br><br> Defendant. | <br><br><br><br><br> Civil Action No.  **4:18-cv-00070-CDL** |

### ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

On March 29, 2021, Plaintiffs filed a Motion for Leave to File Exhibit Under Seal, seeking permission to file under seal Exhibit 2 attached to Plaintiffs' Reply Brief in support of their Motion to Compel the response of Trinity Services Group, Inc. to Plaintiffs' Rule 45 subpoena for documents. For good cause shown, the Court hereby **GRANTS** Plaintiffs' motion for leave to file Exhibit 2 under seal such that it will be restricted to counsel for the parties and court personnel.

Dated:  3/30/2021

/s/Clay D. Land
THE HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE

1