**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al**,      Plaintiffs, <br><br> v. <br><br> **CORECIVIC, INC.,** <br><br>      Defendant. | **Civil Action No.  4:18-cv-00070-CDL** |

**JOINT MOTION FOR PROTECTIVE ORDER**

Pursuant to the Court's order (Doc. 134), Plaintiffs and Trinity Services Group, Inc. (the "Parties") have met and conferred, and jointly request that the Court enter the attached proposed Protective Order (Exhibit 1). The Parties agree on all terms of the attached Order protecting the production of outstanding documents by Trinity Services Group, Inc. in this matter.

Dated: May 3, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Meredith B. Stewart* | /s/ Jonathan T. Edwards |
| Meredith B. Stewart* | Jonathan T. Edwards |
| **SOUTHERN POVERTY LAW CENTER** | **ALSTON & BIRD LLP** |
| 201 Saint Charles Avenue, Suite 2000 | Jonathan T. Edwards |
| New Orleans, LA 70170 | GA Bar No. 134100 |
| Telephone: (504) 486-8982 | Aleia M. Hornsby |
| Facsimile: (504) 486-8947 | GA Bar No. 536096 |
| meredith.stewart@splcenter.org | 1201 West Peachtree Street |
| | Atlanta, GA 30309-3424 |
| | T: 404-881-7000 |
| | F: 404-881-7777 |
| | jonathan.edwards@alston.com |
| | aleia.hornsby@alston.com |

1

2

Caitlin J. Sandley (GA Bar No. 610130)
**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave.
Montgomery, AL 36104
Telephone: (334) 303-6822
Facsimile: (334) 956-8481
cj.sandley@splcenter.org

Vidhi Bamzai*
**SOUTHERN POVERTY LAW CENTER**
111 East Capitol St., Suite 280
Jackson, MS 39201
Telephone: (601) 948-8882
Facsimile: (601) 948-8885
vidhi.bamzai@splcenter.org

Rebecca M. Cassler (GA Bar No. 487886)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA, 30030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
rebecca.cassler@splcenter.org

Alan B. Howard*
John T. Dixon*
Emily B. Cooper*
**PERKINS COIE LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
AHoward@perkinscoie.com
JohnDixon@perkinscoie.com
ECooper@perkinscoie.com

*Attorneys for non-party Trinity Services Group, Inc.*

2

Jessica L. Everett-Garcia**
John H. Gray**
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
jeverettgarcia@perkinscoie.com
jhgray@perkinscoie.com

Jessica Tseng Hasen*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3293
Facsimile: (206) 359-9000
jhasen@perkinscoie.com

R. Andrew Free*
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221x1
Facsimile: (615) 829-8959
andrew@immigrantcivilrights.com

Azadeh Shahshahani (GA Bar No. 509008)
Priyanka Bhatt (GA Bar No. 307315)
**PROJECT SOUTH**
9 Gammon Avenue SE
Atlanta, A 30315
Telephone: (404) 622-0602
Facsimile: (404) 622-4137
azadeh@projectsouth.org
priyanka@projectsouth.org

Daniel H. Charest*
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, TX 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
dcharest@burnscharest.com

*Admitted *pro hac vice*
**Attorneys for Plaintiffs**

3