IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**,<br><br>　　　　　Plaintiffs,<br>v.<br><br>**CORECIVIC, INC.**,<br><br>　　　　　Defendant. | Civil Action No.  4:18-cv-00070-CDL |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S RESPONSE TO PLAINTIFFS' FIRST DISCOVERY REQUESTS**

On May 11, 2021, Plaintiffs filed a Motion to Compel Defendant CoreCivic, Inc.'s Response to Plaintiffs' First Discovery Requests. For good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS** CoreCivic, Inc. ("CoreCivic") to produce:

(1) Three policies related to the Work Program, discipline, the provision of basic necessities, and housing, responsive to RFPs 1, 7, 14, 17, including Policy 01-22, Audits, Inspections, Corrective Actions; Policy 5-1, Incident Reporting; and 16-1, Access to Telephones.

(2) CoreCivic staffing plans and vacancy reports submitted by the ICE contract liaison (known as the Contracting Officer's Technical Representative (COTR)) in response to RFP 11.

(3) Certain audit and inspection reports of SDC in response to RFP 13, including those performed by CoreCivic's Quality Assurance Division, even if they mention the Work Program.

(4) CoreCivic financial information for SDC in response to Interrogatory 4 (and corresponding RFP 20).

CoreCivic shall produce the above-described documents in accordance with the production timelines set forth in the Parties' May 11, 2021 Joint Motion to Extend Discovery Deadlines and Set Interim Production Deadlines.

1

The Court also **ORDERS** CoreCivic to pay the attorney's fees and expenses associated with Plaintiffs' Motion to Compel and directs Plaintiffs to file, within fourteen (14) days of this Order, a document specifying and itemizing the attorney's fees and expenses associated with their Motion.

Dated: _____  /s/_____
THE HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE