IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al**, <br><br> Plaintiffs, <br> v. <br><br> **CORECIVIC, INC.,** <br><br> Defendant. | Civil Action No.  4:18-cv-00070-CDL |

### Declaration of Caitlin J. Sandley

I, Caitlin J. Sandley, hereby declare and state as follows:

1. My name is Caitlin J. Sandley.  I am a Senior Staff Attorney at the Southern Poverty Law Center. I represent Plaintiffs in the above-captioned litigation.

2. True and accurate copies of the following exhibits are attached to Plaintiffs' Memorandum of Law in Support of their Motion to Compel Defendant CoreCivic's Response to Plaintiffs' First Discovery Requests:

| Exhibit | Description |
|---|---|
| 1 | Plaintiffs' First Request for Production of Documents |
| 2 | Plaintiffs' First Set of Interrogatories |
| 3 | CoreCivic's Response to Plaintiffs' First Request for Production of Documents |
| 4 | CoreCivic's Response to Plaintiffs' First Set of Interrogatories |
| 5 | Nov. 19, 2020 Letter from M. Stewart to J. Lee regarding Plaintiffs' First Set of Discovery Requests and Conferral Requests |
| 6 | April 1, 2021 Letter from M. Stewart to J. Lee regarding Status of Plaintiffs' First Set of Discovery Requests |
| 7 | March 12, 2021 Letter from M. Stewart to J. Lee regarding Response to CoreCivic's March 9, 2021 Letter |
| 8 | April 28-May 4, 2021 Emails between J. Lee and M. Stewart |
| 9 | Oct. 20, 2020 Letter from M. Stewart to J. Lee regarding Summary of Conferrals Regarding Plaintiffs' First Set of Discovery Requests |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of May, 2021 in Montgomery, Alabama.

_____
Caitlin J. Sandley