# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**CORECIVIC, INC.,**<br><br>Defendant.<br>**CORECIVIC, INC.,**<br><br>Counter-Claimant,<br>v.<br><br>**WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED** individually and on behalf of all others similarly situated,<br><br>Counter-Defendants. | **Civil Action No. 4:18-cv-00070-CDL** |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs Wilhen Hill Barrientos, et al. ("Plaintiffs") by and through their undersigned counsel hereby propound the following Interrogatories to be answered by Defendant CoreCivic, Inc. ("CoreCivic") within thirty (30) days of service. Each Interrogatory shall be deemed continuing so as to require prompt supplementation if CoreCivic obtains or discovers additional information.

**DEFINITIONS AND INSTRUCTIONS**

A. All applicable definitions and rules of construction set forth in the Federal Rules of Civil Procedure are hereby incorporated by reference.

1

B.  "Litigation" shall mean the litigation bearing Civil Action No. 4:18-cv-00070-CDL and pending in the United States District Court for the Middle District of Georgia.

C.  The "Complaint" shall mean the Complaint filed in the Action.

D.  "CoreCivic" shall refer to CoreCivic, Inc., the Defendant in the Litigation. Any reference to CoreCivic is also a reference to CoreCivic's officers, directors, employees, partners, corporate parents, subsidiaries, agents, attorneys, consultants, and affiliates, and any other persons acting for it or on its behalf. Any reference to CoreCivic also encompasses any prior company name or corporate predecessor, including but not limited to Corrections Corporation of America ("CCA"), as well as the officers, directors, employees, partners, corporate parents, subsidiaries, and affiliates of any prior company or corporate predecessor including but not limited to CCA, and any other persons acting for it or on its behalf.

E.  The terms "named Plaintiffs" and "Plaintiffs" shall refer to any Plaintiffs named in the COMPLAINT or any amended complaints the Plaintiffs file during the course of the LITIGATION.

F.  The term "Stewart County" refers to Stewart County, Georgia, and any entity or agency thereof.

G.  The term "SDC" refers to Stewart Detention Center, located at 146 CCA Road, Lumpkin, Georgia, 31815, and operated by Defendant pursuant to contracts with U.S. Immigration and Customs Enforcement ("ICE") and/or Stewart County, Georgia.

H.  The term "DHS" shall mean the U.S. Department of Homeland Security.

I.  The term "ICE" shall mean the U.S. Immigration Customs Enforcement.

J.  The term "OIG" shall mean DHS Office of the Inspector General.

K. The Term "OCRCL" shall mean the DHS Office of Civil Rights and Civil Liberties.

L. The term "Work Program" is defined as any program CoreCivic operates at SDC involving labor performed by detained individuals of any kind that includes tasks other than the four tasks enumerated in Section 5.8.V.C. of the 2011 ICE Performance-Based National Detention Standard ("PBNDS") (rev. 2016).

M. The term "Work Program Participant" is defined as any individual who participated or is participating in the Work Program in any way and for any amount of time.

N. The term "Detained Individual" means any individual who was or is being detained at SDC.

O. The term "Compensation" means all monies and benefits, including: salaries, hourly wages, overtime wages, commissions, raises, bonuses, or any other benefits given in return for work, tasks, and/or duties.

P. The term "Hours" includes full hours and partial hour(s).

Q. The term "Segregation" includes special management units, restrictive housing, protective custody, administrative segregation, and disciplinary segregation, and any other housing placement in which DETAINED INDIVIDUALS are confined to a cell for 22 hours or more per day for any purpose other than medical isolation, mental health observation, and suicide watch.

R. "Policies and Procedures" mean each rule, order, directive, procedure, practice, guideline, guidance, common understanding, or course of conduct, whether formal or informal, written or unwritten, or recognized or unrecognized by CoreCivic or persons acting or purporting to act on CoreCivic's behalf, that has been in effect at any time during the period

covered by these Interrogatories. These terms include any changes to Policies and Procedures.

  S.  "Relevant period" means the period from December 23, 2008 through the present for all requests.

  T.  "You" and "Your" shall mean CoreCivic, as defined above.

  U.  The term "Person" shall mean, without limitation, any natural person, firm, sole proprietorship, partnership, corporation, association, trust, governmental body or agency, and all past and present officers, directors, employees and agents, along with all others acting or purporting to act on such Person's behalf.

  V.  The term "Communication" shall mean the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) by any means, including, but not limited to, any meeting, conversation, discussion, conference, correspondence, message, or other written or oral transmission, exchange, or transfer of information in any form between two or more persons, including in person or by telephone, facsimile, telegraph, text message, instant message, internet posting, letter, electronic mail ("email"), WhatsApp, or other written, verbal or digital medium.

  W.  The term "Document" shall have the broadest meaning possible under the Federal Rules of Civil Procedure, including, but not limited to, all originals, non-identical copies and drafts of any written, printed, handwritten, recorded or graphic matter of any kind, however produced or reproduced, and regardless of where located, including, but not limited to, any work paper, correspondence, memorandum, note, research, checklist, opinion, minutes, inter-office or intra-office communication, email message, text message, instant message, WhatsApp message, report, chart, graph, summary, index, diary, desk or pocket calendar, notebook, any magnetic or other recording tape, computer data (including information or

programs stored in a computer, whether or not ever printed out or displayed), photograph, microfiche, microfilm, videotape, video file or motion picture, and electronic, mechanical, or electrical record or representation of any kind, including, but not limited to, tape, cassette, disc, magnetic card or recording. "Document" shall also include the file folders in which said documents are maintained and any table of contents or index thereto; and copies of documents of which the originals have been destroyed pursuant to a document destruction policy or otherwise.

     X.     The words "and" and "or" shall be construed to be either conjunctive or disjunctive as the context requires so that each Interrogatory shall be construed broadly rather than narrowly.

     Y.     The plural shall include the singular and the singular shall include the plural as the context requires so that each Interrogatory shall be construed broadly rather than narrowly.

     Z.     The terms "relating to" and "referring to" shall be read and applied as interchangeable and shall be construed in the broadest sense to mean discussing, supporting, describing, concerning, relating to, referring to, pertaining to, containing, analyzing, evaluating, studying, recording, memorializing, reporting on, commenting on, reviewed in connection or conjunction with, evidencing, setting forth, contradicting, refuting, considering, recommending, or constituting, in whole or in part.

     AA.     The term "Identify," when used with respect to a natural person, shall mean to state the natural person's entire name, all business affiliations or employers, all job classifications or titles, and last known residential and business addresses, telephone number(s), and email address(es), as well as any other means of which you are aware to contact such natural person.

BB.	No part of an Interrogatory should be left unanswered merely because an objection is made to another part of the Interrogatory.  If a partial or incomplete answer is provided, the responding part shall state that the answer is partial or incomplete.

CC.	If, in answering these Interrogatories, the responding part encounters any ambiguities when construing a question, instruction, or definition, the responding party's answer shall set forth the matter deemed ambiguous and the construction used in answering.

DD.	Each Interrogatory shall be deemed continuing so as to require prompt supplemental responses, in accordance with the Federal Rules of Civil Procedure, if you obtain or discover additional information between the time of initial response and the time of deposition, settlement, or trial.

## INTERROGATORIES

### INTERROGATORY #1

Please identify each and every CORECIVIC employee, contractor, subcontractor, or other agent who supervise(d) WORK PROGRAM PARTICIPANTS while they participate(d) in the WORK PROGRAM during the RELEVANT PERIOD.

### INTERROGATORY #2

Please identify each and every entity, agent, contractor, and/or subcontractor that has performed any function or provided any service at SDC during the RELEVANT PERIOD.  For each entity, agent, contractor, and/or subcontractor please provide the function or service that was provided, the amount charged to and paid by CORECIVIC, and the dates of the agreement, performance of the function, or provision of the service.

### INTERROGATORY #3

Please identify each and every individual who participated in the WORK PROGRAM

6

during the RELEVANT PERIOD.  For each individual please provide their wage rate(s), job assignment(s), housing assignment(s), dates and HOURS worked on each job assignment, and the last three digits of their Alien Registration Number.

**INTERROGATORY #4**

Please state the quarterly and annual profit CORECIVIC received from revenue generated as a result of its operations at SDC for each quarter during the RELEVANT PERIOD, and provide all expenditure and revenue data upon which YOU relied on or consulted in stating these amounts.  This includes, but is not limited to, the expenditures associated with providing food, shelter, clothing, bedding, utilities, recreation, entertainment, medical health services, optical health services, dental services, and mental health services to DETAINED INDIVIDUALS.

Dated: August 21, 2020 Respectfully submitted,

s/ Meredith B. Stewart_____
Meredith B. Stewart*
**SOUTHERN POVERTY LAW CENTER**
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
meredith.stewart@splcenter.org

Caitlin J. Sandley (GA Bar No. 610130)
**SOUTHERN POVERTY LAW CENTER**
400 Washington Ave.
Montgomery, AL 36104
Telephone: (334) 303-6822
Facsimile: (334) 956-8481
cj.sandley@splcenter.org

Laura Rivera (GA Bar No. 143762)
Rebecca Cassler (GA Bar No. 487886)
**SOUTHERN POVERTY LAW CENTER**
150 E. Ponce de Leon Avenue, Suite 340
Decatur, GA, 300030
Telephone: (404) 521-6700
Facsimile: (404) 221-5857
laura.rivera@splcenter.org
rebecca.cassler@splcenter.org

R. Andrew Free*
**LAW OFFICE OF R. ANDREW FREE**
P.O. Box 90568
Nashville, TN 37209
Telephone: (844) 321-3221x1
Facsimile: (615) 829-8959
andrew@immigrantcivilrights.com

Azadeh Shahshahani (GA Bar No. 509008)
Priyanka Bhatt (GA Bar No. 307315)
**PROJECT SOUTH**
9 Gammon Avenue SE
Atlanta, A 30315
Telephone: (404) 622-0602
Facsimile: (404) 622-4137
azadeh@projectsouth.org
priyanka@projectsouth.org

Alan B. Howard*
John T. Dixon*
Emily B. Cooper*
**PERKINS COIE LLP**
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
AHoward@perkinscoie.com
JohnDixon@perkinscoie.com
ECooper@perkinscoie.com

Jessica Tseng Hasen*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3293
Facsimile: (206) 359-9000
jhasen@perkinscoie.com

Korey A. Nelson*
Lydia A. Wright*
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
lwright@burnscharest.com

Warren T. Burns*
Daniel H. Charest*
**BURNS CHAREST LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

*Admitted *pro hac vice*
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date I served this document on all Counsel for Defendant via email.

Dated:  August 2021, 2020                          <u>s/ Meredith B. Stewart</u>