**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**,<br><br>       Plaintiffs,<br>v.<br><br>**CORECIVIC, INC.,**<br><br>       Defendant. | **Civil Action No.  4:18-cv-00070-CDL** |

### ORDER ON JOINT MOTION TO EXTEND DISCOVERY DEADLINES AND SET INTERIM PRODUCTION DEADLINES

On May 11, 2021, the Parties filed a Joint Motion to Extend Discovery Deadlines and Set

Interim Production Deadlines. For good cause shown, the Court hereby **GRANTS** the Motion and

amends the Scheduling Order as follows:

| | |
|---|---|
| Defendant Shall Substantially Complete Production of Outstanding Non-ESI Written Discovery | May 31, 2021 |
| Defendant Shall **Complete** Production of All Outstanding Non-ESI Written Discovery<br><br>&<br><br>All Plaintiff-Specific ESI | June 15, 2021 |
| Defendant Shall Begin **Bi-Weekly** Productions of All Other ESI | July 1, 2021 |
| Defendant Shall **Complete** the Production of All ESI; Plaintiffs Shall Complete the Production of All Outstanding Written Discovery& All | August 30, 2021 |

| Documents Obtained from Sources Other Than Defendant[1] | |
|---|---|
| Close of Fact Discovery | October 25, 2021 |
| Plaintiffs' Expert Disclosures Due | November 23, 2021 |
| Defendant's Expert Disclosures Due | December 20, 2021 |
| Expert Rebuttal Reports Due | January 24, 2022 |
| Close of Expert Discovery | February 22, 2022 |
| Dispositive Motions & Motions for Class Certification Due | March 21, 2022 |

Dated: __May 12, 2021                                      /s/___Clay D. Land
                                                          THE HONORABLE CLAY D. LAND
                                                          U.S. DISTRICT COURT JUDGE

---

[1] To be considered timely, a written discovery request pursuant to Rules 33, 34, and/or 36, a subpoena pursuant to Rule 45, a public records request, or any other formal or informal request for documents or information other than a deposition notice or subpoena must be served sufficiently in advance of the August 30, 2021 deadline that the response will be due on or before that date. The Parties may issue limited discovery requests after the above deadline that are based on or necessitated by deposition testimony taken after the deadline or otherwise for good cause shown, provided they are served sufficiently in advance of the October 25, 2021 fact discovery deadline that responses will be due on or before that date.