IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al**,<br><br>   **Plaintiffs,**<br>v.<br><br>**CORECIVIC, INC.,**<br><br>   **Defendant.** | Civil Action No.  4:18-cv-00070-CDL |

### Declaration of Meredith B. Stewart

I, Meredith B. Stewart, hereby declare and state as follows:

1. My name is Meredith B. Stewart. I am a Senior Supervising Attorney at the Southern Poverty Law Center. I represent Plaintiffs in the above-captioned litigation.

2. True and accurate copies of the following exhibits are attached to Plaintiffs' Reply Brief in Support of their Motion to Compel Defendant CoreCivic's Response to Plaintiffs' First Discovery Requests:

| Exhibit | Description |
|---|---|
| 1 | 2020 Commissary Sales – FILED UNDER SEAL |
| 2 | Securus Rate Sheet – FILED UNDER SEAL |
| 3 | ▇ ICE – Talton Contract – FILED UNDER SEAL |
| 4 | Securus – CoreCivic Contract – FILED UNDER SEAL |
| 5 | Feb. 27, 2019 Unit 5 Townhall Meeting Minutes |
| 6 | 2017 ODO Compliance Inspection Report |
| 7 | Feb. 8, 2018 IGSA Mod. – FILED UNDER SEAL |
| 8 | Apr. 24, 2019 IGSA Mod. – FILED UNDER SEAL |
| 9 | 2020 Stewart Detention Center Work Program Guidelines – FILED UNDER SEAL |
| 10 | CCA ▇▇▇▇▇▇▇ – FILED UNDER SEAL |
| 11 | CCA ▇▇▇▇▇ – FILED UNDER SEAL |
| 12 | CoreCivic ▇▇▇▇▇▇▇▇ – FILED UNDER SEAL |

1

I declare under penalty of perjury that the foregoing is true and correct. Signed this 10th day of June, 2021 in New Orleans, Louisiana.

\_\_/S/ Meredith B. Stewart\_\_

Meredith B. Stewart