# Exhibit 5



February 27, 2019,

Town Hall Unit 5

      Maintenance will be looking for Skilled Detainees workers in.

- Plumbing ……. Changing out/repairing toilet, urinals, sinks , water fountain repairs , water heater , replacing flush valves , vacuum breaker, soldering pipes , ETC
- Electrician …… Replacing low voltage 110 outlets , Trouble shooting , running conduit
- Carpenter ……  Building Cabinetries , can read a tape measure
- Major Appliance …………. Kitchen equipment repairs
- Cutting Grass on the inside of the facility grounds
- 

You will need to submit a detainee request with your skill. Please complete and turn the form in to your pod officer. If selected you will be paid $3.00 a day only when you actually work.

CCBVA0000149687