## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

**WILHEN HILL BARRIENTOS, et al**,

       **Plaintiffs,**

**v.**

**CORECIVIC, INC.,**                      **Civil Action No.  4:18-cv-00070-CDL**

       **Defendant.**

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF AND EXHIBITS UNDER SEAL

On June 10, 2021, Plaintiffs filed a Motion for Leave to File Brief and Exhibits Under Seal, seeking permission to file an unredacted version of their Reply Brief in Support of their Motion to Compel Defendant CoreCivic's Response to Plaintiffs' First Discovery Requests (hereinafter "Plaintiffs' Reply Brief") and certain exhibits thereto under seal. For good cause shown, the Court hereby **GRANTS** Plaintiffs' motion for leave to file publicly a redacted version of the Reply Brief and to file under seal an unredacted version of the Reply Brief and the exhibits thereto that have been designated as CONFIDENTIAL or ATTORNEY'S EYES only by the Producing Party.


Dated: _June 11, 2021                      /s/___Clay D. Land
                                       THE HONORABLE CLAY D. LAND
                                       U.S. DISTRICT COURT JUDGE