**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00070-CDL |
| CORECIVIC, INC., <br><br> Counter-Claimant, <br><br> v. <br><br> WILHEN HILL BARRIENTOS, MARGARITO VELAZQUEZ GALICIA, and SHOAIB AHMED individually and on behalf of all others similarly situated, <br><br> Counter-Defendants. | |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Trinity Services Group, Inc. filed a motion to permit Attorney Aleia Hornsby to withdraw as counsel. The Court has reviewed the motion, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is granted. Aleia Hornsby is terminated from the case as counsel for Trinity Services Group, Inc.

Signed: June 15_____, 2021

S/Clay D. Land
_____
CLAY D. LAND
United States District Court Judge