**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

WILHEN HILL BARRIENTOS, et al.,

                Plaintiffs,

v.

CORECIVIC, INC.,

                Defendant.

Civil Action No. 4:18-cv-00070-CDL

## ORDER GRANTING DEFENDANT CORECIVIC'S MOTION FOR LEAVE TO FILE SUR-REPLY RE: PLAINTIFFS' MOTION TO COMPEL DEFENDANT CORECIVIC'S RESPONSE TO PLAINTIFFS' FIRST DISCOVERY REQUESTS

The Court has reviewed Defendant's Motion for Leave to File Sur-Reply Re: Plaintiffs' Motion to Compel Defendant CoreCivic's Response to Plaintiffs' First Discovery Requests, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is granted.

Signed: June 25                              , 2021.

S/Clay D. Land

CLAY D. LAND
United States District Court Judge