**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**, <br><br> Plaintiffs, <br> v. <br><br> **CORECIVIC, INC.,** <br><br> Defendant. | **Civil Action No.  4:18-cv-00070-CDL** |

## ORDER ON JOINT MOTION TO EXTEND FACT DISCOVERY AND EXPERT DISCLOSURE DEADLINES

On October 20, 2021, the Parties filed a Joint Motion to Extend Fact Discovery and Expert Disclosure Deadlines. For good cause shown, the Court hereby **GRANTS** the Motion and amends the Scheduling Order as follows:

| | |
|---|---|
| Close of Fact Discovery | December 3, 2021 |
| Plaintiffs' Expert Disclosures | December 22, 2021 |
| Defendant's Expert Disclosures | January 19, 2022 |
| Expert Rebuttal Reports | February 8, 2022 |
| Close of Expert Discovery | February 22, 2022 |
| Dispositive Motions & Motions for Class Certification Due | March 21, 2022 |

Dated: __10/21/2022_____          /s/__Clay D. Land_____
                                                                                THE HONORABLE CLAY D. LAND
                                                                                U.S. DISTRICT COURT JUDGE

1