**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

WILHEN HILL BARRIENTOS, et al.,

                        Plaintiffs,

v.

CORECIVIC, INC.,

                        Defendant.

Civil Action No. 4:18-cv-00070-CDL

## <u>DEFENDANT'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION</u>

Pursuant to Fed. R. Civ. P. 37(a)(3)(B) and Local Rule 37, Defendant, CoreCivic, Inc. ("CoreCivic"), moves to compel complete responses to its First Requests for Production of Documents to Plaintiffs, Wilhen Hill Barrientos, Gonzalo Bermudez Gutierrez, and Keysler Urbina Rojas (collectively, "Plaintiffs"). The documents sought by CoreCivic's Requests are relevant to the claims and defenses at issue and are therefore discoverable. *See* Fed. R. Civ. P. 26(b)(1) (permitting discovery as to "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case"). Despite demanding that CoreCivic produce tens of thousands of documents to them, Plaintiffs have refused to produce immigration and detention records, proof of income, social media postings and other written statements about the case and their alleged injuries and damages, and medical files. CoreCivic is entitled to these documents in order to test Plaintiffs' claims and support its own defenses. For the reasons set forth in the attached Memorandum, CoreCivic respectfully requests that the Court grant this Motion and order Plaintiffs to provide the documents to CoreCivic.

CoreCivic requested supplemental responses to the requests at issue via letter dated November 23, 2021. Counsel for the parties then met and conferred telephonically on November 30, 2021, but were unable to reach an agreement. On December 1, 2021, counsel for CoreCivic sent a follow-up email to Plaintiffs' counsel attaching a detainee grievance that had been produced by CoreCivic that contained a stamp confirming it was submitted to the immigration court in the detainee's immigration proceedings, demonstrating the relevance of Plaintiffs' immigration records and asking whether the grievance changed Plaintiffs' position as to those records. On December 2, 2021, Plaintiffs' counsel sent a letter to counsel for CoreCivic memorializing Plaintiffs' positions as to each request at issue, some of which were stated during the parties' meet and confer, and some of which were not. Although Plaintiffs' indicated, for the first time on December 2, that they were willing to meet and confer further about some of the requests, CoreCivic is filing this Motion now to preserve the issues and avoid an argument that the Motion was filed after the fact discovery deadline expired. For the reasons stated in CoreCivic's Memorandum in Support of this Motion, Plaintiffs should be required to provide complete responses and document productions in response to CoreCivic's Requests for Production.

/ / /

/ / /

/ / /

Dated:  December 3, 2021

Respectfully submitted,

s/ Jacob B. Lee

Daniel P. Struck *(pro hac vice)*
   Lead Counsel
Rachel Love *(pro hac vice)*
Nicholas D. Acedo *(pro hac vice)*
Ashlee B. Hesman *(pro hac vice)*
Jacob B. Lee *(pro hac vice)*
Eden G. Cohen *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
ecohen@strucklove.com

Jacob D. Massee (GA Bar No. 551890)
David Bobo Mullens (GA Bar No. 258029)
OLIVER MANER LLP
PO Box 10186
Savannah, Georgia 31412
Phone: (912) 236-3311
Fax: (912) 236-8725
jmassee@olivermaner.com
dbmullens@olivermaner.com

*Attorneys for Defendant CoreCivic, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Priyanka Bhatt | priyanka@projectsouth.org |
| Meredith B. Stewart | meredith.stewart@splcenter.org |
| Rebecca M. Cassler | rebecca.cassler@splcenter.org |
| Caitlin J. Sandley | cj.sandley@splcenter.org |
| Vidhi Bamzai | vidhi.bamzai@splcenter.org |
| Jaqueline A. Osomo | jacki.aranda@splcenter.org |
| Daniel H. Charest | dcharest@burnscharest.com |
| R. Andrew Free | andrew@immigrantcivilrights.com |
| Azadeh Shahshahani | azadeh@projectsouth.org |
| Jessica Hasen | jhasen@perkinscoie.com |
| Emily B. Cooper | ecooper@perkinscoie.com |
| John T. Dixon | johndixon@perkinscoie.com |
| Alan B. Howard | ahoward@perkinscoie.com |
| John H. Gray | jhgray@perkinscoie.com |
| Jessica L. Everett-Garcia | jeverettgarcia@perkinscoie.com |
| Mikaela N. Colby | mcolby@perkinscoie.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

s/ Jacob B. Lee

- 4 -