# EXHIBIT 5

# CCBVA0000217504 – Detainee Grievance

# EXHIBIT 5

Grievance No.: _____                                                                14-5B-ICE

## DETAINEE GRIEVANCE

**FULL NAME:** ▮

**NUMBER:** ▮    **HOUSING ASSIGNMENT:** ▮

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☑ YES  ☐ NO

**GRIEVANCE CATEGORY (circle one):**

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | **(12. Food Service)** | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary.)

IT'S ALOT OF ROACHES IN THE KITCHEN AND I HAVE SEEN ROACHES IN THE FOOD. WHEN I ASKED THE SUPERVISOR MS. HARSLEY TO THROW THE FOOD SINCE IT WAS ROACHES IN IT SHE SAID NOT TO THROW IT AND TO SERVE IT. AND WHEN I SHOWED OFFICER PARKER THE ROACHES IN THE FOOD HE USED HIS PEN TO TAKE THE ROACH OUT THE FOOD AND SAID HE WOULD NOT EAT FROM THERE NO MORE. AND I TOLD HIM I WAS GOING TO REPORT IT. AND I WAS TALKING ABOUT THE ROACHES AND THIS SITUATION TO ONE OF THE INMATES AND OFFICER PARKER HEARD ME TALKING ABOUT IT AND SAID HE WAS GOING TO PUT ME IN SEGREGATION IF I TOLD OR SPOKE ABOUT IT TO ANYBODY. THIS HAPPENED ON 4/14/2018 AT 6:30 PM AND OFFICER PARKER SAID I COULD NOT WORK IN THE KITCHEN SINCE I TOLD PEOPLE

**REQUESTED ACTION:** (Attach additional pages if necessary.) OF THIS SITUATION.

Stewart Immigration Court
RECEIVED
IN COURT
APR ▮ ▮ 2018
▮▮▮
CLERK OF COURT

Detainee's Signature: ▮                                    Date Submitted: 4/23/2018

Grievance No.: _____

14-5B-ICE

## DETAINEE GRIEVANCE

**FULL NAME:** ▮
**NUMBER:** ▮  **HOUSING ASSIGNMENT:** ▮

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☑ YES   ☐ NO

**GRIEVANCE CATEGORY (circle one):**

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | (12. Food Service) | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary.)

[redacted]

THESE ARE 13 WITNESSES TO THIS SITUATION WITH THEIR ALIEN NUMBERS. YOU CAN QUESTION THEM ABOUT THIS TOO.

AND MS. HARSLEY THE SUPERVISOR AT THE KITCHEN IS ALWAYS YELLING AND CURSING EVERYBODY OUT. PLEASE DO LOOK INTO THIS AND TAKE ACTION AS SOON AS POSSIBLE.

**REQUESTED ACTION:** (Attach additional pages if necessary.)

Detainee's Signature: ▮      Date Submitted: 4/23/2018

Page 1 of 2                Property of CoreCivic/ICE-Contracted Facilities                10/4/16

CCBVA0000217505