# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

|  |  |
|---|---|
| WILHEN HILL BARRIENTOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00070-CDL |

## ORDER ON CORECIVIC'S CONSENT MOTION TO EXTEND EXPERT DISCLOSURE, DISPOSITIVE MOTION, AND CLASS CERTIFICATION MOTION DEADLINES

On January 13, 2022, Defendant, CoreCivic, Inc., filed a Consent Motion to Extend Expert Disclosure, Dispositive Motion, and Class Certification Motion Deadlines. For good cause shown, the Court hereby GRANTS the Motion and amends the Scheduling Order as follows:

| Event | Deadline |
|---|---|
| Defendant's Expert Disclosures | February 22, 2022 |
| Rebuttal Expert Disclosures | February 22, 2022 |
| Close of Expert Discovery | March 8, 2022 |
| Dispositive and Class Certification Motions | April 4, 2022 |

Signed: <u>January 18</u>                , 2022.

<u>S/Clay D. Land</u>
CLAY D. LAND
United States District Court Judge