## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.**,<br><br>       Plaintiffs,<br><br>v.<br><br>**CORECIVIC, INC.**,<br><br>       Defendant.<br><br>――――――――――――――<br><br>**CORECIVIC, INC.**,<br><br>       Counter-Claimant,<br><br>v.<br><br>**WILHEN HILL BARRIENTOS, et al.**,<br><br>       Counter-Defendants. | Civil Action No.  **4:18-cv-00070-CDL** |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Plaintiffs filed a motion to permit Attorney Mikaela N. Colby to withdraw as counsel. The

Court has reviewed the motion, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is granted. Mikaela N. Colby is terminated

from the case as counsel for Plaintiffs.

Signed: January 24              , 2022

                                S/Clay D. Land

                                CLAY D. LAND

                                United States District Court Judge