# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

**WILHEN HILL BARRIENTOS, et al.**,

Plaintiffs,

v.

**CORECIVIC, INC.,**

Defendant.

Civil Action No.  **4:18-cv-00070-CDL**

## ORDER ON JOINT MOTION TO EXTEND CLASS CERTIFICATION AND DISPOSITIVE MOTIONS DEADLINE

On March 2, 2022, the Parties filed a Joint Motion to Extend Class Certification and Dispositive Motions Deadline. For good cause shown, the Court hereby **GRANTS** the Motion and amends the Scheduling Order to extend the April 4, 2022, dispositive motions and motions for class certification deadline to June 17, 2022.

Dated:  March 3, 2022

/s/Clay D. Land
THE HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE

1