**EXHIBIT 2**

# Declaration of Joseph V. Penn, MD
# CCHP FAPA

**EXHIBIT 2**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

WILHEN HILL BARRIENTOS, et al.,

                    Plaintiffs,

v.                                              Civil Action No. 4:18-cv-00070-CDL

CORECIVIC, INC.,

                    Defendant.

---

**DECLARATION OF JOSEPH V. PENN, MD CCHP FAPA**

I, Joseph V. Penn, MD CCHP FAPA, state the following:

1.      I am over the age of 18 years and competent to testify to the matters set forth in this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could competently testify to these facts.

**Expertise, Education, and Training**

2.      Although my attached Curriculum Vitae (Attachment 1) includes additional details of my education and experience, as well as a list of all my publications, a summary of my most relevant qualifications follows.

3.      I am a psychiatric physician based in Conroe, Texas. I am triple board-certified in forensic psychiatry, general psychiatry, and child and adolescent psychiatry. All of these boards are under the American Board of Psychiatry and Neurology (ABPN), which is a member board of the American Board of Medical Specialties (ABMS) that grants board certification for psychiatrists and neurologists in the United States. I am fully licensed as a health care professional, specifically as a medical doctor (M.D.), to practice medicine in Texas. I specialize in correctional medicine, specifically, correctional psychiatry. I have devoted most of my

professional time in the past 20-plus years in both the practice and teaching of general adult, child and adolescent, and forensic and correctional psychiatry.

4.      I have served in a variety of capacities as a forensic psychiatrist expert witness, in civil matters involving jails, prisons, and other correctional and forensic psychiatry and community settings. I have been retained in civil matters as a court appointed expert, plaintiff's expert, and defense expert; and in criminal matters as a prosecution expert, defense expert, and a court-appointed expert. I am committed to honesty and to strive for objectivity throughout my correctional and forensic psychiatric work.

5.      I attended medical school at the University of Texas Medical Branch (UTMB), Galveston, Texas, graduating in 1992. I completed three residency and fellowship training programs for a total of seven years of specialty/subspecialty residency training—four years of general psychiatry in 1996 at Brown University, Providence, Rhode Island; two years of child and adolescent psychiatry in 1998 at Brown University, Providence, Rhode Island; and one year of forensic psychiatry, at Yale University, New Haven, Connecticut, in 1999.

6.      For more than two decades, I have dedicated my career to clinical and administrative work within correctional settings. Since 1999, I have focused my clinical, administrative, and forensic work within correctional settings including detention facilities, jails, and prisons. Additionally, I have achieved and maintained specialized certification as a Certified Correctional Health Professional (CCHP) since 2004, approximately 17 years, by the National Commission on Correctional Health Care (NCCHC), and more recently CCHP-MH (Mental Health). This requires passing a written national examination, demonstration of proficiency in national correctional health standards, annual attestation of continuing medical education credits, full medical licensure without restrictions, and annual re-certification.

7.     I remain current in the evaluation, diagnosis, and treatment of individuals within both correctional/forensic and non-correctional/non-forensic settings as demonstrated by my national board re-certification and maintenance of certification within general, child and adolescent, and forensic psychiatry. I remain knowledgeable in clinical and administrative psychiatry and systems of care issues within non-correctional settings through my leadership work at the national and state level within the American Academy of Psychiatry and the Law (AAPL), American Psychiatric Association (APA), Texas Society of Psychiatric Physicians (TSPP), the state district branch of the APA, the American College of Psychiatrists, and through other medical and psychiatric organizations.

8.     Since 2008, I have served as the Director of Mental Health Services for UTMB Correctional Managed Care (CMC), the division within UTMB that provides health care across a variety of correctional settings. In this capacity, I oversee the provision of psychiatric, psychological, and mental health services to approximately 80% (approximately 110,000 adult offenders) of the entire Texas state jail and state adult prison population housed within Texas Department of Criminal Justice (TDCJ) facilities. I also oversee the delivery of psychiatric services to approximately 800 youths housed statewide within state juvenile correctional institutional facilities (referred to as state schools) and halfway houses within the Texas Juvenile Justice Department (TJJD). I also oversee the delivery of psychiatric services to several county jails and short-term detention facilities in Texas (this is described in more detail below).

9.     In my administrative role, I oversee approximately 315 mental health staff including psychiatrists, psychologists, mental health managers and clinicians, case managers, psychiatric nurse practitioners, psychiatric physician assistants, and other mental health professionals and student trainees across the state. I provide both clinical and administrative

support, oversight, quality assurance, supervision, and leadership. I review and co-sign at least 10 percent of charts of psychiatric nurse practitioners and physician assistants that I directly supervise. Also, I conduct peer reviews of psychiatrists and mid-level psychiatric providers. Frequently, I provide clinical support, prescribe, order, reorder, or adjust psychotropic medications and provide other behavioral treatment recommendations to treatment staff.

10.     Periodically, I evaluate TDCJ and TJJD patients in-person or via telepsychiatry at a variety of locations. Also, I participate in systemwide on-call duties. Further, I assist with direct patient care as needed.

11.     As detailed in my CV, I previously served as the acting clinical director (lead psychiatrist) on different occasions, and oversaw the care of more than 500 crisis management, diagnostic, and evaluation treatment track inmate patients admitted to two dedicated inpatient psychiatric prison units, further detailed in my CV. These inmates were housed at two of three TDCJ dedicated psychiatric inpatient/behavioral health units in Texas. As opposed to inmates with serious mental illness, the crisis management inmates for whom I oversaw care had been determined by an outpatient unit-based Qualified Mental Health Professional ("QMHP") to be at imminent risk of significant self-injury or suicide, or their mental health needs could not be managed at their assigned outpatient unit.

12.     I am routinely involved in the referral, acceptance, and admission and transfers or discharges of inmate patients within the state's three dedicated TDCJ inpatient psychiatric prison units. When needed, I also consult and oversee the evaluation and management of particularly complicated patients across TDCJ outpatient units, TDCJ inpatient/behavioral health prison units, and medical/psychiatric inpatients housed in TDCJ medical infirmary prison units or within our specialty medical surgical hospital, a maximum security prison unit, Hospital

Galveston (HG) on the grounds of the UTMB academic medical center, medical school and other UTMB complex hospitals in Galveston. (HG is the only one of its type in the United States.)

13.     I obtained hospital privileges at a local community hospital where we transferred nursing-home-level-of-care state prison patients. This facility lacked a consulting psychiatrist; accordingly, I began overseeing the patients' psychotropic medication treatment and provided onsite and telephonic consultation to the patients' treatment hospitalist and other medical teams when patients demonstrated agitation, confusion, or other changes in mental status.

14.     I have approximately 13 years of clinical and administrative experience in the provision of psychiatric services and psychotropic medication treatment within state jails and state prisons, county jails, short-term Substance Abuse Felony Punishment treatment programs (SAFPs), and short-term Intermediate Sanction Facilities (ISFs) across Texas. I also have expertise in the evaluation and treatment services that are provided to adult state inmates who are identified as requiring substance abuse treatment and may have comorbid mental disorders. I have additional recent experience in the provision of short-term mental health and psychiatric treatment and management for undocumented migrant detainees with pending state charges. Lastly, I had previous oversight of on-site psychiatric and mental health services that UTMB CMC previously provided at four Federal Bureau of Prison (BOP) units in Beaumont, Texas, and two county jails, specifically the Galveston County Jail, Galveston, Texas and Brazoria County Jail in Angleton, Texas.

15.     I have extensive experience in examining access to care and continuity of care. I perform psychiatric evaluations and suggest treatment approaches to mitigate possible mental health sequelae for certain juveniles and adult inmates in restrictive housing settings. I am familiar with mental health and psychiatry best practices to include suicide prevention policies

and practices within juvenile and adult correctional settings nationally. I presented at an American Correctional Association meeting regarding the development and implementation of three mental health diversion treatment programs for inmates previously in restrictive housing settings in the Texas state prison system. I also published and presented in the areas of correctional mental health care and suicide prevention at state, national, and international meetings (this is detailed in my CV).

16.     I have extensive experience in the evaluation and treatment of incarcerated juveniles and adults with ADHD, disruptive behavior disorders, impulse control disorders, severe self-harming and self-mutilating behaviors, intellectual developmental disorders, and neurocognitive disorders (including head injuries, dementia, and other neurocognitive disorders). I oversee two state prison developmental disabilities sheltered housing programs, the Hodge DDP program, which houses approximately 600 male, and the Valley Crain satellite DDP program, which houses approximately 100 female, state prisoners identified with possible intellectual developmental disorders and/or adaptive functioning impairments.

17.     I have served on several national task forces and committees and have published on the use of psychotropic medications within correctional settings. I am involved in the oversight of state prison, county jail, and juvenile correctional disease management guidelines (DMGs), clinical protocols, decision-making regarding psychotropic medications and treatment protocols, formulary and non-formulary approval of psychotropic medications and psychiatric evaluation and treatment of individuals with serious mental illness (such as schizophrenia and other psychotic disorders) and also depressive disorders, ADHD, disruptive behavior disorders, and PTSD and anxiety disorders. As a result, I maintain a current clinical knowledge of the unique mental health needs of individuals with serious mental illness such as psychotic disorders

(e.g., schizophrenia, schizoaffective disorder and other psychotic disorders), bipolar disorders, severe depressive disorders, and personality disorders, and those with co-occurring substance disorders across a variety of correctional settings. In my clinical role, I perform both on-site and telepsychiatric evaluations and treatment management of high profile and more complicated patient offenders within our juvenile and adult correctional systems statewide.

18.    I currently serve on the Executive Operations Council of UTMB CMC, the Pharmacy and Therapeutics Committee (I am a past Chair), other Joint UTMB CMC and TDCJ Health Services and other Joint UTMB CMC and TJJD committees, and various other local, state, and national committees that are detailed in my CV. I was recently re-appointed as the Chair of the Joint Mental Health Work Group and Co-Chair of the Gender Dysphoria Work Group.

19.    I have been appointed to councils, committees, work groups, task forces, and made numerous national and international contributions for example the American Psychiatric Association (APA), American Academy of Child and Adolescent Psychiatry (AACAP), American Academy of Psychiatry and the Law (AAPL), and even within two non-psychiatrist led organizations, for example, the International Association for Correctional and Forensic Psychology (IACFP), and the American College of Correctional Physicians (AACP) (formerly known as the Society of Correctional Physicians (SCP)). I served as an appointed member of the APA Council on Psychiatry and Law, which reviews law and psychiatry issues pertaining to correctional and community settings, and as past chair of the APA Council on Children, Adolescents and Their Families.

20.    I have published extensively in scientific journals and other peer-reviewed publications in the areas of correctional patient care, correctional psychiatry and mental health,

incarcerated individuals with mental health and substance abuse issues, mental health needs of geriatric inmates and other special populations, recidivism and continuity of care of offenders, and suicide prevention. Some recent publications specifically in correctional psychiatry and mental health include *Psychiatric Services in Correctional Facilities: A Work Group Report of the American Psychiatric Association*, the chapter, "Standards and Accreditation for Jails, Prisons, and Juvenile Facilities," in the Oxford Textbook of Correctional Psychiatry, and the chapter, "Correctional Psychiatry" in the most current edition of the Kaplan and Sadock's Comprehensive Textbook on Psychiatry (now in its 50th anniversary edition). I was a lead author in the American Academy of Psychiatry and the Law (AAPL) "Resource Document for Prescribing in Corrections," and also a subsequent revision (which is in press), and a separate "Resource Document for Prescribing in Juvenile Justice/Correctional Settings."

21.    I have presented nationally and internationally and have consulted nationally on correctional and non-correctional mental health care delivery and standards of care. Some recent examples: the Office of the California Attorney General regarding the California Department of Corrections and Rehabilitations (CDCR); Office of the Nevada Attorney General regarding the Nevada Department of Corrections, Sacramento County Jail, Rio Consumnes Correctional Center (RCCC) and Yolo County Jail, and other surrounding county jails; Technical Assistance Project Consultant, U.S. Department of Justice in several states regarding jails, prisons and tribal nation correctional facilities, National Institute of Corrections (NIC); Technical Assistance to New York County Jails, Valhalla, New York; Consultant to the State of Vermont Department of Corrections; and Consultant, National Institute of Mental Health (NIMH) regarding ICE detainees (other examples are listed in my CV).

22.     I have undergone specialized initial and ongoing training and served as a physician surveyor for the National Commission on Correctional Health Care (NCCHC), a national organization that provides health care accreditation of jails and short-term detention facilities, prisons, juvenile facilities, and opioid treatment programs in correctional facilities. I have surveyed several major metropolitan county jails, short term detention facilities (e.g., US Immigration and Customs Enforcement [ICE] facilities) nationally (these are listed in my CV). I am the past chair of the NCCHC accreditation committee and continue to serve as a committee member. I have served on several NCCHC standards revision task force groups to revise the NCCHC health care standards: NCCHC Standards for Health Services in Jails and Prisons, NCCHC Standards for Mental Health Services in Correctional Facilities, and the NCCHC Juvenile Health Standards (I serve as the current chair of the juvenile standards revision work group). This demonstrates my current knowledge and direct involvement in the provision of psychiatric and mental health care to detained/incarcerated juvenile and adult offender populations.

23.     I am actively involved at a national level in a leadership role within several psychiatric organizations. I am on the Council of the American Academy of Psychiatry and the Law (AAPL) and am the AAPL representative to the NCCHC Board of Directors. I am a past chair of the AAPL Suicidology committee, a committee focused on suicide phenomenology and suicide assessment and prevention and remain an active committee member. I also serve on the AAPL Government Action Committee and the AAPL Media and Public Relations, and the AAPL Rappeport Fellowship Committee. I also serve on the American Academy of Child and Adolescent Psychiatry (Children and the Law committee, formerly known as the Rights and Legal Matters committee). I was previously the AACAP's representative to the NCCHC Board

of Directors and am now the AAPL representative. I am the current Chair of the NCCHC Board of Directors.

24.     I have guided the development of correctional psychiatry resource documents, publications, policy, best practices, and position statements within the American Psychiatric Association, the American Academy of Psychiatry and the Law, the American Academy of Child and Adolescent Psychiatry, and the Texas Society of Psychiatric Physicians. I am a past president of the Texas Society of Psychiatric Physicians, the Texas statewide branch of the American Psychiatric Association. I am also involved at a state level and have testified at the Texas State Capital on a variety of psychiatric, correctional and forensic psychiatry and mental health issues.

25.     In addition to those leadership roles, I also serve on the behavioral health committee and the health care committee of the American Correctional Association (ACA), (the ACA also provides accreditation of correctional facilities nationally). I am a past board member of the American College of Correctional Physicians. I routinely observe and inspect jails and prisons not only across the United States but have also done so in Guatemala.

26.     I have extensive experience in examining access to care, continuity of care, mental health and psychiatric evaluation and treatment approaches to mitigate possible mental health sequelae for certain inmates in restrictive housing settings and other mental health and psychiatry best practices to include suicide prevention policies and practices within juvenile and adult correctional settings nationally. I have also published and presented in the areas of correctional mental health care and suicide prevention at state, national, and international meetings.

27.    I maintain ongoing communication with other correctional professionals who provide direct clinical, administrative, and/or consultative work within correctional settings across the United States (and several other countries). I frequently attend and present at correctional health and other correctional related conferences and serve on several committees, as described earlier, including those conferences organized by the National Commission on Correctional Health Care (NCCHC) and the American Correctional Association (ACA). I served on the two most recent NCCHC task forces/work groups that were responsible for revising the separate NCCHC standards for jails and prisons in 2014 and 2018. I have participated in various American Psychiatric Association (APA), American Academy of Psychiatry and the Law (AAPL), and American Academy of Child and Adolescent Psychiatry (AACAP) committees and task force/work groups with relevance to adult and juvenile correctional health, suicide prevention policies and best practices, and the development of correctional standards and position statements. I am frequently contacted/consulted regarding policies, procedures, best practices, challenging patient cases or clinical situations, regarding my professional recommendations re: how to provide access to care, continuity of care, and implement efficient psychiatric and mental health care to jails, prisons, and other correctional settings, and have been qualified and rendered testimony at depositions and trials as an expert witness in several state and federal courts.

28.    Through these various experiences and my ongoing continuing medical education, I remain current in best practices for correctional mental health care services. Further, I continually review emerging correctional health research and evidence-based practices and quality improvement initiatives. For example, in my role as a reviewer for several scientific journals and through my work on the editorial board of the Journal of Correctional Health Care, I

have knowledge and experience in reviewing the scientific merit and methodology of correctional health manuscripts/reviews. I am also particularly knowledgeable and maintain daily direct clinical and administrative involvement in establishing access to mental health and psychiatric care and continuity of care in the Texas state prison system regardless of the medical and/or mental health need and acuity, across a variety of custody levels. This includes restrictive housing settings, suicide prevention, psychiatry evaluation, and treatment practices and modalities within state prison correctional settings. Due to my direct work experience and career focus on correctional psychiatry, and my work within organized psychiatry, correctional and forensic psychiatry at a state and national level, I am uniquely qualified to render opinions regarding the provision of psychiatric services within correctional settings.

29.     In summary, I have dedicated my career to direct patient care, other clinical and administrative work, and consultative services within juvenile and adult correctional settings for approximately 22 years.

30.     With regard to my academic work and clinical teaching roles, I am a Clinical Professor, Department of Psychiatry and Behavioral Sciences, UTMB, Galveston, Texas. I was previously Clinical Associate Professor in the Department of Psychiatry and Human Behavior, at Brown University and the Warren Alpert Medical School, Providence, Rhode Island. I provide clinical supervision to several psychiatrists, psychiatric nurse practitioners, physician assistants, and student trainees. I provide grand rounds, lectures, and trainings on a variety of correctional psychiatry topics at several medical schools and residency/fellowship training programs, to clinical faculty, psychiatry residents, medical students, physician assistant students and other trainees, treatment program staff, other professional organizations and am frequently invited to lecture in state, nationally, and internationally.

31.     I attend state and national meetings and have completed continuing medical education (CME) and maintenance of certification requirements to become and maintain my status as a triple board-certified psychiatrist – board certified in forensic psychiatry, general adult psychiatry, and child and adolescent psychiatry. I previously served as a board examiner for the American Board of Psychiatry and Neurology (ABPN) in the areas of general adult psychiatry and child and adolescent psychiatry, on the general psychiatry recertification committee, and on the forensic psychiatry committee (for individuals who had completed a forensic psychiatry fellowship training program and are now sitting for their initial ABPN board certification exam in forensic psychiatry, or alternatively sitting for their 10 year recertification exams. I currently serve on the ABPN Forensic Psychiatry Maintenance of Certification (MOC) committee.

32.     I have been qualified as an Expert Witness in various State and Federal Courts, in the field of Forensic, Child and Adolescent, and Correctional Psychiatry (1998–present), and have given expert opinion in several areas, for example, standards of care in jails, prisons, juvenile correctional facilities, and other settings. I have also provided expert opinion regarding the use of psychotropic medications, psychic harm, PTSD, suicide, suicide prevention, suicide risk assessment, seclusion and restraint and other mental health and psychiatry content areas.

33.     From 2013–2014, I was a Correctional Psychiatric Consultant to the Special Master, *Coleman v. Brown, Governor of California, et al.*, United States Court of Appeals, Ninth Circuit, Pasadena, California. From 2017–2019, I served as a consultant to the State of California's Office of the Attorney General regarding psychiatrists, psychologists, and other mental health professional staffing, use of telepsychiatry, and increasing level of efficiencies within the health care service delivery within the California Department of Corrections and Rehabilitation (CDCR) state prison units statewide. I have also toured several CDCR prison

facilities, interviewed CDCR health care staff, and in particular focused site evaluations of restrictive housing units and specialty programs for inmates with medical and mental health needs with respect to access to care and continuity of care concerns.

34.     Since 1998, I have conducted numerous evaluations and site tours of various state prisons in Rhode Island, Vermont, Texas, California, and Arizona. I have toured numerous high security restrictive housing settings (formerly known as ad seg/administrative segregation) to include male and female Death Row units in Texas and Arizona. Based upon my experience, I am familiar with different custody and housing levels, inmate movement for various activities (custody escorts to medical clinics for medical, mental health or specialty clinic appointments, inmate movement for recreation, dining, work assignments, commissary, showers, visitation) and other operational issues. While I do not suggest that I am an expert with regard to general correctional custody issues, I have a fundamental appreciation of the impact and interplay between correctional custody and mental health delivery in custodial situations.

35.     My state medical and federal Drug Enforcement Agency (DEA) licenses are on file with the proper authorities. I hold a full and unrestricted medical license to practice in the State of Texas. I previously held full and unrestricted medical licenses in Rhode Island, Massachusetts, and Connecticut. (They remain in lapsed and/or inactive status because I live and practice correctional and forensic psychiatry exclusively in Texas.)

36.     Although I have extensive state and national correctional health experience, aside from my retention in this case, I have no current or past affiliations with CoreCivic or other facility correctional custody, contracted health care, or administrative staff.

37.     Based upon my many years of study and practice and ongoing requirements in order to achieve and maintain triple board certification in the areas of general adult psychiatry,

child and adolescent psychiatry, and forensic psychiatry, combined with my 20-plus years of work providing direct patient care as well as administering mental health care delivery systems in a variety of correctional and detention settings, I am amply qualified to render opinions on conditions at CoreCivic's Stewart Detention Center and the likelihood that those conditions would cause detainees to feel forced and/or coerced to participate in the facility Voluntary Work Program (VWP).

38.     In summary, I have "real world" experience in all aspects of mental health care within state prison and other correctional settings. With regard to my work as a forensic psychiatrist, I am not solely a plaintiff or defense expert. When possible, I attempt to balance as a court-appointed expert, plaintiff's expert, and defense expert.

### Qualifications of Plaintiffs' Experts

39.     Dr. Stewart is not fellowship trained nor board certified in forensic psychiatry and lacks the direct clinical and administrative corrections experience necessary to offer opinions regarding the likelihood that conditions at a particular facility would cause detainees to feel forced and/or coerced to participate in the facility VWP.

### Prevailing Rates of Other Comparably Respected Available Experts

40.     $1,000 per hour for deposition testimony is not an unprecedented rate for an expert witness with similar expertise to mine.

41.     Attached are examples of fee schedules of other psychiatric physicians who provide expert witness work in correctional psychiatry. By way of review, these peers are similarly board certified in general and forensic psychiatry with similar experience of 15–20 years or more. Dr. Michael Champion (Champion Consulting), a forensic psychiatrist based in Honolulu, Hawaii, bills $750 per hour for depositions/trial testimony. (*See* Champion Fee

Schedule attached as Attachment 2.) Similarly, Dr. Charles Scott, a forensic psychiatrist based at UC Davis, California charges a fixed rate of $800 per hour for all services, regardless of whether it is for deposition, travel, record review, etc. (*See* Scott Email attached as Attachment 3.)

### The Nature, Quality And Complexity of The Discovery Responses

42.     This case involves a claim that CoreCivic violated the federal Trafficking Victims Protection Act, 18 U.S.C. §§ 1589, 1594, and 1595, by forcing and/or coercing immigration detainees to participate in the Voluntary Work Program (VWP) (Dkt. 87), a program required by ICE that is intended to provide detainees an opportunity to work and earn money while detained and reduce the negative impacts of detention through decreased idleness, improved morale, and fewer disciplinary incidents (see https://www.ice.gov/doclib/detention-standards/2011/pbnds 2011r2016.pdf).

43.     Moreover, this case covers a period of April 2008 to the present—over 13 years. (Dkt. 87 at ¶ 105.)

44.     I have therefore reviewed extensive records in preparation of his opinions, including the original and rebuttal expert reports of Dr. Stewart (including attachments/exhibits) and the rebuttal report of Dr. Schriro, and I recently conducted a site inspection of CoreCivic's Stewart Detention Center on February 28, 2022.

45.     In preparation for the deposition, I spent approximately 10 hours reviewing numerous records and expert reports.

46.     Nevertheless, I do not intend to charge Plaintiffs for my time spent preparing for my deposition, and will not need to charge Plaintiffs for travel time, as the deposition will be virtual.

47.     In order to sit for a deposition, I must take time off from his job with the state and arranging coverage for his patients.

### The Fee Schedule

48.     I charge Plaintiffs and Defendants the same rate—$1,000 per hour for testimony.

49.     I have been charging this rate for 3 years.

50.     My detailed fee schedule was included with my expert report in this matter and is attached as Exhibit 2 to CoreCivic's Motion.

51.     I previously provided deposition testimony at the rate of $1,000 per hour as an expert witness in correctional and forensic psychiatry in the following recent cases: *Stephen Knox v. Kelly Renzi, Dr. Andrew Tilden and Wexford Health Sources, Inc.*, 1:17-CV-01237 (invoice attached as Attachment 4); *William Ruda MD v. Carrier Clinic* in 2020 (medical expert rate agreement attached hereto as Attachment 5).

52.     I also previously provided deposition testimony in *Jensen, et al. v. Shinn, et al.*, No. CV-12-00601-PHX-ROS, D. Ariz., at the rate of $1,000 per hour as an expert witness in correctional and forensic psychiatry.

53.     I was deposed by the plaintiffs in that case on October 26 and November 17, 2021 for a total of 10 hours.

54.     Two months after these depositions, the plaintiffs objected to my hourly rate. To date, I have not been paid for those depositions.

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March 2022 in Conroe, Texas.

 

 

Joseph V. Penn, MD CCHP FAPA

# ATTACHMENT A

# Joseph V. Penn, MD, CCHP, FAPA
# Curriculum Vitae

January 5, 2022

CURRICULUM VITAE
**JOSEPH V. PENN, MD CCHP FAPA**

| | |
|---|---|
| Business Address: | University of Texas Medical Branch (UTMB) |
| | Correctional Managed Care (CMC) |
| | Mental Health Services |
| | 200 River Pointe Drive, Suite 200 |
| | Conroe, Texas 77304 |
| Business Telephone: | (936) 494-4183 |
| Business Fax: | (936) 494-4194 |
| E-mail: | jopenn@utmb.edu |

## EDUCATION

Undergraduate
1987 B.S. in Biology
University of the Incarnate Word (formerly Incarnate Word College), San Antonio, Texas
<u>Honors</u>: Alpha Chi, Academic All-American, Who's Who in American Universities & Colleges, Graduated Summa Cum Laude

Medical School
1992 M.D.
University of Texas Medical Branch, Galveston, Texas
<u>Honors</u>: Who's Who in American Colleges/Universities, Junior Marshal

## POSTGRADUATE EDUCATION

2014 Management Certificate
Physician Leadership Academy
University of Houston Clear Lake &
University of Texas Medical Branch, Galveston, Texas

## POSTGRADUATE TRAINING

Residency
1992-1996    General Psychiatry
1995-1996    Chief Resident
Department of Psychiatry and Human Behavior,
Brown University, Providence, Rhode Island

Residency
1996-1998    Child and Adolescent Psychiatry
Department of Psychiatry and Human Behavior,
Brown University, Providence, Rhode Island

Fellowship
1998-1999    Forensic Psychiatry
Department of Psychiatry
Yale University, New Haven, Connecticut

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## POSTGRADUATE HONORS AND AWARDS

1994    ACNP Program for Minority Research Training in Psychiatry
1994    Center for Mental Health Services Scholarship
1995    Mead Johnson Fellow, Association for Academic Psychiatry
1995    Laughlin Fellow, American College of Psychiatrists
1996    Outstanding Young Men of America
1996    Chester M. Pierce, M.D., Sc.D. Resident Research Award
1997    Lebensohn Award, American Association of General Hospital Psychiatrists
1997    Rappeport Fellow, American Academy of Psychiatry & the Law
1999    Presidential Scholar, American Academy of Child & Adolescent Psychiatry
2000    Pilot Research Award, American Academy of Child & Adolescent Psychiatry
2001    America's Registry of Outstanding Professionals
2002    Who's Who in Medicine and Healthcare
2003    Who's Who in America
2003    Who's Who in Science and Engineering
2003    Junior Faculty Development Award, Association for Academic Psychiatry
2004    Brown Medical School Teaching Recognition Award
2004    Distinguished Alumnus, University of the Incarnate Word
2004    Strathmore's Professional Honor Society
2005-   Best Doctors in America
2006    Madison Who's Who
2006    Fellow, American Psychiatric Association
2007    Who's Who Among Executives and Professionals
2007    Fellow, The Lloyd Society
2008    Member, American College of Psychiatrists
2011    Cambridge Who's Who Registry among Executives and Professionals in the Field of
        Research, Medicine, and Healthcare

## MILITARY SERVICE        None

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

1993    Rhode Island Medical License # 8849
1997    Diplomate, American Board of Psychiatry & Neurology # 43847
1998    Additional Certification, Child and Adolescent Psychiatry # 4583
1998    Connecticut Medical License # 36678
1999    Texas Medical License # K7081
1999    Massachusetts Medical License # 161086
2003    Additional Certification, Forensic Psychiatry # 1438
2004    Certified Correctional Health Care Professional (CCHP), National Commission on
        Correctional Health Care
2007    Re-Certification, American Board of Psychiatry & Neurology # 43847
2013    Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology
        #1438
2017    Re-Certification, General Psychiatry, American Board of Psychiatry & Neurology
        #43847
2017    Re-Certification, Child and Adolescent Psychiatry, American Board of Psychiatry &
        Neurology #4583

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009-2013 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2014- | Clinical Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2017- | Clinical Professor, Physician Assistant Studies, UTMB Medical School, Galveston, Texas |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, RI |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, RI |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, RI |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, RI |
| 1999-2008 | Director, Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Providence, RI |
| 2008- | Director, Mental Health Services, University of Texas Medical Branch (UTMB), Correctional Managed Care (CMC), Conroe, Texas |
| 2013-2014 | Acting Clinical Director, Texas Department of Criminal Justice (TDCJ), TDCJ Skyview/Hodge Units, Rusk, Texas |
| 2017- | Staff Psychiatrist, University Medicine Associates, Bexar County Hospital District d/b/a University Health, in conjunction with Detention Health Care Services ("University Health"), Bexar County Jail, San Antonio, Texas |
| 2018-2020 | Consulting Psychiatrist, River Oaks Hospital and Clinics, Houston, Texas |
| 2019-2020 | Acting Clinical Director, TDCJ, Jester IV Unit, Richmond, Texas |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |
| 2009 | Consultant, Kansas Department of Juvenile Corrections |
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| 2013-2014 | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
|---|---|
| 2013- | Consultant, J Allen and Associates of Texas, Friendswood, Texas |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |
| 2013-2014 | Consultant to Special Master, *Coleman v. Brown*, *Governor of California, et al.,* United States Court of Appeals, Ninth Circuit, Pasadena, California. |
| 2015-2017 | Chair, Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia |

## ADDITIONAL INFORMATION

| 2007-2011 | Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312 |
|---|---|

## HOSPITAL COMMITTEES

| 1994-96 | Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI |
|---|---|
| 1995-96 | Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI |

## UNIVERSITY COMMITTEES

Brown University Department of Psychiatry and Human Behavior

| 1992-96 | Policy Committee, Residency Training Program |
|---|---|
| 1992-96 | Selection Committee, Residency Training Program |
| 1994 | Residency Recruitment Coordination Committee |
| 1994-96 | SDDS/Primary Care Psychiatry Research Committee |
| 1994 | Search Committee, Director of General Psychiatry Residency Training Program |
| 1998 | Selection Committee, Child and Adolescent Psychiatry Residency Program |

Brown University School of Medicine

| 2000-2002 | Search Committee, Department of Pediatrics |
|---|---|
| 2003-2007 | Search Committee, Post-Doctoral Training Program in Juvenile Forensic Psychology |

University of Texas Medical Branch Correctional Managed Care

| 2008- | Continuing Medical Education (CME) Committee |
|---|---|
| 2008-2010 | County Jail Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Services Policy Committee |
| 2008- | Quality Council |
| 2008- | Mental Health Inpatient Leadership Group (Chair) |
| 2009-2011 | Medical Executive Committee (Chair) |
| 2009- | Executive Council |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## NATIONAL COMMITTEES

Academy of Correctional Health Care Professionals
2003-2004    Education Committee
2005-2008    Membership Committee
2006-2008    Board of Directors
2007-2008    Education Committee

American Academy of Child and Adolescent Psychiatry
1997-2000    Television and the Media Committee
1999-        Rights and Legal Matters Committee
1999-2002    Task Force on Juvenile Justice Reform
2002-2006    Committee on Juvenile Justice Reform
2016-        Children and the Law Committee

American Board of Psychiatry and Neurology
1998-        2001Psychiatry Re-Certification Committee
2001-2004    Re-appointed, Psychiatry Re-Certification Committee
2006         Examiner, Part II General Psychiatry Examination Committee
2001-2006    Examiner, Child and Adolescent Psychiatry Examination Committee
2007-2014    Forensic Psychiatry Examination Committee

American Academy of Psychiatry and the Law
1998-        Rappeport Fellowship Committee
2006-        Suicidology Committee
2010-12      Institutional and Correctional Psychiatry
2011-        (Chair) Suicidology Committee

American College of Psychiatrists
2014-2017    Committee on the Education Award

American Correctional Association
2013-2021    Health Care Committee
2013-2021    Mental Health Committee

American Psychiatric Association
2012-2014    Workgroup on Persons with Mental Illness in the Criminal Justice System
2014-        Workgroup on Mental Illness and Criminal Justice

Association for Academic Psychiatry
2003-2004    Program Committee

Coalition for Juvenile Justice
2001-2002    Membership Committee

National Commission on Correctional Health Care
2003-        Juvenile Health Committee
2003-2004    Standards Revision Task Force, Standards for Health Services in Juvenile
             Detention and Confinement Facilities
2005         Program Committee
2005         (Chair) Clinical Guidelines Monitoring Subcommittee
2006-2007    (Vice-Chair) Clinical Guidelines Monitoring Subcommittee
2006-2010    Executive Committee, Member At-Large
2007-2008    (Chair) Juvenile Health Committee

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2007-2008 | Clinical Guidelines Monitoring Subcommittee |
| 2008-2010 | Finance Committee |
| 2011-2014 | (Chair) Juvenile Health Committee |
| 2011- | Executive Committee |
| 2011- | Accreditation Committee |
| 2012-2014 | (Vice Chair) Accreditation Committee |
| 2013 | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |
| 2014- | (Chair) Accreditation Committee |
| 2014- | Certified Correctional Health Professional-Mental Health (CCHP-MH) Committee |
| 2014- | Mental Health Standards Revision Task Force, Standards for Mental Health Services in Correctional Facilities |
| 2016 | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |

## STATE AND LOCAL COMMITTEES

Rhode Island Psychiatric Society

| | |
|---|---|
| 1995-1996 | Executive Committee |
| 2006-2008 | (Chair) Public Affairs Committee |

Rhode Island Training School

| | |
|---|---|
| 2000-2001 | Health, Mental Health, and Suicide Prevention Work Group |
| 2002 | Resocialization Steering Committee |
| 2003-2008 | Pharmacy and Therapeutics Committee |
| 2004-2008 | Risk Management Committee |
| 2004-2008 | Suicide Prevention Work Group |

Rhode Island Department of Children, Youth, and Families

| | |
|---|---|
| 2003 | Article 23 Committee and Subcommittee |
| 2004 | Psychotropic Medications and Chemical Restraints |

Rhode Island Department of Health

| | |
|---|---|
| 2006-2008 | Suicide Prevention Subcommittee |

Texas Department of Criminal Justice

| | |
|---|---|
| 2008- | Correctional Managed Care Pharmacy and Therapeutics Committee |
| 2008- | Psychiatry Subcommittee |
| 2008-2009 | Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee |
| 2008- | Joint Suicide Prevention Operational Workgroup |
| 2008- | Joint Mental Health Committee |
| 2008- | Suicide Prevention Working Group |
| 2008- | System Leadership Council |
| 2009-2011 | Joint Mental Health Work Group (Chair) |
| 2012-2017 | Joint Gender Identity Disorder Committee |
| 2012- | Integrated Mental Health Procedure Committee |
| 2014-2016 | Joint Mental Health Work Group (Chair) |
| 2017- | Joint Gender Identity Disorder Committee (Co-Chair) |
| 2017- | Correctional Managed Care Pharmacy and Therapeutics Committee (Chair) |

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

2009-2014      Advisory Committee

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)
2008-          Youth Health Services Leadership Council
2008-          Youth Services Pharmacy and Therapeutics Committee
2008-          Mental Health Subcommittee
2008-          Psychiatry Subcommittee
2016-          (Chair) Youth Services Pharmacy and Therapeutics Committee

Texas Society of Psychiatric Physicians
2009-          Government Affairs Committee
2009-2012      Public Mental Health Services Committee
2009-          Strategic Planning and Coordinating Committee
2012-2013      (Vice-Chair) Forensic Psychiatry Committee
2013-          Continuing Medical Education Committee
2013-          (Chair) Forensic Psychiatry Committee
2013-          Executive Council
2018-2019      President

## MEMBERSHIP IN SOCIETIES

1987-99        American Medical Association
2002-2003      American Medical Association
1992-          Theta Kappa Psi Medical Fraternity Alumni
1992-          American Psychiatric Association
1993-2008      Rhode Island Psychiatric Society
1995-          American Academy of Child and Adolescent Psychiatry
1996-2004      Association for Academic Psychiatry
1996-98        Rhode Island Medical Society
1997-98        American Association of General Hospital Psychiatrists
1997-98        Brown University Housestaff Association
1999-2008      Rhode Island Council of Child and Adolescent Psychiatry
1997-          American Academy of Psychiatry and the Law
1998-99        Connecticut Psychiatric Society
2002-          Academy of Correctional Health Professionals
2008-          Texas Society of Psychiatric Physicians
2008-          Texas Society of Child and Adolescent Psychiatry
2009-          American College of Psychiatrists
2011-          American College of Physician Executives

## PUBLICATIONS

1. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD Journal of the International Neuropsychological Society 1996;2:209.

2. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings General Hospital Psychiatry 1997;19:179-184.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

3. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints <u>Clin Neuropsychologist</u> 1998;12:74-83.

4. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility <u>J Am Acad Child Adolesc Psychiatry</u> 2003; 7:762-769.

5. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. <u>Psychiatry 2005</u> 2005; 8:14-19.

6. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. <u>Assessment</u> 2005, 12:384-394.

7. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. <u>J Am Acad Child Adolesc Psychiatry</u> 2005; 10:1085-1098.

8. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. <u>J Correctional Health Care</u>  2006; Volume 11, Issue 4: 333-346.

9. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents.  <u>Psychiatry</u> (Edgmont). 2006 Volume 3, Issue 9:18-20.

10. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. <u>J Child Adol Substance Abuse</u>  2008; Volume  17, Issue 4: 41-56.

11. Baillargeon J**,** Binswanger IA, **Penn JV**, Williams BA, Murray OJ.  Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. <u>The American Journal of Psychiatry</u> 2009; Volume 166, Issue 1:103-109.

12. Baillargeon J**, Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 2: 188-193.

13. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting For Safety with Patients: Clinical Practice and Forensic Implications.  <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 3: 363-370.

14. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons With Severe Mental Illnesses in the U.S. Immigration Detention System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2010; Volume 38, Number 3: 392-399.

15. Baillargeon J**,** Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. <u>American Journal of Community Psychology</u> 2010; Volume 46, Number 3-4: 361-375.

16. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. <u>Adm Policy Ment Health</u> 2010; Volume 37, Number 4:367-74.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

17. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R. Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. Journal of Correctional Health Care 2012; Volume 18, Number 2: 143-157.

18. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. International Journal of Prisoner Health 2011; 7, 4-16.

19. Hilliard WT, Barloon L, Farley P, **Penn JV,** Koranek A. Bupropion Diversion and Misuse in the Correctional Facility. Journal of Correctional Health Care 2013; Volume 19, Number 3: 211-217.

20. McKee J, **Penn JV**, Koranek A. Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. Journal of Correctional Health Care 2014; 20(3):249-260.

21. Trestman, RL (Chair), **Penn JV**, et al. Psychiatric Services in Correctional Facilities: Third Edition A Work Group Report of the American Psychiatric Association. American Psychiatric Publishing 2015.

22. Tamburello A, Metzner J, Ferguson E, Champion M, Ford E, Glancy G, Appelbaum K, **Penn J,** Burns K, Ourada J. The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections. J Am Acad Psychiatry Law 46:242-43, 2018. DOI:10.29158/JAAPL.003762-18

## OTHER PEER-REVIEWED PUBLICATIONS

1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:400-1.

2. **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:406-7.

3. **Penn JV**, Child and Adolescent Forensic Psychiatry, Medicine and Health Rhode Island 2005;9:310-317.

## OTHER NON-PEER REVIEWED PUBLICATIONS

1. **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) Journal of Clinical Psychopharmacology 1996;16:259-260.

2. **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents. In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, Annual Review of Psychiatry, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53.

3. **Penn JV**, Hagino 0: Child and Adolescent Psychiatry. In R.J. Goldberg, Practical Guide to the Care of the Psychiatric Patient, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374.

4. **Penn, JV**, Casoli-Reardon M. Antisocial and Violent Youth (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

5. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259.

6. **Penn JV**. Attention-Deficit/Hyperactivity Disorder: Review Questions. <u>Hospital Physician</u> 2001; 6:27-28.

7. **Penn JV**. Quick to Cry? <u>Parenting</u> 2001; 4:185.

8. **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents.  In M.T. Pato, J. Zohar (eds.), <u>Current Treatments of Obsessive-Compulsive Disorder</u>, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132.

9. **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. <u>The Brown University Child and Adolescent Behavior Letter</u> 2001; 9:1-4.

10. **Penn JV**. Child and Adolescent Depression: Review Questions. <u>Hospital Physician</u> 2002; 1:39-40.

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In <u>Child and Adolescent Psychiatric Clinics of North America</u>. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748.

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. <u>Standards for Health Services in Juvenile Detention and Confinement Facilities</u> National Commission on Correctional Health Care, 2004, 263-265.

13. Carlsen AB, **Penn JV** <u>Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders</u> (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391.

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. <u>In Recommendations for Juvenile Justice Reform</u>. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. <u>AACAP News</u>, 2005, p. 164, 172.

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. <u>Correct Care</u>, 2005, Volume 19, Issue 2, p. 12.

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In <u>Psychiatric Clinics of North America</u>. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. <u>Psychiatry 2006</u>. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint.  In C. Kessler and L. Kraus, <u>The Mental Health Needs of Young Offenders,</u> Cambridge University Press, Cambridge, UK, 2007, pp. 401-422.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) <u>Journal of the American Academy of Psychiatry and the Law</u>. 2006; 34:570-571.

22. Faille L, Clair M, **Penn JV**.  Special Risk Management Issues in Child and Adolescent Psychiatry. <u>Psychiatric Times</u>. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" <u>Arch Pediatr Adolesc Med</u>. 2008 Mar;162(3):281-3.

24. Baillargeon J**,** Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection <u>CorrDocs</u>. Volume 11, Issue 3:12.

25. Baillargeon J**,** **Penn JV**, (Letter to Editor) <u>The American Journal of Psychiatry</u> 2009; 166:490.

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In <u>Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System)</u>. Numeri Pensati: Gangemi Editore, Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.**  Prevention and Treatment of Violent Offending/Offenders. In Ferguson CJ, <u>Violent Crime: Clinical and Social Implications</u>, Sage Publications, Thousand Oaks, CA, 2010, 351-372.

28. **Penn JV**. Standards and Accreditation for Jails, Prisons, and Juvenile Facilities, In <u>Oxford Textbook of Correctional Psychiatry</u>. Edited by Trestman R, Appelbaum K, and Metzner J. Oxford University Press, New York, NY, 2015, pp 359-365.

29. McGlasson T, Champion MK, **Penn JV**. Geriatric Offenders: Evaluation and Treatment within Correctional Settings, In <u>Oxford Textbook of Geriatric Forensic</u> <u>Psychiatry</u>. Edited by Holzer J, Kohn R, Recupero P, and Ellison, J. Oxford University Press, New York, NY (in press).

30. **Penn JV**, Weinstein HC. Correctional Psychiatry, In Kaplan & Sadock's Comprehensive Textbook of Psychiatry 10th edition.  Edited by Sadock BJ, Sadock VA and Ruiz P, Lippincott Williams & Wilkins, Philadelphia, PA (in press).

## ABSTRACTS

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2. Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting.  Miami, Florida.

3. Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4. Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

5. Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6. Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD, Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

7. Penn JV, Boland RJ, McCartney JR. (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

8. Penn JV, Boland RJ, McCartney JR. (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9. Penn JV, Holden P, Hendren RL. (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A. (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically-Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

32. Penn JV, (2013) Psychiatric Comorbidity in Secure Juvenile Settings: How Complex an Issue is It Really? International Academy of Law and Mental Health, International Congress on Law and Mental Health, Amsterdam, The Netherlands.

33. Torrealday O. Penn JV, Parikh R, (2014) Meeting Complex Mental Health Needs of Youthful Offenders, Academic and Health Policy Conference on Correctional Health, Houston, Texas.

34. Parikh R, Torrealday O, Penn JV, (2014) Save Money and Get Better Care? Cost Effective Health Care Delivery in Juvenile Corrections, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

35. Torrealday O, Penn JV, (2015) Grievances: Strategies to Reduce Grief and Grievances While Improving Patient Care, Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts.

36. Appelbaum K, Ford E, Metzner J, Penn JV, Trestman R, (2015) The New APA Guidelines on Correctional Psychiatry, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Fort Lauderdale, Florida.

## INVITED PRESENTATIONS

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001.

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44. "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications:  What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003.

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003.

64. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003.

65. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003.

66. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003.

67. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

68. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

69. "Promising Programs: Suicide Prevention/Good Practices," 23 rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

70. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

71. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

72. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004.

73. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004.

74. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004.

75. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

76. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

77. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

78. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004.

79. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005.

80. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005.

81. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005.

82. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pineisle Resort at Lake Lanier, Georgia, 2005.

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005.

84. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005.

85. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence, Rhode Island, 2005.

86. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

87. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006.

88. "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006.

89. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006.

90. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006.

91. "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006.

92. "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

93. "Acting Out: How To Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

94. "You Be the Judge:  A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

95. "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006.

96. "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry, Maine Medical Center, Portland, Maine, 2007.

97. "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation," UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital, Providence, Rhode Island, 2007.

98. "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome, Italy, 2007.

99. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007.

100. "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007.

101. "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2007.

102. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007.

103. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, Nashville, Tennessee, 2007.

104. "Lessons Learned from Inside the Fence:  Juvenile Offenders, the RI Training School and Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007.

105. "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008.

106. "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana, 2008.

107. "Identification and Management of Juvenile Mental Disorders," National Conference on Correctional Health Care, Chicago, Illinois, 2008.

108. "Identification and Management of Juvenile and Adult Mental Disorders," Texas Corrections Association, Austin, Texas, 2008.

109. "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

110. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008.

111. "Mental Health Services within the Texas Correctional System," National Institute of Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008.

112. "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV.

113. "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009.

114. "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

115. "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

116. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

117. "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

118. "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009.

119. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009.

120. "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009.

121. "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010.

122. "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010.

123. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

124. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

125. "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010.

126. "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010.

127. "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010.

128. "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010.

129. "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010.

130. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011.

131. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011.

132. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

133. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

134. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012.

135. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012.

136. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

137. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

138. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012.

139. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California, Department of Psychiatry, Los Angeles, California, 2012.

140. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

141. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

142. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

143. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013.

144. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013.

145. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013.

146. "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013.

147. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013.

148. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013.

149. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013.

150. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013.

151. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013.

152. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

153. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

154. "Medical Conditions That Present as Psychiatric in Nature," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

155. "Guidelines for Treatment of Adolescents with ADHD," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

156. "Correctional Psychiatry: The Final Frontier of Psychiatry," Psychiatry Grand Rounds, John Peter Smith (JPS) Health Network, Fort Worth, Texas, 2014.

157. "DSM 5: What Pediatricians Need to Know," "Psychopharmacology in Primary Care: Practical Strategies," "Adolescent Substance Abuse," and "Adolescent Suicide and Self-Injurious Behaviors," American Academy of Pediatrics: Practical Pediatrics CME Course, Hilton Head, South Carolina, 2014.

158. "Mental Health Issues of Female Offenders," and "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Corrections Academy, Aurora, Colorado, 2014.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

159.  "Correctional Psychiatry: The Final Frontier of Psychiatry?" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2014.

160.  "Mental Health Issues of the Female Offender," American Correctional Association, Salt Lake City, 2014.

161.  "Strategies to Improve Patient Safety and Professional Satisfaction," National Conference On Correctional Health Care, Las Vegas, Nevada, 2014.

162.  "Risk Management: How is Your Jail Liable?" National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

163.  Various Topics in Child and Adolescent Psychiatry, 25th Annual Pediatric Symposium, Joe DiMaggio Children's Hospital at Memorial, Fort Lauderdale, Florida, 2014.

164.  "Breaking Bad: Timely Strategies for Offenders with Mental Illness," Mid-Winter Workshop, Texas Corrections Association, Austin, Texas, 2014.

165.  "Assessment & Prevention of Suicide and Self-Injurious Behaviors:  Correctional Best Practices," American Correctional Association, Long Beach, California, 2015.

166.  "Diagnosing Mental Illness Using DSM-5," American Correctional Association, Indianapolis, Indiana, 2015.

167.  "An In-Depth Look at NCCHC's 2015 Standards for Health Services in Juvenile Detention and Confinement Facilities," National Conference on Correctional Health Care, Dallas, Texas, 2015.

168.  "Medical Conditions That Present as Psychiatric in Nature." National Conference on Correctional Health Care, Dallas, Texas, 2015.

169.  "Demystifying Mental Illness: It's Not All in Your Head." Texas Department of Criminal Justice (TDCJ) Health Services Division Annual Conference, Huntsville, Texas, 2015.

170.  "PTSD in Corrections, Diagnostic and Treatment Issues." American Correctional Association, New Orleans, Louisiana, 2016.

171.  "The Development of a University-Based Specialty Program for State Prisoners with Gender Dysphoria." American Correctional Association, New Orleans, Louisiana, 2016.

172.  "Acting Out Youths: Timely Forensic and Correctional Approaches." Presidential Symposia, "Issues for Child and Adolescent Psychiatry in the 21st Century." American Psychiatric Association, Atlanta, Georgia, 2016.

173.  "Use of Telepsychiatry Within Correctional Settings." American Correctional Association, Boston, Massachusetts, 2016.

174.  "LGBT Offenders: Critical Issues in Gender Dysphoria." Coalition of Correctional Health Authorities, All Health Authority Training, National Institute of Corrections, Washington, D.C., 2016.

175.  "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

176.  "Epidemiology of Suicide." Texas Society of Psychiatric Physicians Conference, Austin, Texas. 2018.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

177. "The Assessment and Management of Suicide Risk, Tex Med Conference, San Antonio, Texas May 2018.

178. "The Assessment and Management of Violence Risk, Tex Med Conference, San Antonio, Texas May 2018.

179. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

180. "Mental Health: Finding a Way Past Trauma and Violence," UTMB Health Virtual Winter Series, Galveston, Texas, March 2021.

181. "Diagnosis and Treatment of Individuals with Gender Dysphoria (GD) Within Correctional Settings," Developments in Correctional Psychiatry Course, American Academy of Psychiatry and the Law (AAPL), Virtual CME Program, December 2021

## GRANTS

1. Penn (PI)                                                          01/01/2002-01/01/2003
   "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and Company. $ 9,000.
   Role: Principal Investigator

2. Penn (PI)                                                          01/01/2003-05/31/2004
   "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan Developmental Grant, Lifespan. $ 29,451.
   Role: Principal Investigator

3. Penn (PI)                                                          06/30/2004-12/31/2005
   "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with Mental Health and Substance Abuse Issues." Source: Lifespan Risk Management, Lifespan. $12,200.
   Role: Principal Investigator

4. 5K23DA021532 (PI: Tolou-Shams, Ph.D.)                              02/01/2008-01/13/2013
   "HIV Prevention in the Family Drug Court." Source: National Institute of Drug Abuse (NIDA)
   Role: Consultant

## UNIVERSITY TEACHING ROLES

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series, Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group Leader, (weekly meetings).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent Forensic Psychiatry Seminar Series, (single seminar).

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision).

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident.

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).

## HOSPITAL TEACHING ROLES

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine Housestaff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).

# ATTACHMENT B

## Champion Fee Schedule

### Champion Consulting LLC
### Letter of Agreement

You, the undersigned, are retaining Champion Consulting LLC to provide forensic and consulting services.  Champion Consulting LLC agrees to provide Michael Champion, MD, its managing member, to provide said forensic and consulting services.

1.  Forensic consultation is not the practice of medicine; no treatment will be provided, and no doctor-patient relationship will be established.

2.  In consideration of agreeing to provide consulting services to the undersigned, Champion Consulting LLC shall be reimbursed for all time spent by Dr. Champion on the case, including portal-to-portal local travel, at a rate of $500 per hour plus expenses except for out-of-state travel and/or testimony/depositions (see item 4).  Hawaii GET of 4.712% shall be added to all billed fees when indicated.

3. An initial retainer of $5000 is required before commencement of work on the case, as an advance against which all charges are deducted. This retainer will constitute a credit balance. Your office will be provided with an account statement periodically and will be notified if an additional retainer payment of $5000 is necessary. Any credit balance remaining will be refunded upon the termination of Champion Consulting LLC's services.

4. Compensation for out-of-state travel and/or testimony/depositions shall be as follows: rate of payment shall be $3000 per half-day (4 hours or fraction thereof) and $6000 per full day (in excess of 4 hours and up to 8 hours) and will include any/all travel time, plus all expenses, including travel by business-class conveyance, meals, and appropriate lodging if needed. Any additional time beyond 8 hours will be billed at $750 per hour. Before such travel and/or testimony/deposition is undertaken, a retainer of $7500 specific to these activities is required.

5. All balances are to be paid within 30 calendar days upon receipt of invoice, made out to **Champion Consulting LLC**. The federal tax ID for Champion Consulting LLC is: 26-0559130. Payment in a timely manner is the sole responsibility of the retaining attorney, firm, or insurer, and is not contingent on any verdict, outcome, settlement, or payment by client. Overdue accounts may accrue interest at 6% per annum, prorated.  Failure to comply with any term of this agreement may lead to withdrawal of services, leaving the retaining attorney, firm, or insurer liable for unpaid balances.

6. Failure to provide less than five business days notice of cancellations/postponements in writing prior to the date of a scheduled appointment or appearance will result in billing at the standard rate of $500 per hour for the previously scheduled time period. Accordingly, cancelled testimony/deposition will be billed at the rate listed in item 4.

7.  All relevant documentation will be furnished as discovery permits.  Champion Consulting LLC will be provided all existing and updated materials relevant to the case as it continues.  If at any time Dr. Champion is either ethically unable to proceed or new information materially changes his opinion and negotiation as to a revised opinion or a changed role fails, or you do not provide relevant information and/or documentation in a timely fashion, Champion Consulting LLC may terminate the consulting relationship and this agreement without prejudice.

8. Please note that you may not list Dr. Champion as an expert in the absence of his consent, a signed copy of this agreement, and receipt of an initial retainer.

9. Signature below indicates agreement with all these terms, and shall bind firm to payment in full, including any expenses incurred in collecting this debt. Please sign and return one copy to Dr. Champion.

Signed,

_____          _____
Attorney or Firm Representative                        Date

# ATTACHMENT C

# Scott Email

**From:** Charles Scott <clscott@UCDAVIS.EDU>
**Sent:** Friday, February 4, 2022 12:14 PM
**To:** Penn, Joseph <jopenn@UTMB.EDU>
**Subject:** RE: request

**WARNING:** This email originated from outside of UTMB's email system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Joe,

I am fine telling you my rates.  I have a fixed rate for all hours, regardless of depo/travel/record review, etc.  That rate is 800 per hour and there are many forensic psychiatrists in the Bay Area with a much higher rate.

Does that help in any way?

Charles

---

**From:** Penn, Joseph <jopenn@UTMB.EDU>
**Sent:** Thursday, February 3, 2022 11:36 AM
**To:** Charles Scott <clscott@UCDAVIS.EDU>
**Subject:** FW: request
**Importance:** High


Charles

Hi there!  Happy new year!!!  I hope you are well and staying COVID free and warm and safe!

My fees for time at deposition in a correctional case are being disputed.  I bill at a higher rate for deposition than regular time reviewing files, report prep, etc

If you are comfortable, would you mind sharing your fee agreement/schedule with me?  Happy to discuss by phone briefly if questions/concerns

I'm happy to share mine

Many thanks,

J Penn

Joseph V Penn MD CCHP FAPA
Director, Mental Health Services
UTMB Correctional Managed Care (CMC)
Clinical Professor
UTMB Department of Psychiatry

UTMB CMC
200 River Pointe Drive, Suite 200
Conroe, Texas 77304
Office: (936) 494-4184
Fax: (936) 494-4194
Email: jopenn@utmb.edu

# ATTACHMENT D

### *Stephen Knox v. Kelly Renzi, Dr. Andrew Tilden and Wexford Health Sources, Inc.*, 1:17-CV-01237 (invoice)

September 9, 2021

Alexandra Rice
Cassiday Schade LLP
Attorneys at Law
111 North 6th Street Suite 200
Springfield, Illinois 62701

> Re: Stephen Knox v. Kelly Renzi, Dr. Andrew Tilden and Wexford
> Health Sources, Inc.,
> In the United States District Court for the Central District of Illinois
> Court No. 17-cv-01237
> Your File No.: 044502/19344/JNR/AR

Dear Ms. Rice,

I am providing an itemized invoice regarding my time on 9/3/21 providing my deposition pursuant to the plaintiff's firm request.

Please process a reimbursement for the following:

9/3/21      Time dedicated for my deposition
            (Started at 9 AM CST, Ended at 4:34 PM CST)
            Total of 7.50 hours minus 0.50 hours for lunch
                = Total of 7.00 Hours

For professional services rendered (7.00 hours at $1,000.00/hour)

                $ 7,000.00

Minus Check #927495 dated 9/7/2021, received today 9/9/2021

        -       $ 3,000.00


**TOTAL AMOUNT DUE  =  $ 4,000.00**

Please have the payment payable to: "Joseph Penn MD and Forensic Associates LLC."   I have attached a copy of my W-9 in case this is needed. My EIN number is 84-4201597

The mailing address is
Joseph Penn MD and Forensic Associates LLC
206 A S. Loop 336 W #158
Conroe, Texas 77304

Please do not hesitate to reach me with any questions, my cell phone is (713) 301-8901:

Sincerely,


*Joseph V. Penn, MD CCHP FAPA* (signed electronically 9/9/21 at 12:45 PM CST)


Joseph V. Penn, MD CCHP FAPA

# ATTACHMENT E

# *William Ruda MD v. Carrier Clinic* in 2020 (medical expert rate agreement)

Appendix C
**Medical Expert Rate Agreement**

**Medical Expert Information**

Name: _Joseph V. Penn MD_   E-mail Address: _jopenn@utmb.edu_

Address: _University of Texas Medical Branch_ Phone # _(936) 494-4184_

_200 River Pointe Dr, Ste 200_   1) general psychiatry

City/State/Zip: _Conroe   Texas  77304_   Board Certification: 2) forensic psychiatry

Specialties: _general  forensic, and child and_   3) child and adol. psychiatry

_adolescent psychiatry and_

**Case File Information** _correctional psychiatry/mental health_

Plaintiff: _William Ruda MD_   Defendant: _Carrier Clinic_

Defense Attorney: _Gregory Giordano, Esq._   Defense Counsel File #:

Firm: _Lenox Law Firm_   Phone #: _(409) 896-2000_

Address: _136 Franklin Corner Rd_   Fax #: _(409) 895-1693_

City/State/Zip: _Lawrenceville NJ 08648_   Email: _ggiordano@lenoxlaw.com_

| Services | Hourly Rate |
|---|---|
| ☒ Document Review and Analysis/ Preparing Reports | _500.⁰⁰_ |
| ☒ Telephone Conferences | _500.⁰⁰_ |
| ☒ Meeting with Defense Attorney | _500.⁰⁰_ |
| ☒ Deposition Preparation | _500.⁰⁰_ |
| ☒ Attendance at Deposition | _1000.⁰⁰_ |
| ☒ Trial Preparation | _500.⁰⁰_ |
| ☒ Attendance at Trial | _1000.⁰⁰_ |
| ☒ Other Services (Please Itemize) | _Please see attached fee schedule_ |

**Please review the following terms, sign and return to the attorney listed above.** _(Please return signed copy)_

- **If more than four hours are needed for the initial review of medical records and documents provided to you, please contact the attorney listed above to provide an estimate of the time required before proceeding.**
- **Whenever possible, all case materials will be provided to you in electronic format. If you need to print portions of the medical records to facilitate your review, this will be reimbursed at the actual cost of printing not to exceed .10 per page printed.**
- **All invoices should be fully itemized as to all services rendered.** *Please include an invoice number with your bill, since we will NOT be returning a copy of your invoice with our remittance.*
- **Rates agreed upon shall remain in effect until this matter has been closed.**
- **If you believe that research will assist your review, please contact the attorney listed above to provide an estimate of the time required and the issues to be researched before conducting any research.**
- **Please send a copy of your curriculum vitae and IRS form W9 (current version) to the attorney listed above.**

_[signature]_   _12/9/19_

**Expert's Signature**   **Date**

_J. Penn_