# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| WILHEN HILL BARRIENTOS, et al., <br><br>                    Plaintiffs, <br>v. <br><br>CORECIVIC, INC., <br><br>                    Defendant. | Civil Action No.  4:18-cv-00070-CDL |

## ORDER GRANTING DEFENDANT'S MOTION FOR PAYMENT OF EXPERT FEES

The Court has reviewed Defendant's Motion for Payment of Expert Fees, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiffs shall pay the remainder of Dr. Penn's full hourly rate (i.e., $405 per hour) for all time spent in his deposition.

Signed: _____, 2022.

_____
CLAY D. LAND
United States District Court Chief Judge