**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

WILHEN HILL BARRIENTOS, et al.,

                    Plaintiffs,

v.

CORECIVIC, INC.,

                    Defendant.

Civil Action No. 4:18-cv-00070-CDL

**ORDER GRANTING JOINT STATUS REPORT AND MOTION FOR EXTENSION OF TIME TO RESOLVE DEFENDANT'S MOTION TO COMPEL**

The Court has reviewed the parties' Joint Status Report and Motion for Extension of Time to Resolve Defendant's Motion to Compel, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the parties shall file their Final Status Report regarding Defendant's Motion to Compel on or before Friday, March 25, 2022.

Signed: March 14                    , 2022.


                              S/Clay D. Land
                              CLAY D. LAND
                              United States District Court Chief Judge