IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

**WILHEN HILL BARRIENTOS, et al**,

       Plaintiffs,

v.

**CORECIVIC, INC.,**

       Defendant.

Civil Action No.  4:18-cv-00070-CDL

## Declaration of Caitlin J. Sandley

I, Caitlin J. Sandley, hereby declare and state as follows:

1. My name is Caitlin J. Sandley. I am a Senior Staff Attorney at the Southern Poverty Law Center. I represent Plaintiffs in the above-captioned litigation.

2. True and accurate copies of the following exhibits are attached to Plaintiffs' Response in Opposition to CoreCivic's Motion for Payment of Expert Fees:

| Exhibit | Description |
|---|---|
| A | Emails Between CJ Sandley and Jacob Lee |
| B | Table Showing Rates of Psychiatrist and Medical Doctor Experts in Prison and Detention Conditions Cases |
| C | Excerpt of Transcript of Proceedings, *Ferreira v. Penzone*, No. CV15-01845-PHX-JAT (D. Ariz. June 13, 2018), ECF No. 383 |
| D | Excerpt of Exhibit in Support of Corizon Health, Inc.'s Mot. For Summary Judgment, Report of Dr. Penn, *Hughes v. Polk County Sheriff*, No. 8:12-cv-00568-SDM-MAP (M.D. Fla. Mar. 15, 2013), ECF No. 294-3 |
| E | Excerpt of Transcript of Trial on the Merits Vol. 3, *Jackson v. Ford*, No. A 10-CA-522 SS (W.D. Tex. Jan. 25, 2012), ECF No. 168 |
| F | Excerpt of Civil Docket, *Knox v. Melvin*, No. 1:17-CV-01237-JEH (C.D. Ill. May 5, 2017) |
| G | Excerpt of Deposition of Joseph V. Penn (Mar. 8, 2022) |
| H | Excerpt of Exhibit in Support of Motion in Limine, Report of Dr. Penn, *Ferreira*, No. CV15-01845-PHX-JAT (D. Ariz. Feb. 28, 2018), ECF No. 261-1 |

      I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of March, 2022 in Montgomery, Alabama.

_____
Caitlin J. Sandley