**EXHIBIT C**

```
                    UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ARIZONA

Shari Ferreira, et al.,      )
                             )
          Plaintiff,         )
                             ) CV15-01845-PHX-JAT
                             ) Phoenix, Arizona
          vs.                ) May 22, 2018
                             ) 8:38 a.m.
Paul Penzone, et al.,        )
                             )
          Defendants.        )
_____)

     BEFORE:  THE HONORABLE JAMES A. TEILBORG, JUDGE
     EXCERT OF REPORTER'S TRANSCRIPT OF PROCEEDINGS
          JURY TRIAL - DAY #8 - A.M. SESSION
     TESTIMONY:  SHARI FERREIRA-REDIRECT EXAMINATION
               JOSEPH V. PENN, MD
```

**APPEARANCES:**
**For the Plaintiff:**
    ROBBINS & CURTIN PLLC
    By:  **Joel B. Robbins, Esq.**
         Jesse M. Showalter, Esq.
    301 E. Bethany Home Road, Suite B100
    Phoenix, AZ  85012-3312

    RAFI & SCHMIDT LAW PLLC
    By:  **Eric W. Schmidt, Esq.**
    520 W. Union Hills Drive, Suite 101
    Phoenix, AZ  85027

**For the Defendants:**
    STRUCK LOVE BOJANOWSKI & ACEDO PLC
    By:  **Daniel P. Struck, Esq.**
         **Ashlee B. Hesman, Esq**.
    3100 W. Ray Road, Suite 300
    Chandler, AZ  85226

Official Court Reporter:
Elizabeth A. Lemke, RDR, CRR, CPE
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC. 34
Phoenix, Arizona  85003-2150
(602) 322-7247
Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription

```
 1
 2                    INDEX OF WITNESSES
 3   SHARI FERREIRA:
 4   Redirect examination by Mr. Robbins            Pages 3-6
 5
     JOSEPH V. PENN:
 6
     Direct examination by Mr. Struck               Pages 7-48
 7   Cross examination by Mr. Showalter             Pages 48-76
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

DIRECT EXAMINATION - JOSEPH V. PENN

```
 1   any illicit substances that were tested for, including
 2   methamphetamine.
 3   Q   Are all of your opinions today to a reasonable degree of
 4   medical probability?
 5   A   Yes.  And I would say medical and psychiatric certainty,
 6   yes.
 7   Q   And you are being paid for your testimony today?
 8   A   No.  I'm being paid for my time.  I'm not being paid for
 9   my opinion.  I'm being paid for my time.
10           I had to take a vacation day to be here.  I'm a State
11   of Texas employee.  So any time I do anything court-related, I
12   have to take vacation time.  So that's how I'm here today.
13   Q   Okay.  And how much are you compensated?
14   A   I'm trying to remember.  I think it's $400 an hour.  And
15   that may seem like a lot and it is a lot of money, but it is
16   because I'm one of maybe 30 psychiatrist in the country are
17   triple-boarded and that work in correctional settings like I
18   do and there's very few of us.
19   Q   Do you -- do you do this kind of thing, consult with
20   respect to legal cases very often?
21   A   Well, no.  I have a full-time job.  And so my e-mail has
22   been blowing up since we have been here this morning.  But I
23   have a full-time regular job.  So I work for the State of
24   Texas and the University of Texas Medical Branch.
25           So I do maybe two to three to four cases of these
```

C E R T I F I C A T E

I, ELIZABETH A. LEMKE, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control.

DATED at Phoenix, Arizona, this 23rd day of May, 2018.

s/Elizabeth A. Lemke
ELIZABETH A. LEMKE, RDR, CRR, CPE