**EXHIBIT E**

```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF TEXAS
 2                          AUSTIN DIVISION

 3  REGINA JACKSON AND RUDOLF   ) Docket No. A 10-CA-522 SS
    WILLIAMSON, INDIVIDUALLY    )
 4  AND ON BEHALF OF THE ESTATE )
    OF RACHEL JACKSON, DECEASED )
 5                             )
    vs.                        ) Austin, Texas
 6                             )
    JOHN S. FORD, M.D. AND      )
 7  TRAVIS COUNTY, TEXAS        ) January 25, 2012

 8                    TRANSCRIPT OF TRIAL ON THE MERITS
                      BEFORE THE HONORABLE SAM SPARKS
 9                          Volume 3 of 4

10  APPEARANCES:

11  For the Plaintiff:         Mr. Sean M. Lyons
                               Mr. Zackeree Kelin
12                             Hendler Law PC
                               1301 West 25th Street, Suite 400
13                             Austin, Texas 78705

14                             Ms. Rebecca R. Webber
                               Texas Fair Defense Project
15                             510 South Congress Avenue, Suite 208
                               Austin, Texas 78704
16
    For John S. Ford:          Mr. Paul B. Starr
17                             Germer, Gertz, Beaman & Brown
                               301 Congress Avenue, Suite 1700
18                             Austin, Texas 78701

19  For Travis County:         Ms. Elaine A. Casas
                               Ms. Jennifer Kraber
20                             Travis County Attorney's Office
                               P.O. Box 1748
21                             Austin, Texas 78767-1748

22  Court Reporter:            Ms. Lily Iva Reznik, RPR, CRR
                               200 West 8th Street
23                             Austin, Texas 78701
                               (512)916-5564

24

25  Proceedings reported by computerized stenography, transcript
    produced by computer.
```

```
1                        I N D E X

2                        Direct    Cross     Redirect   Recross
     Witnesses:

3

4    Rudolf E. Williamson    7       15,23

5    D'Ambra S. Jackson     47       59,65

6    Diana Gonzalez                            70        82,82

7    Ricky Hollis           92       96

8    Jeffrey Barnard       102      127,130    139       140,143

9    Joseph V. Penn        145      187,193    215       217

10

11                                                       Page

12   Proceedings Adjourned                               226

13

14

15

16

17

18

19

20

21

22

23

24

25
```

14:18:52  1  National Commission on Correctional Healthcare, NCCHC, does, and

14:18:56  2  you have to study and take an exam and you have to show that

14:19:01  3  you've been working in a prison or jail setting seeing patients

14:19:04  4  for a period of time.  I think it's either three or five years.

14:19:06  5  And then, every year, you have to recertify.  You have to show

14:19:09  6  that you're doing CME, continuing medical education, that you're

14:19:13  7  going to conferences that are geared at correctional health

14:19:16  8  issues.  And then, you have to submit a reapplication to get

14:19:20  9  recertified every year.

14:19:21  10  Q.   So in addition to being a board-certified psychiatrist, do

14:19:24  11  you consider yourself with specific emphases in the correctional

14:19:32  12  healthcare system?

14:19:34  13  A.   Yes, I do.

14:19:34  14  Q.   I think I mentioned when you started, I have retained you as

14:19:41  15  an expert in this case, correct?

14:19:43  16  A.   That's correct.

14:19:43  17  Q.   Which means I am paying you to be here?

14:19:46  18  A.   Well, my understanding, you're not paying me, but the agency

14:19:49  19  that's defending or the insurance medical malpractice entity

14:19:53  20  that's the claim -- the insurance company that Dr. Ford had or

14:20:00  21  has is the one that's paying me for my time.

14:20:04  22  Q.   How much money are you being paid per hour, sir?

14:20:06  23  A.   Yes.  It's $350 an hour.

14:20:09  24  Q.   And do you know, as we sit here today, how much you have

14:20:12  25  billed?