# Exhibit H

15,22,CONMAG,MERIT REVIEW HELD,MOTION/SJ,PRISONER,PROBONO,SERVICE ORDERED

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:17-cv-01237-JEH

Knox v. Melvin et al  
Assigned to: Magistrate Judge Jonathan E. Hawley  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/25/2017  
Jury Demand: Both  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Stephen L Knox**  
M06047  
PONTIAC  
CORRECTIONAL CENTER  
Inmate Mail/Parcels  
PO Box 99  
Pontiac, IL 61764  
815-842-2816

represented by **Alan Mills**  
UPTOWN PEOPLE'S LAW CENTER  
4413 North Sheridan  
Chicago, IL 60640  
(773) 769-1411  
Fax: 773-769-2224  
Email: alan@uplcchicago.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anna Michaela Kabat**  
SIDLEY AUSTIN LLP  
One South Dearborn Street  
Chicago, IL 60603  
312-853-7018  
Email: mkabat@sidley.com  
*ATTORNEY TO BE NOTICED*

**David Christopher Giardina**  
SIDLEY AUSTIN LLP  
One South Dearborn Street  
Chicago, IL 60603  
312-853-7000  
Fax: 312-853-7036  
Email: dgiardina@sidley.com  
*TERMINATED: 12/28/2021*  
*ATTORNEY TO BE NOTICED*

**Elizabeth N Mazur**  
HUGHES SOCOL PIERS RESNICK &  
DYM LTD  
Suite 4000  
70 W Madison St  
Chicago, IL 60602  
312-604-2636  
Email: emazur@hsplegal.com  
*TERMINATED: 06/24/2020*

*ATTORNEY TO BE NOTICED*

**Hannah A Posen**
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-0701
Fax: 312-853-7036
Email: hposen@sidley.com
*ATTORNEY TO BE NOTICED*

**John W Treece**
ATTORNEY AT LAW
1135 West Montana St.
Chicago, IL 60614
312-961-7808
Email: jtreece@jwtreece.com
*ATTORNEY TO BE NOTICED*

**Leslie Elaine Kuhn-Thayer**
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
Fax: 312-853-7036
Email: lkuhntha@sidley.com
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Tucker**
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7574
Email: matthew.tucker@sidley.com
*ATTORNEY TO BE NOTICED*

**Meredith N. Greene**
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-2225
Email: mgreene@sidley.com
*ATTORNEY TO BE NOTICED*

**Nicole Rae Schult**
UPTOWN PEOPLE'S LAW CENTER
4413 North Sheridan
Chicago, IL 60640
773-769-1411
Fax: 773-769-2224
Email: nicole@uplcchicago.org
*ATTORNEY TO BE NOTICED*

**Orlando Cosme , Jr.**

SIDLEY AUSTIN LLP
35th Floor
One South Dearborn Street
Chicago, IL 60603
312-853-4156
Fax: 312-853-7036
Email: ocosme@sidley.com
*TERMINATED: 05/03/2021*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Melvin**
*Warden*

represented by **Lindsay Rose VanFleet**
ILLINOIS ATTORNEY GENERAL - URBANA
General Law
1776 E Washington
Urbana, IL 61802
217-278-3330
Email: lindsay.vanfleet@ilag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Buntic**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
12th Floor
100 West Randolph
Chicago, IL 60601
312-814-3599
Fax: 312-814-4425
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
1776 E Washington Street
Urbana, IL 61802
217-278-3362
Fax: 217-278-3370
Email: megan.murphy@ilag.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Tilden**
*TERMINATED: 02/14/2022*

represented by **Joseph N Rupcich**
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
217-572-1714
Fax: 217-572-1613
Email: jrupcich@cassiday.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Newton Rice**
CASSIDAY SCHADE LLP
3100 Montvale Drive
Springfield, IL 62704
217-572-1714
Fax: 217-572-1613
Email: arice@cassiday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emily Ruskin**      represented by   **Lindsay Rose VanFleet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Buntic**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Baldwin**
*In his official capacity as the Acting Director of the Illinois Department of Corrections*
*TERMINATED: 06/28/2019*

**Defendant**

**The Illinois Department of Corrections**      represented by   **Lindsay Rose VanFleet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Teri Kennedy**      represented by   **Mia Buntic**
*TERMINATED: 06/28/2019*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kelly Renzi**      represented by   **Alexandra Newton Rice**
*TERMINATED: 02/14/2022*
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph N Rupcich**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wexford Health Sources Inc**     represented by    **Joseph N Rupcich**
*TERMINATED: 02/14/2022*                                                 (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexandra Newton Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Major Susan Prentice**     represented by    **Lindsay Rose VanFleet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Buntic**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Craig Wilson**     represented by    **Lindsay Rose VanFleet**
*Officer*                                                  (See above for address)
*TERMINATED: 01/31/2022*                                 *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Buntic**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lucas Nall**     represented by    **Lindsay Rose VanFleet**
*Officer*                                                  (See above for address)
*TERMINATED: 01/31/2022*                                 *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Buntic**

(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Enrique Ruiz**  represented by  **Lindsay Rose VanFleet**
*Officer*                           (See above for address)
*TERMINATED: 01/31/2022*            *LEAD ATTORNEY*
                                    *ATTORNEY TO BE NOTICED*

**Mia Buntic**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carl Colwell**  represented by  **Lindsay Rose VanFleet**
*Officer*                          (See above for address)
*TERMINATED: 01/31/2022*           *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Mia Buntic**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua Davis**  represented by  **Lindsay Rose VanFleet**
*Officer*                          (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

**Mia Buntic**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Megan E Murphy**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Rob Jeffreys**<br>*Acting Director of the Illinois Department*<br>*of Corrections* | represented by | **Lindsay Rose VanFleet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Megan E Murphy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2017 | 1 | COMPLAINT against All Defendants, filed by Stephen L Knox.(SL, ilcd) (Entered: 05/25/2017) |
| 05/25/2017 | 2 | NOTICE OF CASE OPENING. Please be advised that your case has been assigned to Chief Judge James Shadid. Effective immediately, all documents should be mailed or scanned to the Peoria Division,100 NE Monroe Street,Peoria,IL 61602.Merit Review Deadline set for 6/14/2017. (Attachments: # 1 Notice Regarding Privacy Issues)(SL, ilcd) (Entered: 05/25/2017) |
| 05/25/2017 | 3 | PETITION TO PROCEED IN FORMA PAUPERIS, filed by Stephen L Knox.(SL, ilcd) (Entered: 05/25/2017) |
| 05/25/2017 | 4 | **+++ PRISONER TRUST FUND LEDGER.** by Stephen L Knox (SL, ilcd) (Entered: 05/25/2017) |
| 05/25/2017 | 5 | MOTION to Request Counsel by Plaintiff Stephen L Knox. Responses due by 6/8/2017 (SL, ilcd) (Entered: 05/25/2017) |
| 05/25/2017 | | TEXT ORDER granting 3 Petition to Proceed In Forma Pauperis. Plaintiff's trust fund ledgers indicate he has no funds to make an initial partial payment of the filing fee. Pursuant to 28 U.S.C. Section 1915(b)(4), the initial partial filing fee is waived. The agency having custody of Plaintiff is directed to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's account to the Clerk of Court. Income includes all deposits from any source. The agency having custody of the plaintiff shall forward these payments each time Plaintiff's account exceeds $10, until the filing fee of $350 is paid in full. The Clerk is directed to mail a copy of this order to Plaintiff's place of confinement, to the attention of the Trust Fund Office. Entered by Chief Judge James E. Shadid on 5/25/2017. (SL, ilcd) (Entered: 05/25/2017) |
| 07/21/2017 | | Prisoner Initial Partial Filing Fee received 7/21/2017, in the amount of $1.63; receipt number 14626029861 (JRK, ilcd) (Entered: 07/24/2017) |
| 10/10/2017 | 6 | MERIT REVIEW ORDER entered by Chief Judge James E. Shadid on 10/10/2017. IT IS FURTHER ORDERED THAT THE CLERK IS DIRECTED TO: 1) Dismiss Defendants Dr. Tilden and Assistant Warden Emily Ruskins for failure to state a claim upon which relief can be granted pursuant to by 28 U.S.C. §1915A; 2) deny Plaintiff's motion for counsel with leave to renew, 5 ; 3) attempt service on Defendant pursuant to the standard procedures; 4) set an internal court deadline 60 days from the entry of this order for the Court to check on the status of service and enter scheduling deadlines and 5) enter the Court's standard qualified protective order pursuant to the Health Insurance Portability and Accountability Act. SEE FULL WRITTEN ORDER.(SAG, ilcd) (Entered: 10/10/2017) |
| 10/10/2017 | 7 | HIPAA QUALIFIED PROTECTIVE ORDER entered by Chief Judge James E. Shadid on 10/10/2017. (SAG, ilcd) (Entered: 10/10/2017) |