# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.,**<br><br>       **Plaintiffs,**<br><br>v.<br><br>**CORECIVIC, INC.,**<br><br>       **Defendant.** | **Civil Action No. 4:18-cv-00070-CDL** |

## ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE CLASS <u>CERTIFICATION BRIEF AND EXHIBITS UNDER SEAL</u>

Pursuant to the Protective Orders entered in this case, Plaintiffs are required to file under seal information designated CONFIDENTIAL or ATTORNEY'S EYES ONLY by the Producing Party, and the designating party automatically consents to the filing party's motion to seal. ECF No. 67 at 9-10; Doc. 137 at 12-13.  The Court understands Plaintiffs' motion to actually request permission to file the documents with restricted access, not under seal.

The Court therefore **GRANTS** Plaintiffs' Motion for Leave to File Class Certification Brief and Exhibits Under Seal to the extent that Plaintiffs may file the requested documents under restricted access. Plaintiffs are ordered to: (1) file under restricted access complete, unredacted versions of the Class Certification Brief and certain exhibits thereto on June 17, 2022 and (2) file public versions of the Class Certification Brief, deposition transcript excerpts, and Plaintiffs' experts' reports redacting quotations from or references to information designated CONFIDENTIAL or ATTORNEY'S EYES ONLY no later than July 1, 2022.

Signed: _June 13,  2022.

S/Clay D. Land
CLAY D. LAND
United States District Court Judge

- 2 -