IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILHEN HILL BARRIENTOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00070-CDL |

ORDER ON PLAINTIFFS' MOTION TO MODIFY ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' *DAUBERT* BRIEF AND EXHIBITS UNDER SEAL

The Court **GRANTS** Plaintiffs' Motion to Modify the Court's Order Granting Plaintiffs' Motion for Leave to File Plaintiffs' *Daubert* Brief and Exhibits Under Seal. As the Court understands the motion, Plaintiffs do not intend to file a *Daubert* motion at the present time because they do not intend to rely upon such a motion in support of any other pending or anticipated motions or in response to any other pending or anticipated motions.  Therefore, the Court certainly will not require them to file a Daubert motion that is not necessary.   However, if such a motion becomes necessary, they must file it contemporaneous with any other motion or response to a motion for which it is relied upon.  And to the extent they seek to file a Daubert motion to exclude trial testimony, any such motion shall be filed 14 days prior to the date of the final pretrial conference.  Any Daubert motion, along with supporting memorandum of law and exhibits, that include confidential information may be filed in unredacted form under restricted access, and versions that redact quotations from or references to information designated CONFIDENTIAL or ATTORNEY'S EYES ONLY shall be filed in redacted form with unrestricted access.

Signed: June 16, 2022.

S/Clay D. Land
_____
CLAY D. LAND
United States District Court Judge