**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| WILHEN HILL BARRIENTOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Civil Action No. 4:18-cv-00070-CDL |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND EXCEED PAGE LIMITATIONS FOR RESPONSES AND REPLIES RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTION**

The Court has reviewed the Joint Motion to Extend Deadlines and Exceed Page Limitations for Responses and Replies Re: Plaintiffs' Motion for Class Certification and Motion to Exclude Defendant's Proposed Expert Dr. Joseph V. Penn's Testimony and Opinions ("*Daubert* Motion"), and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant's Responses to Plaintiffs' Motion for Class Certification and *Daubert* Motion are due by August 5, 2022. Plaintiffs' Replies to those Responses are due by September 9, 2022.

IT IS FURTHER ORDERED that Defendant's Response to Plaintiffs' Motion for Class Certification may be up to 40 pages, and Plaintiffs' Reply in Support of their Motion for Class Certification may be up to 20 pages.

Signed: June 30                              , 2022.


S/Clay D. Land
_____
CLAY D. LAND
United States District Court Judge