## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.,** | |
| **Plaintiffs,** | |
| v. | |
| **CORECIVIC, INC.,** | **Civil Action No.  4:18-cv-00070-CDL** |
| **Defendant.** | |

## EXHIBITS IN SUPPORT OF PLAINTIFFS'
## MOTION FOR CLASS CERTIFICATION

| NO. | BEGINNING BATES NO. | DOCUMENT DESCRIPTION |
|---|---|---|
| 1 | PLS_0005087<br><br>PLS_0004890 | CoreCivic 2020 Annual Report Form 10-K<br>Corrections Corporation of America (CCA) 2011 Annual Report Form 10-K |
| 2 | CCBVA0000001317 | June 27, 2006 Agreement between Stewart County and CCA |
| 3 | PLS_0003640<br><br>CCBVA0000000368<br>PLS_0003739<br>PLS_0003749<br>CCBVA0000105880 | June 3, 2006 Intra-Governmental Service Agreement (IGSA) between ICE and Stewart County<br>June 12, 2013 IGSA Modification<br>Jan. 9, 2016 IGSA Modification<br>Feb. 13, 2017 IGSA Modification<br>Feb. 8, 2018 IGSA Modification |
| 4 | | Excerpts from the Deposition of Bethany Brazier (Nov. 18, 2021) |
| 5 | | Excerpts from the Deposition of CoreCivic 30(b)(6) Designee Russell Washburn (Dec. 1, 2021) |
| 6 | | Excerpts from the Deposition of Michael Swinton (Nov. 2, 2011) |
| 7 | | Excerpts from the Deposition of Charlie Peterson (Oct. 18, 2021) |
| 8 | CCBVA0000280509 | ███████████████████ |
| 9 | | Excerpts from the Deposition of CoreCivic 30(b)(6) Designee Russell Washburn (Dec. 2, 2021) |
| 10 | | Excerpts from the Deposition of Juliette Drew (Dec. 3, 2021) |

| 11 | CCBVA0000206687 | ███████████████████████████ |
|----|-----------------|-----------------------------|
| 12 | CCBVA0000001323<br><br>CCBVA0000001613<br><br>CCBVA0000001968<br><br><br>CCBVA0000002364<br>CCBVA0000002851<br><br><br>CCBVA0000003235 | 2000 Detention Operations Manual, Table of Contents (1-2)<br><br>2000 INS Detention Standard, Voluntary Work Program (3-9)<br><br>2008 Operations Manual, ICE Performance-Based National Detention Standards, Table of Contents (10-11)<br><br>2008 ICE/DRO Standard, Voluntary Work Program (12-17)<br><br>2011 ICE Performance-Based National Detention Standards (with 2013 errata), Cover and Table of Contents (18-20)<br><br>2011 PBNDS, 5.8 Voluntary Work Program (21-26) |
| 13 | CCBVA0000003317 | 2011 ICE Performance-Based National Detention Standards, 2016 rev. |
| 14 | | Expert Report of Dr. Pablo Stewart (Second Amended) |
| 15 | | Expert Report of Dr. Dora Schriro |
| 16 | | Expert Rebuttal Report of Dr. Schriro |
| 17 | CCBVA0000277674 | ██████████████████████████ |
| 18 | CCBVA0000193337 | ██████████████████████████ |
| 19 | CCBVA0000189988 | ██████████████████████████ |
| 20 | | Excerpts from the Deposition of Terrence Lane (Oct. 5, 2021) |
| 21 | | Excerpts from the Deposition of Matthew Moye (Oct. 21, 2021) |



| 22 | CCBVA0000036625<br>CCBVA0000196230<br>CCBVA0000199703<br>CCBVA0000204588<br>CCBVA0000207851<br>CCBVA0000223235<br>CCBVA0000230055<br>CCBVA0000231709<br>CCBVA0000232093<br>CCBVA0000260489<br>CCBVA0000260779<br>CCBVA0000260783<br>CCBVA0000264631<br>TRINITY-00013188<br>TRINITY-00035956<br>TRINITY-00041870 | Plaintiffs' Demonstrative Exhibit: Staff Tenure at SDC (timeline and supporting chart) |
|----|----|----|
| 23 | CCBVA0000118695 | |
| 24 | CCBVA0000149688 | |
| 25 | CCBVA0000149722 | |
| 26 | | Excerpts from the Deposition of Trinity 30(b)(6) Designee Susan Huffman (Jul. 14, 2021) |
| 27 | SECURUS_000095 | |

| 28 | SECURUS_000094 | ███████████████████████ |
| 29 | CCBVA0000285629 | ████████████████████████ |
| 30 | CCBVA0000149956 | ICE Detention Standards Compliance Review, Stewart Detention Center, May 21, 2008 |
| 31 | Trinity-00001676 | ███████████████████████ |
| 32 | CCBVA0000278623 CCBVA0000249130 | ███████████████████ ████████████ |
| 33 | CCBVA0000003884 | SDC Policy 15-100, Detainee Discipline (effective Aug. 16, 2017) |
| 34 | CCBVA0000003918 | SDC Policy 18-100, Classification Housing, Work and Program Plan (effective Nov. 17, 2017) |
| 35 | CCBVA0000118618 | ███████████████████████ |
| 36 | CCBVA0000003947 | SDC Policy 19-100, Detainee Voluntary Work Program (effective Aug. 16, 2017) |
| 37 | CCBVA0000106421 | ███████████████████████ |
| 38 | CCBVA0000204154 | 2020 CoreCivic SDC Detainee Handbook Supplement |
| 39 | | Excerpts from the Deposition of Droudred Blackmon (Oct. 14, 2021) |
| 40 | | Excerpts from the Deposition of Jacqueline Norman (Nov. 15, 2021) |
| 41 | CCBVA0000199375 | ████████████████████ |
| 42 | | Excerpts from the Deposition of  Trinity 30(b)(6) Designee Marquita Crawford (Aug. 23, 2021) |
| 43 | CCBVA0000196307 | ███████████████████████ |
| 44 | | Excerpts from the Deposition of  Freddie Hood (Oct. 22, 2021) |
| 45 | CCBVA0000197160 | ██████████████████ |
| 46 | | Excerpts from the Deposition of  Harrell Gray (Oct. 27, 2021) |

| 47 | CCBVA0000301016 | |
|----|-----------------|---|
| 48 | CCBVA0000261551 | |
| 49 | CCBVA0000231832 | |
| 50 | CCBVA0000262697 | |
| 51 | CCBVA0000265701 | |
| 52 | CCBVA0000271265 | |
| 53 | | Declaration of Gonzalo Bermudez Gutiérrez |
| 54 | CCBVA0000197022 | |
| 55 | PLS_0005840 | ICE Enforcement and Removal Operations, COVID-19 Pandemic Response Requirements, ver. 2.0, June 22, 2020 |
| 56 | | Expert Report of Dr. Stephen Schwartz |
| 57 | CCBVA0000189815 | |
| 58 | CCBVA0000198588 | |
| 59 | CCBVA0000189907 | |
| 60 | | Declaration of Wilhen Hill Barrientos |
| 61 | | Excerpts from the Deposition of Calvin Blue (Nov. 10, 2021) |
| 62 | CCBVA0000196833 | |
| 63 | CCBVA0000198960 | |
| 64 | CCBVA0000207379 | |
| 65 | CCBVA0000219703 | |
| 66 | CCBVA0000197339 | |
| 67 | CCBVA0000217506 | |
| 68 | | Excerpts from the Deposition of Troy Pollock (Sep. 30, 2021) |

| 69 | CCBVA0000006769 | █████████████████████████ |
| 70 | CCBVA0000196090 | █████████████████████████ |
| 71 | CCBVA0000006771 | █████████████████████████ |
| 72 | CCBVA0000230006 | █████████████████████████ |
| 73 | | *Intentionally omitted* |
| 74 | CCBVA0000197201 | █████████████████████████ |
| 75 | | Declaration of Keysler Urbina Rojas |
| 76 | CCBVA0000007900 | █████████████████████████ |
| 77 | CCBVA0000189938 | █████████████████████████ |
| 78 | CCBVA0000197174 | █████████████████████████ |
| 79 | CCBVA0000007302 | █████████████████████████ |
| 80 | CCBVA0000197890 | █████████████████████████ |
| 81 | CCBVA0000196662 | █████████████████████████ |
| 82 | CCBVA0000197294 | █████████████████████████ |
| 83 | CCBVA0000196483 | █████████████████████████ |
| 84 | CCBVA0000232829 | █████████████████████████ |
| 85 | CCBVA0000190325 | █████████████████████████ |
| 86 | CCBVA0000329489 | Mar. 5, 2015 ICE Contract Discrepancy Report |
| 87 | ICE Barrientos 0017363 | █████████████████████████ |
| 88 | CCBVA0000003777 | CoreCivic SDC Inmate/Resident Commissary Operations Policy 2-6 |
| 89 | CCBVA0000106555 | █████████████████████████ |
| 90 | CCBVA0000106561 | █████████████████████████ |
| 91 | CCBVA0000106566 | █████████████████████████ |

| 92 | CCBVA0000106572 | ████████████████████████ |
| 93 | CCBVA0000106578 | ████████████████████████ |
| 94 | CCBVA0000106584 | ████████████████████████ |
| 95 | | Expert Report of Leonora Renda |
| 96 | CCBVA0000106024 | ██████████████████████████████ |
| 97 | TRINITY-00000001 | ████████████████████████████ |
| 98 | | Excerpts from the Written Deposition of Margaret Ann Giunta (Oct. 14, 2021) |
| 99 | CCBVA0000218199 | ████████████████████ |
| 100 | CCBVA0000274878 | ██████████████████████████████ |
| 101 | TRINITY-00015126 | ███████████████████████████ |
| 102 | CCBVA0000265078 | ██████████████████████████████ |
| 103 | CCBVA0000247854 | █████████████████████████████ |
| 104 | CCBVA0000217501 | ███████████████████████████ |
| 105 | CCBVA0000238645 | ██████████████████████████ |
| 106 | DHS0000005 | █████████████████████████████ |
| 107 | ICE - Barrientos 0011079 | DHS Office of Inspector General, OIG-18-32, "Concerns about ICE Detainee Treatment and Care at Detention Facilites," Dec. 11, 2017 |
| 108 | PLS_0004612 | DHS Ofifce of Inspector General, Adult Detention Oversight, 16-047-ISP-ICE, Working Papers, Feb. 7, 2016 |
| 109 | CCBVA0000208327 | █████████████████████████ |
| 110 | CCBVA0000332890 | Jan. 18, 2012 Emails, "Food Service Reports December 2011," from J. Brantley, J. Ellis, & M. Turner, with attachment |
| 111 | CCBVA0000245041 | ██████████████████████████████ |
| 112 | CCBVA0000202852 | ███████████████████████████ |
| 113 | ICE - Barrientos 0015880 | ████████████████████████ |
| 114 | CCBVA0000217139 | █████████████████████████ |
| 115 | CCBVA0000216707 | █████████████████████████████ |

| 116 | CCBVA0000208475 |  |
| 117 | CCBVA0000266489 | |
| 118 | ICE-Barrientos-0001_00002 | |
| 119 | CCBVA0000003799 | |
| 120 | CCBVA0000223449 | |
| 121 | CCBVA0000197840 | |
| 122 | CCBVA0000189805 | |
| 123 | CCBVA0000197370 | |
| 124 | CCBVA0000197770 | |
| 125 | CCBVA0000196929 | |
| 126 | CCBVA0000198287 | |
| 127 | CCBVA0000058749 | |
| 128 | CCBVA0000165416 | |
| 129 | CCBVA0000196243 | |
| 130 | CCBVA0000006287 | |
| 131 | CCBVA0000230464 | |
| 132 | CCBVA0000262702 | |
| 133 | CCBVA0000329559 | May 14, 2015 Emails, "Possible Work Stoppage," from J. Ellis, S. Richardson |
| 134 | CCBVA0000246892 | |
| 135 | CCBVA0000251384 | |