# Exhibit 7

# (REDACTED)

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

Page 1

```
 1           IN THE UNTIED STATES DISTRICT COURT
 2              MIDDLE DISTRICT OF GEORGIA
 3                 COLUMBUS DIVISION
 4   WILHEN HILL BARRIENTOS,    )
 5   ET AL.,                    )
 6            Plaintiffs,       )
 7        vs.                   ) CIVIL ACTION FILE
 8   CORECIVIC, INC.,           ) NO: 4:18-CV-00070-CDL
 9            Defendant.        )
10
11
12
13
14       DEPOSITION OF CHARLIE JOE PETERSON, JR.
15                  ATLANTA, GEORGIA
16              MONDAY, OCTOBER 18, 2021
17
18                 (Reported Remotely)
19
20
21
22
23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
24              CCR-B-1790
25   FILE NO. 200839
```

Page 2

```
 1
 2                October 18, 2021
 3                   9:00 a.m.
 4
 5                 Deposition of
 6   CHARLIE JOE PETERSON, JR., held in Atlanta,
 7   Georgia before Tanya L. Verhoven-Page,
 8   Certified Court Reporter and Notary Public
 9   of the State of Georgia.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                APPEARANCES OF COUNSEL
 3   On behalf of the Plaintiffs:
 4        PERKINS COIE
 5        1155 Avenue of the Americas
 6        New York, New York 10036
 7        BY:  EMILY COOPER, ESQ.
 8        BY:  ALAN HOWARD, ESQ.
 9             (Via Zoom)
10
11        SOUTHERN POVERTY LAW CENTER
12        400 Washington Avenue
13        Montgomery, Alabama 36104
14        BY:  JACKIE ARANDA OSORNO, ESQ.
15        BY:  CJ SANDLEY, ESQ.
16             (Via Zoom)
17
18   On behalf of the Defendant:
19        STRUCK, LOVE, BOJANOWSKI & ACEDO, PLC
20        3100 West Ray Road
21        Chandler, Arizona 85226
22        BY:  JACOB LEE, ESQ.
23             (Via Zoom)
24
25
```

Page 23

1  C. PETERSON

2  A  Excuse me?

3  Q  I said you can answer. I didn't hear
4  your response?

5  A  Yes, for the most -- I mean, a lot of
6  staff do relocate. We had a number of facilities
7  throughout the United States, so we were able to -- I
8  mean, you can promote or just relocate or, you know,
9  go to different locations.

10  Q  So what were your responsibilities as
11  assistant warden?

12  A  I was responsible for both operation and
13  support at different times throughout my period
14  there. Overseeing operations, which include the
15  chief of security, the shift supervisor, security
16  supervisors, and support the unit team and programs
17  department.

18  Q  And how long were you the assistant
19  warden at the facility in New Mexico?

20  A  Right at two years, close to two years.

21  Q  And what role did you take on next?

22  A  I took a lateral transfer to Stewart
23  Detention as assistant warden.

24  Q  Do you remember what year that was that
25  that happened?

1      C. PETERSON

2      A     2008 -- I'm sorry.  Almost 2006.

3      Q     What were your duties and
4  responsibilities as assistant warden at Stewart?

5      A     I was the operations assistant warden, so
6  I was responsible for security.  The security staff
7  at the facility.

8      Q     About how many staff members reported to
9  you?

10     A     I would say roughly about 2- to 300,
11 directly or indirectly.  I had the security -- the
12 shift supervisors and the assistant shift
13 supervisors, sergeants and detention officers.

14     Q     And how long were you assistant warden at
15 Stewart?

16     A     Two years.

17     Q     That brings us to about 2008.  What role
18 did you take on next?

19     A     I took a lateral transfer as assistant
20 warden to North -- Gainesville, Georgia, North
21 Georgia Detention Center.

22     Q     And it was North Georgia Detention
23 Center; is that what you said?

24     A     Yes.

25     Q     And were your duties as assistant warden

Page 28

1                    C. PETERSON

2        A    Yes.  As the warden, the responsibilities
3   were to oversee the over -- the total operation of
4   the facility.  The security, the program support,
5   oversee all the departments, business department,
6   training, medical, food service, the whole total
7   operation.
8        Q    And where did you go from D.C.?
9        A    After I left D.C., I went to Metro
10  Detention Center as the warden in Nashville,
11  Tennessee.
12       Q    And how long were you there?
13       A    Right at a year.
14       Q    Were your duties in Nashville -- so I
15  guess you came back to Nashville after many years --
16       A    Yes.
17       Q    -- as warden.
18            Were your duties there as warden the same
19  as the duties you just described?
20       A    Correct.
21       Q    And where did you go from Nashville?
22       A    Took back to Stewart Detention as the
23  warden.
24       Q    And do you remember about what year that
25  was?

```
                                                            Page 29
 1                       C. PETERSON
 2         A      That was 2017.
 3         Q      Approximately, do you know what month?
 4         A      I -- right off, I don't.  It was August,
 5   September, I think, sometime around August or
 6   September.
 7         Q      And how long were you at Stewart?
 8         A      Until 2019, January 2019.
 9         Q      And at Stewart, were your duties as
10   warden the same as what you just described?
11         A      Yes.
12         Q      And approximately how many employee staff
13   at Stewart reported to you?
14         A      Roughly anywhere from 350 to 400.
15         Q      Who were your direct reports?
16         A      The business manager, the deputy warden
17   --
18         Q      Do you remember their names?
19         A      -- human resource manager.
20         Q      I'm sorry.
21                So you said business manager, deputy
22   warden and human resource manager?
23         A      Human resource manager, yes.
24         Q      And who were they during your tenure as
25   warden?
```

```
                                                         Page 61
 1                      C. PETERSON
 2    BY MS. COOPER:
 3         Q     Okay.  So the profits at Stewart were
 4    then determined by the contract with ICE; is that
 5    right?
 6              MR. LEE:  Object to form.
 7              THE WITNESS:  Right.
 8    BY MS. COOPER:
 9         Q     Do you remember the capacity of Stewart
10    during your time there?  In other words, how many
11    detainees were housed at Stewart?
12         A     Roughly around 2,000.
13         Q     And did that capacity fluctuate during
14    your time there?
15         A     Yes, it did.
16         Q     Do you remember what the lowest number of
17    detained people was during your time there?
18         A     Right off, exact number, I don't, but
19    I -- I can recall it going down under 1500 on a
20    number of occasions, and possibly under 1200 on a
21    couple few occasions.  But our population consists of
22    detainees coming in and going out anywhere from 24 to
23    72 hours time span and such.
24         Q     If the population went down too low so
25    that it wasn't worth it to have the same number of
```

1                    C. PETERSON
2    detainees, we were doing a lot of -- we were mopping
3    and sweeping floors and doing the laundry and
4    different things in the facility.  So -- but that
5    prevented us from doing our -- doing a lot of our
6    other assignments.
7              So having the detainee population in
8    there and additional helpers, that kind of freed up
9    us to do other things and ensure that the facility
10   was safe and operations were being followed.
11        Q    Is that the case -- you mentioned laundry
12   and housekeeping and other operations.  Is that the
13   case for the kitchen, as well?
14        A    Yes.  I mean, again, and it's just --
15   yes.  If we have to prep and prepare food for 1400,
16   1500, 1600 detainees, it doesn't -- I mean, it's a
17   benefit or, you know, a help that we have additional
18   staff in there or additional people in there that can
19   help with that, in prep -- preparing the food and
20   serving the food and housecleaning afterwards.
21        Q    Okay.  If detained people weren't doing
22   these jobs, who would do them?
23        A    It would have -- it would have been the
24   staff.
25        Q    Would you have had to hire more staff to

Page 114

1                    C. PETERSON
2    perform the jobs if there was no work program?
3              MR. LEE:  Foundation.
4              THE WITNESS:  Yes, I'm sure we
5        would have.
6    BY MS. COOPER:
7        Q    Just focusing on the kitchen for a
8    moment, was the kitchen staff mostly detained workers
9    or was it mostly CoreCivic or Trinity employees?
10       A    The ratio, it was more detainee workers.
11             MS. COOPER:  Jackie, you can pull
12       this exhibit down.
13   BY MS. COOPER:
14       Q    So you testified about the budgets you
15   worked on as warden, you worked with Bethany Norman.
16            Did the budget account for paying the
17   detained workers?
18       A    Yes.
19       Q    Were you ever concerned about going over
20   budget on those payments to detained workers?
21       A    No.
22   ███████████████████████████████
███████████████████████████████████████
███████████████████
███████████████████████████████████████

Page 158

1                    C. PETERSON

2    staff the kitchen with non-detainee workers?

3         A     Not to my knowledge.

4         Q     So did you ever ask CoreCivic to hire
5    more paid employees?

6         A     Not to my knowledge.

7         Q     Why not?

8         A     At the time, again, it was -- I mean, it
9    wasn't a six, eight-month period that we didn't have
10   detainees in the kitchen.  I mean, we -- we knew
11   what -- the majority of the issue was at the time was
12   with the turnaround.  The turnaround was so fast,
13   inmates were leaving out so fast that we couldn't
14   keep detainees in the kitchen.

15              And so, you know, based on historics, you
16   know, it slows down at certain periods of the year,
17   we don't -- we couldn't -- there's no way we could
18   have absolutely controlled the population or how long
19   detainees stayed.  But we knew, you know, we were
20   going to continue recruiting.

21              And, you know, we had populations there
22   and my team, the unit team, the unit staff did an
23   excellent job of identifying the detainees as they
24   come in and, you know, based on -- you know, there
25   was one -- some that were fighting their cases or

1                    C. PETERSON

2 ██████████████████

██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

█████████████████████████████████

█████████████████████████████████

███████████████████████████████

████████████████████████████████████

████████████

████████████████████████████████████

████████████████████

█████████████████████████████████

██████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

████████████████████████████████████

██████████████████████████████████ █

████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

███████████████████████████████████████

███████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

C. PETERSON

1

2                    D I S C L O S U R E

3

4   STATE OF GEORGIA    )   DEPOSITION OF:

5

6   FULTON COUNTY       )   CHARLIE JOE PETERSON, JR.

7

8         Pursuant to Article 8.B of the Rules and
    Regulations of the Board of Court Reporting of the
9   Judicial Council of Georgia, I make the following
    disclosure:
10
          I am a Georgia Certified Court Reporter.  I am
11  here as a representative of TSG Reporting.

12        TSG Reporting was contacted by the offices of
    Southern Poverty Law Center to provide court
13  reporting services for this deposition.  TSG
    Reporting will not be taking this deposition under
14  any contract that is prohibited by O.C.G.A. 15-14-37
    (a) and (b).
15
          TSG Reporting has no contract or agreement to
16  provide court reporting services with any party to
    the case, or any reporter or reporting agency from
17  whom a referral might have been made to cover the
    deposition.
18
          TSG Reporting will charge its usual and
19  customary rates to all parties in the case, and a
    financial discount will not be given to any party in
20  this litigation.

21  Dated: October 29, 2021

22                         *Tanya Page* (signature)

23                         _____
                           Tanya L. Verhoven-Page,
24                         Certified Court Reporter,
                           B-1790.
25

Page 245

C E R T I F I C A T E

STATE OF GEORGIA:

FULTON COUNTY:

      I hereby certify that the foregoing deposition was reported, as stated in the caption, and the questions and answers thereto were reduced to written page under my direction, that the preceding pages represent a true and correct transcript of the evidence given by said witness.

      I further certify that I am not of kin or counsel to the parties in the case, am not in the regular employ of counsel for any of said parties, nor am I in any way financially interested in the result of said case.

      Dated this 29th day of October, 2021.

_____
Tanya L. Verhoven-Page,
Certified Court Reporter,
B-1790.