# Exhibit 9

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

Page 341

```
 1                  RUSSELL WASHBURN
 2    IN THE UNITED STATES DISTRICT COURT MIDDLE
 3                 DISTRICT OF GEORGIA
 4                  COLUMBUS DIVISION
 5
 6
 7   WILHEN HILL BARRIENTOS, et al.,
 8            Plaintiffs,
 9
10      vs.           Case No. 4:18-cv-00070-CDL
11
12   CORECIVIC, INC.,
13            Defendant.
14   _____
15
16        The Continued Videoconference Deposition
17        of RUSSELL WASHBURN, Volume 2
18        Commencing at 10:00 a.m.
19        Thursday, December 2, 2021
20        Before Renee J. Ogden, CSR-3455, RPR.
21        TSG Job No. 201679
22
23
24
25
```

```
 1                  RUSSELL WASHBURN

 2    APPEARANCES:

 3

 4    Meredith Stewart, Esq.

 5    Southern Poverty Law Center

 6    1055 St. Charles Avenue

 7    New Orleans, LA 70130

 8         Appearing on behalf of the Plaintiffs.

 9

10

11

12

13    Caitlin Sandley, Esq.

14    Jackie Aranda Osorno

15    Southern Poverty Law Center

16    400 Washington Avenue

17    Montgomery, AL 36104

18         Appearing on behalf of the Plaintiffs.

19

20

21

22

23

24

25
```

```
 1                 RUSSELL WASHBURN

 2   Alan Howard, Esq.

 3   Perkins Coie LLP

 4   1155 Avenue of the Americas

 5   New York, NY 10036

 6       Appearing on behalf of the Plaintiffs.

 7

 8

 9

10

11   Jacob Lee, Esq.

12   Struck Love Bojanowski & Acedo, PLC

13   3100 West Ray Road

14   Chandler, AZ 85226

15       Appearing on behalf of the Defendant.

16

17

18

19

20

21

22

23

24

25
```

Page 359

```
 1                   RUSSELL WASHBURN
 2    necessarily the worker.  That would go by
 3    whatever the area work schedule that those
 4    individuals may have.  So this wouldn't
 5    necessarily drive work schedules for detainees.
 6         Q.    Okay.  Let's take this exhibit down.
 7    Let's pull up what will be Exhibit 41,
 8    CCBVA106342.
 9               MARKED FOR IDENTIFICATION:
10               DEPOSITION EXHIBIT 41
11               CCBVA106342
12               4:49 p.m.
13    BY MS. SANDLEY:
14         Q.    All right.  This is CoreCivic's
15    inmate resident property policy, right?
16         A.    Yes, ma'am, it is.
17         Q.    Is applies at Stewart, right?
18         A.    It does.
19         Q.    And all CoreCivic staff is expected
20    to comply with it?
21         A.    Yes, ma'am.
22         Q.    All right.  Let's take a look at
23    page 6.  I'm looking at 2F where it says,
24    "standard prison issue."  Do you see that?
25         A.    I do, yes, ma'am.
```

```
 1                    RUSSELL WASHBURN
 2          Q.    And then I want to look at the next
 3    page and then I will ask you a question.
 4          A.    Okay.
 5          Q.    Page 7.  I'm looking at "G standard
 6    adult local detention facility issue."  So
 7    which of these lists of property apply at
 8    Stewart?
 9          A.    The one -- really both.  I mean, we
10    issue all of those items.  But this one right
11    here where at the end of the standard adult
12    local detention facility really -- you scanned
13    past it pretty quick.  Was there just numbers?
14    Was that the difference?  I'd have to go back
15    and look.
16          Q.    Yes.  Let's go back to --
17          A.    Just so I can look at the items
18    listed.  This one is really more specific and
19    applicable to the prisons where the one on
20    page 7 would apply to the detention facilities.
21          Q.    Okay.  So if CoreCivic were looking
22    at whether Stewart is complying with this
23    policy, it would look at the standard adult
24    local detention facility property requirements?
25          A.    In addition to the PBNDS standards
```

Page 361

```
 1                  RUSSELL WASHBURN
 2    to make sure.  And we actually exceed what the
 3    standards require as far as the issue.
 4         Q.    Okay.  Then let's go down to G,
 5    "local detention facility list."
 6              Okay.  Are there any clothing items
 7    not listed in this policy that are issued at
 8    Stewart for free?
 9         A.    The jacket -- suitable to the
10    climate.  It looks like it captures everything.
11         Q.    Okay.  And are all the clothing
12    items issued at intake new?
13         A.    Yes, they are.
14         Q.    If a detained person requests
15    replacement clothing items, are all of those
16    replacement items always new?
17         A.    Yes.  Let me -- let me -- all the
18    undergarments are brand-new, the T-shirts,
19    socks, underwear, bras, things of that nature
20    are brand new.  The uniform is a serviceable
21    uniform that has been laundered that can be
22    reissued.  All undergarments, socks, to include
23    jackets would be laundered.  As long as they're
24    serviceable and appropriate condition, they
25    would be reissued.  So I guess hybrid.  Some
```

Page 362

1         RUSSELL WASHBURN
2    are brand-new where others may not necessarily
3    be brand-new.
4         Q.    Do you know if Stewart has ever
5    issued used underwear or socks at Stewart?
6         A.    Yes.  In fact, they did and that is
7    consistent with the standard, although we
8    stopped that practice.  It was in 2020.  I just
9    do not recall the specific month in which that
10   was stopped.  The practice that was in place
11   prior to was consistent with both ACA standards
12   as well as a PBNDS standards.
13        Q.    And then looking at the list of
14   bedding -- actually, let me ask you one more
15   question about that.
16              Did you stop that practice of
17   issuing used underwear and socks after COVID-19
18   reached the Stewart facility?
19        A.    It was during my tenure, so I came
20   here -- it was really when COVID started.  So,
21   yes, ma'am, that would be accurate, yes.
22        Q.    Let's look at the list of bedding.
23   Are there any items, bedding items, that are
24   issued at Stewart for free not listed here?
25        A.    I don't believe so.  I believe

Page 363

```
 1                RUSSELL WASHBURN
 2   that's what we issue.
 3         Q.    Can detained people purchase bedding
 4   in the commissary?
 5         A.    No, not in the commissary.  I do
 6   believe we issue a washcloth and I don't see
 7   that listed there.  I do believe we actually
 8   issue them a washcloth as well.
 9         Q.    Okay.  Can detained people purchase
10   towels and washcloths in the commissary?
11         A.    I believe they are on the
12   commissary, but I'm not 100 percent.  If you
13   have the list, I can refer back to that.  I
14   would be more than happy to.  I can't recall
15   the items on the list.
16         Q.    Okay.  If Stewart sells towels and
17   washcloths in the commissary, they would be on
18   the commissary item list?
19         A.    Yes, ma'am.
20         Q.    Let's look at the hygiene items.
21   Can we scroll down and see if there are hygiene
22   items in the local detention facility section?
23   Let's scroll up.
24               If CoreCivic was in compliance with
25   this policy which list of hygiene items is it
```

Page 364

1                    RUSSELL WASHBURN
2    going to look at for compliance.  We can scroll
3    up and look at the one that is under the prison
4    standard.  It's just above G.  There we go?
5        A.    It would be to the detention side.
6        Q.    Are all of these hygiene items
7    listed here in 4 provided for free at Stewart?
8        A.    Yes, ma'am, they are.
9        Q.    Are the quantities reflected here
10   accurate to reflect what's provided for free at
11   Stewart?
12       A.    I believe those are accurate.  We
13   also have large soap dispensers that are in the
14   units that are liquid-type soap in addition to
15   what is actually physically issued.  All of
16   that would be a common space area that they
17   could access the soap from.  Yes, this is an
18   accurate number.
19       Q.    Okay.  And the soap provided for
20   free at Stewart is a soap-shampoo combo
21   product, right?
22       A.    Yes, ma'am, I believe that's
23   accurate.
24       Q.    Okay.  Fair to describe the hygiene
25   items that are provided for free at Stewart as

```
 1                    RUSSELL WASHBURN
 2    they obtain another type of shampoo for free?
 3        A.    Yes.  They have to obviously see
 4    medical to confirm that it's causing that issue
 5    or if they are having some type of reaction to
 6    the chemical, we would then seek out to find an
 7    appropriate substitute for the items that we
 8    were issuing.
 9        Q.    Okay.  Let's look at page 30.  We
10    can take this exhibit down.
11              All right.  I want to shift to
12    talking a little bit about physical plant at
13    Stewart, the layout.  There are both open bay
14    and celled housing units at Stewart, right?
15        A.    That is correct.
16        Q.    And another -- another term people
17    use for open bay is open door, right?
18        A.    Yes, ma'am.  That's correct.
19        Q.    And those units are subdivided into
20    pods, correct?
21        A.    That is correct.  Six pods per unit.
22        Q.    Okay.  And then what about in the
23    segregation unit?
24        A.    There are two pods that are single
25    cell and 7 Alpha is a single cell, but there is
```

Page 367

```
 1                     RUSSELL WASHBURN
 2    two pods that are in that particular location.
 3    7 Bravo is a two-person capable housing.
 4        Q.    Okay.  So units 1 through 6 each
 5    have six pods in them, right?
 6        A.    No.  1 through 3 have six pods.
 7    Those are your open dormitory, open bay.
 8        Q.    Okay.
 9        A.    Then 4, 5, and 6, they have three
10    units -- I mean, three pods within the units
11    each.
12        Q.    And Units 4, 5, and 6 are celled and
13    are those two-people cells?
14        A.    Yes, ma'am, they are.
15        Q.    Okay.  Remind me, which units
16    currently house women at Stewart?
17        A.    1 and 2.
18        Q.    Okay.  And when did --
19        A.    And 7 Bravo, that's really kind of
20    our receiving if we have to isolate, you know,
21    because of COVID -- cohorting or COVID.  So
22    that's where the females would be in that
23    location if there was a need to do that.
24    Primarily general housing is 1 and 2 for
25    females.
```

```
                                                      Page 368
 1                    RUSSELL WASHBURN
 2         Q.    Okay.  And the open bay pods, how
 3   many toilets are in each of those?
 4         A.    There are three toilets currently.
 5         Q.    And how many showers?
 6         A.    I believe six or eight.  I would
 7   have to go down and confirm the count.  I don't
 8   remember it off the top of my head.
 9         Q.    But somewhere between six and eight?
10         A.    Yes, ma'am.
11         Q.    Okay.  And then the cell units, each
12   cell has its own toilet, correct?
13         A.    Yes, ma'am, that's correct.
14         Q.    And how many showers are in the
15   celled unit pods?
16         A.    I believe six.  I'm trying to
17   look -- counting as I'm walking in.  I think
18   there are three on each side when you walk in
19   those pods.  So I believe six.
20         Q.    And what is the capacity of an open
21   bay pod compared to a celled pod?
22         A.    4, 5, and 6, and they're all the
23   same, so you have A pod, B pod, and C pod.
24   A pod and C pod both hold 88 at max.  The Bravo
25   pod holds 80.  I'm trying to remember the
```

Page 369

 1                    RUSSELL WASHBURN

 2   numbers that are actually within the open bay.

 3   I believe it's 62 in some and 66 in others.

 4   I'd have to look back at the -- each pod

 5   breakdown to tell you the difference between

 6   the 62 and 66.  But I believe it's 62 and 66 in

 7   some.

 8         Q.    Is that the current -- that's the

 9   capacity for those open bay pods, correct?

10         A.    That is the capacity.  The PRR caps

11   is at 75 percent of those numbers.  That's

12   where we are -- we're at that number or below

13   within the housing.  Since I have been -- well,

14   since really the PRR requirement for the

15   75 percent came out, we have been in

16   compliance.

17         Q.    Okay.  Would you agree that the

18   celled units at Stewart do offer more privacy

19   than the open bay units?

20         A.    By sheer design there would be more

21   opportunity for sure.

22         Q.    Okay.  Let's take a look at next

23   exhibit, 42.

24

25

```
                                                              Page 373
  1                    RUSSELL WASHBURN

  2    would be taken into consideration.  It's on a

  3    weighted tool.  Certain types of offenses are

  4    going to score higher than other types of

  5    offenses for the population.

  6         Q.    And that tool, is that created by

  7    CoreCivic or ICE?

  8         A.    CoreCivic.

  9         Q.    If someone receives a disciplinary

 10    at Stewart, can that impact their

 11    classification level?

 12         A.    It could, depending on the severity

 13    and the type of disciplinary, yes.

 14         Q.    Now there are four classification

 15    levels at Stewart, correct?

 16         A.    Well, it's kind of confusing.  You

 17    have a 1, 2, and 3, but the actual

 18    categorization which is the ICE's

 19    categorization there are four.  So you have

 20    low.  Then you have low medium.  Then you have

 21    medium high.  Then you have high.  So it's

 22    going to be 1, 2, or 3.  It's somewhat

 23    confusing.  The 1 is going to cover those who

 24    are low and medium low.  The 2 is going to

 25    cover the medium high.  The 3 is going to cover
```

Page 374

```
 1                  RUSSELL WASHBURN
 2    high.
 3        Q.    Okay.  And are there different
 4    colored uniforms for each classification level?
 5        A.    Yes, ma'am, there is.  For low it's
 6    a blue or navy colored uniform.
 7              You have a khaki colored uniform
 8    which is going to be for your low medium.
 9              You have orange that is going to be
10    for your medium high and you have red that is
11    going to be for high.
12        Q.    When people who are detained at
13    Stewart appear for their immigration
14    proceedings, do they wear those colored
15    uniforms?
16              MS. SANDLEY:  Let's go off the
17         record.
18              (Off the record at 10:34 a.m.)
19              (Back on the record at 10:42 a.m.)
20    BY MS. SANDLEY:
21        Q.    Warden, when you froze, I think I
22    had just asked you:  Do detained people at
23    Stewart wear their colored uniforms to
24    immigration proceedings?
25        A.    Yes, ma'am.
```

Page 387

1        RUSSELL WASHBURN
2   kitchen worker units?
3        A.   No.  It's really just the challenge
4   has been around COVID and not being able to
5   intermix and move people around, so that's been
6   a little more problematic.  We like it to be
7   that way just because it streamlines it for us
8   as well as for the population and sleep and
9   things of that nature.
10            Today to say we have dedicated units
11   or pods for that group, we don't today, but we
12   have in the past.
13       Q.   In the past when there were
14   designated kitchen worker pods, those pods have
15   been located both in open bay housing units and
16   celled units, correct?
17       A.   That's correct.
18       Q.   Okay.  And those units have provided
19   additional games, video games, movies, correct?
20       A.   There has been, yes.
21       Q.   Okay.  And they have also provided
22   additional food at times, correct?
23       A.   Correct.
24       Q.   And when detained kitchen workers
25   are removed from the work program, they're

                    RUSSELL WASHBURN

1       transferred from those designated workers'
2       housing units, correct?
3           A.    When those units were in existence,
4       yes.  It may not necessarily be the case today
5       because you may not be able to move them based
6       on their COVID status and where they're at.
7           Q.    Okay.  When those designated units
8       existed, it was CoreCivic's policy to transfer
9       detained people out of worker housing units
10      when they were no longer in the work program?
11              MR. LEE:  Objection to form.
12          A.    Correct.
13      BY MS. SANDLEY:
14          Q.    Let's move on --
15              MR. LEE:  CJ, at my count we're a
16          couple minutes past eight hours at this
17          point.
18              MS. SANDLEY:  All right. Jacob,
19          I've got about 45 minutes left.  I'm not
20          going to ask you for the two full.  I'm
21          trying to go as fast as I can.
22              MR. LEE:  Appreciate that.  We can
23          do 45, but I'm going to have to insist on
24          keeping it to 45.  Can we agree on that?

```
 1                RUSSELL WASHBURN

 2              CERTIFICATE OF NOTARY

 3    STATE OF MICHIGAN   )

 4                        ) SS

 5    COUNTY OF WAYNE     )

 6

 7                I, RENEE J. OGDEN, certify

 8    that this deposition was taken before me on the

 9    date hereinbefore set forth; that the foregoing

10    questions and answers were recorded by me

11    stenographically and reduced to computer

12    transcription; that this is a true, full and

13    correct transcript of my stenographic notes so

14    taken; and that I am not related to, nor of

15    counsel to, either party nor interested in the

16    event of this cause.

17    Dated: 12/15/2021

18

19

20    _Renee Ogden_

21    _____

22    RENEE J. OGDEN, CSR-3455

23    Notary Public, Wayne County, Michigan

24    My Commission expires: June 21, 2025

25
```