# **Exhibit 21**

# (REDACTED)

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

1

2          IN THE UNTIED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
3                  COLUMBUS DIVISION

4

WILHEN HILL BARRIENTOS,     )
5  ET AL.,                      )
                               )
6              Plaintiffs,  )
                               ) CIVIL ACTION FILE
7          vs.                 )
                               ) NO: 4:18-CV-00070-CDL
8  CORECIVIC, INC.,            )
                               )
9              Defendant.   )

10

11

12

13

14        DEPOSITION OF MATTHEW "MAC" MOYE

15              ATLANTA, GEORGIA

16          THURSDAY, OCTOBER 21, 2021

17

18              (Reported Remotely)

19

20

21

22

23  REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                  CCR-B-1790
24

25  FILE NO.  200939

1

2              October 21, 2021

3                 9:00 a.m.

4

5              Deposition of

6   MATTHEW "MAC" MOYE, held in Atlanta,

7   Georgia before Tanya L. Verhoven-Page,

8   Certified Court Reporter and Notary Public

9   of the State of Georgia.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    APPEARANCES OF COUNSEL

3

    On behalf of the Plaintiffs:
4
            SOUTHERN POVERTY LAW CENTER
5           400 Washington Avenue
            Montgomery, Alabama 36104
6           BY:  MEREDITH STEWART, ESQ.

7           BY:  CAITLIN SANDLEY, ESQ.

8

9
            PERKINS COIE
10          1155 Avenue of the Americas

11          New York, New York 10036

12          BY:  ALAN HOWARD, ESQ.

13

14
    ALSO PRESENT:  Vidhi Bamzai
15

16
    On behalf of the Defendant:
17
            Struck Love Bojanowski & Acedo
18          3100 West Ray Road

19          Chandler, Arizona 85226

20          BY:  JACOB LEE, ESQ.

21

22

23                        –      –      –

24

25

```
 1                        M. MOYE

 2   takes the receipt over to the bank so that the

 3   transaction can take place.  The other people in my

 4   office do the actual work.

 5        Q      Okay.  And when you were Stewart County

 6   manager from 2006 to 2008, did your duties involve

 7   Stewart Detention Center?

 8        A      Yes.  It's exactly the same thing.

 9        Q      So dealing with the cash payments from

10   ICE to CoreCivic?

11        A      Correct.  And I'll just add that, not

12   long after I started the facility opened officially.

13   That was October the 1st, 2008.

14        Q      You said the facility opened

15   October 2008, you mean Stewart Detention Center?

16        A      Yes.

17        Q      And once it opened in 2008, you then left

18   Stewart County to go work for Stewart Detention

19   Center?

20        A      Excuse me.  It opened in October -- I

21   told you the wrong date.  October 1st, 2006, and

22   then, yes, February of 2008 is when I left Stewart

23   County Commission, and I took a break in that.  And

24   then the following July -- it was July 15th, 2008

25   that I started work out there.
```

```
 1                         M. MOYE
 2         Q    You started to work for CoreCivic at
 3    Stewart Detention Center?
 4         A    That's correct.
 5         Q    Okay.  And counsel for your former
 6    employer, CoreCivic, is representing you in this
 7    deposition today, correct?
 8         A    Yes.
 9         Q    Do you have any family members that work
10    or worked for CoreCivic?
11         A    I do.
12         Q    Who are they?
13         A    My daughter, Laura, works at CoreCivic
14    now.
15         Q    Does she work at Stewart Detention
16    Center?
17         A    She works, yes, at Stewart Detention
18    Center.
19         Q    And what is her job at Stewart Detention
20    Center?
21         A    She's a case manager.
22         Q    Do you have other family members who work
23    for CoreCivic at Stewart Detention Center?
24         A    No.
25         Q    How long has your daughter, Laura Moye,
```

```
 1                         M. MOYE
 2               MS. STEWART:  You can answer.
 3               THE WITNESS:  The -- the -- they
 4          shifted towards letting the commissioner
 5          have the job of being the county manager.
 6  BY MS. STEWART:
 7      Q    Okay.  So it wasn't a shift from liberal
 8  to more conservative or Republican to Democrat?
 9  That's what I thought you meant.
10               MR. LEE:  Object to form.
11               THE WITNESS:  No, I'm sorry.  That
12          really isn't -- doesn't have much dynamic
13          here.
14  BY MS. STEWART:
15      Q    Understood.  Okay.  So let's go back to,
16  I think, July 2008, you start at CoreCivic.
17               What -- what was the first job you had
18  with CoreCivic at Stewart?
19      A    Case manager.
20      Q    Did you have any other positions other
21  than case manager?
22      A    I was unit manager for a while, from 2012
23  to somewhere around -- maybe in 2015.
24               My mom -- my elderly mom had to go in a
25  nursing home and there were a lot of issues, so I
```

```
 1                          M. MOYE                      Page 26

 2    asked to step back to case manager so that I would

 3    have more time with her.

 4          Q     When you were first case manager, how

 5    long were you case manager?

 6          A     Roughly four years.

 7          Q     Okay.  So roughly 2008 to 2012?

 8          A     Yes.  I think I started as a unit manager

 9    on the first day -- it might have been -- I think it

10    was the first day of January in 2012.

11          Q     And was that a promotion, going from case

12    manager to unit manager?

13          A     Yes, it was.

14          Q     It involved more responsibility?

15          A     That's correct.

16          Q     And so -- I think you said in 2015 you

17    took a step back from case manager to become -- or,

18    excuse me -- from unit manager to become a case

19    manager again?

20          A     That's correct.

21          Q     And then how long were you a case manager

22    the second time around?

23          A     Another two years, I think.

24          Q     Until 2017?

25          A     March the 1st -- yes, March the 1st was
```

1                           M. MOYE

2    my last day.

3         Q     And after that you became Stewart County

4    manager again, correct?

5         A     That's correct.

6         Q     During your time at CoreCivic, did you

7    ever receive a bonus?

8         A     Yes.

9         Q     Do you remember what that bonus was?

10        A     My recollection is that I got two bonuses

11   while I was -- while I was the unit manager, and they

12   were each $800.

13        Q     Do you know why you received those two

14   bonuses?

15              MR. LEE:  Foundation.

16              MS. STEWART:  You can answer.

17              THE WITNESS:  Because we achieved

18        a -- I believe it was a safety goal.  We

19        reduced the number of fights in the

20        units, I think.

21   BY MS. STEWART:

22        Q     UM is a common abbreviation for unit

23   manager, correct?

24        A     I didn't understand the question.

25        Q     UM is a common abbreviation for unit

1                         M. MOYE

2      on the bulletin board.

3            Q      And when you said units 1F and 2F were

4      generally where people wanted to be so you would let

5      them know during recruitment that if they signed up

6      to work in the kitchen they would be moved there,

7      why -- why -- why were those units where people

8      generally wanted to be?

9            A      They -- there were just small perks like

10     extra movies or something like that.  They were

11     allowed to switch out the number of movies more often

12     and maybe more movies at a time being available.

13                  I have tried to remember back to some of

14     those things but I don't recall what we did that was

15     different in that pod than another pod, but it was

16     just -- I mean, we -- we endeavored to keep the

17     spirit up in those pods.  So it was commonly known

18     across the facility the kitchen workers liked to be

19     in their pods.

20           Q      And those kitchen pods with the extra

21     perks, as you said, were they offered to individuals

22     as an incentive to join the work program?

23           A      I think that -- I don't remember having

24     gone around and talked about movies at all.

25                  My recollection is that the fact that the

1                              M. MOYE

2     kitchen workers made more money than any other

3     work -- volunteer worker was probably the single big

4     factor involved in people wanted that extra cash.

5          Q     And during your time at Stewart, did the

6     kitchen workers make four dollars a day?

7          A     At one point, they did.  They -- it was

8     less than that when I started.  My recollection is

9     that, when I started out there in 2008, it was

10    probably three dollars a day.

11         Q     Okay.  So, in your view, the primary

12    incentive to work in the kitchen was the extra money?

13         A     Yes.

14         Q     And why do you think that was?

15         A     The -- it's a variety of things.  Some

16    people were saving up money for when they went home.

17    Some people bought extra food from the commissary.

18    Some people give -- the motivation was about the

19    phone cards.  They were able to put more money on a

20    phone card and have more phone conversations.

21              It's just a variety of reasons.  Some

22    people -- I saw people sending money home because

23    they were working in the kitchen pod.  It's -- every

24    detainee has his own motivations.

25         Q     Do you know if wages in the kitchen were

1                          M. MOYE

2     one that actually puts it on the detainee's account.

3          Q     Did you feel it was important to ensure

4     that detained workers got paid on time?

5          A     I think it's paramount, yes.

6          Q     Paramount.  Why did you think it was

7     paramount?

8          A     If somebody works, they need to be paid.

9          Q     Did failure to pay the detained workers

10    on time have an impact on your ability to recruit

11    those workers?

12         A     In theory, yes.  I always made sure it

13    happened.

14         Q     Did CoreCivic ever fail to pay workers on

15    time or fail to pay them at all?

16               MR. LEE:  Form and foundation.

17               THE WITNESS:  My answer is yes.

18    BY MS. STEWART:

```
 1                           M. MOYE
```



```
17            Mr. Moye, when you were at Stewart, did
18   CoreCivic provide phone cards to detained people to
19   incentivize them to work?
20                 MR. LEE:  Object to form.
21                 THE WITNESS:  On an infrequent
22        basis, yes.
23   BY MS. STEWART:
24        Q    And then how would that work?
25        A    I hadn't thought about it until you said
```

1                          M. MOYE

2    it, but the -- the chief would get a limited number

3    of cards.  I'm trying to remember how it had

4    happened.  He would get a limited number of cards and

5    give it to the staff.  And it probably was to get

6    them to work more than five shifts a week.

7              I don't -- I'm vague on that.  I don't

8    recall exactly, but I know I saw it happen.

9         Q    Were phone cards used to incentivize

10   detained workers to work more than 40 hours a week?

11              MR. LEE:  Foundation.

12              THE WITNESS:  It -- while I don't

13        have a specific recollection, I sort of

14        think that's the case.

15   BY MS. STEWART:

16        Q    Did CoreCivic ever pay detained workers

17   with phone cards instead of wages?

18              MR. LEE:  Object to form.

19        Foundation.

20              THE WITNESS:  No.  If it did, it

21        would have been to the detainee's benefit

22        but, no, that -- that never happened as

23        far as I ever saw.

24   BY MS. STEWART:

25        Q    And why do you say if it did happen, it

```
 1                         M. MOYE
 2    would be to the detainee's benefit?
 3         A     Because the phone card is worth more than
 4    a person could make in a day.
 5         Q     And fair to say that the phone cards were
 6    as good as money to the detained workers because it
 7    was a way that they could call family and friends?
 8         A     That's correct.
 9               MR. LEE:  Object to form and
10         foundation.
11    BY MS. STEWART:
12         Q     And were you aware, while you were at
13    Stewart, that detained workers -- or detained
14    individuals had to pay for phone time?
15         A     Say that again, please?
16         Q     When you were at Stewart, were you aware
17    that detained people had to pay for phone time?
18         A     That was the case, yes.
19         Q     Do you recall how much phone calls cost?
20         A     It was -- it was a twofold system.  If
21    calling -- if I recall correctly, there was one price
22    for in-state calls and there was another price for
23    out-of-state calls.  And I do not recall what that
24    price was.  If -- it amounted to a certain number of
25    minutes that the call -- that the card was worth, but
```

```
 1                          M. MOYE
 2   I -- let's say all of it was in-state, then all of it
 3   would have been a certain number of minutes, if that
 4   got you -- I -- I want to say it was 28 minutes, but
 5   I -- I don't know.
 6        Q    When you were unit staff, did detained
 7   people complain to you about the cost of phone calls
 8   at Stewart?
 9        A    I did receive those kinds of complaints,
10   yes.
11        Q    Would you say they were frequent?
12        A    Fairly frequent, yes.
13        Q    Would you say they were one of the most
14   common complaints you heard?
15             MR. LEE:  Object to form.
16             THE WITNESS:  It was a common
17        complaint.  I've not tried to sit down
18        and think about what common complaints
19        were, but it -- I would say that probably
20        everybody that's ever worked out there
21        for six months heard it, certainly.
22   BY MS. STEWART:
23        Q    When you were at Stewart, did CoreCivic
24   ever provide extra food to detained workers?
25             MR. LEE:  Form and foundation.
```

1                    M. MOYE

2              MS. STEWART:  You can answer.

3              THE WITNESS:  The -- and by

4         CoreCivic, I'm going to interject here,

5         I'm talking about Trinity.  Early on in

6         my employment, Trinity might give double

7         portions to kitchen workers.  That got

8         stopped at a certain point along the way.

9              And so -- and I hadn't thought

10        about it until you said it, but that

11        was -- that was a big incentive to work

12        in the kitchen was double portions.  And

13        so whenever that stopped, it made it

14        harder to get people to work in the

15        kitchen.

16   BY MS. STEWART:

17        Q    And do you recall what year it stopped?

18        A    I do not.

19        Q    Do you know why it stopped?

20        A    I think it goes back to ICE's basic

21   policy, if you offer an incentive to somebody, then

22   everybody needs to get it.

23        Q    Do you know if, when you were at Stewart,

24   CoreCivic staff provided detained workers with extra

25   food?

1                         M. MOYE

2  ████████████████████████████████████

████████████████████████████████

████████████████████████████████████

███████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

███████████

███████████████████████████████████

████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

1

1







1

1

1

1

8    BY MS. STEWART:

9         Q     Mr. Moye, I want to switch gears and just

10   ask you a couple of questions about your job as

11   county manager.

12        A     Okay.

13              MS. STEWART:  You can take down

14        Exhibit 21, Vidhi.

15   BY MS. STEWART:

16        Q     Now, Stewart County has an agreement with

17   ICE to house detained immigrants and, in turn,

18   Stewart County also has an agreement with CoreCivic

19   to use CoreCivic's Stewart facility to house them.

20              Does that sound right?

21        A     Yes, I think so.

22        Q     And I think you said this earlier, but

23   you were working as county manager at Stewart in 2006

24   when Stewart first entered into the contract with

25   ICE; is that right?

```
 1                       M. MOYE

 2          record, Ms. Page.

 3                      (Brief pause.)

 4              MS. STEWART:  Back on the record.

 5          Just a few more questions, and we can let

 6          you go, Mr. Moye.

 7   BY MS. STEWART:

 8          Q     When you were at Stewart, did you -- what

 9    were the top five complaints you received about the

10    food?

11          A     About the food?

12          Q     Uh-huh.

13          A     We -- people, surprisingly, didn't

14    complain about the food a lot.  They -- the most

15    popular day for food was chicken day, which was

16    Wednesdays.  People love that chicken.  But because

17    of the way it was cooked, sometimes when you bit into

18    it, it had a red tint to it, which was more by the

19    way it was cooked than anything.  It wasn't -- it

20    wasn't raw.  It was just sort of like barbecue.  It's

21    kind of red.  Pork barbecue has a red tendency in the

22    middle.  So we would sometimes get detainees

23    complaining about having raw chicken.

24                  When they had beans and rice, there were

25    sometimes complaints about the little pebbles that
```

```
 1                        M. MOYE
 2   come in that.  Also, the beans have a little
 3   cotyledon in them that when it's about to sprout, and
 4   those sprouts remind detainees of worms.  So they'd
 5   complain about the worms in the beans.
 6                They -- I think, young as the detainee
 7   population was, probably the number one thing is they
 8   wanted more food.
 9                I'm trying to think of other things.
10   They -- there was very -- some cultural objections,
11   as well.  Jamaicans generally complained that the
12   food didn't suit their taste.  They didn't like the
13   seasoning and that kind of thing.  And people that
14   were not Hispanic complained about how much Hispanic
15   food that there was at Stewart Detention Center.
16                But overall, it is not like I would have
17   expected it just going out there.  It was not that
18   much complaint.  That's not an issue.  The big issue
19   when I was out there was uniformally that ICE agents
20   didn't come around to the units often enough.
21        Q    Did you ever receive complaints that
22   potatoes were served too often?
23        A    Yes, I did.
24        Q    Did you ever receive complaints about the
25   food being watery?
```

```
 1                        M. MOYE

 2        A     I would say yes, but it wasn't frequent.

 3        Q     Did you ever receive complaints about the

 4   meat being unidentifiable?

 5        A     Yes, I would say so but that, again, was

 6   not one of the major complaints.

 7        Q     And did you ever receive complaints about

 8   the temperature of the food not being hot enough?

 9        A     And so, those kinds of complaints, yes,

10   but the staff had the authority to swap the plates

11   out, and typically would.  If somebody, you know,

12   would -- there's just no point in arguing that kind

13   of thing.  If somebody complains about it, just give

14   them a different plate.

15           MS. STEWART:  Okay, Mr. Moye.  Is

16        there anything else that you want to add

17        in response to my questions today?

18           THE WITNESS:  I would love to have

19        a copy of my prolific e-mail output.  Is

20        that possible?

21           MS. STEWART:  Well, you can ask

22        your attorney to give you a copy of the

23        deposition and the transcript should --

24        can include a copy of the e-mails that we

25        discussed today, but beyond that, you'll
```

1

2                    C E R T I F I C A T E

3

4    STATE OF GEORGIA:

5    FULTON COUNTY:

6

7              I hereby certify that the foregoing

8         deposition was reported, as stated in the

9         caption, and the questions and answers

10        thereto were reduced to written page

11        under my direction, that the preceding

12        pages represent a true and correct

13        transcript of the evidence given by said

14        witness.

15             I further certify that I am not of

16        kin or counsel to the parties in the

17        case, am not in the regular employ of

18        counsel for any of said parties, nor am I

19        in any way financially interested in the

20        result of said case.

21             Dated this 3rd day of November,

22        2021.

23                    *Tanya L. Verhoven-Page*

24        _____
          Tanya L. Verhoven-Page,
25        Certified Court Reporter,
          B-1790.