# Exhibit 34

| CCA/STEWART DETENTION CENTER | PAGE 1 OF 9 | POLICY 18-100 |
|---|---|---|

| | |
|---|---|
| CHAPTER 18: | CLASSIFICATION |
| SUBJECT: | CLASSIFICATION HOUSING, WORK AND PROGRAM PLAN |
| FACILITY SUPERSEDES: | DECEMBER 12, 2016 |
| FACILITY EFFECTIVE DATE: | NOVEMBER 17, 2017 |

| | |
|---|---|
| APPROVED: | <u>SIGNATURE ON FILE</u><br>FACILITY ADMINISTRATOR |

**18-100.1   POLICY:**

All CoreCivic facilities will utilize an approved formal classification system to effectively manage detainees and meet the company's goal to reduce the risk of incidents throughout the company. The classification plan and custody assessments will be administered according to the current U.S. Department of Immigration and Customs Enforcement (ICE) Performance-Based National Detention Standards (PBNDS), Standard 2.2 Custody Classification System. The classification system uses verifiable and documented data about detainees *(4-ALDF-2A-30)*.

The objectives of the classification system are to reduce the risk of incidents by separating detainees into groups that reduce the probability of assault and disruptive behavior; enable employees to match the level of detainee supervision and oversight with risk in all areas of housing, work, and programs; and provide a process to conduct systematic reviews to ensure detainees are appropriately assigned in a manner that enhances safety and security. This policy identifies required components of the Classification Plan and establishes the methods for determining appropriate detainee custody levels, housing, work, and program assignments, with the consideration of the detainee custody classification levels. *(4-4295/4-ALDF-2A-30)* All facilities shall ensure that detainees are housed according to their classification levels. Participation in work assignments and available activities shall be determined to be consistent with safety and security considerations. Under no circumstances shall issues of facility management, or other factors external to the detainee classification system, influence a detainee's classification level.

The facility shall provide communication assistance to detainees with disabilities and detainees who are limited in their English proficiency (LEP). The facility will provide detainees with disabilities with effective communication, which may include the provision of auxiliary aids, such as readers, materials in Braille, audio recordings, telephone handset amplifiers, telephones compatible with hearing aids, telecommunications devices for deaf persons (TTYs), interpreters, and note-takers, as needed. The facility will also provide detainees who are LEP with language assistance, including bilingual staff or professional interpretation and translation services, to provide them with meaningful access to its programs and activities.

**18-100.2   AUTHORITY:**

CoreCivic Company Policy

**18-100.3   DEFINITIONS:**

<u>Direct Supervision</u> – Constant sight and sound supervision by a designated employee.

<u>Facility Support Center (FSC)</u> – CCA's corporate headquarters where employees provide support and oversight in the management and operation of the company's correction and detention facilities.

<u>Initial Classification</u> – The first custody classification assessment at admission that determines a detainee's custody level based upon consideration of factors such as criminal history and social stability factors *(4-ALDF-2A-30)*.

Detainee – Any adult or juvenile, male or female, housed in a CoreCivic facility. Detainees may also be referred to as detainees, residents, prisoners, or offenders depending on classification and in accordance with facility management contracts.

Intermittent Supervision – Observation by a designated employee(s) on a thirty (30) minute basis.

Juvenile – Any detainee who is under eighteen (18) years of age or still under the jurisdiction of any juvenile court.

Protective Custody – A form of separation for detainees requesting or requiring protection from other detainees for reasons of health or safety.

Security Threat Group (STG) Member – Any individual who, through association, ideology, self-identification, identifying symbols(s), or activities and/or conduct (both inside and outside custodial environments), is known to pose a threat to the safety of the community, the security of staff, facilities, and/or those in ICE custody.

Special Needs Detainee – A detainee whose mental and/or physical condition requires different accommodations or arrangements than a detainee who does not have special needs would receive. Special needs detainees include, but are not limited to, those detainees who are chronically ill or infirm, those with disabilities, and those who are addicted to or in withdrawal from drug or alcohol.

Special Vulnerabilities – Detainees with special vulnerabilities include those who are elderly, pregnant, or nursing; those with serious physical or mental illness, or other disability; those who would be susceptible to harm in general population due in part to their sexual orientation or gender identity; and those who have been victims of sexual assault, torture, trafficking, or abuse

18-100.4   **PROCEDURES:**

A.   CLASSIFICATION PLAN

The facility will develop a Classification Plan as outlined in the 18-100AA Classification Plan Guidelines and in conjunction with 18-100EE ICE PBNDS 2.2 Custody Classification System. The Classification Plan will specify the objectives of the classification system and methods for achieving them, and provide a monitoring and evaluation mechanism to determine whether the objectives are being met. *(4-4295)*

1.   At a minimum, each Classification Plan will include the following components:

   a.   System monitoring and evaluation;
   b.   Level of custody accepted at the facility;
   c.   Review of pre-arrival assessment information;
   d.   Assignment of staff to ensure supervision and personal contact;
   e.   The classification process; and
   f.   Review, re-assessment and reclassification.

2.   The ICE custody classification score, generated by an ICE Field Office when one is provided, shall be used by the receiving facility. If not provided, the initial 18-100B 2.2A ICE Custody Classification Worksheet shall be utilized to document and score information about each detainee in order to produce a total custody classification score.

3.   Special consideration shall be given to any factor that would raise the risk of vulnerability, victimization or assault. Detainees who may be at risk of victimization or assault include, but are not limited to, persons with disabilities, persons who are transgender, elderly, pregnant, suffering from a serious medical or mental illness, and victims of torture, trafficking, abuse, or other crimes of violence. This process should incorporate the requirements in CoreCivic Policy 14-2-DHS Sexual Abuse

       Prevention and Response regarding assessment of risk for victimization or perpetration of sexual abuse or assault.

    4.    The facility shall use any information about identified disabilities in making classification and housing decisions. Detainees with disabilities shall be housed in the least restrictive and most integrated setting possible consistent with facility safety and security, and provided an equal opportunity to participate in or benefit from the facility's programs and activities.

    5.    When making classification and housing decisions for a transgender or intersex detainee, staff shall consider the detainee's gender self-identification and an assessment of the effects of placement on the detainee's health and safety. A medical or mental health professional shall be consulted as soon as practicable on this assessment.

        a.    Placement decisions of transgender or intersex detainees should not be based solely on the identity documents or physical anatomy of the detainee.

            i.    A detainee's self-identification of his/her gender and self-assessment of safety needs shall always be taken into consideration as well.

        b.    The placement shall be consistent with the safety and security considerations of the facility.

        c.    Placement and programming assignments for each transgender or intersex detainee shall be reassessed at least twice each year to review any threats to safety experienced by the detainee.

    6.    The Classification Plan will be approved by the Facility Administrator, and a copy submitted to the FSC Coordinator, Unit Management/Classification/Detainee Work Programs, for review/approval.

B.    HOUSING PLAN

The facility will develop a Housing Plan to assign detainees to appropriate housing based on their custody classification level, taking into consideration all safety and security needs as outlined in the 18-100BB Housing Plan Guidelines and as indicated on the 18-100B ICE 2.2A Custody Classification Worksheet. The Housing Plan will be approved by the Facility Administrator, and a copy submitted to the FSC Coordinator, Unit Management/Classification/Detainee Work Programs, for review/approval.

    1.    At a minimum, each Housing Plan will include the following components:

        a.    Identification of the unit;

        b.    Number of beds;

        c.    Gender of detainees;

        d.    Adult or juvenile;

        e.    Contracting agency;

        f.    Classification level of detainees housed; and

        g.    Unit population profile.

C.    HOUSING CONSIDERATIONS

    1.    Detainees of multiple jurisdictions will be separated by jurisdiction, when required by the contract, or as determined by the Facility Administrator.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

2. Male and female detainees assigned to the same facility will be housed in separate housing areas.

3. The facility classification system shall assign detainees to the least restrictive housing unit consistent with facility safety and security. Grouping detainees with comparable histories together, and isolating those at each classification level from all others, reduces non-criminal and non-violent detainees' exposure to physical and psychological danger. The system identifies and isolates the detainees whose histories indicated the characteristics of the "hardened criminal" and who are most likely to intimidate, threaten or prey on the vulnerable. The highest custody detainees, those that pose an immediate and serious threat of violence to staff, other detainees, or themselves shall be housed in the most physically-secure cells in an area that provides the maximum level of staff supervision..

4. For the purposes of housing Medium custody ICE detainees with Low or High-level custody detainees, the following ICE guidelines shall apply:

    a. **Low** custody detainees may not be co-mingled with high custody detainees. Low custody detainees:
        i. May not include any detainee with an arrest or conviction that included an act of physical violence, or any detainee with a history of assaultive behavior.
        ii. May not include any detainee with a felony conviction for an offense that is listed under the "High" or "Highest" section of the severity of offense guideline (refer to ICE appendix 2.2.C Severity of Offense Scale).
        iii. May include detainees with minor criminal histories and non-violent felony charges and convictions.

    b. **Medium** custody detainees may not ordinarily be co-mingled with high or Low custody detainees. Medium custody detainees:
        i. May not include a detainee whose most recent conviction was for any offense listed under the "highest" section of the severity of offense guideline (refer to ICE appendix 2.2.C).
        ii. May not include any detainee with a history or pattern of violent assaults.
        iii. May not include a detainee convicted for assault on a Correctional Officer while in custody or where a previous institutional record suggests a pattern of assaults while in custody.

    c. **High** custody detainees may be reclassified to Medium only based on institutional behavior, provided items under 4.b. above do not apply. A detainee must be in custody for a minimum of sixty (60) days before reclassification.
        i. High custody detainees may not be co-mingled with Low custody High custody detainees:
            - Shall not be assigned work duties outside their assigned living areas;
            - Are considered high-risk;
            - Require Medium-to Maximum security housing; and
    d. Are always monitored and escorted

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

CCBVA0000003921

5. **.** Ordinarily, detainees in different custody classification levels are housed separately. When it becomes necessary to house detainees of different classification levels in the same housing unit, the following guidelines shall apply:

    a. High custody detainees **may not** be housed with Low custody detainees.

    b. Low custody detainees and Medium-Low custody detainees may be housed together, and Medium-High custody detainees and high custody detainees may be housed together;

    c. Medium-Low custody detainees are those with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.

    d. Medium-high and high custody detainees are those with a history of violent or assaultive charges, convictions, institutional misconduct, or those with a gang affiliation

    e. **Under no circumstance** may a Medium custody detainee with a history of assaultive or combative behavior be placed in a Low custody housing unit.

6. When separation concerns (e.g. incompatibles, STGs, etc.) are identified, the detainee's file will be reviewed for confirmation and steps taken to ensure separation within the facility *(4-ALDF-2A-30)*.

7. Detainees of all custody levels may be housed in health services and segregation; however, restrictions/handling instructions between the different classification levels will be clearly defined and provided to the staff managing those detainees.

8. Single-occupancy cells/rooms shall be available, when indicated, for detainees falling within the following categories:

    a. Severe medical disabilities;

    b. Suffering from serious mental illness;

    c. Sexual predators;

    d. Likely to be exploited or victimized by others;

    e. Other special needs for single occupancy housing; and

    f. Maximum or High custody to ensure safety and security.

9. Juvenile and/or Youthful Offenders

    a. In jails and local detention facilities, confinement of juveniles under the age of eighteen (18) is prohibited unless otherwise required by the contracting agency *(4-ALDF-2A-37)*.

    b. Adjudicated delinquent detainees and youths charged with offenses that would not be crimes if committed by adults will not reside in an adult correctional facility *(4-4306)*.

    c. *(4-4307/4-ALDF-2A-38)* If youthful offenders are housed in the facility, they shall be housed in a specialized unit for youthful offenders except when:

        i. A violent, predatory youthful offender poses an undue risk of harm to others within the specialized unit;

        ii. A qualified medical or mental health specialist documents that the youthful offender would benefit from placement outside the unit; and/or

        iii. The total number of youthful offenders within the population does not allow for designating an entire living area as a specialized unit.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

    d.    A written statement shall be prepared of the specific reasons for housing a youthful offender outside the specialized unit and a case management plan specifying what behaviors need to be modified and how the youthful offender may return to the unit. The statement of reasons and case management plan must be approved by the Facility Administrator or designee, and the youthful offender, to determine whether a youthful offender should be returned to the specialized unit.

    e.    Youthful offenders housed in the specialized unit shall be provided direct supervision to ensure safety and security *(4-4308/4-ALDF-2A-39)*.

    f.    Classification plans for youthful offenders shall determine the level of risk and program needs developmentally appropriate for adolescents. Plans shall include consideration of physical, mental, social, and educational maturity of the youthful offender *(4-4309/4-ALDF-2A-40)*.

    g.    Adequate program space shall be provided to meet the physical, social, and emotional needs of the youthful offender that allows for their personal interactions and group-oriented activities *(4-4310/4-ALDF-2A-41)*.

    h.    Youthful offenders housed in the specialized unit have no more than incidental sight or sound contact with adult offenders from outside the unit in living, program, dining or other common areas of the facility. Any other sight or sound contact is minimized, brief, and in conformance with applicable legal requirements *(4-4311/4-ALDF-2A-42)*.

    i.    *(4-4312/4-ALDF-2A-43)* Program personnel who work with youthful offenders from the specialized unit shall be trained in the developmental, safety, and other specific needs of youthful offenders. Written job descriptions and qualifications will require training for staff specifically assigned to the unit or staff that is responsible for programming of youthful offenders in the specialized unit before being assigned to work with youthful offenders. The training should include but not be limited to the following areas:

        i.    Adolescent development;

        ii.    Educational programming;

        iii.    Cultural awareness;

        iv.    Crisis prevention and intervention;

        v.    Legal issues;

        vi.    Housing and physical plant;

        vii.    Policies and procedures;

        viii.    The management of, and programming for, sex offenders;

        ix.    Substance abuse services;

        x.    Cognitive behavioral interventions, including anger management, social skills training, problem solving, and resisting peer pressure;

        xi.    Suicide prevention;

        xii.    Nutrition;

        xiii.    Mental health issues;

        xiv.    Gender-specific issues; and

        xv.    Case management planning and implementation.

**Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic**

CCBVA0000003923

D. WORK/PROGRAM PLAN

The facility will develop a voluntary Work/Program Plan as outlined in the 18-100CC Work/Program Plan Guidelines and Appendix 18-100EE ICE PBNDS 2.2 Custody Classification System.

1. At a minimum, each Work/Program Plan will include the following components:

    a. Facility expectations;

    b. Listing of approved work/program assignments;

    c. Position descriptions and enrollment procedures;

    d. Approval of work/program assignments; and

    e. Reporting procedures.

2. The Work/Program Plan will include the development of a list of all approved work assignments, which will identify the following:

    a. Level of risk;

    b. Classification level: and

    c. Supervision requirements for each assignment.

3. Work and program assignments will be classified by category based upon classification levels and supervision requirements as noted below in section E.1.

4. Assignments must balance the supervision requirements with classification levels.

E. WORK/PROGRAM MANAGEMENT

Good decisions must be made in the assignment of work and programs to ensure that excessive risk is not being placed upon the facility (e.g. High custody detainees should not be assigned to work with Class "A" tools or work in assignments within close proximity of exterior sally port(s) or the facility's secure perimeter.).

1. Work/Program Pre-Assignment Considerations

    a. Security Factors

        i. Detainees will be considered for voluntary work/program assignments based upon a thorough assessment of the following security factors:

            - Criminal history;
            - Current offense (type and seriousness);
            - Detainers;
            - History of violence;
            - Attempted escape or escape;
            - STG designation;
            - Predatory sexual behavior;
            - Length of sentence; and
            - Institutional conduct.

        ii. The Facility Administrator will evaluate work/program assignments to determine which assignments pose a high risk to the safety and security of the facility.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

CCBVA0000003924

**AT STEWART DETENTION CENTER, WORK ASSIGNMENTS OUTSIDE THE SECURE PERIMETER ARE STRICTLY PROHIBITED.**

  iii. High risk areas and supervision requirements will be included in the Approved Work/Program Assignments list.

  iv. Examples of high risk assignments may include, but are not limited to, the following areas:

- Close proximity to exterior security or perimeter fences, exterior sally ports, or loading docks;
- Secured areas, such as the powerhouse, electrical or utility areas; and
- Those with access to materials, equipment or tools that may pose a risk to the facility if in possession of a detainee.

  v. Consideration shall be given to assignments that provide access to office areas where records, files, and confidential information may be stored.

b. Work/Program Assignment Categories/Authorizations

The following guidelines shall be used to determine detainee work/program assignments based upon custody. **ALL ICE DETAINEES ARE RESTRICTED TO WORKING INSIDE THE SECURE PERIMETER.**

  i. **Category 1 Assignment**

- Eligibility

  Only detainees with a classification level of Low can be placed in a Category 1 assignment.

- Provisions
  - May have access to high risk areas of the facility.
  - May work with Class "A" tools.
  - Detainees with crimes of violence as outlined below in E.2.a. will not be eligible.

- Authorization

  The Chief of Security or higher authority must approve all Category 1 assignments that have access to high risk areas. All other Category 1 assignments will be approved by the Unit Team, Jobs Coordinator or designee.

  ii. **Category 2 Assignment**

- Eligibility

  Only detainees with a classification level of Low or Medium-Low can be placed in a Category 2 assignment.

- Provisions
  - May have access to high risk areas of the facility.
  - May work with Class "A" tools.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

CCBVA0000003925

❖ Detainees with crimes of violence as outlined below in E.2.a. will not be eligible.

- Authorization

    The Chief of Security or higher authority must approve all Category 2 assignments that have access to high risk areas. All other Category 2 assignments will be approved by the Unit Team, Jobs Coordinator, or designee.

iii. **Category 3 Assignment**

- Eligibility

    Detainees with a classification of Low, Medium-Low, Medium-High or High can be placed in a Category 3 assignment.

- Provisions

    ❖ No access to high risk areas of the facility.

    ❖ High or Medium-High custody detainees will not be allowed to use Class "A" tools unless determined by the Facility Administrator and approved by the Managing Director, Facility Operations, on a case-by-case basis. **Approval will be limited to instances of critical need.**

    ❖ High or Medium-High custody detainees may not work outside of their assigned housing unit.

- Authorization

    The Unit Team, Jobs Coordinator, or designee will approve all Category 3 assignments.

c. Supervision Requirements

    Supervision requirements (direct or intermittent) shall be determined for all work/program assignments based on the work/program category and location of assignment.

2. Work and Program Assignment Limitations and Exceptions

    a. Limitations

        i. Detainees having High or Medium-High custody classifications and/or who have been convicted of selected crimes of violence, as outlined below, are limited to Category 3 Work/Program assignments and may work only between the hours of 6:00 a.m. and 8:00 p.m.

            - Murder;
            - Rape and/or sexual offenses with violence;
            - Kidnapping;
            - Armed robbery within the last ten (10) years; and/or
            - Escape or attempted escape, from a secure correctional facility or law enforcement custody, within the last ten (10) years.

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

CCBVA0000003926

    ii. Detainees with an STG designation or ongoing institutional misconduct may be subject to the limited work hours outlined above. The Facility Administrator will determine, on a case-by-case basis, if a potential threat exists and if limitations may be warranted.

   b. Exceptions

    i. The Facility Administrator may approve limited exceptions to the criteria outlined above in section E.2., based on the following:

- Program needs (as required by court order and/or agency individual classification plan, where applicable); and/or
- Partner agency/judicial/parole board recommendation.

    ii. Recommendations for exceptions shall be submitted to the Facility Administrator for consideration. A thorough review of the detainee's file must be conducted prior to granting an exception. Any exception approved by the Facility Administrator must be documented in writing and maintained in the detainee's institutional file.

F.  PLAN REVIEW AND APPROVAL

  1. The Facility Administrator or designee will review and approve each of the above-referenced plans (Classification, Housing, Work/Program) prior to implementation and as revisions are made (or at least annually).

  2. The facility shall submit a copy of each approved plan (Classification, Housing, Work/Program), as well as any revisions, to the FSC Coordinator, Unit Management/Classification/Detainee Work Programs, for review/approval.

G.  REPORTING REQUIREMENTS

A monthly report will be provided to the FSC Quality Assurance Department to monitor significant fluctuations in custody classification levels. *(4-4295)* Each facility will complete the 18-100A Monthly Classification Report, providing the required information and utilizing the instructions provided in the 18-100DD Monthly Classification Report Instructions. The 18-100A will be emailed to fscseniormanagerqada@corecivic.com by the fifth day of the month following the reporting period.

**18-100.5 REVIEW:**

The Facility Administrator, or designee, will review this policy on an annual basis.

**18-100.6 APPLICABILITY:**

All CoreCivic Facilities

**18-100.7 APPENDICES:**

| | |
|---|---|
| 18-100AA | Classification Plan Guidelines |
| 18-100BB | Housing Plan Guidelines |
| 18-100CC | Work/Program Plan Guidelines |
| 18-100DD | Monthly Classification Report Instructions |
| 18-100EE | ICE PBNDS 2.2 Custody Classification System |

**18-100.8 ATTACHMENTS:**

| | |
|---|---|
| 18-100A | Monthly Classification Report |
| 18-100B | ICE Attachments to PBNDS 2.2 Custody Classification System |

Proprietary Information – Not for Distribution – Copyrighted – Property of CoreCivic

CCBVA0000003927

- 2.2A ICE Custody Classification Worksheet
- 2.2B ICE Instructions for Completing the ICE Custody Classification Worksheet
- 2.2C ICE Severity of Offense Scale
- 2.2D Disciplinary Offenses Involving Violence or Behavior Representing a Threat to the Facility

**18-100.9 REFERENCES:**

ICE 2011 Performance-Based National Detention Standards (with 2013 Errata and 2016 Revisions)

- 2.2 Custody Classification System
- 4.8 Disability Identification, Assessment, and Accommodation
- 7.2 Definitions

ACA Standards:

4-4295/4-ALDF-2A-30

4-4296

4-4297

4-4298

4-4299

4-4300

4-4301/4-ALDF-2A-31

4-4302

4-4303

4-4306/4-ALDF-2A-37

4-4307/4-ALDF-2A-38

4-4308/4-ALDF-2A-39

4-4309/4-ALDF-2A-40

4-4310/4-ALDF-2A-41

4-4311/4-ALDF-2A-42

4-4312/4-ALDF-2A-43

4-ALDF-2A-33

4-ALDF-2A-36