# Exhibit 37

# (RESTRICTED)