# Exhibit 40

# (REDACTED)

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

Page 1

1

2          IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
3                  COLUMBUS DIVISION

4

WILHEN HILL BARRIENTOS,    )
5   ET AL,                     )
                             )
6               Plaintiffs,  )
                             ) CIVIL ACTION NO.
7   v.                       )
                             ) 4:18-cv-00070-CDL
8   CORECIVIC, INC.,         )
                             )
9               Defendant.   )

10

11

12

13

14          DEPOSITION OF JACQUELINE NORMAN

15                ATLANTA, GEORGIA

16            MONDAY, NOVEMBER 15, 2021

17

18                (Reported Remotely)

19

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                   CCR-B-1790
24

25   JOB NO. 201677

1

2                    November 15, 2021

3                       9:24 a.m.

4

5                    Deposition of

6   JACQUELINE NORMAN, held in Atlanta,

7   Georgia before Tanya L. Verhoven-Page,

8   Certified Court Reporter and Notary Public

9   of the State of Georgia.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              APPEARANCES OF COUNSEL

 2                   VIA ZOOM

 3

 4

 5

 6   On behalf of the Plaintiffs:

 7         PERKINS COIE

 8         2901 North Central Avenue

 9         Phoenix, Arizona 85012

10         BY: MIKAELA COLBY, ESQ.

11

12         SOUTHERN POVERTY LAW CENTER

13         400 Washington Avenue

14         Montgomery, Alabama 36104

15         BY: CAITLIN SANDLEY, ESQ.

16             MEREDITH STEWART, ESQ.

17             REBECCA CASSLER, ESQ.

18

19   On behalf of the Defendant:

20         STRUCK LOVE BOJANOWSKI & ACEDO

21         3100 West Ray Road

22         Chandler, Arizona 85226

23         BY: JACOB LEE, ESQ.

24

25
```

Page 18

```
 1                    J. NORMAN

 2      A     I was promoted to Chief of Unit

 3  Management in October of 2017, and then I went to

 4  Adams, which is in Mississippi.

 5      Q     And then what happened after that?

 6      A     In March of 2020, I went to Stewart as

 7  the Chief of Unit Management.  I made a lateral

 8  position, and then of June of 2021, I came here to

 9  Trousdale Turner.

10      Q     And that was as Assistant Warden?

11      A     Yes.

12      Q     And before working for CoreCivic, did you

13  have another job?

14      A     When -- before coming to CoreCivic, I

15  worked with Coastal Correctional, which is a

16  department of corrections, which is in Georgia.  I

17  did the RSAT program which is a treatment center, a

18  drug treatment, and I also worked with mental health,

19  Statesboro Mental Health, which was called Pineland,

20  and I also worked for the Department of Children &

21  Family Services.

22      Q     And how long did you work for them?

23      A     Which one?

24      Q     For Coastal Correctional?

25      A     It may have been a year.  I can't really
```

1                         J. NORMAN

2          Q       So can you walk me through that a little

3    bit.   Currently what would those goals be for you?

4          A       I really can't give you any specifics.

5    Because it's been a while since I made a bonus.   So I

6    really can't give you any specifics.

7          Q       Are you familiar with the policies and

8    procedures governing the facility?

9          A       Yes.

10         Q       And do they apply equally to everyone

11   detained at Stewart?

12         A       Correct.

13         Q       And are you familiar with the

14   Performance-Based National Detention Standards?

15         A       The PBNDS?

16         Q       Uh-huh?

17         A       Yes.

18         Q       And what are those?

19         A       I really couldn't sit here verbatim and

20   tell you what they are.

21         Q       Just generally?

22         A       I know that the PBNDS governs the things

23   that we are -- we're supposed to do by law and how

24   you treat the detainees.   It also assists you with

25   your audit, too, which lays out all the things that

Page 198

1 ████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████

██        What does a typical laundry worker day
9    look like?
10        A        They basically take the clothes, go down
11    to the housing units.  The clothes are pushed out.
12    They push the clothing bins back to the laundry and
13    weigh the clothes, put the clothes in the washing
14    machine, which we have washers.  Dry the clothes.
15    Once the clothes are finished, put them back in the
16    buggy, and they send them back to the units.
17        Q        Do you know how many hours they typically
18    work a day?
19        A        They cannot work no more than 40, two
20    days off.
21        Q        But do you know how many hours they work
22    on average a day?
23        A        No, ma'am.  I'd have to look at their
24    schedule to determine that.
25        Q        So do you agree with this e-mail that

Page 230

```
 1                        J. NORMAN

 2   units because they changed jobs or didn't work

 3   anymore?

 4         A      If they was in the kitchen dorm and they

 5   didn't -- no longer wanted to work in the kitchen,

 6   then we would take them out of the kitchen dorm and

 7   put them in another dorm that -- per their

 8   classification level.

 9         Q      I'm going to go --

10         A      The thing is that, if anybody's going in

11   the kitchen dorm, we explain to them that it was the

12   kitchen dorm, and that they had to work in the

13   kitchen in order to stay in that dorm.

14               (Plaintiffs' (Norman) Exhibit No.

15         32 was marked for the record.)

16   BY MS. COLBY:

17         Q      I'm going to pull up the next exhibit,

18   CCBVA 243796.  This is an e-mail from you to several

19   CoreCivic employees dated April 2020.  And you say:

20   Now that the crisis is over with the detainees

21   wanting to protest, we will go back to working our

22   regular schedule.  Thank you for all your help during

23   this time of need.

24               Do you see that?

25         A      Yes, I see that.
```

Page 239

```
 1

 2                    D I S C L O S U R E

 3

 4   STATE OF GEORGIA      )   DEPOSITION OF:

 5

 6   FULTON COUNTY         )   JACQUELINE NORMAN

 7

 8        Pursuant to Article 8.B of the Rules and
     Regulations of the Board of Court Reporting of the
 9   Judicial Council of Georgia, I make the following
     disclosure:
10
          I am a Georgia Certified Court Reporter.  I am
11   here as a representative of TSG Reporting.

12        TSG Reporting was contacted by the offices of
     Southern Poverty Law Center to provide court
13   reporting services for this deposition.  TSG
     Reporting will not be taking this deposition under
14   any contract that is prohibited by O.C.G.A. 15-14-37
     (a) and (b).
15
          TSG Reporting has no contract or agreement to
16   provide court reporting services with any party to
     the case, or any reporter or reporting agency from
17   whom a referral might have been made to cover the
     deposition.
18
          TSG Reporting will charge its usual and
19   customary rates to all parties in the case, and a
     financial discount will not be given to any party in
20   this litigation.

21

22

23                       _____

24                       Tanya L. Verhoven-Page,
                         Certified Court Reporter,
25                       B-1790.
```

Page 240

```
 1

 2                    C E R T I F I C A T E

 3

 4    STATE OF GEORGIA:

 5    FULTON COUNTY:

 6

 7              I hereby certify that the foregoing

 8         deposition was reported, as stated in the

 9         caption, and the questions and answers

10         thereto were reduced to written page

11         under my direction, that the preceding

12         pages represent a true and correct

13         transcript of the evidence given by said

14         witness.

15              I further certify that I am not of

16         kin or counsel to the parties in the

17         case, am not in the regular employ of

18         counsel for any of said parties, nor am I

19         in any way financially interested in the

20         result of said case.

21              Dated this 23rd day of November,

22         2021.

23                   _____

24                   Tanya L. Verhoven-Page,
                     Certified Court Reporter,
25                   B-1790.
```