# Exhibit 46

# (REDACTED)

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

Page 1

1

2            IN THE UNTIED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
3                   COLUMBUS DIVISION

4
   WILHEN HILL BARRIENTOS,     )
5  ET AL.,                     )
                               )
6               Plaintiffs,    )
                               ) CIVIL ACTION FILE
7           vs.                )
                               ) NO: 4:18-CV-00070-CDL
8  CORECIVIC, INC.,            )
                               )
9               Defendant.     )

10

11

12

13

14             DEPOSITION OF HARRELL GRAY

15                ATLANTA, GEORGIA

16            WEDNESDAY, OCTOBER 27, 2021

17

18               (Reported Remotely)

19

20

21

22

23  REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                  CCR-B-1790
24

25  FILE NO.  201273

 1

 2                    October 27, 2021

 3                      9:31 a.m.

 4

 5                    Deposition of

 6   HARRELL GRAY, held in Atlanta,

 7   Georgia before Tanya L. Verhoven-Page,

 8   Certified Court Reporter and Notary Public

 9   of the State of Georgia.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1

 2                    APPEARANCES OF COUNSEL

 3
    On behalf of the Plaintiffs:
 4
          PERKINS COIE
 5        1155 Avenue of the Americas

 6        New York, New York 10036

 7        BY:  ALAN HOWARD, ESQ.

 8

 9        SOUTHERN POVERTY LAW CENTER
          400 Washington Avenue
10        Montgomery, Alabama 36104

11        BY:  MEREDITH STEWART, ESQ.

12        BY:  NORMA VENTURA, ESQ.

13        BY:  JACKIE OSORNO, ESQ.

14

15

16

17   On behalf of the Defendant:

18        Struck Love Bojanowski & Acedo, PLC
          3100 West Ray Road
19
          Chandler, Arizona 85226
20
          BY:  JACOB LEE, ESQ.
21

22

23                      -   -   -

24

25
```

```
 1                    H. GRAY

 2      Q     Was that facility also run by CoreCivic?

 3      A     Yes.

 4      Q     And then after that, where did you go?

 5      A     I went to T. Don Hutto in Taylor, Texas.

 6      Q     How long were you at Hutto.

 7      A     Around two years, maybe.  Two years, give

 8  or take.

 9      Q     Is Hutto an immigrant detention facility?

10      A     Yes.

11      Q     And what was your job at Hutto?

12      A     Assistant warden.

13      Q     Okay.  And then where did you go?

14      A     To the Marietta Justice Center at St.

15  Mary's, Kentucky.

16      Q     And what was your job there?

17      A     Assistant warden.

18      Q     When did you leave the Kentucky facility?

19      A     Maybe around 2016, something like that.

20  2014, 2016, I'm not sure.

21      Q     Where did you go after that?

22      A     To the Stewart Detention Center.

23      Q     Okay.  So you started at Stewart in 2014?

24      A     Yes.

25      Q     Do you remember around what month?
```

```
 1                        H. GRAY

 2         A       Maybe September.

 3         Q       And what was your position when you

 4    started at Stewart Detention Center in 2014?

 5         A       Assistant warden.

 6         Q       How long were you at Stewart?

 7         A       Until 28 months ago.  I've been at this

 8    facility 28 months.  I've been at this facility 28

 9    months.  Backtrack 28 months ago.

10         Q       So you were at Stewart until roughly

11    2019?

12         A       Approximately, yes.

13         Q       Were you an assistant warden the entire

14    time you were there?

15         A       Yes.

16         Q       And counsel for your current employer,

17    CoreCivic, is representing you in this deposition

18    today, correct?

19         A       Yes.

20         Q       Do you have any family members that work

21    or worked for CoreCivic?

22         A       Yes.

23         Q       Okay.  Who?

24         A       My wife.

25         Q       What facility does your wife work at?
```

```
 1                         H. GRAY

 2        Q     Do you know if it was merit based?

 3              MR. LEE:   Object to form and

 4        foundation.

 5   BY MS. STEWART:

 6        Q     Do you know what I mean by merit based?

 7        A     Yes, I do, but I don't know if it was.

 8        Q     And you have no idea why you received the

 9   yearly bonus?

10              MR. LEE:   Foundation.

11              THE WITNESS:   No.

12   BY MS. STEWART:

13        Q     Is AW a common abbreviation of assistant

14   warden?

15        A     Yes.

16        Q     And now just talking about your time as

17   assistant warden at Stewart Detention Center, what

18   were your duties and responsibilities?

19        A     I was responsible for the maintenance

20   supervisor, the fire and safety personnel, the

21   chaplain, the learning and development manager and

22   the contract food service director.

23        Q     Okay.  So in that list, you said

24   maintenance, chaplain, the contract of the food

25   service director.
```

 1                                    H. GRAY



25                       During your time employed at Stewart,

1                                    H. GRAY

H. GRAY

Page 199

```
 1                        H. GRAY

 2   assistant warden at Stewart you were over the

 3   maintenance supervisors?

 4            A      Yes.

 5            Q      Did the maintenance department utilize

 6   detained workers in the work program?

 7            A      My last year -- my last year over at

 8   Stewart, they started using maintenance workers.

 9            Q      Was that in 2019?

10            A      Yes.

11            Q      And what did they use the detained

12   workers for?

13            A      To assist the maintenance, the actual

14   CoreCivic workers, with daily tasks around the

15   facilities.

16            Q      What type of tasks would they perform?

17            A      Work orders, mainly work orders.  Change

18   light bulbs, fix toilets, maybe other additional

19   roles.

20            Q      And during that time, who would the

21   detained workers report to?

22            A      They would report to the maintenance

23   supervisor.  Then he would dispatch them to certain

24   individuals he had working in his department.

25            Q      And who was the maintenance supervisor at
```

```
 1                      H. GRAY

 2   files it in a particular file.

 3        Q      Is it a handwritten form?

 4        A      Yes, handwritten, yes.

 5        Q      And does anyone review the meal

 6   monitoring forms?

 7        A      Yes.

 8        Q      Would reviews them?

 9        A      I review them.

10        Q      So when it was someone else's shift on

11   the ADO team to fill out the form, you were the

12   person in charge of reviewing that form?

13        A      I wasn't in charge, but I reviewed it.  I

14   wasn't in charge of the reviewing it, but I did

15   review them.

16        Q      Was there anyone who was actually in

17   charge of reviewing them?

18        A      No.

19        Q      And how often did you review them?

20        A      Daily.  I reviewed the shift supervisor

21   forms ones daily.

22        Q      Did you review the warden's ones daily?

23        A      He didn't do it daily.  He did it -- once

24   his ADO rotation was, he did a breakfast, a lunch and

25   a dinner meal.
```

1                             H. GRAY

1                                    H. GRAY

1                          H. GRAY



24   the next document I want to show you is CCBVA 232829.

25   And this will be marked as Exhibit 26.

Page 288

```
 1

 2                    C E R T I F I C A T E

 3

 4    STATE OF GEORGIA:

 5    FULTON COUNTY:

 6

 7              I hereby certify that the foregoing

 8         deposition was reported, as stated in the

 9         caption, and the questions and answers

10         thereto were reduced to written page

11         under my direction, that the preceding

12         pages represent a true and correct

13         transcript of the evidence given by said

14         witness.

15              I further certify that I am not of

16         kin or counsel to the parties in the

17         case, am not in the regular employ of

18         counsel for any of said parties, nor am I

19         in any way financially interested in the

20         result of said case.

21              Dated this 10th day of November,

22         2021.

23

24         _____
                    Tanya L. Verhoven-Page,
25                  Certified Court Reporter,
                    B-1790.
```