# Exhibit 61

# (REDACTED)

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

Page 1

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
 3                  COLUMBUS DIVISION

 4
    WILHEN HILL BARRIENTOS,    )
 5  ET AL.,                    )
                               )
 6             Plaintiffs,     )
                               ) CIVIL ACTION FILE
 7         vs.                 )
                               ) NO: 4:18-CV-00070-CDL
 8  CORECIVIC, INC.,           )
                               )
 9             Defendant.      )

10

11

12

13

14            DEPOSITION OF CALVIN BLUE

15                ATLANTA, GEORGIA

16            WEDNESDAY, NOVEMBER 10, 2021

17

18              (Reported Remotely)

19

20

21

22

23  REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                  CCR-B-1790
24

25  JOB NO. 201430
```

1
2           November 10, 2021
3              9:17 a.m.
4
5           Deposition of
6   CALVIN BLUE, held in Atlanta,
7   Georgia before Tanya L. Verhoven-Page,
8   Certified Court Reporter and Notary Public
9   of the State of Georgia.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2                  APPEARANCES OF COUNSEL
 3
    On behalf of the Plaintiffs:
 4
            SOUTHERN POVERTY LAW CENTER
 5          400 Washington Avenue
            Montgomery, Alabama 36104
 6          BY:  JACKIE ARANDA OSORNO, ESQ.
            BY:  MEREDITH STEWART, ESQ.
 7          BY:  REBECCA CASSLER, ESQ.
                (Via Zoom)
 8

 9

10
            PERKINS COIE LLP
11          2901 N. Central Avenue
            Phoenix, Arizona 85012
12          BY:  MIKAELA COLBY, ESQ.
                (Via Zoom)
13

14

15

16

17  On behalf of the Defendant:

18          STRUCK LOVE BOJANOWSKI & ACEDO, PLC
            3100 West Ray Road
19          Chandler, Arizona 85226
            BY:  JACOB LEE, ESQ.
20              (Via Zoom)

21

22

23                          -   -   -

24

25
```

```
                                                      Page 16
 1                         C. BLUE
 2         Q    Is that an ICE detention facility?
 3         A    Yes, ma'am.
 4         Q    How long have you been there?
 5         A    Since February of this year.
 6         Q    Where were you employed previously?
 7         A    Houston Processing Center.
 8         Q    How long were you employed there?
 9         A    2016 to February of this year.
10         Q    And where were you employed previous to
11   that?
12         A    Stewart Detention.
13         Q    How long were you at Stewart?
14         A    From 2013 to 2016.
15         Q    Okay.  How long have you been employed by
16   CoreCivic?
17         A    From -- 24 and some months.  Twenty-four
18   years and some months.
19         Q    Okay.  And during those 24 years and some
20   months, how many facilities have you worked at that
21   are ICE detention facilities?
22         A    Five.
23         Q    Can you tell me what those five are and
24   what time periods those were?
25         A    I started at Houston Processing Center in
```

```
 1                      C. BLUE
 2   performance of the detention facility as a whole?
 3              MR. LEE:  Foundation.
 4              THE WITNESS:  That is --
 5              MS. OSORNO:  You can answer.
 6              THE WITNESS:  Could you restate
 7        that?
 8   BY MS. OSORNO:
 9        Q    Sure.  Do you know if your bonus is also
10   tied to the performance of the facility as a whole?
11        A    I don't know that right offhand.
12        Q    Do you know if your bonus was tied to
13   Stewart's profits?
14        A    I do not know about that right there.
15        Q    Okay.  Mr. Blue, AW is a common
16   abbreviation for assistant warden, right?
17        A    Yes.
18        Q    Okay.  And let's go back to your time at
19   Stewart.  What were your job titles at Stewart?
20        A    Assistant warden.
21        Q    Were you the only assistant warden?
22        A    No, they had one other.
23        Q    Okay.  How are those positions different?
24        A    One was over programs and one was over
25   operation.
```

1                    C. BLUE

2        Q    Okay.  And which were you?

3        A    Over operation.

4        Q    What were your duties and

5   responsibilities as AW of operations?

6        A    To ensure the safety and security of the

7   facility.

8        Q    Okay.  And day-to-day, what does that

9   look like?

10       A    Making rounds, talking to the detainees

11  ensuring we're following the PBNDS standards that is

12  governed by ICE.

13       Q    Okay.  So you made rounds daily and you

14  ensured that you were following the PBNDS?

15       A    Yes, ma'am.

16       Q    And when we refer to the PBNDS, we're

17  referring to the Performance-Based National Detention

18  Standards?

19       A    Yes.

20       Q    And those are ICE standards?

21       A    Yes.

22       Q    Okay.  Let me go back to the bonuses

23  really quickly.

24            You said that the bonus was tied to your

25  performance.  How do you know that?

1                              C. BLUE

2      ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

██████████████████

████████████████████████████████████

██████████████████████████████

██████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████

██████████████████████

████████████████████████████████████████

██████████████████████████

████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████

██████████████████████████

████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████

██████████████████████████

████████████████████████

Page 59

1                      C. BLUE

2      ███████████████████████████

███████████████████████████████████

████████████████████████████████████████

████████████████████

███████████████████████████

████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████

████████████████████████████████████████████

█████████████████████████████

█████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

██████████████████████████████████

█████████████████████████

C. BLUE

[redacted]

BY MS. OSORNO:

Q Mr. Blue, as AW, were you responsible for ensuring the kitchen had sufficient CoreCivic officers?

Page 201

```
 1                       C. BLUE
 2              What is an example of a refusal to obey?
 3       A      You could tell him that he needs to go
 4   and sit down and he refuses saying he's not going to
 5   do what you tell him to do.
 6       Q      Could staff be both CoreCivic and Trinity
 7   staff?
 8       A      What do you mean?
 9       Q      The code violation is refusing to obey a
10   staff member or officer's order, and I'm asking if
11   staff member can refer to CoreCivic and Trinity
12   staff.
13       A      A staff member is a staff member.  It
14   could be Trinity or CoreCivic.
15       Q      Okay.  And if we look on the side, this
16   also has a list of possible sanctions for the 300
17   offenses, and this also includes disciplinary
18   segregation, right?
19       A      Yes.
20       Q      Up to 72 hours?
21       A      That's what it states on number C.
22       Q      Okay.  I'm going to ask you about a
23   couple more of the 300 offenses.
24              306 is refusal to clean assigned living
25   area.  Do you see that?
```

Page 300

D I S C L O S U R E

STATE OF GEORGIA     )   DEPOSITION OF:

FULTON COUNTY        )   CALVIN BLUE

       Pursuant to Article 8.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

       I am a Georgia Certified Court Reporter. I am here as a representative of TSG Reporting.

       TSG Reporting was contacted by the offices of Southern Poverty Law Center to provide court reporting services for this deposition. TSG Reporting will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b).

       TSG Reporting has no contract or agreement to provide court reporting services with any party to the case, or any reporter or reporting agency from whom a referral might have been made to cover the deposition.

       TSG Reporting will charge its usual and customary rates to all parties in the case, and a financial discount will not be given to any party in this litigation.

_____
Tanya L. Verhoven-Page,
Certified Court Reporter,
B-1790.

```
                                                    Page 301
 1
 2                  C E R T I F I C A T E
 3
 4   STATE OF GEORGIA:
 5   FULTON COUNTY:
 6
 7            I hereby certify that the foregoing
 8       deposition was reported, as stated in the
 9       caption, and the questions and answers
10       thereto were reduced to written page
11       under my direction, that the preceding
12       pages represent a true and correct
13       transcript of the evidence given by said
14       witness.
15            I further certify that I am not of
16       kin or counsel to the parties in the
17       case, am not in the regular employ of
18       counsel for any of said parties, nor am I
19       in any way financially interested in the
20       result of said case.
21            Dated this 22nd day of November,
22       2021.
23                        /s/ Tanya Page
24       _____
         Tanya L. Verhoven-Page,
25       Certified Court Reporter,
         B-1790.
```