# Exhibit 68

# (REDACTED)

This Exhibit contains the specific pages of the deposition Plaintiffs are referencing. The entire deposition was separately filed in the record pursuant to LR 5.1 and the M.D. Ga. CM/ECF Administrative Procedures Manual.

Page 1

```
 1                    TROY POLLOCK

 2        IN THE UNITED STATES DISTRICT COURT

 3           MIDDLE DISTRICT OF GEORGIA

 4               COLUMBUS DIVISION

 5           CASE NO. 4:18-cv-00070-CDL

 6

 7  WILHEN HILL BARRIENTOS, et al.,

 8            Plaintiffs,

 9  v.

10  CORECIVIC, INC.,

11            Defendant.

12  _____/

13           DEPOSITION OF TROY POLLOCK

14              APPEARING REMOTELY

15           DATE TAKEN:    September 30, 2021

16           TIME:          10:03 a.m. - 4:30 p.m.

17           JOB NO:        200405

18

19        Stenographically reported by:

20               Luanne K. Howe

21   APPEARING REMOTELY FROM CUYAHOGA COUNTY, OHIO

22

23

24  Job Number: 200405

25
```

```
 1                    TROY POLLOCK

 2                    APPEARANCES

 3   REMOTE APPEARANCES:

 4   On behalf of the Plaintiffs:

 5        Southern Poverty Law Center

 6        400 Washington Avenue

 7        Montgomery, Alabama   36104

 8            BY:  JACKIE ARANDA, ESQ.

 9            BY:  CJ SANDLEY, ESQ.

10                    AND

11        Southern Poverty Law Center

12        1055 St. Charles Avenue

13        New Orleans, Louisiana   70130

14            BY:  MEREDITH STEWART, ESQ.

15                    AND

16        Perkins Coie

17        1155 Avenue of the Americas

18        New York, New York   10036

19            BY:  ALAN HOWARD, ESQ.

20

21   On behalf of the Defendant:

22        Struck, Love, Bojanowski & Acedo

23        3100 West Ray Road

24        Chandler, Arizona   85226

25            BY:  JACOB LEE, ESQ.
```

Page 54

```
 1                    TROY POLLOCK
 2    information?
 3         A.    Find a solution.
 4         Q.    Can you give me an example of a
 5    solution?
 6         A.    Can you give me an example of a
 7    problem?
 8         Q.    Sure.  The kitchen is understaffed and
 9    there aren't sufficient people to get the meals
10    out.
11         A.    The immediate solution was I assigned
12    officers to the kitchen to hand out food.
13    ████████████████████████████████████████████████
      ██████████████████████████████████████
      ████████████████████████████████████████████
      ██████████████████
      ██████████████████████████████████████████████
      ██████████████████████████████████████████████
19         A.    Okay.
20         Q.    To be clear, you needed to find a
21    solution because the detained worker shortages
22    could interrupt operations?
23         A.    Yes.  We had a very high turnover of
24    inmates, especially the ones that were from
25    South America.  There was an extremely high
```

Page 55

```
 1                   TROY POLLOCK
 2    turnover with that administration, so we
 3    couldn't keep workers in the kitchen.
 4                      - - - -
 5
 
 
 
 
 
 
 
12                      - - - -
13
```

1                      TROY POLLOCK

2       █████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

███████████████████

 ████████████████████████████████████

██████████████████

████████████████████████████████████████

███████████████████████████████

██████████████████████████████████████████

████████████

███████████████████

██████████████████████████████████████

██████████████

████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████

████████████

██████████████████████████████████████

██████████████████████████████████████████

TROY POLLOCK

TROY POLLOCK

Page 84

1                    TROY POLLOCK

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇

6          I'm going to switch to a different
7    topic.  I want to talk to you about the
8    grievance process.  Is there a grievance process
9    at Stewart?
10       A.   There was, yes.
11       Q.   What is the purpose of the grievance
12   process?
13       A.   For detainees to let the
14   administration know about anything that they
15   don't feel is right.
16       Q.   So the purpose is just for providing
17   notice that they feel like something is not
18   working right?
19       A.   Not just providing notice, but for us
20   to -- if it's a legitimate complaint, for us to
21   resolve.
22       Q.   As assistant warden, did you have any
23   duties related to the grievance process?
24       A.   Yes.
25       Q.   What were those duties?

```
                                                         Page 144
  1                     TROY POLLOCK
  2        A.    Not disciplined, no.
  3        Q.    Let's look at the detainee handbook
  4   again, which I believe we marked as Exhibit 1.
  5   And we are going to look at page 32 of this
  6   document, which is Bates stamped
  7   CCBVA0000220961.  And on this page there is a
  8   section labeled "CoreCivic/SDC Detainee Rules
  9   and Discipline," and at the bottom of that
 10   section going into the next, there's a chart.
 11   Are these the charts that you referenced earlier
 12   in your testimony, Mr. Pollock?
 13        A.    Yes, ma'am.
 14        Q.    And we are going to scroll a little
 15   bit.  I want to call your attention to something
 16   specific.  There's a chart for greatest offense.
 17   There's a chart for high offense.  There's
 18   another chart for high moderate offense.  And
 19   there's a final chart for low moderate offense.
 20              Is this an accurate representation of
 21   the way that the disciplinary rules were --
 22        A.    At Stewart, yes.
 23        Q.    Let's go back to page 33.  You can't
 24   see the header -- we can see the header.  This
 25   is the greatest offense category, and it lists
```

Page 145

```
 1                    TROY POLLOCK
 2   the various codes and various prohibited acts
 3   and the various sanctions that can be imposed
 4   for those acts.
 5            Under "Sanctions," it says, "A,
 6   Initiate criminal proceedings."  What does that
 7   mean?
 8       A.   That means that the outside prosecutor
 9   would be notified, outside law enforcement would
10   be notified for possible criminal charges.
11       Q.   The next is "B, Disciplinary transfer
12   (recommend)."  What does that mean?
13       A.   That we would recommend that the
14   detainee be transferred to another facility,
15   something probably with a higher security.
16       Q.   And C says, "Disciplinary segregation
17   (up to 60 days)," correct?
18       A.   Yes.
19       Q.   So your understanding is that it is
20   possible to get up to 60 days of segregation if
21   you're found guilty of an offense listed in this
22   particular chart?
23       A.   Yes.
24       Q.   Okay.  In the next chart, for high
25   offense categories, the sanctions A and B are
```

```
                                                        Page 148
 1                      TROY POLLOCK
 2   won't let us loose," I'm inciting them.
 3        Q.    Is it enough to direct your comment at
 4   one other person?
 5             MR. LEE:  Object to form.
 6        A.    That's kind of hard to answer.  If I
 7   come in, but he's already talked to ten other
 8   people and I only hear him saying it to the one,
 9   then yes.
10        Q.    How would you know that he's already
11   said it to ten?
12        A.    I don't know.
13        Q.    How would someone who is looking for
14   the -- how would someone know that this rule is
15   being violated?
16        A.    Well, most people understand what
17   inciting a demonstration means.
18        Q.    Okay.  Let's look at 214, "Encouraging
19   others to participate in a work stoppage or to
20   refuse to work."  What is a work stoppage?
21        A.    When a detainee or group of detainees
22   refuse to go to work, stop working.
23        Q.    When a single detainee stops working,
24   that's a work stoppage?
25             MR. LEE:  Object to form.
```

Page 149

1                    TROY POLLOCK
2       A.    Yes.  It says participating in a work
3   stoppage, so one single person -- so let's say
4   we decided as a group of workers at ten o'clock
5   we're all going to sit down and stop working,
6   but everybody else changes their mind and I'm
7   the only one that sits down and stops working,
8   that's a work stoppage.
9       Q.    Let's look at 299, "Conduct that
10  disrupts or interferes with the security or
11  orderly operation of the facility."
12      A.    Okay.
13      Q.    What conduct falls into a Code 299?
14      A.    I would have to have a specific
15  incident to say whether or not it could fall
16  under that or if it fell under something else.
17      Q.    Can you explain what you mean by that?
18      A.    Without looking at everything, if I
19  just have one detainee standing out in the
20  middle of the rec field trying to get everybody
21  else to do that, but everybody is ignoring him,
22  I mean, I guess it could fall under that.  But
23  there's pretty much a category there to catch
24  everybody.
25      Q.    Okay.  And if we scroll up to Code

Page 164

1                    TROY POLLOCK

[redacted]

12      Q.    Do you believe that being sanctioned
13   ten days is proportional to the offense?
14      A.    Yes.
15      Q.    Why?
16      A.    To deter other inmates from trying to
17   incite a work stoppage.
18      Q.    Why is that?  Why is that a serious
19   offense?
20            MR. LEE:  Object to form.
21      A.    If inmates refuse to cook the food in
22   the kitchen, a handful of inmates or detainees
23   in this case, then I've got 1,600 others that
24   are screaming and yelling because they're not
25   getting fed, I've got a serious problem.

Page 238

1    TROY POLLOCK

2    CERTIFICATE OF OATH

3

4  STATE OF OHIO

5  COUNTY OF CUYAHOGA

6        I, Luanne K. Howe, Notary Public, State of

7   Ohio, certify that TROY POLLOCK remotely

8   appeared before me on the 30th day of September,

9   2021, and was duly sworn.

10       Signed this 12th day of October, 2021

11

12       *[signature: Luanne K Howe]*

13   _____

14       Luanne K. Howe

15       Notary Public, State of Ohio

16       Commission No.: 2019-RE-796049

17       Commission Expires:  October 7, 2024.

Page 239

1        TROY POLLOCK

2      CERTIFICATE OF REPORTER

3   STATE OF OHIO

4   COUNTY OF CUYAHOGA

5        I, Luanne K. Howe, Notary Public in and for

6   the State of Ohio, do hereby certify that I was

7   authorized to and did stenographically report

8   remotely the deposition of TROY POLLOCK; and

9   that the foregoing transcript is a true record

10  of my stenographic notes.

11       I FURTHER CERTIFY that I am not a relative,

12  employee of attorney, or counsel of any of the

13  parties, nor am I a relative or employee of any

14  of the parties' attorney or counsel connected

15  with the action, nor am I financially interested

16  in the action.

17       DATED this 12th day of October, 2021.

18       *Luanne K Howe*

19       _____

20       Luanne K. Howe

21       Court Reporter and Notary Public

22       My commission expires October 7, 2024.

23

24

25