# Exhibit 106

# (RESTRICTED)