**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

WILHEN HILL BARRIENTOS, et al.,

          Plaintiffs,

v.

CORECIVIC, INC.,

          Defendant.

Civil Action No. 4:18-cv-00070-CDL

## ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEADLINES FOR RESPONSES AND REPLIES RE: PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND *DAUBERT* MOTION

The Court has reviewed the Second Joint Motion to Extend Deadlines for Responses and Replies Re: Plaintiffs' Motion for Class Certification and Motion to Exclude Defendant's Proposed Expert Dr. Joseph V. Penn's Testimony and Opinions ("*Daubert* Motion"), and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant's Responses to Plaintiffs' Motion for Class Certification and *Daubert* Motion are due by August 12, 2022. Plaintiffs' Replies to those Responses are due by September 16, 2022.

Signed:  August 2, 2022.

          s/Clay D. Land
          CLAY D. LAND
          United States District Court Judge