**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

WILHEN HILL BARRIENTOS, et al.,

                Plaintiffs,

v.

CORECIVIC, INC.,

                Defendant.

Civil Action No. 4:18-cv-00070-CDL

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSES TO MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' *DAUBERT* MOTION AND DEFENDANT'S *DAUBERT* MOTIONS AND CORRESPONDING EXHIBITS WITH RESTRICTED ACCESS**

The Court has reviewed Defendant's Motion for Leave to File Responses to Motion for Class Certification and Plaintiffs' *Daubert* Motion and Defendant's *Daubert* Motions and Corresponding Exhibits with Restricted Access, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

Defendant is ordered to: (1) file under restricted access complete, unredacted versions of its Response in Opposition to Plaintiffs' Motion for Class Certification, its Response in Opposition to Plaintiffs' *Daubert* Motion, any forthcoming related *Daubert* Motions, and all corresponding exhibits on August 12, 2022; and (2) file public versions of these documents with appropriate redactions to confidential information no later than August 26, 2022.

Signed: August 11, 2022.

                             S/Clay D. Land
                             CLAY D. LAND
                             United States District Court Judge