# EXHIBIT 7

# DETAINEE HANDBOOK SUPPLEMENT
# STEWART DETENTION CENTER

## TABLE OF CONTENTS


| | | | |
|---|---|---|---|
| No Smoking Policy | 1 | Detainee Money Deposits | 17-18 |
| Introduction/ Mission | 2 | Religious Services | 18 |
| Purpose | 2 | Access To Telephones | 18-19 |
| Facility Description | 2 | Pro Bono Calls | 19 |
| Contacting ICE Staff & the Immigration Court | 2-3 | Talton Phone Services | 19-22 |
| Basic Detainee Responsibilities | 3 | Phone Messages | 22 |
| Rights and Responsibilities | 3-4 | Recreation | 22-23 |
| Reasonable Accommodation | 4-5 | Library | 23 |
| Initial Admission | 5-7 | Law Library | 24-25 |
| Unauthorized Property | 7 | Visitation | 25-26 |
| Inspections of persons and/or Property | 7-8 | Attorney Visits | 26 |
| Contraband | 8 | Legal Orientation Program | 27 |
| Classification | 8-9 | Notary and Photocopying Procedures | 27 |
| Clothing | 9 | Marriage | 27-28 |
| Detainee Dress Code | 9-10 | Claims Procedure | 28-29 |
| The Proper Way To Wear Issued Clothing | 10 | Correspondence/Mailroom Procedures | 29-30 |
| Safety & Evacuation Drills | 10 | Medical Care | 30 |
| Sexual Assault/PREA | 11-12 | Access to Medical Services | 31 |
| Official Counts | 12 | Detainee Disciplinary / CoreCivic/SDC Detainee Rules and Discipline | 31-35 |
| Living Conditions – General Population | 12 | Grievance Procedures | 35-37 |
| Meals | 13-14 | Restrictive Housing / Short Stay Unit | 37-38 |
| Sleeping Area/Sanitation | 14 | Detention File | 38 |
| Personal Hygiene | 14-15 | Legal File | 38 |
| Laundry | 15 | Notice To Persons | 38 |
| Barbering Service | 15 | Allowable Personal Property List | 39 |
| Voluntary Work Program | 16 | Office of Inspector General Hotline | 40 |
| Commissary | 16 | Preventing Sexual Abuse and Misconduct | 41-42 |
| Sending Money | 17 | | |


**The Stewart Detention Center Handbook Supplement is intended to be a guide to assist you in adjusting to detention within this facility. You will be held accountable for your actions while in custody at this facility. Therefore, it is each detainee's responsibility to become familiar with the contents of this handbook. All rules listed herein are subject to change. Additional rules and regulations will be posted on the bulletin boards within the living areas. Any major changes made to the information contained in this handbook will be posted on your housing unit's bulletin board in a timely manner.**

## <u>Available in English & Spanish</u>

**THE STEWART DETENTION CENTER**
**IS A SMOKE-FREE FACILITY**

**No cigarettes, smoking tobacco or smoking paraphernalia (lighters, rolling papers, matches, etc.) of any kind is allowed.**
**Detainees who violate these rules will face disciplinary actions**

## INTRODUCTION / MISSION

- CoreCivic (formerly, Corrections Corporation of America)/Stewart Detention Center (SDC) is a private company contracted by U.S. Immigration and Customs Enforcement (ICE). The mission of SDC is to provide a detention facility that is safe, clean and sanitary for detainees awaiting processing of their administrative hearing.
- ICE will answer your questions regarding the status of your travel and/or immigration documentation. CoreCivic/SDC is not a part of ICE and has no control over your present situation related to court appearance, deportation matters, etc.

## PURPOSE

- The purpose of this handbook is to explain to you the specific rules, regulations, policies and procedures that must be followed while in custody at this facility. The handbook will also help provide you with a general overview of the programs and services available.
- A copy of this handbook will be issued to each detainee upon intake and certain sections are posted on the bulletin boards in each housing area as well as on other bulletin boards throughout the facility. All detainees are required to acknowledge by signature, receipt of this handbook. If you have any questions, please ask the officer stationed at your housing area or send a written **Detainee Information Request form** to the appropriate departments as listed throughout this handbook. You may request this form from any staff member within your unit.

## FACILITY DESCRIPTION

- The facilities housing units are made up of six (6) main housing areas. These six areas are then broken down into smaller living units of various sizes. Each housing area has its own showers, toilets, and a dayroom. Each housing unit's dayroom provides televisions for entertainment as well as space for in-dorm recreational activities like board games or cards.
- The facility also has a Special Management Unit (SMU). The SMU is further divided into two (2) housing units.
- The facility includes a full gymnasium, three (3) recreation yards, kitchen & cafeteria, intake processing center, infirmary, laundry and other needed support services to allow for the adequate care and needs of the facility's detainee population.

## CONTACTING ICE STAFF & THE ON-SITE IMMIGRATION COURT

- You may contact the local Atlanta ICE Field Office at:

  **Field Officer Director, ERO**
  **U.S. Immigration and Customs Enforcement**
  **180 Spring Street SW, Suite 522**
  **Atlanta, GA 30303**
- The ICE Officer in Charge (AFOD), the Contracting Officer's Representative (COR) and designated department heads will conduct weekly unannounced (not scheduled) visits to your housing area. ICE Deportation Officers will visit the units weekly according to the schedule provided by ICE and posted in the units. ICE/ERO staff is available to be contacted by detainees Monday through Friday from 8:00 a.m. to 4:00 p.m.
- The purpose of these visits is to address your personal concerns and observe your living and working conditions.
- Written Request to ICE Staff: You have the opportunity to submit written questions, requests or concerns to the ICE staff by utilizing the **ICE Detainee Request Worksheet** or a sheet of paper. You may pick up request forms from staff assigned to your unit. The request form should be placed in the drop box labeled "ICE" (outside of the dining hall) and it will be delivered to the ICE staff with no reading, altering or delay. You may

obtain assistance from another detainee, housing officer, or other facility staff in preparing your request form. If the detainee chooses, the request may be put in an envelope that is clearly addressed with name, title, and/or office to which the request is to be forwarded. The ICE staff receiving your request form will respond as soon as possible but not later than within 72 hours from receiving your request. *This procedure is not to be used for submitting formal grievances. (See "Grievance" section.)*

- For contacting the Immigration Court (EOIR) staff, utilize the same form and process, but place the form in the box marked "IMMIGRATION COURT" outside of the dining hall.

## BASIC DETAINEE RESPONSIBILITIES

- It is the policy of the CoreCivic/SDC and ICE to treat detainees with dignity and respect while maintaining a safe, secure, and sanitary detention facility. It is expected that staff will receive your full cooperation while awaiting the processing of your case. In the simplest terms, you are expected to:
    1. Follow and obey rules, laws, policies and procedures.
    2. Obey all orders as given by staff members and contract security personnel.
    3. Respect staff and other detainees at all times.
    4. Respect SDC, government property and the property of others.
    5. Keep yourself, your clothing and living area clean at all times.
    6. Obey all safety, security, and sanitation rules, policies and procedures.
- If you observe and comply with the above guidelines, you should have no problems while living at this facility awaiting the outcome of your hearing. When addressing staff, you should not refer to them by first name or nickname. You must refer to staff by their rank/title and last name (i.e.; Officer, Shift Supervisor, Dr., Nurse, Mr., Mrs., Ms). Staff members will address you in the same manner if they know your name. It is unreasonable to expect an officer to know all detainees within the facility by name, however, the officer or staff member will address you in an appropriate manner.
- The following regulations pertain to specific expectations of each detainee to ensure the safety, health and security of each person assigned to this facility. These regulations are not separated from the posted rules of discipline; therefore, any violation may result in sanctions imposed against you. The purpose of these rules is to provide you with the opportunity to be aware of specific rules imposed relating to the activities, programs and procedures related to living in the dormitory.

## RIGHTS AND RESPONSIBILITIES OF ALL DETAINEES

- You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility.
    - You have the responsibility to know and abide by them.
- You have the right to request interpretive services if you have problems communicating due to language barriers, are unable to read/understand the English language, or prior to any disciplinary hearings. You can request assistance by contacting a member of your Unit Team or by submitting a Detainee Information Request form.
- You have the right to freedom of religious affiliation and voluntary religious worship.
    - You have the responsibility to recognize and respect the rights of others in this regard.
- You have the right to health care which includes nutritious meals, proper bedding and clothing. A laundry schedule for cleanliness of the same, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, toilet articles and medical treatment.
    - It is your responsibility not to waste food, to follow the laundry and shower schedules, to maintain neat and clean living quarters and to seek medical care as needed.
- You have the right to have family members and friends visit with you in keeping with the facility rules and schedules.
    - It is your responsibility to conduct yourself properly during visits and to not accept or pass contraband.
- You have the right to unrestricted and confidential access to the courts by correspondence.

- You have the responsibility to present honestly and fairly your petitions, questions and problems to the courts.

- You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence at no cost to the United States Government.
  - It is your responsibility to obtain the services of an attorney honestly and fairly.
- You have the right to have access to reading materials for your own enjoyment. These materials may include approved magazines.
  - It is your responsibility to seek and utilize such materials for your personal benefit, without depriving others of the same benefit.
- You have the right to participate in the use of the law library reference materials to assist you in resolving legal problems. You also have the right to receive help when it is available through legal assistance programs.
  - It is your responsibility to use those resources in keeping with the procedures and schedule prescribed and to respect the rights of other detainees to the use of the materials.
- You have the right to a wide range of reading material for educational purposes and for your own enjoyment. These materials may include magazines and newspapers sent from the publishers.
  - It is your responsibility to seek and utilize such material for personal benefit, without depriving others of their equal rights to use this material.
- You have the right to participate in a work program as far as resources are available, and in keeping with your interest, needs and abilities.
  - You have the responsibility to take advantage of activities which may help you live a successful and abiding life within the Facility and in the community. You will be expected to abide by the regulations governing the use of such activities.
- You have the right to an administrative hearing before an Immigration Judge to determine your status in the United States.
  - It is your responsibility to seek and provide evidence for your defense.
- If you are not an exclusion case and eligible, you have the right to be released on bond until your scheduled administrative hearing.
  - It is your responsibility to seek methods of payments for your bond.
- You have the right to apply for political asylum if you believe that you will be persecuted because of your race, religion, nationality, membership in a social group or political opinion.
  - It is your responsibility to prepare and submit the proper forms accurately.
- You have the right to request voluntary departure if statutorily eligible prior to a hearing, but if you request voluntary departure, you waive your right to a hearing.
  - It is your responsibility to inform an ICE Officer that you request voluntary departure.

You have the right to access to the media through telephone calls or written correspondence

## REASONABLE ACCOMMODATIONS

All detainees shall have equal access to the following services, programs, and activities, but are not limited to those outlined below:

1. Work programs;
2. Recreation;
3. Mail, telephone, visiting;
4. Library;
5. Religious programs;
6. Reception and orientation
7. Food Service;
8. Sanitation and Hygiene;
9. Health Care
10. Discipline, Grievance Procedures, and Due Process proceedings;
11. Safety and Emergency Procedures;
12. Access to media, courts, counsel, and law library;
13. Commissary

Detainees may submit a formal or informal (i.e. verbal or written) request for accommodations or assistance to the Disability Compliance Manager. At this facility, the Disability Compliance Manager is the Health Services Administrator. Written requests will be submitted on a facility Detainee Request Form or the appropriate CoreCivic 13-80A Sick Call Request Form. Requests received shall be processed to the multidisciplinary team for review, or a response provided to the detainee, within twenty-four (24) hours, and the detainee seen by a Qualified Health Care Practitioner (QHCP) within the next twenty-four (24) hours (a total of seventy-two (72) hours on weekends) unless an immediate/emergency need exists.

## INITIAL ADMISSION

- Detainees will have access to one (1) free telephone call during the admission process.
- You are subject to a search upon admission into the facility and when there is reasonable cause to believe you may have contraband concealed on your person.
- We must obtain specific information to ensure that records of your entry are adequately documented. This information will also be utilized so we may classify you to the living area most suited to your individual needs. Such information will include: present residence, nationality, race, sex, medical history and criminal history, if any. A Forwarding Address Form shall be obtained from every detainee for use in the event that personal property is lost or forgotten in the facility after release, transfer, or removal.
- Identity documents such as Passports, Birth Certificates, etc. will be inventoried then given to your Deportation Officer for placement in your file.
- Upon arrival, your clothes, personal property, valuables and funds will be retained by the processing officer for safekeeping. Itemized receipts will be issued to you and one (1) placed in your file for all your clothing, personal property, valuables and funds. It is important that you retain these receipts to claim your properties when you are released. STAFF SHALL SEARCH AND INVENTORY DETAINEE PROPERTY ONLY IN THE PRESENCE OF THE DETAINEE(S) UNLESS INSTRUCTED OTHERWISE BY THE FACILITY ADMINISTRATOR.
- All personal property and valuables that you bring with you will be inventoried and accounted for on a Personal Property Form.

1. Cash in your possession, upon arrival at CoreCivic/SDC, will be inventoried; a receipt issued and then placed in an account for your use at the commissary. CoreCivic/SDC will only accept cash for detainee accounts during the intake procedure. After you have entered the facility money will only be accepted as outlined in this handbook under Detainee Money Deposits.
2. Personal checks in your possession upon arrival to CoreCivic/SDC will be placed in your property. You will not need money during your stay. If you are found with any money in your possession, it will be confiscated as contraband and you will be subject to disciplinary action.
3. Upon your discharge from this facility, you are required to turn in all CoreCivic/SDC property to include this handbook to the officer assigned to the Receiving and Discharge area. Once you have confirmed that all items have been accounted for, you will be required to make restitution for lost or damaged property. This includes clothing, bedding and any recreation/leisure time equipment (i.e. games and library books). Lost or maliciously damaged locks will cost $5.38 in restitution. Lost or maliciously damaged ID badges will cost $5.00 in restitution.
4. Your property and any funds that you have on your accounts will be returned to you prior to departure. You must sign for these items.
5. Any unauthorized property will be placed in an appropriate bag assigned to you and locked in a secure storage area.

While at this facility, you are permitted to retain:

1. Legal documents
2. Legal papers
3. Legal information

4. You may have up to ten (10) Photos of family, friends and associates in your possession. These photos must be 5x7 or smaller. (Proper photos will be described later)
5. Approved medical prostheses, (i.e. eyeglasses, dentures, etc.)
6. Personal reference materials, (i.e. address/phone book and/or list of relatives, friends and/or other correspondents.
7. Radios must be used with earphones at all times, limit one (1) radio per person. No plug-in radios are permitted. No radios or earphones are allowed outside of your dormitory except during recreational periods.
8. Only a wedding band and religious jewelry will be authorized to remain in your possession during your stay here. Religious jewelry that is handmade from items that are considered contraband is prohibited. Also, religious medallions (i.e., crosses, St. Christopher Medals, etc.) may be worn, but must be on their original chain and the religious medallion will not exceed 1 ½ inches by 1 ½ inches in size. Chains used with medallions will not exceed 1/8 inch in diameter and 24 inches in length. The chain or medallion will not be visible when worn in uniform; if it is, it can not be worn. Rosary Beads and Islamic Prayer Beads will not exceed ¼ inch in diameter and 24 inches in length. No items will be attached to the Islamic Prayer Beads. All other jewelry will be inventoried and place in a safe area for storage until your release. A receipt will be issued for your valuables. Religious jewelry is allowable only if it has been approved by the chaplain. See the Religious Services entry in this handbook for the actual procedures.
9. Newspapers, magazines, books and other literature are limited. In order to comply with fire safety regulations you may only have up to five (5) soft cover books and up to five (5) magazines or newspapers. Items may only be received directly from a book store or publisher. No full frontal nudity or pornographic materials are allowed.

- A complete list of allowable property and the amounts authorized **(14-6DD) Allowable Personal Property Inventory List)** is listed at the end of this handbook. Detainees will be notified of any revisions to the authorized list by memorandum by the Warden and/or Town Hall meeting.
- All food items must be consumed upon being opened to ensure sanitation standards are met.
- You are allowed to purchase up to a total of 3 mugs, bowls or tumblers through the Commissary. After use these items must be cleaned and stored in your personal storage locker.
- Additional personal property allowed to be retained by detainees must be approved by the Chief of Unit Management prior to purchase/possession to ensure acceptable sanitation is appropriately maintained.
- All personal items that you are allowed to keep must be stored in your locker. No items are to be attached to the bunk, wall, windows or left on windowsills.
- Detainees are responsible for the loss of personal items not safeguarded or stored by CoreCivic/SDC. Toward that end, you have been offered the use of a combination lock to secure your property bag or property box. If you accept a lock, the lock must be in place, securing your property.
- Clean linens are provided for each person entering the facility to include: Two (2) sheets, two (2) towels, two (2) hand towels, one (1) pillowcase, one (1) blanket and one (1) laundry bag. Your initial issue of clothing/linens will be; Three (3) uniform sets (pants and shirts), one (1) pair of shoes (personal shoes are not allowed unless authorized), four (4) pair of underwear, and four (4) pair of socks. The detainee will sign for each item issued and will be held liable for any damage to or loss of facility issued property in excess of normal wear and use. Items shall be replaced on a one (1) for one (1) exchange basis. When a facility issued property item becomes unusable, an inmate/resident may request an exchange by sending a detainee clothing request form (14-6H) to the Property Officer or designee.
- Any items over these amounts will be considered contraband. Allowable quantities of clothing items include any items purchased in the commissary.
- You will be required to change into clean uniforms.
- You will walk on the right side of the hallway going and coming.
- Detainees are assigned to units by color code. Each detainee photo ID card will have a color code dot placed on it. **<u>At no time will this dot be removed by a detainee.</u>**
- Medical services are provided to ensure your health is adequately maintained and those problems that occur during your stay at this facility are resolved. The medical services offered and the procedures for obtaining these services are outlined else where in this handbook.

  1. Initial Medical Intake Screening:

a. Each detainee entering the facility will receive an initial medical screening by the clinical staff. At that time, you should discuss any medications that you are taking and any health problems that you are experiencing.

b. All detainees arriving will receive a chest x-ray during the initial medical survey. THIS TEST IS MANDATORY!

2. A medical examination will be conducted by a member of The Health Services Department within fourteen (14) days of your arrival. At that time, you should discuss any medications that you are taking and any health problems that you may be experiencing. Some medication such as heart or diabetic medications will be continued when you arrive.

## UNAUTHORIZED PROPERTY

- Items not inherently illegal, which are considered contraband when possessed by a detainee or visitor within the facility including but not limited to:
  1. Any approved item which, though approved, is in excess of the quantity allowed.
  2. Unauthorized personal property received through the mail will be returned to sender at the detainee's expense. All detainees must have prior approval from the Unit Manager or above before property is received. If authorized, the property will be stored in your property bag until your release.
  3. Due to space limitations, all detainees will be limited to one (1) duffle bag to store their property. If property is received and will not fit into the duffle bag, it will be your responsibility to forward the property.
  4. The facility shall permit detainees to retain all personal legal material upon admittance to the general population or Restrictive Housing, unless such material creates a safety, security, and/or sanitation hazard. The facility may require detainees with a large amount of personal legal material to place some of the material in a personal property storage area, with access permitted during designated hours. The facility shall grant requests for access to such stored legal material as soon as possible, but not later than 24 hours after receipt of the detainee's request, unless documented security concerns preclude action within this time frame.

## INSPECTIONS OF PERSONS AND/OR PROPERTY

- Routine unscheduled searches of the facility, detainee's persons and property will be conducted as deemed necessary.
- Searches are conducted when:
  1. Entering or leaving the housing units;
  2. Entering or leaving the visit area; and
  3. Entering or leaving a building or area.
- Searches are conducted for the purpose of:
  1. Detecting and prevent the introduction of contraband (i.e.; weapons, drugs, unauthorized clothing items, etc.).
  2. Ensuring that safe and sanitary conditions exist within the facility.
  3. Recovering lost, missing or stolen property.
  4. Preventing escapes and other disturbances.
- Searches will be conducted in a manner that avoids unnecessary force, embarrassment or indignity to the detainee, and are not intended to be punitive in nature.
- Types of Searches Performed at CoreCivic/SDC:
  1. Visual Inspection: A search of a detainee or an area for contraband without physical contact.
  2. Frisk or Pat Search: A search conducted by placement of hands on the detainee's clothing to feel for weapons/contraband. A thorough search is done of all pockets, collar, jackets waistbands and shoes. Shoes are removed to check socks and bottom of feet.
  3. Strip Search: A search of a detainee that requires all clothing to be removed during the search.
  4. Shakedown: A physical or visual search of a specific area of the facility.
- CoreCivic/SDC will conduct mandatory urinalysis testing under the following conditions:
  1. When security staff have reasonable suspicion that a detainee has used or is under the influence of drugs or intoxicants.

2. When a detainee is found to be in possession of suspected unauthorized drugs or intoxicants or when suspected unauthorized drugs or intoxicants are detected or found in the area controlled, occupied or inhabited by a detainee.
3. When the detainee is observed to be in possession of or using unauthorized drugs or intoxicants, but staff are unable to obtain a sample of the substance.
4. Pursuant to an appropriate random testing procedure, the entire detainee population of the facility, any identifiable program area or any identifiable classification of detainees may be tested.
5. The random testing program will not be used for the purpose or have the effect of harassing or intimidating any individual or group of detainees.
6. 3% of the general detainee population at CoreCivic/SDC with an over 60 day booking date will be randomly tested per quarter. Refusal to submit to urinalysis testing may result in severe disciplinary penalties.

## CONTRABAND

- All contraband (hard and soft) will be seized. In the event that the contraband is not illegal to possess under criminal statutes and would not otherwise pose a threat to security, staff shall inventory and provide a receipt for the property. At the detainee's request, the staff will mail the property to a third party, or store it with the detainee's other personal property. If detainee chooses not to provide an appropriate mailing address within thirty (30) days, or is unable to pay the postage, the facility administrator, after ICE/ERO concurrence, and after providing the detainee with written notice of the intent to destroy the property along with information on how to retain the property may dispose of the property.
- Items, which are considered to be detrimental to the safe and orderly operation of the facility, are prohibited.
- All items of Contraband are taken from a detainee or found on CoreCivic property are to be confiscated and if appropriate, turned over to the proper authorities for appropriate action.
- Contraband items include but are not limited to:
  2. Any dangerous drug, narcotic drug, marijuana, intoxicating liquor of any kind, deadly weapons, dangerous instruments, explosives or any other article that, if used or possessed, would endanger the preservation of order in the facility.
  3. Any item which could be used as an aide to escape.
  4. Any item which could be used to disguise or alter the appearance of a detainee.
  5. Any article of clothing or item for personal use or consumption which has not been cleared first through the OIC or purchased by a detainee from the commissary.
  6. Cameras, video, audio, or related equipment that can be used to make unauthorized photographs or audio, or audio/video recordings of detainees, staff or government property.
  7. Cigarettes, tobacco or smoking paraphernalia, alcoholic beverages, cardboard boxes and excessive magazines.
  8. Pictures of any kind that have been placed on dormitory walls.
  9. Any item not purchased through authorized channels.
- "Dry cells" shall be used for contraband detection, with proper authorization and in accordance with required procedures, only when there is a reasonable suspicion of concealment.

## CLASSIFICATION

- All detainees are classified upon arrival, before being admitted into the general population. The classification system will ensure that you are placed in the appropriate category and physically separated from detainees in other categories. You will be housed according to your classification level and issued color-appropriate uniforms and ID cards.
- There are four (4) classification levels at this facility with corresponding clothing colors:
  Level 1 (LOW) – Blue uniform Level 1 (MED-LOW) – Khaki uniform Level 2 (MED-HIGH)– Orange uniform Level 3 (HIGH) – Red uniform

Housing Restriction: Level 1 and Level 2 detainees may be housed together (unless there is a history of assaultive or combative behavior) High Level 2 and Level 3 detainees may be housed together. Level 1 and Level 3 detainees are never housed together.

- All detainees will be escorted outside the housing area and may only be in specified common areas with other classifications of detainees.
- All housing, work assignments and available activities will be decided by the level of classification received.
- After your initial classification, your case will be reviewed (called "classification reassessment"), in 60 to 90 days from the date of your arrival at Stewart. Subsequent reassessments will be completed in 90 to 120 day intervals from the first reassessment. Should a detainee receive a major disciplinary violation or multiple violations, this will result in a reclassification.
- APPEALS: All new arrivals classified as Level 2 or Level 3 may appeal their classification designation by submitting their appeal request on a Detainee Information Request Form to the Classification Supervisor. Written notification of the outcome of the appeal will be made within ten (10) business days. The Classification Supervisor's decision may be appealed in the same manner to the Warden.

## CLOTHING

- The basic detainee uniform for daily living and work assignments shall be distinctive in appearance in order to easily identify detainees according to their security level. In CoreCivic/SDC, the basic uniform colors are:

| Uniform | Designates | Classification Level |
|---|---|---|
| Blue uniform | Level 1 Detainees | Low |
| Khaki uniform | Level 1 Detainees | Medium-Low |
| Orange uniform | Level 2 Detainees | Medium-High |
| Red uniform | Level 3 Detainees | High |
| White Uniform | Kitchen Staff * | Low<br>Medium-Low<br>Medium-High<br>High |

*White uniforms will be the work uniform for kitchen workers only. In the housing units, the kitchen workers will wear the appropriate color uniforms.

## DETAINEE DRESS CODE

- You are required to keep yourself clean and wear proper clothing/footwear during all activities.
- You are reminded that poor hygiene, poor sanitation and wearing improper clothing and footwear can cause potential conflict with your peers and others and can have a negative impact upon your health and safety as well as the health of those around you.
- Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention in the form of appropriate disciplinary action to correct the situation.
- Ordinarily, detainees may wear any hairstyle with the following exceptions:
  1. For safety and hygiene reasons, kitchen workers and detainee workers operating machinery will keep their hair in a neat, clean, commonly acceptable style. ALL kitchen workers will wear a hairnet when working in the kitchen.
  2. Hairstyles will not interfere with the safety and hygiene requirements.
  3. No numbers or symbols will be permitted to be part of a detainee's hairstyle.
- Ordinarily, facial hair may be grown without restriction with the following exceptions. For safety reasons, detainee workers operating machinery may be expected to be clean shaven at all times. These restrictions are required for employment in the above described work assignments, and accepting a job in these areas denotes acceptance of the grooming standards for the above described work assignments.

- There will be no exceptions to these requirements, even for medical reasons.
- Complete uniforms (pants, shirts, shoes and ID card) are required to be worn daily when outside the dormitory.
- T-shirts and shower shoes are allowed in the dayroom areas.
- T-shirts are allowed on the recreation yard.
- Religious apparel may only be worn as approved by the Chaplain.
- No towels, sheets or blankets will be permitted as clothing and or used for cleaning unless, designated by staff as such.
- Intentional or neglectful damage to CoreCivic/SDC property (altered, torn, lost ripped, or gratified) will result in disciplinary action and restitution.

## THE PROPER WAY TO WEAR ISSUED CLOTHING

These requirements are essential to ensure compliance of Security, Hygiene, and Conduct. All issued clothing and IDs will be worn as specified in the following instructions and in no other manner.

1. CoreCivic issued detainee ID badges must be visibly displayed on your pocket at all times. If your ID becomes torn or broken, notify the officer in your dorm that you need a new one and send a **Detainee Information Request** form to the case manager.
2. Clothing must be clean and not torn when worn. Intentionally damaging or altering your clothing in any way may result in disciplinary action and the payment of restitution equal to the cost of the clothing item(s) damaged.
3. Only kitchen workers will be authorized to wear white uniforms and <u>only</u> while performing services in the kitchen. All other detainees with work assignments will wear their assigned and provided color coded uniform.
4. The wearing of mixed colored uniforms is not authorized.
5. Undergarments may be worn without outer garments <u>only</u> while inside the sleeping quarters or in the restroom/shower areas. NO EXCEPTIONS!
6. CoreCivic/SDC issued shoes will be worn at all times when outside the housing units. Personal shoes are not allowed unless medically required or authorized by the Chief of Security.
7. Caps are available for purchase in commissary, however detainees are allowed to wear the cap only once they are outside the building at recreation. Designated detainee workers will be issued the proper head cover when required to be worn <u>only</u> while performing work related duties.
8. Detainees will wear a complete uniform (shirts, pants, shoes) at all times while outside the dormitory.
9. The pants will be worn at a point about the waist that prevents the crease of the buttocks from showing.
10. You are not to walk about the facility with your hands inside the waistband of your pants regardless of weather conditions.
11. No article of clothing will be worn in a manner not normally intended for that item (using a shirt as a head band or head cover, etc.) This also includes the rolling up of sleeves or pants legs on only one side of a garment or any gang related wearing of clothing.
12. Only those items approved by Religious Services will be allowed to be worn in general population. (Religious headgear, Rosaries, etc)

## SAFETY & EVACUATION DRILLS

- The staff at CoreCivic/SDC will make every effort to help ensure your safety while you are here. You must assume some responsibility for helping to make this facility safe. Signs are available to mark hazardous areas wherever they occur. If you spill something then clean it up. If you encounter a possible hazard, tell the officer in your area. Don't assume that problems have been reported. Pay attention to warning signs, and use reasonable care in potentially hazardous situations such as where wet floor signs are visible.
- Per local, state and federal laws, we are required to perform evacuation drills. At this facility, we perform at least one drill every month on various shifts. Evacuation drills are not designed to inconvenience you, but rather to insure that you know where the exits are located in case of an actual danger such as a fire, gas leak, civil disaster or other dangers. You are expected to participate in these drills. In your housing area is a diagram

showing you the location of all fire exits and which exits to use. Study this diagram located in your housing area carefully; your life may depend on it. If a fire or other emergency in the dormitory should occur, be sure the Detention Officer on duty is notified, and follow his/her instructions quickly and calmly. Disruptions during evacuation drills may result in a lock-down being initiated and/or disciplinary sanctions.

## SEXUAL ASSAULT – PREA OVERVIEW

- The Prison Rape Elimination Act (PREA), a federal law enacted in 2003, was created to eliminate sexual abuse in confinement. CoreCivic recognizes the inherent dignity of the human person and the need to treat every individual with respect. Part of treating our detainees with respect is giving them a safe place to live. We believe in safeguarding their rights, including protecting them from being subjected to personal abuse/injury and harassment.
- There is a zero-tolerance policy for sexual assault at this facility.
- Any sexual acts are forbidden at Stewart Detention Center. Examples of forbidden sexual acts are:
  - Rape or forcible sexual act
  - Sexual Activity
  - Indecent exposure
  - Making sexual proposals/threats or sexually harassing another person
  - Inappropriate physical contact

<u>The acts listed above are prohibited by CoreCivic/SDC policy and violators will be subject to disciplinary actions</u>

- Staff sexual misconduct is forbidden at SDC. Staff sexual misconduct is sexual behavior between any EDC staff member and any detainee under the care of SDC. This includes contractors and other agents of the contracting agencies. Staff sexual misconduct is forbidden even if it is consensual.
- You do not have to tolerate sexual pressure, harassment, manipulation, or assault. Every detainee has a responsibility to eliminate sexual assault and sexual activity. If you are approached, pressured, or assaulted–report it immediately.
- To ensure that your environment is safe, if you are aware of another offender being sexually assaulted or involved in sexual behavior, report it immediately.
- All reports will be taken seriously and investigated immediately.
- You can take steps to protect yourself from being sexually assaulted:
  - Do not accept gifts from others. Gifts and favors usually have strings attached
  - Do not gamble or enter games of skill or chance
  - Do not use, possess, trade, purchase, or hold drugs, alcohol, or tobacco products
  - Do not become indebted to anyone either monetarily or for favors
  - Choose your associates wisely. Do not become involved in gangs or hate groups. Look for people doing positive things to change their lives such as education, programs, religious activities, etc.
  - Do not accept another detainee's offers to protect you
  - Stay in well-lit areas where staff can see you
  - Carry yourself in a confident manner at all times. Do not permit your emotions such as fear and anxiety to be obvious to others
  - Trust your instincts. If a situation seems dangerous, it probably is. If you fear for your safety, report it to a staff member
- If you feel your life is in danger you can request to be sent to Restrictive Housing for Protective Custody to your Unit Manager or Shift Supervisor. If you need to talk to a staff counselor or a mental health professional you can do so by filling out an inmate request form or a sick call slip. If you fill out a sick call slip make sure to specify you want to speak to a mental health provider.
- If you are sexually assaulted, there are several things you should not do
  - Do not shower or wash off
  - Do not go to the bathroom
  - Do not change your clothing
  - Do not eat or drink

<u>These actions would eliminate important forensic evidence. After you reported the assault, an examination would occur privately and professionally in conjunction with community resources.</u>

- In the event of a sexual assault, report it immediately to a staff member who will offer you immediate protection from the assailant and will get you medical attention. Because reporting sexual assault can be difficult, it is important that you understand there are several ways that you can report it.
  - The first and best choice is to report it immediately to a staff member
  - Reporting verbally to a medical staff member during sick call in the unit or in medical
  - Contacting someone outside the facility who can contact facility administrative staff
  - In a letter directly to the Warden, Assistant Wardens, Chiefs, Investigator, Detention Officers, or ICE.
  - By contacting the Chief of Unit Management who is the PREA Compliance Manager at: 911# plus your detainee PIN.
  - Information will be available to you through your unit staff and through postings in your unit containing instructions for reporting sexual assault. Included in that information is a sexual abuse / misconduct hotline in which reports can be made anonymously from any detainee dorm phone. These calls are not monitored and are provided free of charge.
- One avenue of reporting a PREA complaint is that you may file a formal grievance related to sexual abuse at any time during, after, or in lieu of lodging an informal grievance or complaint. Time limits will not be applied when a detainee submits a grievance regarding an allegation of sexual abuse. Third parties, including fellow detainees, employees, family members, attorneys, and outside advocates, shall be permitted to assist detainees in filing requests for administrative remedies relating to allegations of sexual abuse or to file such requests on behalf of detainees. After receiving an emergency grievance alleging that a detainee is subject to a substantial risk of imminent sexual abuse, the facility will immediately forward the grievance to an ADO-level employee who can initiate immediate corrective action as needed. Facility staff will bring medical emergencies to the immediate attention of proper medical personnel for further assessment

*Remember any method that you use other than reporting directly to a staff member delays you getting help*

## OFFICIAL COUNTS

- In order to maintain proper accountability of detainees at this facility, official counts are conducted at the following times;

1. Formal Counts are conducted at the following times: 1:00am, 2:30am, 6:20am, 12:30pm, 6:30pm, 9:00pm, and 11:00pm. The facility count time per building schedule for Standing Count, Face to Photo Count is 6:30pm. During a standing count, all detainees in a dormitory setting shall be positioned adjacent to their assigned bed. In areas where individual cells are assigned, the detainee will stand inside the cell facing the door.
2. Informal Counts are conducted at irregular, unannounced times. Detainees are expected to cooperate during each count. The televisions will be turned off and no movement is allowed while the count is being conducted. When officers are counting, you must return to and remain at your bunk until cleared for movement by the officer. During counts, no talking is permitted. Disruptions during counts may result in a lock-down being initiated and/or disciplinary sanctions. Movement will not resume until the total facility count is verified and cleared or unless authorized by the shift supervisor.

## LIVING CONDITIONS – General Population

- Detainees are required to keep their assigned living areas clean at all times. It is in your best interest to maintain a clean living area and avoid many of the problems associated with unsanitary living conditions.
- The dormitories have been designed to house multiple detainees in an open type setting and include sufficient areas for showers, toilet facilities, dining and in-dorm recreation that are in conformance with ADA requirements. Detainees will shower only during specific shower periods that will be posted inside each Pod. Because of this type of living arrangement, we expect your cooperation by showing other detainees the respect you wish to receive and respecting the property of others. You are also asked to respect the need to share common equipment such as telephones, tables, televisions, recreational games and equipment.

- There may be only one detainee per bed in open dorms and only 1 detainee per bed/2 detainees per cell in cell units.

## MEALS

- All meals are nutritionally balanced, dietician approved, properly prepared and attractively served in wholesome, clean and safe surroundings.
- Four diets are available: Regular Menu, Common Fare (fleshless), Kosher and Medical. Upon arriving in Intake detainees will be given the opportunity to request other than a Regular Menu meal should they have a special, religious dietary need. In order to receive religious diets you need to submit a 20-4D form, Request for Religious Diets, to the Chaplain, who will promptly process all requests. Detainees will automatically be served a Regular Menu meal unless authorized to receive another meal selection.
- Common Fare (fleshless) and Kosher meal requests must be submitted upon a detainee's arrival in Intake via completing a diet request form (20-4D). The completed form will be placed in the box marked mailbox mounted on the wall across from the dining hall entrance. The requests will be picked up from this box by the Chaplain. Within 10 days of the Chaplain receiving a request, the Chaplain will interview the detainee and approve or disapprove the request. While a request for a religious diet is pending action, the detainee will only be served Regular Menu meals. Detainees approved to receive religious diet meals will have their ID cards punched by the Chaplain. An ID card identified with two holes on the left side of the ID will receive a Common Fare/Vegetarian meal (fleshless). A punched ID card will be all that is required to receive a religious diet meal once approved. A detainee who has been approved must notify the Chaplain in writing if he/she wishes to withdraw from the religious diet. The Chaplain may recommend withdrawal from a religious diet if the detainee is documented as being in violation of the terms of the religious diet program to which he/she has agreed in writing, i.e., refusing five (5) consecutive common fare meals or purchasing food items inconsistent with the program through the facility's commissary program. Detainees who participate in the religious diet program will be expected to sign a 20-4J, Religious Diet Agreement in recognition of their understanding of the religious diet program expectations and requirements, removal and reinstatement.
- Detainees approved for religious diet meals will be given written authorization (signed by the Chaplain). Kosher-approved detainees will have four holes punched in both top corners of their ID cards. Two holes on the right side of the ID card and two holes on the left side of the ID card.. Upon requesting a religious diet meal at the tray window, detainees will be asked to present their ID and, upon doing so, will be given their meal.
- Detainees authorized to receive religious meals will be seated with their respective units in rotation, not separately.
- A copy of the written authorization for Common Fare and Kosher meals will be given to the Trinity Food Service Manager by the Chaplain. In the event that request forms are revised the Chaplain shall have the detainee sign the new agreement. The original of all requests, whether approved or disapproved, will be sent by the Chaplain to the detainee's detention file with one copy kept on file in the Chaplain's office and one copy given to the detainee. Both the Chaplain and the Food Service Manager will maintain separate lists of detainees approved to receive Common Fare and Kosher meals. To ensure accuracy, these lists will be reconciled weekly.
- Medical diets may only be approved by a qualified health care provider, which are closely tracked. A common type of medical diet is one approved for those suffering with diabetes. Those approved by medical staff to receive special medical diets are given written authorization which is to be carried on their person at all times and shown at the tray windows. Approvals for medical diets are given to the Trinity Manager by medical staff throughout the week. For those detainees with medical related diets restrictions, special diets may be requested through Health Services. To be considered, notify the nurse by Sick Call procedures. They will then make an appointment for you to see the facility physician, who will evaluate your request.
- Prescribed medical diets take priority over all other religious diets.
- Partaking of another diet: Detainees receiving special diets who are observed partaking of another diet or giving their approved food to another detainee will be reported to the Food Service Manager. He/she will notify the Chaplain (if Common Fare or Kosher has been approved) or medical department if a medical diet was involved.

It will be the responsibility of the approving official to rescind the detainee's authorization to receive special meals. Please see the Chaplain, Food Service Manager or AW (Support) if you have any questions.

- The use of food as a disciplinary measure or reward is prohibited.
- You will be issued appropriate eating and drinking utensil(s) during each meal and should be returned at the end of each meal.
- Menus are posted on the bulletin board in your dorm. Stewart Detention Center is a pork free facility.
- CoreCivic/SDC will provide you with three (3) meals per day; breakfast at 4:00am, lunch at 10:30am and dinner at 4:30pm. Meal times given are for the starting times. You should see your unit bulletin board for a more specific time. These are approximate times. You are to follow the rules of the officers. Detainees will be called out and escorted from the housing area to the dining hall and will be given ample time to eat. All detainees will return to their housing unit after eating. You are only allowed one (1) tray per meal.
  1. All food is to be eaten at the tables provided in the dining hall.
  2. You are to eat at the designated time and immediately return your tray and utensils to the tray return window.
  3. No food will be permitted in the dorm other than that provided through the commissary facilities or authorized by medical or unit management staff.
  4. <u>DO NOT</u> put meal trays in the microwaves. <u>DO NOT</u> put foil or metal items in the microwaves.
  5. Microwaves are to be cleaned after each use.
  - Segregated detainees will receive the same portions and types of meals served to the general population. Detainees will be fed in their cells.

## SLEEPING AREA/SANITATION

- You are required to keep your bed and immediate area clean and neat. You are also required to make your bed daily when it is not in use. It is acceptable to sleep under your covers during free time in your housing unit. However, you must make your bed after your nap and before reporting to any scheduled activities (such as recreation, meals... etc.). For sanitation reasons you are not allowed to wear shoes when resting in your bed.
- The hanging of sheets, blankets or clothing from sash bars, overhead lights or beds is not permitted. If there is a window and/or food slot in your door it may not be covered or blocked at any time. Air vents and sprinkler heads will remain <u>uncovered</u> at all times. The hanging of towels is only permitted in the absence of a hanger. The hanging of towels must be in a designated area and do not obstruct the viewing of sleeping areas nor cause any security or sanitation concerns.
- Personal effects, to include hygiene items, are to be stored in your locker. Do not place items on windowsills, windows, bunks, lockers, under a mattress, etc. These items will be confiscated as contraband and removed when left in unauthorized areas. If a disciplinary report is made then confiscated items will only be returned after a disciplinary hearing and at the hearing officer's discretion.
- To ensure cleanliness is maintained, you will be asked to participate in cleaning the dormitories; this includes the dayroom, sleeping area, restroom and showers. While we realize your stay at this facility is temporary, it is your home during this time, and we expect your cooperation to keep it safe and clean.
- The dormitories are cleaned daily or as directed by a staff member, including after each meal, to ensure proper sanitation and safety. A staff member will issue all equipment, supplies and instructions.
- It will be your responsibility to ensure that the area around your bed is clean.
- A significant number of showers are provided in each dorm to allow each detainee an opportunity to shower daily (except for in the segregated housing unit). Please respect the other detainees by cleaning up the shower area after you have finished showering.
- All cleaning supplies will be placed in appropriate storage locations when not in use.

## PERSONAL HYGIENE

- You will be living in a dormitory with other individuals, so personal hygiene is essential. You are expected to bathe daily and to keep your hair clean. Personal hygiene items for male detainees, such as soap, toothpaste,

toothbrushes, combs, and other items will be issued to you upon admission. Items will be exchanged once per week and as needed, see your housing officer for further assistance.

- Disposable razors shall be provided to detainees and shall be issued and collected by staff. Razors are used to shave facial hair only. Disposable razors will not be used by more than one (1) detainee for health and safety reasons meant to protect the detainees and staff. Toothbrushes/razors will be issued on a one (1) for one (1) exchange basis only. The schedule for issuing razors will be posted in your housing area on the unit's bulletin board. You will leave your ID card with the staff to get a razor. Once you have completed shaving you will return the razor to the staff and receive your ID card back. Detainees attending court will be given the first opportunity to shave and/or exchange razors. All detainees attending court will be given a chance to shave prior to entering the courtroom.
- The shower schedule will be posted in your housing area on the unit's bulletin board. Exceptions include the special scheduling needs of kitchen workers. Also, detail workers and detainees who had to miss shower times due to medical, court, or visitation appointments will be allowed to take showers at appropriate times of exception. Showering may not interfere with normal operations. Failure to adhere to procedures will result in disciplinary action. Any revisions to shower schedules will be posted within the housing unit.
- Segregated detainees will be afforded the opportunity to shave and shower at least three (3) times per week. Shaving equipment will be issued upon detainee's request and will be returned to staff upon completion of shower. Staff will inspect the razor for any type of tampering or alteration. Once refused by the detainee, no further consideration will be given for that day.

## LAUNDRY

- In order to ensure an adequate supply for all detainees, the hoarding of clothing is prohibited. Generally, detainees are not permitted to wash clothing, bedding or other items in their living unit unless otherwise authorized by unit staff. The laundry schedule is as following:
  Colors: Monday & Thursday
  Whites: Tuesday & Friday
  Blankets: 1st Wednesday of the month
  Intake laundry and incoming detainee personal property will be done Sunday through Thursday on 3rd shift.
  All units will be responsible for having their laundry bags ready and for pickup by 1400 hours on the above scheduled days.
- Units will be responsible for gathering their own laundry and placing it outside of the unit (in the housing areas sally port) by 6:00am on the day it is to be picked up. If you must leave the dorm, it is your responsibility to ensure that your laundry is turned in to and picked up from the laundry officer. It will be returned to you before the end of each day.
- Do not overfill your laundry bag. Ensure that the bags are tightly tied. Leave enough room in the bag for soap and water to flow through as well as heat from the dryer.
- All Food Service detainee volunteer workers will be required to exchange outer garments daily. All other volunteer workers may exchange outer garments when necessary.
- <u>DETAINEES ARE NOT PERMITTED TO WASH CLOTHING, BEDDING, LINENS, TENNIS SHOES, OR OTHER ITEMS IN THE LIVING UNITS.</u>

## BARBERING SERVICE

- General population and eligible segregated housing unit detainees will receive access to the barber according to the schedule posted on the bulletin boards in your housing area. The officer stationed in your housing area will call for detainees who wish to have a haircut. Sanitation in barber operations is imperative because of the possible transfer of diseases through direct contact or by towels, combs, and clippers. For sanitary reasons, the cutting of hair in the dormitory is strictly prohibited. It is also prohibited to possess cut hair or clippings, either your own or others. Ordinarily, detainees may wear any hairstyle with the following exceptions:

- For safety and hygiene reasons, kitchen workers and detainee workers operating machinery will keep their hair in a neat, clean, commonly acceptable style. ALL kitchen workers will wear a hairnet when working in the kitchen.
- Hairstyles will not interfere with the safety and hygiene requirements.
- No numbers or symbols will be permitted to be part of a detainee's hairstyle.

## VOLUNTARY WORK PROGRAM

- Every effort will be made to provide you with an opportunity to participate in the voluntary work program.
- The positions available are: Administration Porter; Barber; Commissary; Hallway Porter; Intake Worker; Kitchen Worker; Laundry Worker; Library Worker; Medical Porter; Night Floor Crew; Pod Porter; Recreation/Gym Worker; Sally port/Chemical Porter; Shower Porter; Unit Law Library Helper and Visitation Porter (effective 11/2012).
- Compensation will be from $1.00 to $4.00 per day based on the work assignment. You should speak to your Unit Manager regarding specific pay rates of jobs. Pay rates of jobs paying over $1.00 per day are subject to change at any time.
- You will not be permitted to work in excess of eight (8) hours daily or forty (40) hours weekly.
- Detainees are not permitted to work more than one (1) job at a time.
- Detainee pay periods run Sunday to Saturday and a deposit is made in a timely manner directly into the detainee's account for the days the detainee worked.
- You will be required to sign a **19-100B Detainee Voluntary Work Program Agreement, 19-100C Detainee Safety Rules, 19-100A Detainee Volunteer Criteria Checklist, and a 8-5A Work Place Safety Orientation** prior to assuming a work assignment. You will be required to participate in all work related orientation and training which includes: safety rules, use of Personal Protective Equipment (PPE), use of hazardous chemicals and the purpose/location of Material Safety Data Sheets (MSDS). Detainees must adhere to all safety regulations and to all medical and grooming standards associated with the work assignment.
- Detainee's that participate in the volunteer work program are required to work according to an assigned work schedule, and unexcused absence from work or unsatisfactory work performance could result in removal from the voluntary work program.
- Any disciplinary reports you receive may result in your removal from a job assignment or prevent you from being granted a job assignment.
- You are asked to perform tasks associated with the daily operation of the facility. Such tasks may include general sanitation, working in Food Service, Laundry and Maintenance departments as well as other tasks. Under no circumstances will you be forced to take part in the work program.
- Your eligibility to work will be determined by ICE and CoreCivic/SDC. If you desire to be placed on a work program, send a **Detainee Information Request** form to the responsible case manager who will forward your name for consideration. Please remember that there are not enough job assignments for each person; therefore, we ask for your patience and cooperation.

## COMMISSARY

- Commissary orders are to be completed using a computer kiosk in your housing area.
- Each detainee will be issued a specific Personal Identification Number (PIN) in order to use the kiosk
- If a detainee is moved from one dorm to another dorm, the detainee will not be able to use the kiosk machine until the next day.
- Commissary will be delivered between Monday and Friday according to a rotating schedule. If your housing unit changes before receiving your order, it will be delivered to your new unit by Friday of that week
- In order to receive your commissary items for the week, you must have your order submitted before 10:00 PM the night before your scheduled delivery day.
- For all detainees wishing to purchase phone cards, these cards will be issued to the detainees when commissary is delivered each week. There is no limit on the number of phone cards which may be purchased.
- There is a $150.00 spending limit per week for commissary items (phone cards do not apply to this limit).

- Commissary items are subject to limitations and/or changes without notification.
- All commissary transactions are final when completed. A transaction is complete when the detainee checks his merchandise and signs his receipt.
- Any item bought from the commissary by a detainee must be for his own use. Unit Managers or higher have the authority to suspend commissary privileges.

## SENDING MONEY

- You may send money to family, friends, or other entities with the exception of other detainees and/or their family members/associates. To send money, request a **2-5A** form **(Release of Funds Authorization)** from a member of your Unit Team. Complete the form and submit through your Unit Manager for processing. Unless specifically requested, a check will be sent. If you request to purchase and send a money order instead, the actual cost charged for the money order will be charged to your account.

## DETAINEE MONEY DEPOSITS

- During scheduled visitation periods, visitors may deposit CASH ONLY at the facility.
- Money orders sent through the mail will be processed through a bank center near Atlanta, Georgia. The money order or cashier's check should be made out in your exact name as it appears on your ID card. Also, use your A-number. Failure to do so will result in funds not being processed to your account. This approach allows funds to be deposited to your account faster. The banking center will only accept money orders or Western Union funds made payable to the detainee. Personal checks and cash are not accepted.
  - Friends or family members of detainees should mail money orders in an envelope addressed and return addressed exactly like the sample below. If any information on the envelope is missing, funds may be delayed in being deposited to your account. Do not write too close to the bottom of the envelope as this may cause a delay at the post office. All negotiable/non-negotiable instruments (funds) arriving directly at this facility will be returned to the sender at your expense.

Senders First & Last Name
Return Address

**Place Stamp Here**

CCA Inmate Trust
Detainee First & Last Name, Detainee Number
Facility: STWRT
P.O. Box 933488
Atlanta, GA 31193-3488

- Do not include any correspondence such as letters, cards, pictures or packages with a money order and/or cashier's check. Nothing sent to this address will be forwarded to the detainee or returned to the sender.

**Western Union is the fastest way to have funds deposited into your detainee account. Follow the instructions below if you wish to have funds deposited into your detainee account through Western Union. If you have any questions or wish to send written instructions to family or friends, contact your counselor for assistance.**

***Pay to: Corrections Corp. of America*** ***Code City/State: TRUSTCCA/TN***
***Account Number: Detainee's Commissary # and Last Name Only (Example: 123456Ortiz)***

## Western Union® Quick Collect®

### 3 Great Options

| Quick Collect Options | Payment Method | Steps |
|---|---|---|
| **Quick Collect®**<br><br>$1,000.00 – $2,999.99 **<u>must</u>** provide Photo ID<br><br>$3,000.00 – $5,000.00 **<u>must</u>** provide birth date, place of employment, social security number and Picture ID. | Cash | 1. Sender calls 1-800-325-6000 or visits www.westernunion.com to Locate a nearby Western Union Agent location.<br>2. Sender completes blue Quick Collect form.<br>3. Sender makes payment in cash.<br>(Amount to be sent, plus Quick Collect fee)<br>4. Sender receives receipt with 10-digit Money Transfer Control Number (MTCN). |
| **Quick Collect® by PHONE**<br><br>Sender can call from any "verifiable" phone.<br><br>NO PAY PHONES | MasterCard®<br>VISA®<br>Discover® | 1. Sender calls 1-800-634-3422, from any verifiable phone number.<br>** (No pay phones)<br>2. Sender enters information via voice response unit and Western Union Operator.<br>3. Sender receives MTCN (Money Transfer Control Number)<br><br>■ Additional processing of the transaction may take place |

## <u>RELIGIOUS SERVICES</u>

- All detainees will have access to religious resources, services, instructions and counseling on a voluntary basis. All detainees will be extended the amount of freedom and opportunity necessary for pursuing any legitimate religious belief or practice within the constraints of security and safety conditions.
- Religious services are provided through the Chaplaincy Office and through services provided by community volunteers. These services may include individual counseling, group prayer, bible study and various religious organizational church/worship services. A schedule of the days and times of each regularly scheduled service is posted on the bulletin board in your dormitory. These services are open to all who wish to attend.
- Religious materials from various faiths are available through the facilities chaplain and/or from religious volunteers.
- Detainees may request religious clothing, symbols, and/or other religious items required for the practice of a particular faith by completing and submitting a 20-4A, Religious Article Authorization Request form directly to the facility chaplain. The facility's Chaplain must approve/disapprove these requests within ten working days of receipt of the request. If a religious practice/service/program is not in place in the institution, a detainee may request to add the practice/service/program by submission of a 20-4B, Religious Practice Authorization Request. Detainees may request religious publications. Detainees may request a special religious service or ceremony by submitting a 20-4E, Request for Special Service/Ceremony to the Chaplain at least sixty (60) days in advance of the requested date for the service/ceremony. The detainee making the request should provide documentation and/or reference concerning the requirement of his/her faith group for the requested service/ceremony and how such can be reasonably put in place within the facility.

## ACCESS TO TELEPHONES

- The dormitories and SHU have all been equipped with telephones. These telephones have been provided so you can communicate essential business and contact friends and/or relatives.
- Incoming calls will not be received on these telephones, nor is three (3)-way calling available.
- To respect the privacy of others, we ask that you quietly wait your turn, as the telephones will be used on a first-come-first-serve basis. If you need assistance, ask the officer assigned to your area.
- In the event that you are unable to contact your attorney or consulate using the dorm phones, you may submit a **Detainee Information Request form** to the Unit Manager for alternative telephone access.
- TTY telephone machines are available for the hearing impaired.
- When telephone demand is high, you are expected to limit your telephone calls to twenty (20) minutes to permit others the same telephone privileges.
- The telephones are available for your use from 6:00am until bedtime, excluding count times.
- In case of an emergency, such as an illness or death in your family, your Housing Officer can assist you in making telephone calls when access to telephones would not normally be available. Routine telephone calls to attorneys are not considered to be emergencies.
- If the facility receives any emergency calls from family members, we will notify you of the message, upon verification of the caller's identity.
- The telephone numbers to inquire about the status of your case as well as the numbers to a majority of consulates have been made available to you at no charge. (Consult your living area bulletin board for a list of current numbers and specific instructions on how to dial them). Instructions on how to use the telephones in your dormitory are as following:

1. Pick up the telephone and dial "1" for English or "2" for Spanish.
2. Follow the operator's instructions.
3. The "volume" bar controls the volume.
4. Calls are limited to 20 minutes per call.
5. All calls may be recorded and monitored.
6. If you have any questions, please ask your housing unit officer or a supervisor for help.

Disciplinary Segregation – Detainees in disciplinary segregation will be allowed emergency personal calls and unlimited, collect legal calls to the inmate/resident's attorney of record upon approval from the Shift Supervisor/Unit Manager or higher authority. Detainees held in disciplinary segregation for a period exceeding sixty (60) days are afforded the same telephone privileges as inmates/residents in Administrative Segregation. Staff shall permit ICE detainees to make direct and/or free and legal calls as outlined in Policy 16-100, except in the event of compelling and documented reasons of threats to the safety, security, and good order of the facility.

Administrative Segregation & Restrictive Housing – Detainees may have access similar to detainees in the general population but in a manner consistent with the special security and safety requirements of detainees in these units. Collect legal calls to the inmate/resident's attorney of record can be made with approval from the Shift Supervisor/Unit Manager or higher authority.

## PRO BONO CALLS

**Current speed dial numbers to consulates, embassies, and certain Pro bono legal . are provided free of charge to all ICE detainees. Please refer to your housing unit information board for Pro bono numbers and instructions on how to make a Pro bono call. All phone calls are subject to monitoring and/or recording for security reasons. To obtain an unmonitored call to a court, a legal representative, or for the purposes of obtaining legal representation, submit a Detainee Information Request form through your unit staff and they will submit it to the Telephone Information Officer.**

# STEWART - PHONE SYSTEM INSTRUCTIONS

- Upon your arrival, the Processing Officer will issue you a PIN number. This pin number will be active through out your stay at Stewart.
- To activate your pin, you need to have access to the detainee telephone system either in the Intake Hold Room or in your assigned housing unit.
- All detainees are required to setup a voice password prior to completing their first phone call. This system is designed to make sure no other detainee can access your prepaid account. **Prepaid accounts are your responsibility; you must protect your Voice Biometrics in order to protect your funds.**

**Voice Biometric Set-up**

1. Enter (1) for English or (2) for Spanish. Enter your PIN. The system will prompt you to enroll your voice password.
2. State your full name and the facility name (Stewart-ICE) slowly and clearly, each time the system asks until it states the enrollment is completed. This could take up to 10 times.
3. Repeat your name and facility (Stewart-ICE) the same each time you make a call. (You must say this exactly the same each time).
4. If you believe your recording is not matching, you can request a reset.
5. A reset will be done within 4 hours as long as:
   a. You have not completed a call using general funds in the last 72 hours.
   b. The name, facility and voice match the original recording.

- Once activated, you are entitled to an initial five (5) minute free phone call **within** twenty-four hours of your arrival at the facility.

## THREE (3) WAY CALLS ARE NOT PERMITTED AND WILL BE BLOCKED

**(Blocked numbers can be “unblocked” once family/friends pay a $25 fee plus adding $25 in Pre-Paid credit.)**

## Call Acceptance Prompts
## (This is what the receiving party hears)

PREPAID, FREE, COLLECT

This is an Intelmate automated operator with a [PREPAID, FREE, COLLECT] from [INMATE’S NAME] at [FACILITY NAME]. This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press one or star to accept this call. To deny this call press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

ADVANCE PREPAY

This is a free one minute call from [DETAINEE’S NAME] at [FACILITY NAME]. Your phone does not accept collect calls. Talton as a courtesy has provided this call for friends and family. You cannot receive additional calls from this inmate until you set up a prepaid account. We can take your credit or debit card information over the phone and connect you immediately back to your call. This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press (1) or * to accept this call. To deny this call, press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

## Customer Service For Detainee Phone Issues – 211#

Detainees may leave a voicemail for customer service by entering their pin number & dialing 211#. **Please note at this time you will not hear a response to your request; however, the phone company will receive your request**

**and respond to you. Hang up after to leave your message!** Please allow up to 24 hours, then check one of the available phones, enter your PIN and listen for a voice mail response to the problem you called in previously.

**1) DROPPED CALLS:** Please dial **211#**, and then press one (1) AND FOLLOW THE PROMPTS to report a dropped call.

- **Collect Calls:** Lost or dropped calls will be credited as one free call (equal to the number of minutes lost) to the phone number dialed.
- **Detainee Prepaid:** A credit for lost calls will be added to the detainee's prepaid account and may be used to make future calls. The credit will equal the minutes lost.
- **Friends & Family Prepaid:** Lost calls will be credited to the friends and family prepaid account. The next call to the phone number will be free for the number of minutes lost.

**2) GENERAL PHONE ISSUES: Please dial 211#, then press two (2) AND FOLLOW THE PROMPTS to report any other issue you may have concerning your ability to complete a call or a problem with the telephone equipment. If a particular phone is "out of order," go to a working phone and follow the procedures above. Identify the phone number located above the keyboard (ex. 4) and state the housing unit (ex. B-1), and then hang up. You do not need to state your name. Notify the Unit Officer if a phone is out of order. Normally, phones will be repaired within 48 hours, once Talton is aware of the problem.**

**3) VOICE RESET REQUEST:** Please dial **211#,** then press (3) AND FOLLOW THE PROMPTS to report a voice verification error. The system will ask you to listen to your voice recording and re-record it several times to obtain a match. If no match, a report will go to customer service, who will review the recordings, verify it is the authorized person requesting the reset and that they qualify for a reset. You will not be able to reset your voice if you had a successful call within 72 hours. If you cannot get 211# to work, please fill out a detainee request form and submit to the unit officer.

**Voice Mail** - Each detainee has a personal voice mailbox accessible by entering the PIN number.

- Detainees receive automated voice mail message when a person purchases prepaid on their behalf.
- Customer service sends pre-recorded messages to detainees in response to an issue reported via 211#
- Friends and family can also leave detainees a 3-minute voice mail message for a small fee paid by family.

**Prepaid Calling for Friends & Family** - Friends & family can set up a prepaid account for you.

- Talton Customer Service at 1-866-348-6231
- www.talton.com website
- Lobby KIOSK (Cash and Credit)

**Refunds**

- Once released, if you purchased your own phone time and have credit of $50 or less remaining on your account, you can call 541-889-8900 (international) or 866-348-6231(domestic) to obtain a PIN for a phone card you can use where you live, at a rate equal to the rates posted inside facility.
- Once released, if your family/friends purchased phone time for you, they can call the customer service number (1-866-348-6231) and arrange for a credit to their account.

Exempt Legal Telephone Calls; Confidentiality privileges, privacy and use of alternative telephone

Detainees who wish to exercise their Attorney confidentiality privileges while utilizing the detainee telephones must submit a **Detainee Information Request** form addressed to the Telephone Information Officer, (TIO) which shall include the attorneys name and verifiable firms' landline number. Once the number is confirmed it will then be excluded from the taping/ monitoring system. Pro-bono Attorneys listed as Free Legal Service Providers" are free and unmonitored when utilizing detainee telephones.

Additionally, detainees requesting their legal calls in a private environment or requiring alternative telephone access, due to experiencing difficulties utilizing the detainee telephones for attorney legal calls, should submit a **Detainee Information Request**.

Note: All Attorney telephone calls initiated from staff telephones will be collect. The attorney name and firm landline number must be verifiable. Once the number is confirmed it will then be excluded from the taping.

Prior to initiating the call, Unit Managers and/or Case Managers receiving these requests, will verify the number as a legitimate legal call. Once verified they may approve the calls. The staff telephones which are not recorded or monitored will only be used by detainees for the above defined purposes or under specific circumstances such as family emergencies etc. or as determined by staff.

**REPORT GANG ACTIVITY**
**DETAINEE CRIME TIP HOTLINE**
**0*911**
**CALLS ARE FREE, COMPLETELY CONFIDENTIAL, AND CAN BE MADE AT ANY TIME**
**(Please No Personal Phone Calls!)**

Security Threat Groups- (STG) (Gangs) - It is the policy of CoreCivic to pro-actively manage STG through ZERO-TOLERANCE and suppression of all STG activity at CoreCivic facilities. Detainees are prohibited from participating in such groups and will not be allowed to intimidate and control other detainees, staff or the public while in CoreCivic custody.

## PHONE MESSAGES

- The facility shall take and deliver telephone messages to detainees as promptly as possible.
  - The facility phone number utilized for leaving messages is **229-838-5000.**
  - When facility staff receives an emergency telephone call for a detainee, the caller's name and telephone number will be obtained and given to the detainee as soon as possible. The detainee shall be permitted to return the emergency call as soon as reasonably possible, Within the constraints of security and safety.
  - The facility shall enable indigent detainees to make a free return emergency call.

## RECREATION

- Recreation activities are provided as a means to release built-up energy and to help you keep in good physical condition.
- Indoor recreation facilities - The Recreation Coordinator will be scheduling specific activities for your pleasure and development. We ask that you cooperate and participate in these activities; some will be new and different. Indoor recreation activities can take place whenever a unit is scheduled to be in its dayroom or during scheduled outdoor recreation times in cases where adverse weather prevents detainees from going outside.
- Televisions have been placed in each dorm for your entertainment and should be shared to ensure each person has an opportunity to view programs of interest. While we have no specific rules governing what programs will be viewed, we expect each of you to be considerate (i.e.; Spanish/English language programs) and avoid unnecessary problems regarding its usage. In the event a problem develops, the officer in your dorm will resolve the problem and may decide to discontinue usage until the situation can be resolved.
  1. Television viewing may begin at 5:00am wake-up and will end at bedtime. You are cautioned not to begin viewing a program that will end after the designated viewing hours, because the television will be turned off at the designated time.
  2. Televisions will be turned off during official counts, cleaning of housing areas and when they interfere with other facility operations.

3. At the end of a program, a vote may be taken to choose which program to watch next. The majority vote rules. The channel will not be changed during a program if someone is watching the television. Do not vote on a program and then leave the area.
4. Televisions are neither to be removed from their locations nor tampered with for any reason.

- This facility provides leisure time activities in the dormitories for your entertainment as well as physical and mental development. Leisure time activities include table games, cards, television, etc. You are asked to handle these items with care and to be considerate of others who may wish to use them. Persons that have been discovered abusing these items may be disciplined in accordance with specific guidelines established by this facility and be required to make restitution for damaged items.
  1. The use of these leisure time items will be handled on a first-come first-serve basis to ensure that each person has an equal opportunity to use them.
  2. To obtain additional recreational supplies, a request will be submitted to the Recreation Supervisor.
  3. We expect you to take care of supplies and equipment issued and for you to return the items after use. You will be held accountable for any recreational or leisure time item until it has been returned.
- Access to Outside Recreation - All detainees, weather permitting, will be provided at a minimum, four (4) hours of outdoor recreation daily. Outdoor recreation schedules will be posted on each housing unit's bulletin board.
  1. Outdoor recreation activities may include basketball, soccer, and volleyball.
  2. No towels or washcloths are allowed in the recreation area.
  3. Cups or a bottle with a top on it may be brought to recreation empty.
  4. Socks may not be worn over shoes.
  5. Basketballs and volleyballs are not to be kicked.
  6. You are subject to disciplinary action and/or will be charged for damaged equipment or clothing.
  7. Do not sit against the fence or hang clothes from the fences when you are at outside recreation.
  8. The recreation schedule for all dorms is rotated monthly for fair and equal access. You will be advised when it is your dorm's turn to go.
  9. Detainees aren't allowed to wear excessive clothing when coming outside to recreation.
  10. Detainees are only allowed to wear one pair of shoes when coming to outside recreation.
  11. Only clear cups or bottles permitted on the recreation yard (Empty).
  12. No Commissary items on recreation yard with the exception of a drink.
  13. No mail or legal documents.
  14. No religious services conducted during outdoor recreation time.
  15. Shoes must be worn at all times during outdoor recreation.

- Recreation may be cancelled at any time for security reasons and due to adverse weather. Your cooperation is appreciated.
- Detainees in Restrictive Housing shall be offered at least one (1) hour of exercise per day, seven (7) days per week, unless documented security, safety, or medical considerations dictate otherwise.

## LIBRARY

- The library at this facility contains standard library materials found in a school or community library. The needs, interest and abilities of the majority of detainees is carefully considered, and the library collection is developed accordingly. The library is located inside of the main gymnasium. The library is available Monday through Saturday during scheduled access hours. Books from the library may be checked out for one (1) week (seven calendar days). An item may be renewed if the title has not been reserved. A maximum of one (1) item may be checked out by a resident. It must be returned before checking out additional material.
- Books are not to be passed between detainees. If you give a book(s) that you have checked out to another detainee, you are still responsible for the book(s).
- Reference materials and magazines are not to be taken out of the library.

- Unreturned books: If you do not return your checked out books to the Library on your due date, you may give your books to an officer/staff within your unit. A list will be prepared the day after your scheduled Recreation day and provided to your Unit Manager.
- After an unsuccessful attempt to collect the book(s) from you, you will be charged a replacement fee of $3.00 per book.

- Magazines: Magazines are not to be taken from the library.
- Detainees housed in Restrictive Housing will be provided library services a minimum of one (1) day per week for the circulation of books to include religious materials and for requests for legal materials.

## LAW LIBRARY

- Location: The law library is located within the multi purpose room of unit three (3).
- Accessing the Law Library: Detainees must submit a **Detainee Information Request** form into the box labeled LAW LIBRARY, which is located in front of the dining hall. The request will be collected by the Law Library Supervisor for scheduling. Detainees should expect about three business days following the request for processing. The Law Library supervisor schedules all requests on a first-come, first-served basis. Residents shall be permitted to use the law library for a minimum of fifteen (15) hours per week for a three (3) hour period no more than five (5) times a week. You are not authorized to enter the law library without an appointment.
- DETAINEES MAY NOT BE FORCED TO FOREGO THEIR MINIMUM RECREATION TIME IN ORDER TO USE THE LAW LIBRARY. STAFF SHALL ACCOMMODATE DETAINEE REQUESTS FOR ADDITIONAL LAW LIBRARY TIME TO THE EXTENT POSSIBLE, AND REQUESTS FOR THE ACCOMMODATION OF WORK SCHEDULES TO THE EXTENT PRACTICABLE, CONSISTENT WITH THE ORDERLY AND SECURE OPERATION OF THE FACILITY, AND WITH SPECIAL PRIORITY GIVEN TO SUCH REQUESTS FROM DETAINEES FACING A COURT DEADLINE.
- You will then be placed on the call out list. It is your responsibility to be ready to leave your unit at the scheduled call out time. All reference materials are to be read in the Law Library. Detainees are to return them back to the appropriate bookshelf after reading the references. Please see Law Library officer for copies of any material needed from any authorized reference.
- The law libraries at this facility contain self help reference materials that ICE has determined to be essential in providing you with information relevant to immigration law and proceedings.
- Detainees may assist other detainees in researching and preparing legal documents upon request, except when such assistance poses a security risk. Detainees will not be granted time to work on other detainees' cases. Such assistance is voluntary; no detainee shall be allowed to charge a fee or accept anything of value for assistance. Requests for assistance from another detainee must be submitted to the detainees assigned Unit Manager in writing. Denials may only be appealed by using the facilities grievance procedures.
- Hours of operation are from 6:00am – 10:00pm, Monday – Friday. The Law Library schedule will be posted in your housing area. Under no circumstances will detainees receive a copy of a CoreCivic identification card from CoreCivic employees; please see ICE.
- Extra Law Library time is available by submitting a **Detainee Information Request** form to your unit team. Detainees with court deadlines will be given priority. Special priority will be given to requests for additional library time when a detainee also submits a court document stating an imminent deadline.
- All detainees will sign in and out of the Library. Legal materials other than personal legal related notes or court forms you are working on are not to be taken out of the library. **NOTIFY A DESIGNATED EMPLOYEE THAT LIBRARY MATERIAL IS MISSING, OUT OF DATE, OR DAMAGED.**
- Computers - Computers are available in the Law Library for preparation of legal documents ONLY. The typewriter is not to be used for personal correspondence. Violators are subject to disciplinary actions. When using the computers, please request the password from the Law Library officer.
- LEXISNEXIS IS USED AT THE FACILITY. INSTRUCTIONS FOR ITS USE ARE AVAILABLE.
- Paper and writing materials will also be available to detainees here for use with legal matters. If any materials or equipment are found damaged or missing, please notify the Law Library officer.

- Writing materials should not be removed from the law libraries. Paper should only be used for legal matters and not used for personal correspondence or other uses. Abuse or damage to any of the law libraries may result in disciplinary action and you may be required to pay restitution for any damage or destruction you cause.
- If you are placed in the Restrictive Housing unit then you should submit a **Detainee Information Request** form to the Restrictive Housing staff in order to request access to the law library in writing.
- Requesting legal reference materials not maintained in the Law Library: Submit a **Detainee Information Request** form to the Law Library Officer listing the desired reference materials. When items are readily available The Law Library officer shall respond with an approval of the requested materials and further instructions. The Law Library Officer may forward the request to the appropriate ICE staff for further review/assistance if necessary. In this case the Law Library Officer shall advise you of the status of the request in a timely manner.
- All policies that are accessible to detainees will be maintained in the Law Library for detainee's use.
- SUPERVISION SHALL NOT BE USED TO INTIMIDATE OR OTHERWISE IMPEDE DETAINEES' LAWFUL USE OF THE LAW LIBRARY.

## VISITATION

- CoreCivic/SDC provides an opportunity for you to have one (1) visit per week (Sunday-Saturday) for up to one (1) hour of non-contact visitation with family and friends according to the schedule. If there are more visitors than can be accommodated in the visiting room, it may be necessary to limit visits to lesser periods of time. Visiting periods can also be shortened due to security risks, count, or other unanticipated events.
- Detainees requesting a special or extended visit should submit a **Detainee Information Request** form to the Chief of Security or Chief of Unit Management for approval. The request must justify why this visit is necessary and give the exact date for the visit. There are no restrictions on attorney visits concerning length, number of visits allowed, or number of times allowed.
- During scheduled visitation periods, **ONLY CASH WILL BE ACCEPTED** at the facility.
- If visitor(s) bring children (seventeen (17) years of age or under) the children are expected to remain under the direct supervision of the adult visitor(s) so they will not disturb others who have visitor(s). Only two (2) adults and two (2) minor children (ages seventeen (17) and under) will be allowed to visit at a time, as space is limited.
  - You should discourage visitors from bringing hand carried items. The visitor(s) may be required to leave certain items in a locker or in their vehicle. All visitors and item(s) are subject to search.
  - You will need to notify visitors of these hours and procedures and that they must bring a government issued picture I.D. (for ages eighteen (18) and up) in order to be allowed to visit.
  - Visitors must be in appropriate and socially acceptable attire. The following clothing is PROHIBITED: SHORTS, ABOVE MID-THIGH MINI-SKIRT, SHORT DRESSES, TANK TOPS, SLEEVELESS SHIRTS, OFFENSIVE LOGOS, CAPS AND HATS, GANG-RELATED CLOTHING AND ANY SEE-THROUGH CLOTHING.
  - Visitors should only enter the facility with a Picture ID and no other property. Items such as purses, Cell phones, money and wallets should be left secured in a vehicle.
  - Visitors with babies can only have one diaper and one bottle (no baby bags).
  - Visits between family members detained in this facility may be approved through request to the Chief of Security and after proof of relationship has been obtained.
  - Visitation hours are from 0800 hours-1600 hours (8:00am-4:00pm) Monday thru Thursday and 0800 hours-2000 hours (8:00am-8:00pm) Friday thru Sunday.
  - WHILE IN ADMINISTRATIVE OR DISCIPLINARY SEGREGATION STATUS, A DETAINEE ORDINARILY RETAINS VISITING PRIVILEGES.
  - Visitors can receive directions to the facility by calling (229) 838-5000.
  - Public transportation can be found in form of taxi, limo, and rental car services. All cost will be the responsibility of the individual, family members, or friends and not of CoreCivic.

- AN OFFICER WITH THE RANK OF SUPERVISOR OR ABOVE MAY DENY OR CANCEL A VISIT. THE VISITING ROOM OFFICER, WITH CONCURRENCE FROM THE SHIFT SUPERVISOR, MAY TERMINATE VISITS INVOLVING INAPPROPRIATE BEHAVIOR.
- A particular visit may be denied or terminated under the following circumstances:
  1. Visitors are under the influence of drugs or alcohol;
  2. The visitor refuses or fails to produce sufficient identification or falsifies identifying information, if required by the Facility;
  3. Reasonable Suspicion exists that the security and order of the Facility may be endangered by the visitor;
  4. The visitor or inmate/resident becomes disruptive during the visit causing the order of the Facility to be endangered;
  5. The visitor refuses to submit to a pat or scanning search;
  6. The visitor is in violation of facility visiting rules or regulations; or
  7. Insufficient space.
- Visitation privileges of a visitor may be suspended if Reasonable Suspicion exists that the security of the Facility may be endangered by the visitor. Based on the information provided by the staff and by the detainee and/or visitor, visitation privileges may be suspended for a specific period or indefinitely.
- Former ICE/ERO detainees, individuals with criminal records and individuals in deportation proceedings shall not be automatically excluded from visitation. Individuals in any of these categories must so notify the facility administrator before registering for visitation privileges. The facility administrator shall weigh the nature and extent of an individual's criminal record and/or prior conduct against the benefits of visitation in determining visitation privileges. A potential visitor's failure to disclose such matters may preclude visitation privileges.

## ATTORNEY VISITS

- Visits between legal representatives and assistants and an individual detainee are confidential and shall not be subject to auditory supervision. Private consultation rooms shall be available for such meeting.
- General attorney visitation hours are 8:00am – 5:00pm Monday – Friday, and 3:30pm – 7:30pm. Saturday and Sunday. On the day you go to court, your attorney will be allowed to visit with you from 6:00am – 8:00am. After hours or unscheduled attorney visits will be granted as long as the timing does not impact the facilities safety and security.
- If necessary, you will be given the option to meet with your legal representative during meal hours and you will be provided with a menu tray or a sack meal.
- You are allowed to receive legal documents only from your attorney once they are approved by appropriate supervisory personnel.
- If you have made an appointment to meet with an attorney, legal representative or paralegal from an organization, legal firm or other association or company, it is your responsibility to cancel the appointment if you do not intend to keep the appointment. Appointment cancellations will not be accomplished on your behalf by, or through an officer or another individual.
- A list of *pro bono* (*free)* legal organizations will be posted on all detainee housing area bulletin boards, law libraries and in other facility designated appropriate areas. If you wish to see a representative or paralegal from that organization, it is your responsibility to contact them for an appointment. You may contact them by mail or phone to request their assistance.
- If you have questions concerning the status of your case call #802 from the dorm phones or submit a **Detainee Information Request** form to ICE and place it in the ICE mailbox.

- The Immigration Judges hold court in this facility between the hours of 8:00am – 4:30pm Monday – Friday. You will be notified by a Bailiff before going to court.
- Detainees who are on the court docket will be allowed to shower and/or shave early in the morning (on the day of court) before appearing in Court.
- Attorneys can receive directions to the facility by calling (229) 838-5000.

## LEGAL ORIENTATION PROGRAM

- "Know Your Rights" presentations are given by volunteer legal representatives according to the schedule posted in the dorms. These presentations cover general information and are not intended to give specific legal advice. A sign-up sheet will be made available in each housing unit and you will be given the opportunity to attend. Presentations are open to all detainees, regardless of the presenter's intended audience, except when a particular detainee's attendance would pose a security risk.

## NOTARY AND PHOTO COPYING PROCEDURES

- NOTARY - Notary assistance may be obtained by sending a request to the case manager. You will be contacted as soon as possible to accomplish the task.
- COPIES - Request for copies of *legal material* should be forwarded to the Officer assigned to the Law library located in unit three (3).

Detainees can obtain photocopies of legal material at no cost when such copies are reasonable and necessary for a legal proceeding involving the detainee. Requests for copies will be in writing, submitted on a **Detainee Information Request** form to the unit staff. The Law Library officer will be responsible for making the legal copies. DETAINEES SHALL ALSO BE PERMITTED TO PHOTOCOPY GRIEVANCES AND LETTERS REGARDING CONDITIONS OF CONFINEMENT. DETAINEES SHALL NOT BE PROHIBITED FROM PHOTOCOPYING DISCIPLINARY DECISIONS, SPECIAL NEEDS FORMS, PHOTOGRAPHS, NEWSPAPER ARTICLES OR OTHER DOCUMENTS THAT ARE RELEVANT TO THE PRESENTATION OF ANY TYPE OF IMMIGRATION PROCEEDING. The number of copies of documents to be filed with a particular court and one copy for the detainee's personal use will determine the number of photocopies required. Requests for photocopies of legal material shall be denied only if:

1. The document(s)might pose a risk to the security and orderly operation of the detention facility;
2. There are other legitimate security reasons;
3. Copying would constitute a violation of any law regulation; or,
4. The request is clearly abusive or excessive.
5. Law Library staff will inspect documents offered for photocopying to ensure that they comply with these rules.

## MARRIAGE

- Detainees or their legal representatives must submit a request for permission to marry to the Warden. A detainee will use the **Detainee Information Request** form. The request must specifically address that the detainee is legally eligible to be married in the State of Georgia and must be accompanied by the intended spouse's written affirmation of intent to marry the detainee.
- All expenses and required documentation in connection with the marriage are the responsibility of the detainee and the intended spouse. Expenses include, but are not limited to, direct costs in providing transportation and security for ceremony, cost of license and any health testing required by state law.
- If approved, the ceremony shall take place inside the facility; the detainee may not leave the facility to make arrangements. The ceremony shall be private with no media publicity. Only individuals essential for the marriage ceremony, such as required witnesses may attend.

- The Warden will consider each marriage request on a case by case basis. A detainee's request to marry will generally be denied if:
  1. Not legally eligible to be married.
  2. Not mentally competent as determined by a qualified medical practitioner. CoreCivic medical does not have the authority to make this determination.
  3. The intended spouse has not affirmed, in writing, his/her intent to marry the detainee.
  4. The marriage would present a threat to the security or orderly operations of the facility.
  5. There are compelling government interests for denying the request.

- If denied, the detainee may file an appeal to the FOD, who may uphold or reverse the Warden's denial.
- Only if the detainee requests a ceremony will the Form **14-7A Inmate/Resident Marriage Request** be completed and submitted to the Warden.
- The Chaplain may be assigned by the Warden or designee to coordinate (but not perform) the marriage ceremony.
- Final approval of marriages must be obtained from the Field Office Director. The facility administrator or FOD reserves the right of final approval concerning the time, place, and manner of all arrangements. If the request is denied, ICE officials will notify the detainee in writing of the reason(s) within 30 days from the date of the request.

## CLAIMS PROCEDURES

- You have the right to file a claim for lost, stolen or damaged property. Only those items outlined on the **14-6DD Allowable Personal Property Inventory List** will be eligible for a claim investigation.
- Stolen - Property that has been stolen due to CoreCivic employee negligence is eligible for an investigation. If an detainee claims allowable personal property was stolen, the detainee may request a claim investigation by completing Page 1 of the **14-6D Lost/Damaged/Stolen Personal Property Claim** form and forwarding it to the Property Officer or designee. All claims must be submitted within seven (7) calendar days of the incident. The facility will attempt to recover property stolen by other detainees. However, the facility will not be responsible for the reimbursement of those property items unless it is proven through investigation to be facility negligence.
- Lost/Damaged - Property that has been lost or damaged due to CoreCivic employee negligence is eligible for an investigation. If a detainee wishes to request an investigation of property that has been lost or damaged due to CoreCivic employee negligence, the detainee must complete Page 1 of the **14-6D Lost/Damaged/Stolen Property Claim** and forward it to the Property Officer or designee. All claims must be submitted within seven (7) calendar days of the incident. Verification of proof of ownership and value must occur immediately upon investigation for both stolen and/lost/damaged property.
- Investigation - If the claim proves valid and reimbursement/replacement is recommended, it will be forwarded to the Warden or Administrative Duty Officer who will be the final authority in the award of any compensation. The Warden or Administrative Duty Officer shall review and approve/disapprove the recommendation within seven (7) calendar days of receipt. In the event a claim does not prove valid and replacement/reimbursement is denied, the detainee may submit a **14-6 E Denied Property Claim Appeal** form to the Warden.
- Denied Property Claim Appeals - In the event a detainee chooses to appeal a denied property claim, the detainee must complete a **14-6E Denied Property Claim Appeal** and forward it to the Property Officer or designee within seven (7) calendar days of receipt of the denied claim. The Property Officer or designee will forward all 14-6E's received to the Warden for review and response. The Warden will provide a response within fifteen (15) calendar days of submission. The response will be forwarded to the Property Officer or designee to ensure that the appeal is appropriately logged, filed, and returned to the detainee. The Warden's decision is final and concludes the claim process, unless otherwise specified in the facility management contract.
- Admission/Release – When a newly arrived detainee claims his property has been lost or left behind, the ICE officer shall complete an I-387 and forward to ICE Contracting Officer's Representative (COR) for prompt response.
- A detainee being transferred, released, or removed from the country with a property claim will be allowed to initiate the claim before the leaving the country. The Warden will forward the result of the claim to the claimant's forwarding address (provided upon admission or in conjunction with the claim). It is your

responsibility to inform SDC staff during out-processing if your forwarding address has changed or of an alternate address.

## CORRESPONDENCE / MAILROOM PROCEDURES

- All letters mailed to you at this facility should be addressed as shown below. If all information is not included, mail will be returned.

| | |
|---|---|
| Senders First & Last Name<br>Return Address | Place Stamp Here |
| Stewart Detention Center<br>Your Name<br>Your Immigration A Number<br>Your Dorm/Bed number<br>P.O. Box 248<br>Lumpkin, GA 31815 | |

- Drawing on the front of your outgoing envelopes is prohibited due to postal regulations.
- As long as you bear the mailing cost, there is no limit on the volume of correspondence that you can send/receive or on the length, language, content, or source of correspondence or publications except when it is a clear violation of this policy; general correspondence may be opened and inspected for security reasons; Notification that special correspondence will only be opened in the presence of the inmate/resident;
- Mail will be picked up and delivered Monday – Friday (excluding holidays).
- The facility may not impose this prohibition as to whom you may correspond. You may seal your outgoing letters and place them in the box in the dining room hallway marked "MAIL".
- "Special correspondence" is defined as written communication to or from private attorneys and other legal representatives, government attorneys, judges, courts, embassies and consulates, ICE and the Office of the Inspector General, IHSC, grievance officers and news media representatives. If you receive incoming special correspondence, it will be opened in your presence (unless otherwise authorized by the Warden) and inspected for physical contraband. Staff will neither read nor copy special correspondence. If you do not accept the letter or permit the letter to be inspected, in your presence, it will be returned to the sender. Correspondence will only be treated as "special" if the <u>title</u> and <u>office</u> of the sender or addressee are clearly identified on the envelope, indicating without a doubt that the correspondence is "special" as defined above. All envelopes addressed to special correspondents, must be marked "Confidential".
- You will not be allowed to receive or send packages without advance arrangements and prior approval from the Unit Manager or designee. The postage for sending packages and oversized or overweight mail will be your responsibility.
- All pre-approved incoming & outgoing packages not clearly marked as special correspondences will be opened prior to you receiving/sending them in order to inspect for contraband. Contraband includes, but is not limited to the following: materials that depict, describe or encourage activities that could lead to physical violence such as materials dealing with the subjects of martial arts or survival, weaponry, armaments, explosives or incendiary devices; information regarding the production of drugs or alcohol; sexually explicit material; threats, extortion, obscenity or gratuitous profanity; a code; stamps, envelopes and blank paper; phone cards; money; photos larger than 5x7, nude/sexually explicit photos or Any Polaroid photos; plastic or metal items, musical cards; stickers, taped or glued items; games or playing cards; jewelry; Necklaces, Bracelets, Drawings using CoreCivic/SDC Property (pillow cases, sheets, uniforms, trash bags, etc.); books and magazines (if approved,

they must be received directly from the publisher); or other contraband as outlined in this handbook. A package without prior approval will be returned to the sender.

- Identity documents such as passports, birth certificates, marriage license, etc., will be forwarded to ICE by mailroom staff. Mailroom staff will provide the detainee with a receipt advising what was sent to ICE. You are not allowed to keep an identity document in your possession. Upon request to ICE, the detainee will be provided with a copy of the document, certified by an ICE Officer to be a true and correct document.
- When correspondence or packages are rejected, you will receive a written notice explaining the reasons for rejection.
- A DETAINEE MAY APPEAL REJECTION OF CORRESPONDENCE THROUGH THE DETAINEE GRIEVANCE SYSTEM.
- When you are released from the facility, your incoming mail will be sent to the forwarding address you provide to the officers during your intake/release. If you do not provide a forwarding address, your mail will be endorsed, "No Forwarding Address, Return to Sender." All such mail will be returned to the Post Office.
- Financial transactions should be handled only as directed under "Detainee Money Deposits" elsewhere in this handbook.
- You can purchase paper, writing implements and envelopes from the commissary. Supplies cannot be mailed to you. Any detainee can submit a **Detainee Information Request** for paper, writing implements and envelopes from the Unit or Case Manager.
- General Correspondence - Indigent detainees will be provided a sufficient amount of supplies (i.e. paper and writing utensils) to maintain community ties. Indigent inmates/residents will also be provided postage in an amount equal to three (3) one (1) ounce letters per week. The facility will not be responsible for providing additional postal services (e.g. registered mail, certified mail, insured mail, etc. **INDIGENT DETAINEES SHALL BE PROVIDED AN UNLIMITED AMOUNT OF SPECIAL CORRESPONDENCE OR LEGAL MAIL, WITHIN REASON.**
- Postage stamps may be purchased from the commissary for outgoing mail. Indigent detainees can drop their mail in the mailbox across from dining hall. Mailroom staff will verify that the detainee is indigent. If detainee is indigent postage will be provided 3 pieces of General Correspondence each week. If detainee is not indigent the mail will be returned to the detainee with a notice of postage due. AN INMATE/RESIDENT HAVING MAINTAINED A BALANCE OF AT LEAST FIFTEEN DOLLARS ($15.00) OR LESS IN THEIR ACCOUNT, IS CONSIDERED INDIGENT.
- Any detainee wishing to obtain free materials for legal correspondence should see a member of the unit staff. The blank forms can be obtained from your pod officers.
- **WHEN INCOMING OR OUTGOING MAIL IS WITHHELD (IN WHOLE OR IN PART), THE DETAINEE SHALL BE NOTIFIED AND GIVEN A RECEIPT.**
- When you are released from the facility, your incoming mail will be sent to the forwarding address you provide to the officers during your release. If you do not provide a forwarding address, your mail will be endorsed, "No Forwarding Address, Return to Sender." All such mail will be returned to the Post Office.

## MEDICAL CARE

- CoreCivic provides medical care to detainees at this facility. If it is a medical emergency, you must immediately notify your Housing Unit Officer, who will contact then announce Medical Emergency" -Giving Location and nature of the emergency. The Medical Team will be notified of the Medical Emergency and respond.
- Sick call at CoreCivic/SDC is provided by CoreCivic medical staff to all detainees, from the time of admission to the time of release in order to provide continuous medical care. In order to be seen at sick call a detainee will submit a written Sick Call request and place it in the Sick Call Box located across from the dining hall.
- The clinic will be open and medical staff will be available twenty-four (24) hours a day. Sick call is available seven days a week.

## ACCESS TO MEDICAL SERVICES

- Failure to attend a sick call appointment on time may result in the loss of your appointment and may result in disciplinary action. It is your responsibility to come to appointments and with the required items. If you choose not to attend or refuse to attend a scheduled appointment, you must go to the medical department and sign a 13-49B Refusal Form.
- You are subject to all facility rules when in the medical department. Failure to comply with said rules will result in disciplinary action.
- Medical staff should be addressed by their military rank if applicable and known or by their title (Nurse, Doctor, Mr., and Mrs.) and their last name. Other forms of addressing the staff may result in disciplinary action.
- Emergency Medical Services - If you are experiencing an emergency medical problem, notify the officer stationed in your area. The nursing staff will be notified and appropriate action will be taken by them to resolve your medical problems. Trained staff is available to administer emergency first aid and life saving techniques. Doctors are always available through on-call services.
- Chronic Care Services - The clinic provides chronic care services to those detainees who require medication renewals, treatments and follow-up care for specific illnesses (i.e. high blood pressure, diabetes, heart conditions, asthma, etc.). These services are provided on a regular basis.
- Living wills are available through your provider upon request.
- DO NOT come to the clinic without prior permission. The officer in your dorm must call the clinic first to obtain prior approval for you to visit the clinic.
- Mental Health Services - If you are experiencing mental health problems, follow the procedures outlined above under routine/emergency services. You will be seen by a health care provider who will determine if a mental health referral is needed.
- Dental Services - If you are experiencing dental health problems, follow the procedures outlined above under routine/emergency medical services. You will be seen by the health care provider who will determine if a dental referral is needed. Provisions will be made for emergency dental needs.
- Medication
  1. Keep on Person (KOP) medications are medications that detainees are allowed to keep in their possession. KOP medication must be stored and secured in your locker. Medications found in your locker or property that was not prescribed to you will be confiscated as contraband and disciplinary action will be taken. Detainees found to be not taking their medications as instructed will be taken off KOP status and will be placed on the pill line list, where their medication will be administered under supervision of the security staff. Medication removed from the KOP package will be confiscated as contraband.
  2. Non-KOP medications are dispensed at pill call daily at schedule times. The scheduled pill call times will be posted on housing unit bulletin boards. You must have your facility issued detainee picture ID card available for medical staff to check at all pill calls. Detainees scheduled to attend pill call shall report when called. If you do not wish to receive medication from pill call, you must report to the pill call window and sign a refusal form. Failure to attend pill call and sign the refusal form will result in disciplinary action for failure to follow instructions.
  3. Over-the-Counter (OTC) medications are available for your purchase through the facility commissary. DELETE LAST SENENCE ON SPANISH VERSION

## DETAINEE DISCIPLINE (ICE National Detention Standard)

In a facility where many individuals live together in a relatively small amount of space, it is extremely important that order and discipline be maintained. Discipline and order are not only for the benefit of the staff, but also for the safety and welfare of you and all other detainees. While many problems can be solved informally through counseling, disciplinary measures must occasionally be imposed.

## CoreCivic/SDC DETAINEE RULES AND DISCPLINE

- NOTICE OF OFFENSES AND PENALTIES: A copy of offenses and penalties shall be given in writing and explained to each detainee upon admission to the facility during an orientation session. Any changes in the rules will be communicated to the detainees in writing. A copy of these offenses and penalties are posted on each dorm bulletin board. A copy of the offenses and penalties is also available in this handbook.
- CoreCivic/SDC's investigation of inmate disciplinary reports will be started by the facility within 24 hours of receipt of a disciplinary report.
- Detainee's have the right to remain silent at every stage of the disciplinary process. Although silence may not be used to support a finding of guilt, silence is rarely interpreted in the detainee's favor.
- Detainees will receive a copy of the incident report/notice of charges 24 hours before IDP hearing noted on detainee's rights page of the disciplinary report.
- Low or Moderate level disciplinary infractions will take place before a Unit Disciplinary Committee comprised of between one and three members. The number of members will be determined by the facility. Detainees may appeal the committee's determination through the detainee appeal process.
- Greatest and High rule violations will take place before an Institutional Disciplinary Panel. The IDP will consist of three members, including a chairperson. The OIC or Warden will appoint the three members of the panel. IDP panels will receive reports from the facilities UDC.
- IDP hearings will be conducted on the first business day after receiving the UDC's referral, unless the detainee waives the 24-hour notification. The facility may delay hearings if they document the reason. If the detainee is held in Restrictive Housing, the delay will not exceed 72 hours, barring an emergency.
- Detainees may request a staff representative to assist them in a disciplinary hearing. However this request must be approved by the Officer in Charge (OIC)/ Warden and will be based upon the comprehension skills of the detainee making the request or his ability to collecting and presenting essential evidence.
- Hearings may be postponed. The reason for postponement will be documented accordingly.
- Punishments range from the withholding of privilege(s) to disciplinary segregation. Time in disciplinary segregation after a hearing will, not exceed 60 days.
- **You will be advised of the following rights when served with disciplinary action:**
  1. The right to protection from personal abuse, corporal punishment, unnecessary or excessive use of force, personal injury, disease, property damage and harassment.
  2. The right of freedom from discrimination based on race, religion, national origin, sex, handicap, or political beliefs.
  3. The right to appeal the decision; A Detainee may appeal decisions of the UDC and IDP through the formal grievance process.
  4. The right to correspond with persons or organizations, consistent with safety, security, and the orderly operation of the facility; and the right to due process, including the prompt resolution of a disciplinary matter (in accordance with the rules, procedures and sanctions provided in the handbook).

| **"GREATEST" OFFENSE CATEGORY** | | |
|---|---|---|
| CODE | PROHIBITED ACTS | **SANCTIONS** |
| 100 | Killing | A. Initiate criminal proceedings<br><br>B. Disciplinary transfer (recommend)<br><br>C. Disciplinary segregation (up to 60 days) |
| 101 | Assaulting any person (includes sexual assault) | |
| 102 | Escape from escort; Escape from a secure facility | |
| 103 | Setting a fire (charged with this act in this category only when found to pose a threat to life or a threat to serious bodily harm or in furtherance of a prohibited act of greatest severity, e.g., a riot or an escape; otherwise the charge is classified as Code **219 or 322.** | |
| 104 | Possession or introduction of a gun, firearm, weapon, sharpened instrument, knife, dangerous chemical, explosive, escape tool, device or ammunition | |
| 105 | Rioting | |
| 106 | Inciting others to riot | |

| | | |
|---|---|---|
| 107 | Hostage-taking | D. Make monetary restitution, if funds are available<br>E. Loss of privileges (e.g., commissary, vending machines, movies, recreation, etc.) |
| 108 | Assaulting a staff member or any law enforcement officer | |
| 109 | Threatening a staff member or any law enforcement officer with bodily harm. | |
| *198 | Interfering with a staff member in the performance of duties (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |
| *199 | Conduct that disrupts or interferes with the security or orderly running of the facility (conduct must be of the greatest severity). This charge is to be used only if another charge of greatest severity is not applicable. | |

*** When the prohibited act is interfering with a staff member in the performance of duties (Code 198, 298, 398 or 498) or conduct that disrupts (Code 199, 299, 399, or 499), the Disciplinary Committee should specify in its findings the severity-level of the conduct, citing a comparable offense in that category. For example, "We find the act to be of high severity, most comparable to Code 213 (engaging in a group demonstration)."**

| **"HIGH" OFFENSE CATEGORY** | | |
|---|---|---|
| CODE | PROHIBITED ACTS | SANCTIONS |
| 200 | Escape from unescorted activities, open or secure facility, without violence | A. Initiate criminal proceedings<br><br>B. Disciplinary transfer (recommend)<br><br>C. Disciplinary segregation (Up to 30 days)<br><br>D. Make monetary restitution, if funds are available<br><br>E. Loss of privileges: commissary, movies, recreation, etc.<br><br>F. Change housing<br><br>G. Remove from program and/or group activity<br><br>H. Loss of job<br><br>I. Impound and store detainee's personal property<br><br>J. Confiscate contraband |
| 201 | Fighting, boxing, wrestling, sparring and any other form of physical encounter, including horseplay, that causes or could cause injury to another person; except when part of an approved recreational or athletic activity | |
| 202 | Possession or introduction of an unauthorized tool | |
| 203 | Loss, misplacement, or damage of any restricted tool | |
| 204 | Threatening another with bodily harm | |
| 205 | Extortion, blackmail, protection: demanding or receiving money or anything of value in return for protection against others, avoiding bodily harm, or avoiding a threat being informed against | |
| 206 | Engaging in sexual acts | |
| 207 | Making sexual proposals or threats | |
| 208 | Wearing a disguise or mask | |
| 209 | Tampering with or blocking any lock device | |
| 210 | Adulteration of food or drink | |
| 211 | Possession, introduction, or use of narcotics, narcotic paraphernalia, or drugs not prescribed for the individual by medical staff | |
| 212 | Possessing an officer's or staff member's clothing | |
| 213 | Engaging in or inciting a group demonstration | |
| 214 | Encouraging others to participate in a work stoppage or to refuse to work | |
| 215 | Refusing to provide a urine sample or to otherwise cooperate in a drug test | |
| 216 | Introducing alcohol into the facility | |
| 217 | Giving or offering an official or staff member a bribe or anything of value | |
| 218 | Giving money to, or receiving money from, any person for an illegal or prohibited purpose, such as introducing/conveying contraband | |
| 219 | Destroying, altering, or damaging property (government or another person's) worth more than $100 | |
| 220 | Being found guilty of any combination of three or more high moderate or low moderate offenses within 90 days | |
| 222 | Possessing or introducing an incendiary device, e.g., matches, a lighter, etc. | |
| 223 | Any act that could endanger person(s) and/or property | |

| | | |
|---|---|---|
| *298 | Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable. | K. Restrict to housing unit<br><br>L. Warning |
| *299 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable. | |

**"HIGH MODERATE" OFFENSE CATEGORY**

| CODE | PROHIBITED ACTS | SANCTIONS |
|---|---|---|
| 300 | Indecent exposure | |
| 301 | Stealing (theft) | A. Initiate criminal proceedings |
| 302 | Misuse of authorized medication | |
| 303 | Loss, misplacement, or damage of a less restricted tool | |
| 304 | Lending property or other item of value for profit/increased return | B. Disciplinary transfer (recommend) |
| 305 | Possession of item(s) not authorized for receipt or retention; not issued through regular channels | |
| 306 | Refusal to clean assigned living area | C. Disciplinary segregation (Up to 72 hours) |
| 307 | Refusing to obey a staff member/officer's order (may be categorized and charged as a greater or lesser offense, depending on the kind of disobedience: continuing to riot is Code 105—Rioting: Continuing to fight, Code 201—Fighting: refusing to provide a urine sample, Code 215 | D. Make monetary restitution |
| 308 | Insolence toward a staff member | |
| 309 | Lying or providing false statement to staff | |
| 310 | Counterfeiting, forging, or other unauthorized reproduction of money or other official document or item, e.g. security document, identification card, etc. (may be categorized as greater or lesser offense, depending on the nature and purpose of the reproduction, e.g., counterfeiting release papers to effect escape—Code 102 or 200) | E. Loss of privileges: commissary, movies, recreation, etc.<br><br>F. Change housing |
| 311 | Participating in an unauthorized meeting or gathering | |
| 312 | Being in an unauthorized area | G. Remove from program |
| 313 | Failure to stand count | |
| 314 | Interfering with count | H. Loss of job |
| 315 | Making, possessing, or using intoxicant(s) | |
| 316 | Refusing a breathalyzer test or other test of alcohol consumption | I. Impound and store detainee's personal property |
| 317 | Gambling | |
| 318 | Preparing or conducting a gambling pool | |
| 319 | Possession of gambling paraphernalia | |
| 320 | Unauthorized contact with public | J. Confiscate contraband |
| 321 | Giving money or another item of value to, or accepting money or another item of value from anyone, including another detainee, without staff authorization | K. Restrict to housing unit |
| 322 | Destroying, altering, or damaging property (government or another person's) worth less than $100 | L. Reprimand |
| 323 | Signing, preparing, circulating, or soliciting support for prohibited group petitions | M. Warning |
| *398 | Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable. | |
| *399 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used | |

| | | |
|---|---|---|
| | only when no other charge of highest severity is applicable. | |

NOTE: Any combination of high moderate and low moderate offenses during a 90-day period shall constitute a high offense.

| **"LOW MODERATE" OFFENSE CATEGORY** | | |
|---|---|---|
| CODE | PROHIBITED ACTS | SANCTIONS |
| 400 | Possession of property belonging to another person | E. Loss of privileges: commissary, movies, recreation, etc. |
| 401 | Possessing unauthorized clothing | |
| 402 | Malingering, feigning illness | |
| 403 | Smoking where prohibited | |
| 404 | Using abusive or obscene language | F. Change housing |
| 405 | Tattooing, body piercing, or self-mutilation | |
| 406 | Unauthorized use of mail or telephone (with restriction or temporary suspension of the abused privileges often the appropriate sanction | G. Remove from program |
| 407 | Conduct with a visitor in violation of rules and regulations (with restriction or temporary suspension of visiting privileges often the appropriate sanction) | H. Loss of job |
| 408 | Conducting a business | I. Impound and store detainee's personal property |
| 409 | Possession of money or currency, unless specifically authorized | |
| 410 | Failure to follow safety or sanitation regulations | |
| 411 | Unauthorized use of equipment or machinery | |
| 412 | Using equipment or machinery contrary to posted safety standards | J. Confiscate contraband |
| 413 | Being unsanitary or untidy, failing to keep self and living area in accordance with posted standards | K. Restrict to housing unit |
| *498 | Interfering with a staff member in the performance of duties (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable. | L. Reprimand |
| *499 | Conduct that disrupts or interferes with the security or orderly operation of the facility (conduct must be of highest severity). This charge is to be used only when no other charge of highest severity is applicable. | M. Warning |

## GRIEVANCE PROCEDURES

- No harassment, punishment, or disciplinary action will result to a detainee who seeks resolution of legitimate complaints in good faith. However, if you demonstrate a pattern of abuse of the grievance system, resulting in unnecessary burdens at the expense of legitimate complaints, such grievances will be returned unprocessed. An inmate/resident may not submit a grievance on behalf of another inmate/resident; however, assistance from a staff member or inmate/resident may be provided when necessary to communicate the problem on the grievance form.

- Grievances are considered special correspondence. If a sealed envelope is labeled "Grievance" and addressed to the Grievance Officer, it will not be opened for inspection unless there is reasonable suspicion that the sealed envelope contains contraband.
- You have the opportunity to file a formal complaint which is considered a grievance. The process will be explained below. It is important that the procedures be followed correctly in order to ensure adequate and appropriate resolutions. Grievances filed improperly will be returned without review.
- It is the policy of CoreCivic/SDC to encourage <u>informal resolution</u> of complaints at the lowest level since grievances should be, whenever possible, resolved through direct contact with staff responsible for the particular problem area and with two-way communication encouraged between staff and detainees. However, all detainees have access to formal grievance procedures any time the informal process has not provided successful resolution of the complaint.

- INFORMAL PROCESS - **14-5A Informal Resolution** forms are available to you that will insure notification of the proper CoreCivic/SDC official in order to process a complaint informally. Once you have completed the form, place it in the box marked "GRIEVANCE" outside the dining hall. This box will be emptied each business day. A response will be made on the bottom of the form, and it will be returned to you as soon as possible. If you are dissatisfied with the response, you may appeal to the Warden by checking the appropriate box on the same form and placing it back in the box. The Warden will respond as soon as possible.
- FORMAL PROCESS - You may file a formal grievance on a **14-5B Inmate/Resident Grievance** form that may be obtained from the case manager or any unit staff member. You must document on the grievance form that an informal resolution was attempted and with whom.
- The Grievance Form must be completed and placed in the box marked "Grievance".
- The Facility Grievance Officer will conduct an investigation of the grievance and render a written decision to you within five (5) working days of receipt of the grievance.
- APPEALS to the Grievance Officer's decision are to be submitted to the Warden (the highest administrative authority), within five (5) days of receiving the decision from the Grievance Officer. You must complete the section on the Grievance Form described as "State Reason(s) for Appeal", and place the form back into the "Grievance" box.
- The Warden will render a written decision on the appeal within five (5) days of receipt. This decision is considered final to any matter.
- PROCEDURES TO APPEAL GRIEVANCES DIRECTLY TO ICE- If you are dissatisfied with the Warden's response to your grievance, you may communicate directly with ICE regarding the issue. Submit your concerns to the ICE staff by utilizing the **ICE Detainee Request Worksheet**. You may pick up request forms from staff assigned to your unit. The request form should be placed in the box labeled "ICE" (outside of the dining hall) and it will be delivered to the ICE staff with no reading, altering or delay. You may obtain assistance from another detainee, housing officer or other facility staff in preparing your request form. The ICE staff receiving your request form will respond as soon as possible but not later than within 72 hours from receiving your request. **DETAINEES SHALL REPORT ALLEGATIONS OF ABUSE AND CIVIL RIGHTS VIOLATIONS, ALONG WITH VIOLATIONS OF OFFICER MISCONDUCT, DIRECTLY TO ICE/ENFORCEMENT AND REMOVAL OPERATIONS (ERO) HEADQUARTERS OR THE DHS OFFICE OF THE INSPECTOR GENERAL.**
- During any phase of the grievance process, upon notice to the grievant, the time limitations may be extended for an additional thirty (30) days to allow for a more complete investigation of the claims contained in the grievance.
- A copy of all grievances will be maintained in your detention file.
- Neither employees nor detainees will be subject to retaliation, reprisal, harassment or discipline for the use or participation in grievance procedures. Any allegations of this nature will be thoroughly investigated by the Warden and reviewed by the CoreCivic-Facility Support Center.
- MEDICAL/DENTAL – All grievances concerning medical and dental services must be placed in the medical grievance box by the detainee. A grievance form may be requested from/provided by a Restrictive Housing staff member and must be given directly by the detainee to medical staff. CoreCivic/SDC staff members are not allowed to accept medical grievances from detainees.
- EMERGENCY GRIEVANCE PROCEDURES - The 14-5B, Inmate/Resident Grievance, form must be utilized to file an emergency grievance. The inmate/resident will complete Page 1 of the 14-5B and place it in a sealed envelope marked "Emergency Grievance". Sealed envelopes may be placed in the grievance mail box. If the Facility Grievance Officer, after reviewing the grievance, determines that an emergency exists, immediate action will be taken to resolve the grievance. The Facility Grievance Officer will give you a written decision within seventy-two (72) hours of receipt of the emergency grievance.
- You have the opportunity to file a complaint about officer misconduct directly with DHS Office of Inspector General by calling Speed Dial Number: **518#**, which is programmed into the dorm telephones as a free call. Follow the toll-free instructions located in each pod bulletin board.
- NON-GRIEVABLE MATTERS - The following matters can not be grieved by detainees through the grievance procedure:
  (1) State and Federal Court decisions

(2) State and Federal laws and regulations
(3) Final decisions on grievances
(4)Contracting agency (ICE) policies, procedures, decisions or matters (i.e., institutional transfers, release/deportations decisions, etc.)

- Grievances are available regardless of classification. No detainee may submit a grievance on behalf of another detainee.

## RESTRICTIVE HOUSING/SHORT STAY UNIT

Prior to placement in Restrictive Housing, you will be taken to Health Services to be screened by a QHCP. Upon placement in Restrictive Housing, your property will be obtained. You will be allowed to maintain those items on the 10-1AA Authorized In-Cell Property List. All other items will be placed in storage until you are released back into general population. Prior to storage, clothing/linens will be laundered. Searches will be conducted on all detainees upon admission.

Administrative Segregation is intended for detainees with special management requirements:

1. Pending investigation/hearing of prohibited acts(s)
2. Need medical observation
3. Pending a transfer or release within twenty-four (24) hours
4. Security risks
5. Protective custody

Disciplinary Segregation is a special management unit for detainees who:

1. Have received a sanction by the Institutional Disciplinary Panel. Once sanctioned, detainees do not have the same privileges as general population to include telephone privileges, commissary, and shower, shave, and laundry schedules.

**Programs and Services**

1. Programs and Services as offered to general population are available to administrative segregation.
2. Segregated detainees who are eligible will receive recreation daily between the hours of 8:00am – 4:00pm. Recreation may be cancelled at any time due to security or weather related reasons. Your cooperation is appreciated.
3. The General Library is available Monday – Saturday as per your recreation schedule.
4. Medical Care/Sick Call for segregated detainees will be provided by medical staff through daily rounds in Restrictive Housing.
5. CoreCivic/SDC provides an opportunity for you to have one (1) visit per week (Monday-Sunday) for up to one (1) hour of non-contact visitation with family and friends from 9:00am to 4:00pm. Visitors must arrive by 2:45pm. Disruptive conduct by either party will result in the termination of the visit and may have an adverse affect on future visits.
6. The Chaplain will minister to detainees in Restrictive Housing or, upon special request and considering security concerns, arrangements can be made for religious volunteers of your faith to conduct one-on-one services.
7. Personal hygiene items are available upon request from the Restrictive Housing officer. Showers are available and should be taken advantage of on Mondays, Wednesdays and Fridays between the hours of 8:00am – 4:00pm.
8. Mail will be picked up from Restrictive Housing by 8:30am Monday – Friday, except on holidays. Mail will be handled for Restrictive Housing detainees in the same manner as general population detainees.
9. Detainees in Restrictive Housing will be allowed to attend Group Legal Rights Presentations, if security is not compromised. If it becomes necessary, presentations may be made to individuals in Restrictive Housing, pending agreement with the presenter and security can be maintained. If a detainee in Restrictive Housing cannot attend for this reason, and both he/she and the presenter(s) so request, alternative arrangements will be made.

10. Prior to being released from Restrictive Housing detainees will be re-evaluated/reclassified to ensure that they have been properly classified and are housed in an appropriate dorm.
11. Laundry will be picked up from, washed and returned to Restrictive Housing detainees according to the same schedule as set for general population.
12. All other services not specifically mentioned in this section regarding Restrictive Housing will be subject to the same access procedures as outlined for general population detainees.

## DETENTION FILE

- A detention file is maintained by CoreCivic/SDC for each detainee and contains no less than the following:
  1. Facility disciplinary actions
  2. Behavior reports
  3. Funds, valuables and property receipts
  4. Detainee written requests, complaints and issues
  5. Response to the aforementioned requests
  6. Special Management Unit records

## LEGAL FILE

Your legal file is an Immigration legal record commonly called an "A" file maintained by the ICE Deportation Department for each individual. This "A" file contains your legal transactions and documentation pertaining to your case; including but not limited to identification cards, photos, passports and immigration history.

## NOTICE TO THOSE PERSONS UNDER EXCLUSION OR REMOVAL PROCEEDINGS

- You will be afforded a one time opportunity to have your personal effects delivered to the detention facility prior to your removal. You are responsible for making arrangements for the delivery of personal effects (clothing type only) which can only be received within seventy-two (72) hours after receipt of your notice. You will not be able to receive property without making advance arrangements and getting prior approval from your Unit Manager by filling out and submitting a **Detainee Package Request** form. The contents of the travel bag/suitcase will be inspected for contraband and to ensure compliance. Property will not be accepted at the Atlanta ICE Field office.

  The facility may allow family members to mail in three (3) sets of clothing for use on your release. There is no restriction regarding the source of clothing received from family members for this purpose. Release clothing may be received at the facility within fourteen (14) calendar days of the release between the hours of 8:00am and 4:00pm. A carry-on travel bag/suitcase is defined as 45 inches total. If you have a travel bag/suitcase that is an unusual shape but still within the total number of inches, you may find that it has been rejected by TSA.

  **No belongings will be received the day of departure by ICE or CoreCivic/SDC staff.**

- Personal effects must be inside a non-locking duffle bag, backpack, or luggage. No boxes or plastic bags will be accepted. Only one (1) standard bag no larger than thirty (30) inches high by twenty (20) inches wide by ten (10) inches deep, weighing no more than forty (40) pounds will be accepted. NO EXCEPTIONS.

## ALLOWABLE PERSONAL PROPERTY LIST (as of 11/15/2012)

| ITEM | ALLOWED | ITEM | ALLOWED |
|---|---|---|---|
| **CLOTHING** | | **MEDICAL** | |
| Shoes, shower | **1 pair** | Arch supports / Insoles | **2 pair** |
| Shoes, athletic (i.e. sneakers) | **1 pair** | Equipment (canes/crutches/prostheses) | **HSA Approved** |
| Underwear | **4 pair** | Eyeglasses with cases | **2** |
| Socks | **4 pair** | Hearing Aide / Prosthesis | **HSA Approved** |
| T-Shirts/Undershirts | **3** | KOP / OTC Medications | **HSA Approved** |
| Uniform shirt | **3** | **HYGIENE** | |
| Uniform trousers | **3** | Denture Cup / Dentures | **1 (set)** |
| Cold weather jacket (seasonal) | **1** | Denture adhesive | **2** |
| Thermal shirt | **1** | Denture tabs | **2 packs** |
| Nylon doo rag (black only) | **1** | Deodorant | **2** |
| **LINENS** | | Hair products | **3** |
| Flat / fitted sheets | **2** | Shower Cap | **1** |
| Blankets | **1** | Lip balm | **2** |
| Towels | **2** | Mirror ( plastic) | **1** |
| Washcloths | **2** | Mouthwash | **2** |
| Pillow | **1** | Ointments/Creams/Lotions/Sun block | **3** |
| Pillow case | **1** | Powder | **3** |
| Laundry bag | **1** | Shaving cream / Depilatory | **2** |
| Mattress | **1** | Shampoo / Conditioner | **3** |
| **STATIONARY/READING MATERIALS/MISC** | | Soap | **2** |
| Address book | **1** | Soap dish | **1** |
| Papers (including property receipts & legal) | **1 cubic foot** | Feminine hygiene items (females only) | **N/A** |
| Manila envelope (no clasps) | **3** | Toilet paper | **1 roll** |
| Books (soft cover) | **5** | Toothbrush (non-electric) | **1** |
| Calendar | **1** | Toothbrush holder | **1** |
| Dictionary/Thesaurus | **2** | Toothpaste | **2** |
| Envelopes/Stamps | **25 each** | Cotton balls / Swabs | **1 box** |
| Eraser | **1** | **HAIR CARE PRODUCTS** | |
| Greeting cards | **6** | Comb | **1** |
| Stationary / Typing / Tablets /Art pad | **4** | Hair brush | **2** |
| Pencil sharpener | **1** | Rubber band; ponytail holders/ties | **3** |
| Pencils / Colored pencils / Blue ink pens | **12** | **JEWELRY** | |
| School folders | **3** | Religious ( Approved by Chaplain) | **1** |
| Religious books (soft cover) | **5** | Wedding band (plain - no stone) | **1** |
| Spanish / English Dictionary | **1** | **FOOD & UTENSILS** | |
| Small religious Items | **As Approved** | Food items / Candy / Snacks | **10** |
| Photo album | **1** | Condiments | **3** |
| Photos (no frontal nudity) 5"x7" or smaller | **10** | Spork, bendable, orange-case | **1** |
| Ear plugs | **2 pair** | Mug / bowls / tumblers & lids | **3** |
| Vitamins | **1** | **RECREATION** | |
| **STORAGE CONTAINER** | | Games (Chess, Checkers, Scrabble) | **1** |
| Property box with inventory | **1** | Magazines (No frontal Nudity) | **5** |
| | | Playing cards | **2 decks** |




Detainees that are hearing impaired may contact the OIG Hotline using the TTY telephones. Any member of the Unit staff can assist you.

OIG TTY HOTLINE
1-800-377-4950

## Facts about sexual assault and sexual abuse

- **In one year** over 6,500 sexual violence allegations were reported in American prisons, jails, and detention centers.
- **Allegations against staff** are more commonly reported than allegations against fellow residents.
- **Force** is alleged in at least half of the resident on resident sexual assault allegations.
- **Men** are more often the victims of sexual assault in state and federal prisons.
- **Women** are more often the victims of sexual assault in local jails.
- **Victims** are never to blame for their being victims of sexual assaults and abuse.

## There are many ways to report and seek help

If you or someone you know is a victim of sexual assault, abuse, or misconduct, there are plenty of ways to report that information.

Residents will be encouraged to immediately report pressure, threats, or instances of sexual violence/misconduct. Residents can report sexual violence/misconduct in any of the following manners:

**Verbally** telling any employee, including the Chaplain;

**Submitting** a request to meet with health services and/or reporting to a health services staff member during sick call;

**Forwarding a letter** to the Warden / Administrator, sealing and marking it "confidential";

**Calling** or writing someone outside the facility who can notify facility administrative staff;

**Forwarding a letter** to security staff, sealing and marking it "confidential";

**Forwarding a letter** to the Managing Director, Facility Operations at 10 Burton Hills Blvd., Nashville, TN 37215; or

**Calling the following no-charge number**

CORRECTIONS CORPORATION OF AMERICA

*Help us prevent sexual assault and abuse...*

## Preventing Sexual Abuse & Misconduct



*Su silencio no le protegera.*
*– Los Hechos de Audrey Lourde*

14-2AA

## Sex in prisons, jails, and detention facilities is prohibited...

There is no consent to sexual activity in a facility like this one. Any act makes you either a perpetrator or a victim. In this facility, all of the following types of conduct are prohibited.

**Rape** is contact of any person without his or her consent, or of a person who is unable to consent or refuse; and contact between the penis and the vagina or the penis and the anus including penetration, however slight; or contact between the mouth and the penis, vagina, or anus; or penetration of the anal or genital opening of another person by hand, finger, or other object.

**Sexual Assault is** abusive sexual contact of any person without his or her consent for the purpose of sexual gratification or arousal or of a person who is unable to consent or refuse; and intentional touching, either directly or indirectly or through the clothing, of the genitalia, anus, groin, breast, inner thigh or buttocks of any person.

**Staff on resident sexual misconduct** is any behavior or act of a sexual nature toward a resident by an employee, volunteer, official visitor, or agency representative. Romantic relationships between employees and residents are included. Consensual and non-consensual sexual acts include intentional touching of the genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to arouse or gratify sexual desire; or completed, attempted, threatened, or requested sexual acts; or occurrences of indecent exposure, invasion of privacy or employee voyeurism for sexual gratification without a sound penological reason

**Employee on resident sexual harassment** is repeated verbal statements or comments of a sexual nature to an resident by an employee, volunteer, official visitor, or agency representative, including demeaning references to gender or derogatory comments about body or clothing; or profane or obscene language or gestures.

## You are the key to preventing sexual assault and sexual abuse...

You can help prevent sexual misconduct in this facility. If it happens, you can help prevent it from happening again.

There are several examples of behaviors you can practice to help prevent sexual misconduct, sexual assault, and sexual abuse:

**Avoid** situations that encourage sexual misconduct such as conversations about sexual activity.

**Leave** a situation where you are uncomfortable and fear that there is sexual risk.

**Look around** and be aware of your surroundings. Avoid areas that are secluded or where you can't be seen by staff and other residents.

**Carry yourself** with confidence. Avoid looking like a victim or like someone who is easy to subdue, coerce, and control.

**Say NO** to advances from others seeking sexual contact.

**Don't accept gifts** such as commissary purchases or personal property. Don't get into debt to other residents.

## If you or someone you know is a victim, tell

If you are the victim of sexual abuse or assault, the most important thing you can do is tell someone who can help you. Your report will be handled with confidentiality. And you will be protected.

**Help yourself** by telling someone. If you are a victim, you need help. This facility is ready not only to provide physical protection, but also to provide mental health counseling to help you heal.

**Help others** by telling someone. If you were assaulted or abused, the perpetrator will do it again. Reporting the abuser will allow the facility to protect others by investigating, isolating, and prosecuting.