## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

**WILHEN HILL BARRIENTOS, et al**,

　　　　　　　Plaintiffs,

v.

**CORECIVIC, INC.,**                                    Civil Action No.  **4:18-cv-00070-CDL**

　　　　　　　Defendant.

### Declaration of Meredith B. Stewart

I, Meredith B. Stewart, hereby declare and state as follows:

1.      My name is Meredith B. Stewart.  I am a Senior Supervising Attorney at the Southern Poverty Law Center. I represent Plaintiffs in the above-captioned litigation.

2.      A true and accurate copy of a September 2021 email exchange between myself and counsel for CoreCivic Inc. is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of October, 2022 in New Orleans, Louisiana.

_____

Meredith B. Stewart

1

158550936.1

# EXHIBIT 1

## Meredith Stewart

| | |
|---|---|
| **From:** | Meredith Stewart |
| **Sent:** | Thursday, September 23, 2021 5:37 PM |
| **To:** | Jacob Lee |
| **Cc:** | Jacob Massee; David (Bobo) Mullens; Alan Howard; Jessica Everett-Garcia; John Gray; Rebecca Cassler; Vidhi Bamzai; John Dixon; Emily Cooper; Andrew Free; Daniel Charest; Priyanka Bhatt; azadeh@projectsouth.org; Suzanne Mattler; Jackie Aranda Osorno; Jessica Hasen; CJ Sandley; Colby, Mikaela  (PHX); Owino Team |
| **Subject:** | RE: Barrientos v. CoreCivic - CoreCivic's Response to Plaintiffs' First Set of Interrogatories |
| **Categories:** | Litify |

Jacob,

With respect to your response to Plaintiffs' inquiry about Interrogatory No. 3, we have reviewed the sample of paper documents CoreCivic produced (Form 11-1Ks and Closed Batch Deposit Reports).  They are difficult to decipher and incomplete in most instances.  Given your confirmation that the paper reports are largely duplicative of the OMS spreadsheets and that they contain information gaps that cannot be filled, we don't view those reports as sufficient evidence of the hours worked and job assignments performed.  For that reason, we had not and do not intend to request additional paper reports.

The OMS data is also incomplete, and your email does not accurately capture the data you produced or its contents.  For one, you sent us OMS records from **10/2006** (not 11/2/2004) to 12/23/2020, and all records between 2006 and 2008 are redacted.  Second, from our review it appears that nearly half – and well over a "minority" – of the OMS data entries lack job assignment information.

We assume from your email that CoreCivic does not have any other evidence of Work Program hours, pay, housing, and job assignments other than the documents you list below, which are incomplete.  We reserve our right to revisit CoreCivic's response to Interrogatory No. 3 should deposition testimony require it.

Thanks,



**Meredith Stewart**  She/her/ella
Senior Supervising Attorney  |  Legal
Southern Poverty Law Center
T  504.526.1497
meredith.stewart@splcenter.org  |  www.splcenter.org
Admitted in Louisiana

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Jacob Lee <JLee@strucklove.com>
**Sent:** Friday, September 10, 2021 5:54 PM
**To:** Meredith Stewart <Meredith.Stewart@splcenter.org>
**Cc:** Jacob Massee <jmassee@olivermaner.com>; David (Bobo) Mullens <dbmullens@olivermaner.com>; Meredith Stewart <Meredith.Stewart@splcenter.org>; Alan Howard <AHoward@perkinscoie.com>; Jessica Everett-Garcia <JEverettGarcia@perkinscoie.com>; John Gray <JHGray@perkinscoie.com>; Rebecca Cassler <rebecca.cassler@splcenter.org>; Vidhi Bamzai <vidhi.bamzai@splcenter.org>; John Dixon <JohnDixon@perkinscoie.com>; Emily Cooper <ECooper@perkinscoie.com>; Andrew Free

<andrew@immigrantcivilrights.com>; Daniel Charest <dcharest@burnscharest.com>; Priyanka Bhatt <priyanka@projectsouth.org>; azadeh@projectsouth.org; Suzanne Mattler <SMattler@perkinscoie.com>; Jackie Aranda Osorno <jackie.aranda@splcenter.org>; Jessica Hasen <JHasen@perkinscoie.com>; CJ Sandley <cj.sandley@splcenter.org>; Colby, Mikaela (PHX) <mcolby@perkinscoie.com>; Owino Team <OwinoTeam@strucklove.com>
**Subject:** RE: Barrientos v. CoreCivic - CoreCivic's Response to Plaintiffs' First Set of Interrogatories

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Meredith,

We write to address several outstanding discovery issues.

**CoreCivic's Response to Interrogatory No. 3**

We disagree with your position that our response to ROG No. 3 is incomplete and your determination that the information sought by ROG No. 3 can't be determined by the documents we produced in response to RFP No. 9.

In response to RFP No. 9, we produced extracted data from OMS (CCBVA0000006056-6059 and CCBVA0000106554) in the form of Excel spreadsheets which contain most of the information sought by ROG No. 3 in an easy-to-read fashion. Specifically, the spreadsheets provide the A number, Name, Dates Worked, Amount Paid, and Date of Deposit for ICE participants in VWP from 11/2/2004 to 12/23/2020. The spreadsheets also generally provide descriptions of the job assignment for which each detainee was paid (Kitchen, Unit 1 [Porter], etc.), although there are some entries that simply state "detainee pay" and the date for which the pay was deposited. The only way to determine what job assignment each such detainee performed would be to review each detainee's file one by one, which would be unduly burdensome and disproportionate to the needs of the case given that such detainees are in the minority.

The other two types of information sought by ROG No. 3—housing assignment and hours worked—can be determined from the paper reports we produced in response to RFP No. 9 (CCBVA0000104597-105879), namely, nearly 390 paper reports for 8/2020, as well as 19 documents that ranged from 200 to 2,000 pages each with reports for 1/2019 through 7/2020, that were used to verify VWP participation and compensation. The reports generally consist of Closed Deposit Batch Reports (that are largely duplicative of the OMS spreadsheets) and Inmate Worker Sign-In sheets that include the name, A number, housing assignment, job assignment, and work days/hours, along with spaces for time in/out, total hours, and IM/staff initials. The Closed Deposit Batch Report confirms that each detainee who signed in on the Inmate Worker Sign-In Sheet for that day and those assignments was paid for the day. In order to match housing assignment and hours worked to the other information provided in the OMS spreadsheets, all Plaintiffs have to do is search for the names and/or A numbers from the paper reports in the spreadsheets.

Where certain information is not provided in the paper reports, though, there's no way to fill in the gaps, as the reports were produced as they exist. They don't always state the time in/out or total hours worked because detainees are paid per day, not per hour. For those instances in which the time in/out and total hours weren't noted, there's no way to definitively determine the hours worked and corresponding hourly rate paid, although the amount paid per day per job assignment can be determined from the OMS spreadsheets by dividing the total amount paid on a particular day by the number of days noted in the description for the payment.

We only produced a sample of the paper reports due to their size, as less than two years' worth of reports resulted in the production of many thousands of pages. We did, however, invite Plaintiffs to meet and confer with us to come to an agreement as to how best to balance the burden of producing the paper reports (which are largely duplicative of the OMS spreadsheets) with the need to provide relevant information. Despite having had the documents since December 2020, however, this is the first time Plaintiffs have asked for additional information. As such, please let us know if you

2

would like to meet and confer as to the production of additional paper reports, but we see no need to otherwise supplement either our response to ROG No. 3 or our response to RFP No. 9.

**CoreCivic's Response to Your Letter Dated 9/3/21**

It does not appear there is anything left to address. As we previously stated on 9/3, we completed our production of ESI (other than the additional documents required by the Order granting Plaintiffs' Motion to Compel, which we will be producing on Monday) on 8/26/21, which brought the total document count (by your count) to 26, 519—a number in the tens of thousands. This of course does not include ESI specific to the named Plaintiffs and other "loose ESI" that we previously produced, but is simply the number of documents that we produced from the main ESI review and production. There has therefore been no delay, we did not miss the deadline, and there is nothing to compel.

We provided our more detailed response regarding the detainee file destruction issue yesterday, in response to which you sent additional questions today. We'll review those and get back to you.

Rachel and CJ have been in contact about the Rule 30(b)(6) issue and have plans to talk again, so there is nothing to discuss in that regard.

Finally, we provided dates for Troy Pollock's deposition, which is now set for 9/30/21. We'll provide dates for the other witnesses as we get them, but we can't provide what we don't have. We'll keep trying.

I believe this covers the outstanding issues for now. I'm sure you'll let me know if you disagree.

Jacob

---

**From:** Meredith Stewart <Meredith.Stewart@splcenter.org>
**Sent:** Thursday, September 2, 2021 4:34 PM
**To:** Jacob Lee <JLee@strucklove.com>
**Cc:** Jacob Massee <jmassee@olivermaner.com>; David (Bobo) Mullens <dbmullens@olivermaner.com>; Meredith Stewart <meredith.stewart@splcenter.org>; Alan Howard <AHoward@perkinscoie.com>; Jessica Everett-Garcia <JEverettGarcia@perkinscoie.com>; John Gray <JHGray@perkinscoie.com>; Rebecca Cassler <rebecca.cassler@splcenter.org>; Vidhi Bamzai <vidhi.bamzai@splcenter.org>; John Dixon <JohnDixon@perkinscoie.com>; Emily Cooper <ECooper@perkinscoie.com>; Andrew Free <andrew@immigrantcivilrights.com>; Daniel Charest <dcharest@burnscharest.com>; Priyanka Bhatt <priyanka@projectsouth.org>; azadeh@projectsouth.org; Suzanne Mattler <SMattler@perkinscoie.com>; Jackie Aranda Osorno <jackie.aranda@splcenter.org>; Hasen, Jessica (SEA) <JHasen@perkinscoie.com>; CJ Sandley <cj.sandley@splcenter.org>; Colby, Mikaela (PHX) <mcolby@perkinscoie.com>
**Subject:** Barrientos v. CoreCivic - CoreCivic's Response to Plaintiffs' First Set of Interrogatories

Jacob,

I'm writing to follow up on CoreCivic's response to Plaintiffs' Interrogatory No. 3, which is deficient for the below reasons.

Plaintiffs served their first set of Interrogatories on September 21, 2020.  Interrogatory No. 3 asked CoreCivic to:

> Please identify each and every individual who participated in the WORK PROGRAM during the RELEVANT PERIOD.  For each individual please provide their wage rate(s), job assignment(s), housing assignment(s), dates and HOURS worked on each job assignment, and the last three digits of their Alien Registration Number.

Instead of drafting a complete response to this Interrogatory, CoreCivic directed Plaintiffs to the documents CoreCivic produced in response to Plaintiffs' Request for Production No. 9, stating that "such relevant information can be just as easily compiled by Plaintiffs as by CoreCivic."  CoreCivic did not refer Plaintiffs to the specific Bates numbers for the documents from which a complete interrogatory response could be found.  Plaintiffs have exhaustively gone through all the documents produced by CoreCivic until this point, including those produced in response to Request for Production No. 9, and find that the documents do not provide a sufficient answer to the above interrogatory.  Rather, many of the documents are hard to decipher, contain significant gaps, or otherwise do not contain the information sought by Interrogatory No. 3.  Specifically, Plaintiffs are unable to find the following information:

- The job assignments assigned to each individual who participated in the work program, or at a minimum an estimate of how many individuals work in each position;
- The dates worked by each of the individual work program participants in their respective positions;
- The number of hours worked by each work program participant, including the number of shifts each participant worked per day.

Based on the above, we now require CoreCivic to either (1) answer the above interrogatory in text; (2) point to exactly where Plaintiffs can find the answer in the documents CoreCivic produced; or (3) produce complete responsive documents.  If you are unable to do so, please respond in writing that CoreCivic does not possess this information.  Please provide a response by Thursday, September 9.  We are also available to confer about this issue next week.

Thank you,

**Meredith Stewart**  She/her/ella
Senior Supervising Attorney  |  Legal
Southern Poverty Law Center
T  504.526.1497
meredith.stewart@splcenter.org  |  www.splcenter.org
Admitted in Louisiana

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify The Southern Poverty Law Center immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.