**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.,** | |
| **Plaintiffs,** | |
| v. | **Civil Action No. 4:18-cv-00070-CDL** |
| **CORECIVIC, INC.,** | |
| **Defendant.** | |

**(PROPOSED) ORDER GRANTING MOTION TO UNSEAL
RESTRICTED DOCUMENTS**

On April 21, 2023, Plaintiffs filed a Motion to Unseal Restricted Documents, seeking permission to file, with narrow redactions, a number of documents previously filed on the docket with restricted access.  The Court has reviewed Plaintiffs' Motion to Unseal.  Based on the record and arguments before me, and for good cause shown, it is hereby ORDERED that the motion to unseal (Doc. No. 286) is **GRANTED** in its entirety.

It is FURTHER ORDERED that Plaintiffs file redacted versions of the restricted documents on the docket within two (2) weeks of the date of this order.

Signed: _____, 2023.

_____
CLAY D. LAND
United States District Court Chief Judge