IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

WILHEN HILL BARRIENTOS, *et al.*,  *

    Plaintiffs,          *

vs.                   *
                      CASE NO. 4:18-CV-70 (CDL)

CORECIVIC, INC.,      *

                    *

    Defendant.        

                    *

O R D E R

The Court previously stayed the dispositive motion deadline pending resolution of the appeal of the Court's order denying Plaintiffs' motion for class certification.  The Court of Appeals denied Plaintiffs' Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f).  Order (11th Cir. May 31, 20123), ECF No. 19-2 in USCA11 Case: 23-90007.  Accordingly, the stay is lifted.  The only remaining claims are the individual claims of the named Plaintiffs.

At the motion for class certification stage, the Court spent considerable time studying the named Plaintiffs' declarations and other evidence related to their individual claims.  Based on the Court's review of that evidence, the Court expects that genuine fact disputes exist on the individual named Plaintiffs' claims. The Court therefore notifies the parties that the trial of the named Plaintiffs' individual claims will be set down for the

Court's September trial term in Columbus.  The parties will receive a pretrial conference notice by the end of June.

If any party contends that dispositive motions are still necessary, the party shall file a motion to continue the trial by June 15, 2023.  Such motion to continue shall succinctly show cause why dispositive motions would be a good use of time for the parties and the Court, and it shall propose a new dispositive motion deadline.  Any response is due by June 22, 2023.

IT IS SO ORDERED, this 1st day of June, 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA