# EXHIBIT

# 2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

WILHEN HILL BARRIENTOS,
GONZALO BERMUDEZ GUTIÉRREZ,
and KEYSLER RAMÓN URBINA
ROJAS,

Plaintiffs,

v.

CORECIVIC, INC.,

Defendant.

Civil Action No.  4:18-cv-00070-CDL

SUPPLEMENTAL EXPERT REPORT OF
PLAINTIFFS' EXPERT DR. PABLO STEWART

## I.    Introduction

1.  I submit this supplemental report to provide additional detail about my specific opinions regarding Wilhen Hill Barrientos, Gonzalo Bermudez Gutiérrez, and Keysler Urbina Rojas, (the "Plaintiffs").

## II.    Summary of Qualifications, Education, and Other Professional Experience

2.  My updated resume, detailing my educational and professional background, my related publications, and my work as an expert witness in other matters, is attached hereto as **Appendix A**.

## III.    Prior Testimony

3.  An updated list of my prior testimony as an expert at trial or deposition is attached hereto as **Appendix B**.

## IV.    Materials Reviewed

4.  I based this supplemental report on the sources listed in my initial report, including information and observations gained during personal interviews by Zoom with the Plaintiffs in 2021, each of which lasted approximately 3-5 hours over the course of two sessions each; retrospective psychiatric evaluations I performed on the Plaintiffs in July 2023; and the additional documents listed in **Appendix C**.

1

CONFIDENTIAL

5.  The standard of practice for a retrospective psychiatric evaluation requires a current psychiatric interview of the subject in question, a thorough review of records and documents from the time frame in question and interviews of individuals who knew the subject in or around the time frame in question.[1] I fulfilled all of these requirements in conducting the retrospective psychiatric evaluations. I completed psychiatric interviews with Mr. Urbina Rojas and Mr. Hill Barrientos on July 19, 2023, for approximately one hour each. After completing my interview with Mr. Urbina Rojas, I interviewed his mother, ████████, separately for approximately 30 minutes. I completed a psychiatric interview with Mr. Bermudez Gutiérrez on July 20, 2023, for approximately one hour. After that, I interviewed his wife, ████████, separately for approximately 30 minutes. In each evaluation, the time period in question was the time the individuals were confined at the Stewart Detention Center ("SDC").

## V.    Keysler Urbina Rojas

6.  It is my opinion that the conditions, policies, and practices in place at SDC related to discipline and deprivation of basic necessities, both individually and in totality, caused and threatened to cause serious psychological and psychiatric harm to Mr. Urbina Rojas.

7.  Mr. Urbina Rojas is an asylum seeker who was born in Nicaragua on ████████ 1996. He was held in immigration detention at SDC from May 27, 2015, to June 16, 2016. He was 19 years old at the time he was first detained at SDC. He worked in the Work Program throughout his detention at SDC.

8.  Upon arrival, Mr. Urbina Rojas reported that the staff treated him and the rest of the detainees poorly, using threats and intimidation to get them to follow the rules and comply with staff commands. An especially noxious threat regularly made to Mr. Urbina Rojas was that of being placed in segregation[2] if he did not follow the rules or commands or report to work in the kitchen. Mr. Urbina Rojas reported experiencing punitive treatment from CoreCivic and Trinity staff, writing in a grievance in February 2016 that an officer screamed profanities at him, and asking how SDC "can have people who are . . . treating detainees like animals[?]"[3] He was initially housed in a dangerous and crowded open dorm that provided little privacy.[4] He also reported that upon arrival, he was issued an insufficient amount of low-quality hygiene products and clothing.

9.  He began working in the kitchen to earn enough money to buy food, phone cards, hygiene products and clothing items such as boxers and tee shirts. His work hours were long, often starting at 2 am. Mr. Urbina Rojas also reported that the food was of very poor quality and small portion size. He was placed in segregation for a day for refusing to accept an additional work assignment. He also was placed in segregation several times for medical reasons. In

---

[1] Mr. Hill Barrientos' family members were not available for an interview. Mr. Urbina Rojas knew Mr. Hill Barrientos during the time that he was detained.

[2] The Psychiatric literature has described, since the early 1980's, the deleterious effects of placement of individuals in segregated housing. It is an accepted fact that segregation placement exacerbates pre-existing psychiatric disorders as well as causing severe perceptual, mood and cognitive symptoms.

[3] CCBVA0000091308 at 91311.

[4] The detainees referred to this open dorm a "El Gallinero" or chicken coop due to lack of privacy, crowded conditions and real threat of assault and/or theft.

2

CONFIDENTIAL

addition, when there were problems in his open dorm housing unit, the entire unit would be locked down. This meant that he would be forced to sit on his bed and only get up to use the restroom with permission of the guards, under threat of segregation and being pepper sprayed in the eyes.

10. These oppressive conditions resulted in his being "depressed." This term "depressed" is the word that Mr. Urbina Rojas used. Even though he used it in a colloquial manner, upon further questioning it became clear that he was suffering from an Acute Stress Disorder during his time at SDC. He went on to describe how his time in segregation worsened this "depression." Mr. Urbina Rojas specifically stated that the food in segregation was even worse than at the cafeteria and that he was cut off from all contact with his family and his friends at SDC. This resulted in his experiencing suicidal ideation, severe anxiety, decreased energy, anhedonia, "I just wanted to lie down," and nightmares. Of note, he never experienced any of these symptoms prior to this detention at SDC.

11. Mr. Urbina Rojas went on to report that these symptoms, especially the nightmares and flashbacks, continued after he left SDC. Finally, he stated that he occasionally experiences nightmares and anxiety currently.

12. In my discussion with Mr. Urbina Rojas' mother, ███████████, she unwaveringly stated that "he was not well in his mind" when he returned home. She went on to report that he was very anxious with sleep problems and nightmares. Mrs. Rojas also said that her son would often wake up in the middle of the night screaming. This situation went on for at least a year after his release. His mother arranged for him to receive psychotherapy after he left SDC. Finally, she stated that even now her son experiences episodic nightmares.

13. Mr. Urbina Rojas's experience exemplifies my opinion, as stated in my prior report, that CoreCivic uses discipline and the disciplinary process in a manner that causes and threatens to cause psychological and psychiatric harm to detained individuals. Segregation at SDC poses a significant risk of serious psychological harm. Because of the significant risk of psychological and psychiatric harm posed by segregation at SDC, the threats of segregation Mr. Urbina Rojas experienced amounted to threats of psychological and psychiatric harm. Mr. Urbina Rojas's experience of segregation for refusing to work contributed to the psychological distress caused by subsequent threats of segregation.

14. Mr. Urbina Rojas experience also exemplifies my prior opinion that hunger and food insecurity at SDC poses a significant risk to a person's health. As I described in my original report, food insecurity is associated with psychological and psychiatric harms, and it is my opinion that Mr. Urbina Rojas experienced such harm.

15. Additionally, Mr. Urbina Rojas was subjected to the practice of deprivation of other necessities, such as clothing, hygiene items, and social contact; as described in my original report. Lack of access to clothes, hygiene, and social support, are all the basis for increased psychological distress, and it is my opinion that Mr. Urbina Rojas experienced such distress while at SDC.

3

CONFIDENTIAL

**Mental Status Examination**

16. Mr. Urbina Rojas was alert, oriented to person, place, time and situation and displayed a clear sensorium. His speech was slow and deliberate, and he often spoke in a monotonal manner. He reported his mood as "bien" and his affect[5] tended to be flat. His thought processes were linear[6], and he denied experiencing any psychotic symptoms such as auditory/visual hallucinations. He did not display any delusional thought content and denied having any suicidal/homicidal ideation/plan/intent. He displayed reasonable judgment and insight into his condition. His cognitive functioning including recent memory was intact. This portion of his mental status examination is normal. When I was asking questions about his detention, especially his time in segregation, he would become anxious with the pace of his speech becoming more rapid. This also occurred when he spoke with me about the lockdowns that occurred in el gallinero.

**Diagnostic Assessment**

17. Mr. Urbina Rojas was a 19-year-old male when he was detained at SDC. The overwhelming harsh and oppressive conditions he experienced at the SDC were extremely traumatic for him. He developed an Acute Stress Disorder initially during his detention. This condition morphed into a more severe and longer lasting stress disorder. His specific diagnosis currently is Unspecified Trauma- and Stressor-related Disorder. This diagnosis applies to presentations in which symptoms characteristic of a trauma- and stressor-related disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the trauma- or stressor-related disorders diagnostic class[7], such as Posttraumatic Stress Disorder.

## VI.    Wilhen Hill Barrientos

18. It is my opinion that the conditions, policies, and practices in place at SDC related to discipline and deprivation of basic necessities, both individually and in totality, caused and threatened to cause serious psychological and psychiatric harm to Mr. Hill Barrientos.

19. Mr. Hill Barrientos is a Legal Permanent Resident who was born in Guatemala on ▮▮▮▮▮▮ 1995. Mr. Hill Barrientos was 20 years old when he was first detained at SDC. Mr. Hill Barrientos was detained at Stewart Detention Center four different times. Two of those periods of detention were longer: July 10, 2015 to May 12, 2016; and September 16, 2017 to June 18, 2018. The other two periods of detention at SDC were each a few days long: May 25 to 27, 2016; and September 14 to 19, 2016. He worked in the Work Program as a kitchen worker during both of his two longer periods of detention at SDC.

20. Upon entry into SDC, Mr. Hill Barrientos was placed into the intake process. During that process, CoreCivic provided him with minimal hygiene products and used and stained

---

[5] Affect is the external manifestation of someone's mood.
[6] Linear thought processes are strongly suggestive of the patient's not being psychotic.
[7] DSM-5, page 290. The DSM-5 diagnostic criteria were used instead of the DSM-5-TR as the DSM-5 was in effect during his detention at SDC.

CONFIDENTIAL

clothing. He was provided with one roll of toilet paper, which was not replaced upon request. Rather, a CoreCivic officer told him to use his fingers.

21. To alleviate the deprivation of basic necessities, Mr. Hill Barrientos spent the majority of his Work Program earnings at the commissary purchasing food, clothing, phone time, and toothpaste. CoreCivic officers threatened to take away his commissary privileges if he stopped working, called in sick, or encouraged others to stop working.

22. Upon his arrival to SDC in 2015, Mr. Hill Barrientos was housed in a pod for kitchen workers. He was told that if he didn't join the Work Program that he'd be placed in segregation and that it would negatively affect his immigration case.

23. Mr. Hill Barrientos was hungry throughout his detentions because the food was of poor quality and the servings were small. As a kitchen worker, he witnessed spoiled food being served to the detained population. This was the same food he was expected to eat. The stress caused by having to prepare, serve and eat poor quality food was made worse by being forced to work when he was sick. It was further exacerbated by being threatened with segregation if he:
   - stopped working;
   - called in sick; or
   - encouraged others to stop working.

24. If the threat of segregation was not enough, he was also threatened with a negative outcome in his asylum case if he didn't comply with these draconian work rules. During this time, he was also being threatened by gang members in his housing unit. These threats included both physical and sexual violence. Mr. Hill Barrientos lived in a gallinero at first when he was detained, and later he was moved to a closed-cell unit. Once he was in a closed-cell unit, CoreCivic staff threatened to transfer Mr. Hill Barrientos to segregation if he did not work.

25. In 2017, less than a month after filing a grievance against a CoreCivic officer for forcing him to work, Mr. Hill Barrientos was sent to segregation for about a month.[8] Mr. Hill Barrientos was placed in segregation at that time ostensibly because he was exposed to chickenpox. The rationale for this placement in segregation is questionable given Mr. Hill Barrientos clearly informed the medical staff at the facility of his having chickenpox as a child in Guatemala. Mr. Hill Barrientos perceived this segregation placement as retaliatory, given its proximity to the filing of his grievance. He remained isolated for approximately a month.

26. Mr. Hill Barrientos' experience exemplifies my opinion, as stated in my prior report, that CoreCivic uses discipline and the disciplinary process in a manner that causes and threatens to cause psychological and psychiatric harm to detained individuals. Segregation at SDC poses a significant risk of serious psychological harm. CoreCivic employees explicitly threatened Mr. Hill Barrientos with segregation both to induce him to join the Work Program and to ensure that he continued working. Because of the significant risk of psychological and psychiatric

---

[8] I understand that Mr. Hill Barrientos refers to his placement in Unit 7B as "segregation," but that CoreCivic may not always use Unit 7B as a segregation unit. My understanding is that although Unit 7B has cells with two beds rather than one, at the time Mr. Hill Barrientos was there, it was in other respects similar to the other "segregation" unit (Unit 7A), and that Mr. Hill Barrientos was housed alone in Unit 7B, and his experience was otherwise consistent with "segregation" described in my original report.

5

CONFIDENTIAL

harm posed by segregation at SDC, these threats amounted to threats of psychological and psychiatric harm. Moreover, it is my opinion that during the month that Mr. Hill Barrientos spent in segregation, he experienced psychiatric harm, as described in greater detail below.

27. Mr. Hill Barrientos' experience also exemplifies my prior opinion that hunger and food insecurity at SDC poses a significant risk to a person's health. As I described in my original report, food insecurity is associated with psychological and psychiatric harms, and it is my opinion that Mr. Hill Barrientos experienced such harm while at SDC.

28. Additionally, Mr. Hill Barrientos was subjected to the practice by CoreCivic of deprivation of other necessities, such as clothing and hygiene items, as described in my original report. Lack of access to clothes and proper hygiene are a basis for increased psychological distress, and it is my opinion that Mr. Hill Barrientos experienced such distress while at SDC.

29. It is important to note that Mr. Hill Barrientos became very anxious when discussing his time at SDC. He tried to rapidly change the subject when we were talking about the problems he experienced in his housing unit as well as his protracted time in segregation. He even became irritable with me when I pushed him to discuss these topics. This is telltale behavior of an individual suffering from a Trauma-Related Disorder. That is, an individual suffering from a Trauma-Related Disorder avoids revisiting their traumatic history as it forces them to relive the trauma with all of its associated psychiatric symptoms such as fear, anxiety, helplessness and depression.

30. The combination of all of these stressful events resulted in Mr. Hill Barrientos becoming extremely depressed and suicidal while he was housed in segregation. He stated that the only reason he didn't act on these suicidal thoughts was his children. He also experienced sleep problems, nightmares and severe anxiety. Upon further questioning Mr. Hill Barrientos reported that these symptoms continued for at least a year after his release from SDC. Especially bothersome for him were the sleep problems and the nightmares and flashbacks. Of note, Mr. Hill Barrientos denied ever experiencing this cluster of symptoms prior to his detention at SDC. He also denied receiving psychiatric treatment of any kind in Guatemala.

**Mental Status Examination**

31. Mr. Hill Barrientos was alert, oriented to person, place, time and situation and displayed a clear sensorium. His speech was slow and deliberate at times, becoming rapid and anxious sounding at other times. He appeared reluctant to answer my questions. He also seemed very distractable. His thought processes, however, were linear, and he denied experiencing any psychotic symptoms such as auditory/visual hallucinations. He did not display any delusional thought content and denied having any suicidal/homicidal ideation/plan/intent currently. He displayed reasonable judgment and insight into his condition. His cognitive functioning including recent memory was intact. This portion of his mental status examination is normal. When I was asking questions about his detention, especially his time in segregation, he would become anxious with the pace of his speech becoming more rapid. It was at these times when he tried to change the subject and became irritable with me. This also occurred when I questioned him about the threats he received in his housing unit.

6

CONFIDENTIAL

**Diagnostic Assessment**

32. Mr. Hill Barrientos was a 20-year-old male when he was detained at SDC. As described with Mr. Urbina Rojas, the overwhelming harsh and oppressive conditions he experienced at the SDC were extremely traumatic for him, especially his prolonged stay in segregated housing. He developed an Acute Stress Disorder during his periods of detention. This condition was very serious as it caused him to become seriously depressed and acutely suicidal. Only the thoughts of his children prevented him from acting upon these suicidal thoughts. This Acute Stress Disorder deteriorated into a more serious Trauma-Related Disorder. I am unable to diagnosis him with Posttraumatic Stress Disorder due to the very rigorous diagnostic criteria for this condition. I am, however, able to diagnosis Mr. Hill Barrientos with an Unspecified Trauma- and Stressor-related Disorder. This diagnosis applies to presentations in which symptoms characteristic of a trauma- and stressor-related disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the trauma- or stressor-related disorders diagnostic class[9], such as Posttraumatic Stress Disorder.

## VII.    Gonzalo Bermudez Gutiérrez

33. It is my opinion that the conditions, policies, and practices in place at SDC related to discipline and deprivation of basic necessities, both individually and in totality, caused and threatened to cause serious psychological and psychiatric harm to Mr. Bermudez Gutiérrez.

34. Mr. Bermudez Gutiérrez is a Legal Permanent Resident who was 43 years old when he was first detained at SDC. His period of detention at SDC was May 2, 2019 to January 10, 2020. He originally came to the United States in 1996.

35. Upon being detained at SDC, he was issued an insufficient supply of poor-quality hygiene products and clothing. His initial motivation to join the work program was to earn money to be able to purchase food, clothing items, hygiene products and phone cards from the commissary. He was housed in segregation for a few days upon arrival at SDC and was then transferred to much better housing which consisted of two-man cells with its own toilet and sink. The staff at SDC made it very clear to Mr. Bermudez Gutiérrez that if he refused to work or gave the staff any trouble at all that he would be transferred to segregation or the dangerous open dormitory units, or el gallinero.

36. Mr. Bermudez Gutiérrez was forced to prepare expired and spoiled food. As with all of the kitchen workers, this was the same food that they were expected to eat. He reports that he was hungry the majority of the time during his detainment at SDC. This was due to a combination of factors. That is, the food quality was poor, and the portions were small, the mealtimes were too spread out, and even as a kitchen worker he rarely was given extra food to eat. This resulted in his working in order to purchase food at the commissary. It is important to note that during his entire time at SDC, he lived and worked under the threat of being placed in the dangerous

---

[9] DSM-5, page 290. The DSM-5 diagnostic criteria were used instead of the DSM-5-TR as the DSM-5 was in effect during his detention at SDC.

CONFIDENTIAL

open dorm units or segregation. He was especially fearful of being placed in the open dorm, el gallinero, due to its reputation as a place where physical assaults were a common occurrence.

37. The combination of all of the stressor situations at SDC resulted in Mr. Bermudez Gutiérrez developing sleep problems, severe anxiety and a feeling of always having to be on guard.[10] Also due to the conditions at SDC, he became depressed with an irritable and labile mood as well as having nightmares, and he reports that he lost over 20 pounds. Of note, he denied ever experiencing these symptoms prior to his detention at SDC. He went on to state that these symptoms continued for at least 6 months after he was released from SDC. This last fact was confirmed by his wife, ███████████

38. Mr. Bermudez Gutiérrez's experience exemplifies my opinion, as stated in my prior report, that CoreCivic uses discipline and the disciplinary process in a manner that threatens to cause psychological and psychiatric harm to detained individuals. Segregation at SDC poses a significant risk of serious psychological harm. Mr. Bermudez Gutiérrez was threatened with segregation for any refusal to continue working. Because of the significant risk of psychological and psychiatric harm posed by segregation at SDC, these threats amounted to threats of psychological and psychiatric harm.

39. Mr. Bermudez Gutiérrez's experience also exemplifies my prior opinion that hunger and food insecurity at SDC poses a significant risk to a person's health. As I described in my original report, food insecurity is associated with psychological and psychiatric harms, and it is my opinion that Mr. Bermudez Gutiérrez experienced such harms.

40. Additionally, Mr. Bermudez Gutiérrez was subjected to the practice of deprivation of other necessities, such as clothing, hygiene items, and social contact, as described in my original report. Lack of access to clothes, hygiene, and social support, are all the basis for increased psychological distress, and it is my opinion that Mr. Bermudez Gutiérrez experienced such distress.

**Mental Status Examination**

41. Mr. Bermudez Gutiérrez was alert, oriented to person, place, time and situation and displayed a clear sensorium. His speech was of normal volume, rate and prosody at times, becoming rapid and anxious sounding at other times. He willingly participated in my interview although he stated that it remained difficult for him to discuss his time at SDC. His thought processes were linear, and he denied experiencing any psychotic symptoms such as auditory/visual hallucinations. He did not display any delusional thought content and denied having any suicidal/homicidal ideation/plan/intent. He displayed reasonable judgment and insight into his condition. His cognitive functioning, including recent memory, was intact. This portion of his mental status examination is normal. When I was asking questions about his detention, especially the threat of being placed in segregation or el gallinero, he would become anxious with the pace of his speech becoming more rapid.

---

[10] This condition is referred to as hypervigilance which is a symptom of Trauma-Related Disorders

8

CONFIDENTIAL

**Diagnostic Assessment**

42. Mr. Bermudez Gutiérrez was a 43-year-old man when he was detained at SDC. As described with both Mr. Urbina Rojas and Mr. Hill Barrientos, the overwhelming harsh and oppressive conditions he experienced at the SDC were traumatic for him, especially the threat of being placed in segregation or el gallinero. He developed an Acute Stress Disorder during his period of detention. This condition was serious as caused him to become hypervigilant, anxious, depressed with an irritable and labile mood and having nightmares. Mr. Bermudez Gutiérrez was 43 years old when he was detained at SDC. His relative maturity served to prevent him from developing Posttraumatic Stress Disorder. This Acute Stress Disorder, however, did deteriorate into a more serious Trauma-Related Disorder that fell short of PTSD. For these reasons, I am unable to diagnosis him with Posttraumatic Stress Disorder due in part to the very rigorous diagnostic criteria for this condition. I am, however, able to diagnosis Mr. Bermudez Gutiérrez with an Unspecified Trauma- and Stressor-related Disorder. This diagnosis applies to presentations in which symptoms characteristic of a trauma- and stressor-related disorder that cause clinically significant distress or impairment in social, occupational, or other important areas of functioning predominate but do not meet the full criteria for any of the disorders in the trauma- or stressor-related disorders diagnostic class,[11] such as Posttraumatic Stress Disorder.

\*\*\*

43. In summary, all three of these gentlemen were subjected to exceedingly harsh conditions while detained at SDC. Each one of them developed their own variety of a Trauma-Related Disorder. Also in every case, their individual conditions did not meet the very rigorous diagnostic criteria for PTSD. This is not meant, however, to minimize their individual suffering.

44. I hold all of the opinions expressed in this report to a reasonable degree of medical certainty. I withhold the right to modify my opinions if new material comes to light.

Yours truly,

Date: July 25, 2023

Pablo Stewart, M.D.
Clinical Professor of Psychiatry
John A. Burns School of Medicine
University of Hawaii

---

[11] DSM-5, page 290. The DSM-5 diagnostic criteria were used instead of the DSM-5-TR as the DSM-5 was in effect during his detention at SDC.

9

CONFIDENTIAL

# Appendix A

CONFIDENTIAL

<u>CURRICULUM VITAE</u>

***PABLO STEWART, M.D.***
**3021 La Pietra Circle**
**Honolulu, HI 96815**
**(808) 352-8074**
**(415) 264-0237**
**e-mail: pablo.stewart.md@gmail.com**
**(Updated April 2023)**

<u>Personal Statement:</u>   As evidenced in my CV, my psychiatric career is based on several guiding principles. These include but are not limited to a commitment to diversity at all levels of medical education, including medical students, residents and faculty members. Also, I have always believed that health care is a right and not a privilege. I have demonstrated this fact by my passion for social justice and health equity for everyone.

<u>Language Competency:</u>   Fluent in both Spanish and English.

<u>EDUCATION:</u>   University of California, San Francisco, Teaching Certificate in General Medical Education, 2017

University of California, San Francisco, School of Medicine, Department of Psychiatry, Psychiatric Residency Program, 1986

University of California, San Francisco, School of Medicine, M.D., 1982

United States Naval Academy, Annapolis, MD, B.S. 1973, Major: Chemistry

<u>LICENSURE:</u>   California Medical License #GO50899
Hawai'i Medical License #MD-11784
Federal Drug Enforcement Administration #BS0546981
Hawaii Controlled Substances Certificate of Registration #E14341
Diplomate in Psychiatry, American Board of
Psychiatry and Neurology, Certificate #32564

<u>ACADEMIC APPOINTMENTS:</u>

September 1, 2021-
Present
<u>Academic Appointment:</u> Clinical Professor/Psychiatrist, Queens University Medical Group (QUMG), University of Hawaii, John A. Burns School of Medicine

July 1, 2019-
August 31, 2021
<u>Academic Appointment:</u> Clinical Professor/Psychiatrist, University Health Partners (UHP), University of Hawaii, John A. Burns School of Medicine.

1

CONFIDENTIAL

| | |
|---|---|
| February 22, 2018-<br>February 22, 2019 | <u>Academic Appointment:</u> Clinical Professor, Department of Psychiatry, University of Hawaii, John A. Burns School of Medicine. |
| September 2006-<br>Present | <u>Academic Appointment:</u> Clinical Professor, Department of Psychiatry, University of California, San Francisco. School of Medicine. |
| July 1995 -<br>August 2006 | <u>Academic Appointment:</u>  Associate Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine. |
| August 1989 -<br>June 1995 | <u>Academic Appointment:</u>  Assistant Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine. |
| August 1986 -<br>July 1989 | <u>Academic Appointment:</u>  Clinical Instructor, Department of Psychiatry, University of California, San Francisco, School of Medicine. |

EMPLOYMENT:

| | |
|---|---|
| July 2019-<br>Present | Attending Psychiatrist John A. Burns School of Medicine, Department of Psychiatry, University of Hawaii. Current duties include supervising psychiatric residents in their provision of acute and chronic care to the mentally ill inmate population housed at the Oahu Community Correctional Center. In this capacity I was also involved with local agencies in formulating the jail's response to Covid-19. I present a lecture series to the psychiatric residents regarding Forensic Psychiatry. I also serve as an Attending Psychiatrist in the Emergency Department, the Psychiatric Inpatient Unit and the Medical and Surgical Units at the Queens Medical Center. |
| December 1996-<br>Present | <u>Psychiatric Consultant</u><br>Provide consultation to governmental and private agencies on a variety of psychiatric, forensic, substance abuse and organizational issues, extensive experience in all phases of capital litigation and correctional psychiatry. |
| January 1997-<br>September 1998 | <u>Director of Clinical Services, San Francisco Target Cities Project</u>.  Overall responsibility for ensuring the quality of the clinical services provided by the various departments of the project including the Central Intake Unit, the ACCESS Project and the San Francisco Drug Court   Also responsible for providing clinical in-service trainings for the staff of the Project and community agencies that requested technical assistance. |
| February 1996 -<br>November 1996 | <u>Medical Director, Comprehensive Homeless Center, Department of Veterans Affairs Medical Center, San Francisco.</u> Overall responsibility for the medical and psychiatric services at the Homeless Center. |

2

CONFIDENTIAL

| | |
|---|---|
| March 1995 - January 1996 | Chief, Intensive Psychiatric Community Care Program, (IPCC) Department of Veterans Affairs Medical Center, San Francisco. Overall clinical/administrative responsibility for the IPCC, a community-based case management program. Duties also include medical/psychiatric consultation to Veteran Comprehensive Homeless Center. This is a social work managed program that provides comprehensive social services to homeless veterans. |
| April 1991 - February 1995 | Chief, Substance Abuse Inpatient Unit, (SAIU), Department of Veterans Affairs Medical Center, San Francisco. Overall clinical/administrative responsibility for SAIU. |
| September 1990 - March 1991 | Psychiatrist, Substance Abuse Inpatient Unit, Veterans Affairs Medical Center, San Francisco. Clinical responsibility for patients admitted to SAIU. Provide consultation to the Medical/Surgical Units regarding patients with substance abuse issues. |
| August 1988 - December 1989 | Director, Forensic Psychiatric Services, City and County of San Francisco. Administrative and clinical responsibility for psychiatric services provided to the inmate population of San Francisco. Duties included direct clinical and administrative responsibility for the Jail Psychiatric Services and the Forensic Unit at San Francisco General Hospital. |
| July 1986 - August 1990 | Senior Attending Psychiatrist, Forensic Unit, University of California, San Francisco General Hospital. Administrative and clinical responsibility for a 12-bed, maximum-security psychiatric ward. Clinical supervision for psychiatric residents, postdoctoral psychology fellows and medical students assigned to the ward. Liaison with Jail Psychiatric Services, City and County of San Francisco. Advise San Francisco City Attorney on issues pertaining to forensic psychiatry. |
| July 1985 June 1986 | Chief Resident, Department of Psychiatry, University of California San Francisco General Hospital. Team leader of the Latino-focus inpatient treatment team (involving 10-12 patients with bicultural/bilingual issues); direct clinical supervision of 7 psychiatric residents and 3-6 medical students; organized weekly departmental Grand Rounds; administered and supervised departmental residents' call schedule; psychiatric consultant to hospital general medical clinic; assistant coordinator of medical student education; group seminar leader for introduction to clinical psychiatry course for UCSF second-year medical students. |
| July 1984 - March 1987 | Physician Specialist, Westside Crisis Center, San Francisco, CA. Responsibility for Crisis Center operations during assigned shifts, admitting privileges at Mount Zion Hospital. Provided psychiatric consultation for the patients admitted to Mount Zion Hospital when requested. |
| April 1984 - | Psychiatric Consultant, Marin Alternative Treatment, (ACT). |

3

CONFIDENTIAL

| | |
|---|---|
| July 1985 | Provided medical and psychiatric evaluation and treatment of residential drug and alcohol clients; consultant to staff concerning medical/psychiatric issues. |
| August 1983 - November 1984 | Physician Specialist, Mission Mental Health Crisis Center, San Francisco, CA.  Clinical responsibility for Crisis Center clients; consultant to staff concerning medical/psychiatric issues. |
| July 1982- July 1985 | Psychiatric Resident, University of California, San Francisco. Primary Therapist and Medical Consultant for the adult inpatient units at San Francisco General Hospital and San Francisco Veterans Affairs Medical Center; Medical Coordinator/Primary Therapist - Alcohol Inpatient Unit and Substance Abuse Clinic at San Francisco Veterans Affairs Medical Center; Outpatient Adult/Child Psychotherapist; Psychiatric Consultant - Adult Day Treatment Center - San Francisco Veterans Affairs Medical Center; Primary Therapist and Medial Consultant - San Francisco General Hospital Psychiatric Emergency Services; Psychiatric Consultant, Inpatient Medical/Surgical Units - San Francisco General Hospital. |
| June 1973 - July 1978 | Infantry Officer - United States Marine Corps. Rifle Platoon Commander; Anti-tank Platoon Commander; 81mm Mortar Platoon Commander; Rifle Company Executive Officer; Rifle Company Commander; Assistant Battalion Operations Officer; Embarkation Officer; Recruitment Officer; Drug, Alcohol and Human Relations Counselor; Parachutist and Scuba Diver; Officer in Charge of a Vietnamese Refugee Camp. Received an Honorable Discharge.  Highest rank attained was Captain. |

HONORS AND AWARDS:

| | |
|---|---|
| June 2020 | Recognized by the Department of Psychiatry, John A. Burns School of Medicine, University of Hawaii as the recipient ot the 2019-2020 Excellence in Teaching Award-Psychiatry. |
| June 2015 | Recognized by the Psychiatry Residents Association of the University of California, San Francisco, School of Medicine, Department of Psychiatry for "Excellence in Teaching" for the academic year 2014-2015. |
| June 1995 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1994/1995. |
| June 1993 | Selected by the class of 1996, University of California, San Francisco, School of Medicine as outstanding lecturer, academic year 1992/1993. |
| May 1993 | Elected to Membership of Medical Honor Society, AOA, by the AOA Member of the 1993 Graduating Class of the University of California, San Francisco, School of Medicine. |

4

CONFIDENTIAL

| | |
|---|---|
| May 1991 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1990-1991. |
| May 1990 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1989-1990. |
| May 1989 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1988-1989. |
| May 1987 | Selected by the faculty and students of the University of California, San Francisco, School of Medicine as the recipient of the Henry J. Kaiser Award for Excellence in Teaching. |
| May 1987 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident.  The award covered the period of 1 July 1985 to 30 June 1986, during which time I served as Chief Psychiatric resident, San Francisco General Hospital. |
| May 1985 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident. |
| 1985 | Mead-Johnson American Psychiatric Association Fellowship.  One of sixteen nationwide psychiatric residents selected because of a demonstrated commitment to public sector psychiatry.  Made presentation at Annual Hospital and Community Psychiatry Meeting in Montreal, Canada, in October 1985, on the "Psychiatric Aspects of the Acquired Immunodeficiency Syndrome." |

MEMBERSHIPS:

| | |
|---|---|
| June 2000-<br>May 2008 | California Association of Drug Court Professionals. |
| July 1997-<br>June 1998 | President, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1996 -<br>June 1997 | President-Elect, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1995 -<br>June 1996 | Vice President, Northern California Area, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| April 1995 -<br>April 2002 | Associate Clinical Member, American Group Psychotherapy Association. |
| July 1992 -<br>June 1995 | Secretary-Treasurer, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |

5

CONFIDENTIAL

| | |
|---|---|
| July 1990 - June 1992 | Councilor-at-large, Alumni-Faculty Association, University of California, San Francisco, School of Medicine |

PUBLIC SERVICE:

| | |
|---|---|
| June 1992 | Examiner, American Board of Psychiatry and Neurology, Inc. |
| November 1992 - January 1994 | California Tuberculosis Elimination Task Force, Institutional Control Subcommittee. |
| September 2000- April 2005 | Editorial Advisory Board, *Juvenile Correctional Mental Health Report.* |
| May 2001- September 2010 | Psychiatric and Substance Abuse Consultant, San Francisco Police Officers' Association. |
| January 2002- June 2003 | Psychiatric Consultant, San Francisco Sheriff's Department Peer Support Program. |
| February 2003- April 2004 | Proposition "N" (Care Not Cash) Service Providers' Advisory Committee, Department of Human Services, City and County of San Francisco. |
| December 2003- January 2004 | Member of San Francisco Mayor-Elect Gavin Newsom's Transition Team. |
| February 2004- June 2004 | Mayor's Homeless Coalition, San Francisco, CA. |
| April 2004- January 2006; February 2017- October 2018 | Member of Human Services Commission, City and County of San Francisco. |
| February 2006- January 2007; April 2013- January 2015 | Vice President, Human Services Commission, City and County of San Francisco. |
| February 2007- March 2013; February 2015- 2017 | President, Human Services Commission, City and County of San Francisco. |

UNIVERSITY SERVICE:

| | |
|---|---|
| June 2020- Present | Member of the John A. Burns School of Medicine, University of Hawaii Scholarship Committee. |
| June 2020- | Member of the resident selection committee for the Department of |

6

CONFIDENTIAL

| | |
|---|---|
| Present | Psychiatry, John A. Burns School of Medicine, University of Hawaii. |
| October 1999-<br>October 2001 | Lecturer, University of California, San Francisco, School of Medicine Post Baccalaureate Reapplicant Program. |
| July 1999-<br>July 2001 | Seminar Leader, National Youth Leadership Forum On Medicine. |
| November 1998-<br>November 2001 | Lecturer, University of California, San Francisco, School of Nursing, Department of Family Health Care Nursing.  Lecture to the Advanced Practice Nurse Practitioner Students on Alcohol, Tobacco and Other Drug Dependencies. |
| January 1994 -<br>January 2001 | Preceptor/Lecturer, UCSF Homeless Clinic Project. |
| June 1990 -<br>November 1996 | Curriculum Advisor, University of California, San Francisco, School of Medicine. |
| June 1987 -<br>June 1992 | Facilitate weekly Support Groups for interns in the Department of Medicine.  Also, provide crisis intervention and psychiatric referral for Department of Medicine housestaff. |
| January 1987 –<br>June 1988 | Student Impairment Committee, University of California San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to identify, treat and prevent student impairment. |
| January 1986 –<br>June 1996 | Recruitment/Retention Subcommittee of the Admissions Committee, University of California, San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to attract and retain minority students and faculty. |
| October 1986 -<br>September 1987 | Member Steering Committee for the Hispanic Medical Education Resource Committee.<br>Plan and present educational programs to increase awareness of the special health needs of Hispanics in the United States. |
| September 1983 -<br>June 1989 | Admissions Committee, University of California, School of Medicine.  Duties included screening applications and interviewing candidates for medical school. |
| October 1978 -<br>December 1980 | Co-Founder and Director of the University of California, San Francisco Running Clinic. Provided free instruction to the public on proper methods of exercise and preventative health measures. |

## TEACHING RESPONSIBILITIES:

| | |
|---|---|
| July 2019- | Present a lecture series to the psychiatric residents of the |

7

CONFIDENTIAL

| | |
|---|---|
| present | Department of Psychiatriy, JABSOM, University of Hawaii on forensic psychiatry. Psychotherapy supervisor Department of Psychiatriy, JABSOM, University of Hawaii. |
| December 2018-<br>May 2019 | Lecturer, Department of Psychiatry, JABSOM, University of Hawaii. |
| September 2016-<br>June 2018 | Evidence-Based Inquiry Facilitator for the *Bridges Curriculum*, University of California, San Francisco, School of Medicine. |
| August 2014-<br>June 2018 | Small Group Facilitator, Foundations of Patient Care, University of California, San Francisco, School of Medicine. |
| July 2003-<br>June 2018 | Facilitate weekly psychotherapy training group for residents in the Department of Psychiatry. |
| January 2002-<br>January 2004 | Course Coordinator of Elective Course University of California, San Francisco, School of Medicine, "Prisoner Health."  This is a 1-unit course, which covers the unique health needs of prisoners. |
| September 2001-<br>June 2003 | Supervisor, San Mateo County Psychiatric Residency Program. |
| April 1999-<br>April 2001 | Lecturer, UCSF School of Pharmacy, Committee for Drug Awareness Community Outreach Project. |
| February 1998-<br>June 2000 | Lecturer, UCSF Student Enrichment Program. |
| January 1996 -<br>November 1996 | Supervisor, Psychiatry 110 students, Veterans Comprehensive Homeless Center. |
| September 1990-<br>December 2002 | Supervisor, UCSF School of Medicine, Department of Psychiatry, Substance Abuse Fellowship Program. |
| September 1994 -<br>June 1999 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine.  Designed, planned and taught course, Psychiatry 170.02, "Drug and Alcohol Abuse." This is a 1-unit course, which covers the major aspects of drug and alcohol abuse. |
| August 1994 -<br>February 2006 | Supervisor, Psychiatric Continuity Clinic, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Supervise 4th Year medical students in the care of dual diagnostic patients. |
| February 1994 -<br>February 2006 | Consultant, Napa State Hospital Chemical Dependency Program Monthly Conference. |
| July 1992 -<br>June 1994 | Facilitate weekly psychiatric intern seminar, "Psychiatric Aspects of Medicine," University of California, San Francisco, School of Medicine. |

8

CONFIDENTIAL

| | |
|---|---|
| July 1991-<br>Present | Group and individual psychotherapy supervisor, Outpatient Clinic, Department of Psychiatry, University of California, San Francisco, School of Medicine. |
| January 1991 | Lecturer, University of California, San Francisco, School of Pharmacy course, "Addictionology and Substance Abuse Prevention." |
| September 1990 -<br>February 1995 | Clinical supervisor, substance abuse fellows, and psychiatric residents, Substance Abuse Inpatient Unit, San Francisco Veterans Affairs Medical Center. |
| September 1990 -<br>November 1996 | Off ward supervisor, PGY II psychiatric residents, Psychiatric Inpatient Unit, San Francisco Veterans Affairs Medical Center. |
| September 1990 -<br>June 1991 | Group therapy supervisor, Psychiatric Inpatient Unit, (PIU), San Francisco Veterans Affairs Medical Center. |
| September 1990 -<br>June 1994 | Course coordinator, Psychiatry 110, San Francisco Veterans Affairs Medical Center. |
| September 1989 -<br>November 1996 | Seminar leader/lecturer, Psychiatry 100 A/B. |
| July 1988 -<br>June 1992 | Clinical supervisor, PGY III psychiatric residents, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. |
| September 1987 -<br>Present | Tavistock Organizational Consultant. Extensive experience as a consultant in numerous Tavistock conferences. |
| September 1987 -<br>December 1993 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine.  Designed, planned and taught course, Psychiatry 170.02, "Alcoholism".  This is a 1-unit course offered to medical students, which covers alcoholism with special emphasis on the health professional.  This course is offered fall quarter each academic year. |
| July 1987-<br>June 1994 | Clinical supervisor/lecturer FCM 110, San Francisco General Hospital and Veterans Affairs Medical Center. |
| July 1986 -<br>June 1996 | Seminar leader/lecturer Psychiatry 131 A/B. |
| July 1986 -<br>August 1990 | Clinical supervisor, Psychology interns/fellows, San Francisco General Hospital. |
| July 1986 -<br>August 1990 | Clinical supervisor PGY I psychiatric residents, San Francisco General Hospital |
| July 1986 - | Coordinator of Medical Student Education, University of |

9

CONFIDENTIAL

| August 1990 | California, San Francisco General Hospital,  Department of Psychiatry.  Teach seminars and supervise clerkships to medical students including: Psychological Core of Medicine 100 A/B; Introduction to Clinical Psychiatry 131 A/B; Core Psychiatric Clerkship 110 and Advanced Clinical Clerkship in Psychiatry 141.01. |
| July 1985 – August 1990 | Psychiatric Consultant to the General Medical Clinic, University of California, San Francisco General Hospital.  Teach and supervise medical residents in interviewing and communication skills.  Provide instruction to the clinic on the psychiatric aspects of ambulatory medical care. |

COMMUNITY SERVICE AND PRISON CONDITIONS EXPERT WORK:

| May 2016- July 2022 | Court-appointed monitor in *Ashoor Rasho, et al. v. Director John R. Baldwin, et al.,* No.:1:07-CV-1298-MMM-JEH (District Court, Peoria, Illinois.) This case involves the provision of constitutional mental health care to the inmate population of the Illinois Department of Corrections. |
| June 2015- May 2017 | Senior Fellow, University of California, Criminal Justice & Health Consortium. |
| April 2014- Ocotber 2018 | Plaintiffs' expert in *Hernandez, et al. v. County of Monterey, et al.,* No.: CV 13 2354 PSG. This case involves the provision of unconstitutional mental health and medical services to the inmate population of Monterey County Jail. |
| January-December 2014 | Federal Bureau of Prisons: Special Housing Unit Review and Assessment. This was a year-long review of the quality of mental health services in the segregated housing units of the BOP. |
| August 2012-present | Plaintiffs' expert in *Parsons et al. v. Ryan* et al., (District Court, Phoenix, Arizona.) This case involves the provision of unconstitutional mental health and medical services to the inmate population of the Arizona Department of Corrections. |
| October 2007- Present | Plaintiffs' expert in 2007-2010 overcrowding litigation and in opposing current efforts by defendants to terminate the injunctive relief in *Coleman v. Brown,* United States District Court, Eastern District of California, Case No. 2:90-cv-00520-LKK-JFM. The litigation involves plaintiffs' claim that overcrowding is causing unconstitutional medical and mental health care in the California state prison system. Plaintiffs won an order requiring the state to reduce its population by approximately 45,000 state prisoners.  My expert opinion was cited several times in the landmark United States Supreme Court decision upholding the prison population reduction order.  *See Brown v. Plata,* __ U.S. ___, 131 S. Ct. 1910, 1933 n.6, 1935, 179 L.Ed.2d 969, 992 n.6, 994 (2011). |
| July/August 2008- | |

10

CONFIDENTIAL

| | |
|---|---|
| July 2016 | Plaintiff psychiatric expert in the case of Fred Graves, et al., plaintiffs v. Joseph Arpaio, et al., defendants (District Court, Phoenix, Arizona.) This case involved Federal oversight of the mental health treatment provided to pre-trial detainees in the Maricopa County Jails. |
| February 2006-December 2009 | Board of Directors, Physician Foundation at California Pacific Medical Center. |
| June 2004-September 2012 | Psychiatric Consultant, Hawaii Drug Court. |
| November 2003-June 2008 | Organizational/Psychiatric Consultant, State of Hawaii, Department of Human Services. |
| June 2003-December 2004 | Monitor of the psychiatric sections of the "Ayers Agreement," New Mexico Corrections Department (NMCD). This is a settlement arrived at between plaintiffs and the NMCD regarding the provision of constitutionally mandated psychiatric services for inmates placed within the Department's "Supermax" unit. |
| October 2002-August 2006 | Juvenile Mental Health and Medical Consultant, United States Department of Justice, Civil Rights Division, Special Litigation Section. |
| July 1998-June 2000 | Psychiatric Consultant to the Pacific Research and Training Alliance's Alcohol and Drug Disability Technical Assistance Project. This Project provides assistance to programs and communities that will have long lasting impact and permanently improve the quality of alcohol and other drug services available to individuals with disabilities. |
| July 1998-February 2004 | Psychiatric Consultant to the National Council on Crime and Delinquency (NCCD) in its monitoring of the State of Georgia's secure juvenile detention and treatment facilities. NCCD is acting as the monitor of the agreement between the United States and Georgia to improve the quality of the juvenile justice facilities, critical mental health, medical and educational services, and treatment programs. NCCD ceased to be the monitoring agency for this project in June 1999. At that time, the Institute of Crime, Justice and Corrections at the George Washington University became the monitoring agency. The work remained unchanged. |
| July 1998-July 2001 | Psychiatric Consultant to the San Francisco Campaign Against Drug Abuse (SF CADA). |
| March 1997-Present | Technical Assistance Consultant, Center for Substance Abuse Treatment, Substance Abuse and Mental Health Services Administration, Department of Health and Human Services. |
| January 1996-June 2003 | Psychiatric Consultant to the San Francisco Drug Court. |
| November 1993- | Executive Committee, Addiction Technology Transfer |

11

CONFIDENTIAL

| | |
|---|---|
| June 2001 | Center (ATTC), University of California, San Diego. |
| December 1992 -<br>December 1994 | Institutional Review Board, Haight Ashbury Free Clinics, Inc. Review all research protocols for the clinic per Department of Health and Human Services guidelines. |
| June 1991-<br>February 2006 | Chief of Psychiatric Services, Haight Ashbury Free Clinic. Overall responsibility for psychiatric services at the clinic. |
| December 1990 -<br>June 1991 | Medical Director, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. Responsible for directing all medical and psychiatric care at the clinic. |
| October 1996-July 1997 | Psychiatric Expert for the U.S. District Court, Northern District of California, in the case of Madrid v. Gomez, No. C90-3094-TEH. Report directly to the Special Master regarding the implementation of constitutionally mandated psychiatric care to the inmates at Pelican Bay State Prison. |
| April 1990 –January 2000 | Psychiatric Expert for the U.S. District Court, Eastern District of California, in the case of Gates v. Deukmejian, No. C1V S-87-1636 LKK-JFM.  Report directly to the court regarding implementation and monitoring of the consent decree in this case. (This case involves the provision of adequate psychiatric care to the inmates at the California Medical Facility, Vacaville). |
| January 1984 -<br>December 1990 | Chief of Psychiatric Services, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Direct medical/psychiatric management of project clients; consultant to staff on substance abuse issues.  Special emphasis on dual diagnostic patients. |
| July 1981-<br>December 1981 | Medical/Psychiatric Consultant, Youth Services, Hospitality House, San Francisco, CA.  Advised youth services staff on client management.  Provided training on various topics related to adolescents. Facilitated weekly client support groups. |

SERVICE TO ELEMENTARY AND SECONDARY EDUCATION:

| | |
|---|---|
| January 1996 -<br>June 2002 | Baseball, Basketball and Volleyball Coach, Convent of the Sacred Heart Elementary School, San Francisco, CA. |
| September 1994 -<br>June 2002 | Soccer Coach, Convent of the Sacred Heart Elementary School, San Francisco, CA. |
| June 1991-<br>June 1994 | Board of Directors, Pacific Primary School, San Francisco, CA. |
| April 1989 -<br>July 1996 | Umpire, Rincon Valley Little League, Santa Rosa, CA. |
| September 1988 - | Numerous presentations on Mental Health/Substance |

12

CONFIDENTIAL

| May 1995 | Abuse issues to the student body, Hidden Valley Elementary School and Santa Rosa Jr. High School, Santa Rosa, CA. |

## PRESENTATIONS:

1. San Francisco Treatment Research Unit, University of California, San Francisco, Colloquium #1. (10/12/1990). "The Use of Anti-Depressant Medications with Substance-Abusing Clients."

2. Grand Rounds. Department of Psychiatry, University of California, San Francisco, School of Medicine. (12/5/1990). "Advances in the Field of Dual Diagnosis."

3. Associates Council, American College of Physicians, Northern California Region, Program for Leadership Conference, Napa, California. (3/3/1991). "Planning a Satisfying Life in Medicine."

4. 24th Annual Medical Symposium on Renal Disease, sponsored by the Medical Advisory Board of the National Kidney Foundation of Northern California, San Mateo, California. (9/11/1991). "The Chronically Ill Substance Abuser."

5. Mentoring Skills Conference, University of California, San Francisco, School of Medicine, Department of Pediatrics. (11/26/91). "Mentoring as an Art."

6. Continuing Medical Education Conference, Sponsored by the Department of Psychiatry, University of California, San Francisco, School of Medicine. (4/25/1992). "Clinical & Research Advances in the Treatment of Alcoholism and Drug Abuse."

7. First International Conference of Mental Health and Leisure. University of Utah. (7/9/1992). "The Use of Commonly Abused Street Drugs in the Treatment of Mental Illness."

8. American Group Psychotherapy Association Annual Meeting, San Francisco, California. (2/20/1993). "Inpatient Groups in Initial-Stage Addiction Treatment."

9. Grand Rounds. Department of Child Psychiatry, Stanford University School of Medicine. (3/17/93, 9/11/96). "Issues in Adolescent Substance Abuse."

10. University of California, Extension. Alcohol and Drug Abuse Studies Program. (5/14/93), (6/24/94), (9/22/95), (2/28/97). "Dual Diagnosis."

11. American Psychiatric Association Annual Meeting. (5/26/1993). "Issues in the Treatment of the Dual Diagnosis Patient."

12. Long Beach Regional Medical Education Center and Social Work Service, San Francisco Veterans Affairs Medical Center Conference on Dual Diagnosis. (6/23/1993). "Dual Diagnosis Treatment Issues."

13. Utah Medical Association Annual Meeting, Salt Lake City, Utah. (10/7/93). "Prescription Drug Abuse Helping your Patient, Protecting Yourself."

13

CONFIDENTIAL

14. Saint Francis Memorial Hospital, San Francisco, Medical Staff Conference. (11/30/1993). "Management of Patients with Dual Diagnosis and Alcohol Withdrawal."

15. Haight Ashbury Free Clinic's 27th Anniversary Conference. (6/10/94). "Attention Deficit Disorder, Substance Abuse, Psychiatric Disorders and Related Issues."

16. University of California, San Diego. Addiction Technology Transfer Center Annual Summer Clinical Institute: (8/30/94), (8/29/95), (8/5/96), (8/4/97), (8/3/98). "Treating Multiple Disorders."

17. National Resource Center on Homelessness and Mental Illness, A Training Institute for Psychiatrists. (9/10/94). "Psychiatry, Homelessness, and Serious Mental Illness."

18. Value Behavioral Health/American Psychiatry Management Seminar. (12/1/1994). "Substance Abuse/Dual Diagnosis in the Work Setting."

19. Grand Rounds. Department of Oral and Maxillofacial Surgery, University of California, San Francisco, School of Dentistry. (1/24/1995). "Models of Addiction."

20. San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project. (1/25/95, 1/24/96, 1/13/97, 1/21/98, 1/13/99, 1/24/00, 1/12/01). "Demystifying Dual Diagnosis."

21. First Annual Conference on the Dually Disordered. (3/10/1995). "Assessment of Substance Abuse." Sponsored by the Division of Mental Health and Substance Abuse Services and Target Cities Project, Department of Public Health, City and County of San Francisco.

22. Delta Memorial Hospital, Antioch, California, Medical Staff Conference. (3/28/1995). "Dealing with the Alcohol and Drug Dependent Patient." Sponsored by University of California, San Francisco, School of Medicine, Office of Continuing Medical Education.

23. Centre Hospitalier Robert-Giffaard, Beoupont (Quebec), Canada. (11/23/95). "Reconfiguration of Psychiatric Services in Quebec Based on the San Francisco Experience."

24. The Labor and Employment Section of the State Bar of California. (1/19/96). "Understanding Alcoholism and its Impact on the Legal Profession." MCCE Conference, San Francisco, CA.

25. American Group Psychotherapy Association, Annual Training Institute. (2/13-2/14/96), National Instructor - Designate training group.

26. American Group Psychotherapy Association, Annual Meeting. (2/10/96). "The Process Group at Work."

27. Medical Staff Conference, Kaiser Foundation Hospital, Pleasanton, California, "The Management of Prescription Drug Addiction". (4/24/96)

28. International European Drug Abuse Treatment Training Project, Ankaran, Slovenia, "The Management of the Dually Diagnosed Patient in Former Soviet Block Europe". (10/5-10/11/96)

14

CONFIDENTIAL

29.     Contra Costa County Dual Diagnosis Conference, Pleasant Hill, California, "Two Philosophies, Two Approaches: One Client". (11/14/96)

30.     Faith Initiative Conference, San Francisco, California, "Spirituality: The Forgotten Dimension of Recovery". (11/22/96)

31.     Alameda County Dual Diagnosis Conference, Alameda, California, "Medical Management of the Dually Diagnosed Patient". (2/4/97, 3/4/97)

32.     Haight Ashbury Free Clinic's 30th Anniversary Conference, San Francisco, California, "Indicators for the Use of the New Antipsychotics". (6/4/97)

33.     DPH/Community Substance Abuse Services/San Francisco Target Cities Project sponsored conference, "Intake, Assessment and Service Linkages in the Substance Abuse System of Care", San Francisco, California. (7/31/97)

34.     The Institute of Addictions Studies and Lewis and Clark College sponsored conference, 1997 Northwest Regional Summer Institute, "Addictions Treatment: What We Know Today, How We'll Practice Tomorrow; Assessment and Treatment of the High-Risk Offender". Wilsonville, Oregon. (8/1/97)

35.     The California Council of Community Mental Health Agencies Winter Conference, Key Note Presentation, "Combining funding sources and integrating treatment for addiction problems for children, adolescents and adults, as well as coordination of addiction treatment for parents with mental health services to severely emotionally disturbed children." Newport Beach, California. (2/12/98)

36.     American Group Psychotherapy Association, Annual Training Institute, Chicago, Illinois. (2/16-2/28/1998), Intermediate Level Process Group Leader.

37.     "Multimodal Psychoanalytic Treatment of Psychotic Disorders: Learning from the Quebec Experience." The Haight Ashbury Free Clinics Inc., sponsored this seminar in conjunction with the San Francisco Society for Lacanian Studies and the Lacanian School of Psychoanalysis. San Francisco, California. (3/6-3/8/1998)

38.     "AIDS Update for Primary Care: Substance Use & HIV: Problem Solving at the Intersection." The East Bay AIDS Education & Training Center and the East Bay AIDS Center, Alta Bates Medical Center, Berkeley, California sponsored this conference. (6/4/1998)

39.     Haight Ashbury Free Clinic's 31st Anniversary Conference, San Francisco, California, "Commonly Encountered Psychiatric Problems in Women." (6/11/1998)

40.     Community Networking Breakfast sponsored by San Mateo County Alcohol & Drug Services and Youth Empowering Systems, Belmont, California, "Dual Diagnosis, Two Approaches, Two Philosophies, One Patient." (6/17/1998)

41.     Grand Rounds, Department of Medicine, Alameda County Medical Center-Highland Campus, Oakland, California, "Medical/Psychiatric Presentation of the Patient with both Psychiatric and Substance Abuse Problems." (6/19/1998)

42.     "Rehabilitation, Recovery, and Reality: Community Treatment of the Dually Diagnosed Consumer." The Occupational Therapy Association of California, Dominican College of

15

CONFIDENTIAL

San Rafael and the Psychiatric Occupational Therapy Action Coalition sponsored this conference.  San Rafael, California.  (6/20/1998)

43.    "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Los Angeles County Department of Mental Health sponsored conference, Los Angeles, CA.  (6/29/98)

44.    Grand Rounds, Wai'anae Coast Comprehensive Health Center, Wai'anae, Hawaii, "Assessment and Treatment of the Patient who presents with concurrent Depression and Substance Abuse."  (7/15/1998)

45.    "Dual Diagnostic Aspects of Methamphetamine Abuse", Hawaii Department of Health, Alcohol and Drug Abuse Division sponsored conference, Honolulu, Hawaii.  (9/2/98)

46.    9th Annual Advanced Pain and Symptom Management, the Art of Pain Management Conference, sponsored by Visiting Nurses and Hospice of San Francisco.  "Care Issues and Pain Management for Chemically Dependent Patients."   San Francisco, CA.  (9/10/98)

47.    Latino Behavioral Health Institute Annual Conference, "Margin to Mainstream III: Latino Health Care 2000."  "Mental Illness and Substance Abuse Assessment: Diagnosis and Treatment Planning for the Dually Diagnosed", Los Angeles, CA.  (9/18/98)

48.    Chemical Dependency Conference, Department of Mental Health, Napa State Hospital, "Substance Abuse and Major Depressive Disorder."  Napa, CA.  (9/23/98)

49.    "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", San Mateo County Drug and Alcohol Services, Belmont, CA.  (9/30/98)

50.    "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Sacramento County Department of Mental Health, Sacramento, CA.  (10/13/98)

51.    California Department of Health, Office of AIDS, 1998 Annual AIDS Case Management Program/Medi-Cal Waiver Program (CMP/MCWP) Conference, "Triple Diagnosis: What's Really Happening with your Patient."  Concord, CA.  (10/15/98)

52.    California Mental Health Director's Association Meeting: Dual Diagnosis, Effective Models of Collaboration; "Multiple Problem Patients: Designing a System to Meet Their Unique Needs", San Francisco Park Plaza Hotel.  (10/15/98)

53.    Northwest GTA Health Corporation, Peel Memorial Hospital, Annual Mental Health Conference, "Recognition and Assessment of Substance Abuse in Mental Illness." Brampton, Ontario, Canada.  (10/23/98)

54.    1998 California Drug Court Symposium, "Mental Health Issues and Drug Involved Offenders."  Sacramento, CA.  (12/11/98)

55.    "Assessment, Diagnosis and Treatment Planning for the Dually Diagnosed", Mono County Alcohol and Drug Programs, Mammoth Lakes, CA.  (1/7/99)

56.    Medical Staff Conference, Kaiser Foundation Hospital, Walnut Creek, CA, "Substance Abuse and Major Depressive Disorder."  (1/19/99)

16

CONFIDENTIAL

57.     "Issues and Strategies in the Treatment of Substance Abusers", Alameda County Consolidated Drug Courts, Oakland, CA.  (1/22/99 & 2/5/99)

58.     Compass Health Care's 12th Annual Winter Conference on Addiction, Tucson, AZ: "Dual Systems, Dual Philosophies, One Patient", "Substance Abuse and Developmental Disabilities" & "Assessment and Treatment of the High-Risk Offender."  (2/17/99)

59.     American Group Psychotherapy Association, Annual Training Institute, Houston, Texas.  (2/22-2/24/1999).  Entry Level Process Group Leader.

60.     "Exploring A New Framework: New Technologies For Addiction And Recovery", Maui County Department of Housing and Human Concerns, Malama Family Recovery Center, Maui, Hawaii.  (3/5 & 3/6/99)

61.     "Assessment, Diagnosis and Treatment of the Dual Diagnostic Patient", San Bernardino County Office of Alcohol & Drug Treatment Services, San Bernardino, CA.  (3/10/99)

62.     "Smoking Cessation in the Chronically Mentally Ill, Part 1", California Department of Mental Health, Napa State Hospital, Napa, CA.  (3/11/99)

63.     "Dual Diagnosis and Effective Methods of Collaboration", County of Tulare Health & Human Services Agency, Visalia, CA.  (3/17/99)

64.     Pfizer Pharmaceuticals sponsored lecture tour of Hawai'i.  Lectures included: Major Depressive Disorder and Substance Abuse, Treatment Strategies for Depression and Anxiety with the Substance Abusing Patient, Advances in the Field of Dual Diagnosis & Addressing the Needs of the Patient with Multiple Substance Dependencies.  Lecture sites included: Straub Hospital, Honolulu; Maui County Community Mental Health; Veterans Administration Hospital, Honolulu; Hawai'i (Big Island) County Community Mental Health; Mililani (Oahu) Physicians Center; Kahi Mohala (Oahu) Psychiatric Hospital; Hale ola Ka'u (Big Island) Residential Treatment Facility.  (4/2-4/9/99)

65.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Mendocino County Department of Public Health, Division of Alcohol & Other Drug Programs, Ukiah, CA.  (4/14/99)

66.     "Assessment of the Substance Abusing & Mentally Ill Female Patient in Early Recovery", Ujima Family Services Agency, Richmond, CA.  (4/21/99)

67.     California Institute for Mental Health, Adult System of Care Conference, "Partners in Excellence", Riverside, California.  (4/29/99)

68.     "Advances in the Field of Dual Diagnosis", University of Hawai'i School of Medicine, Department of Psychiatry Grand Rounds, Queens Hospital, Honolulu, Hawai'i.  (4/30/99)

69.     State of Hawai'i Department of Health, Mental Health Division, "Strategic Planning to Address the Concerns of the United States Department of Justice for the Alleged Civil Rights Abuses in the Kaneohe State Hospital."  Honolulu, Hawai'i.  (4/30/99)

70.     "Assessment, Diagnosis and Treatment Planning for the Patient with Dual/Triple Diagnosis", State of Hawai'i, Department of Health, Drug and Alcohol Abuse Division, Dole Cannery, Honolulu, Hawai'i.  (4/30/99)

17

CONFIDENTIAL

71.    11th Annual Early Intervention Program Conference, State of California Department of Health Services, Office of Aids, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Concord, California.  (5/6/99)

72.    The HIV Challenge Medical Conference, Sponsored by the North County (San Diego) AIDS Coalition, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Escondido, California.  (5/7/99)

73.    "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Sonoma County Community Mental Health's Monthly Grand Rounds, Community Hospital, Santa Rosa, California.  (5/13/99)

74.    "Developing & Providing Effective Services for Dually Diagnosed or High Service Utilizing Consumers", third annual conference presented by the Southern California Mental Health Directors Association.  Anaheim, California.  (5/21/99)

75.    15th Annual Idaho Conference on Alcohol and Drug Dependency, lectures included "Dual Diagnostic Issues", "Impulse Control Disorders" and "Major Depressive Disorder."  Boise State University, Boise, Idaho.  (5/25/99)

76.    "Smoking Cessation in the Chronically Mentally Ill, Part 2", California Department of Mental Health, Napa State Hospital, Napa, California.  (6/3/99)

77.    "Alcohol and Drug Abuse: Systems of Care and Treatment in the United States", Ando Hospital, Kyoto, Japan.  (6/14/99)

78.    "Alcoholism: Practical Approaches to Diagnosis and Treatment", National Institute On Alcoholism, Kurihama National Hospital, Yokosuka, Japan.  (6/17/99)

79.    "Adolescent Drug and Alcohol Abuse", Kusatsu Kinrofukushi Center, Kusatsu, Japan.  (6/22/99)

80.    "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Osaka Drug Addiction Rehabilitation Center Support Network, Kobe, Japan.  (6/26/99)

81.    "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Santa Barbara County Department of Alcohol, Drug, & Mental Health Services, Buellton, California.  (7/13/99)

82.    "Drug and Alcohol Issues in the Primary Care Setting", County of Tulare Health & Human Services Agency, Edison Ag Tac Center, Tulare, California.  (7/15/99)

83.    "Working with the Substance Abuser in the Criminal Justice System", San Mateo County Alcohol and Drug Services and Adult Probation Department, Redwood City, California.  (7/22/99)

84.    1999 Summer Clinical Institute In Addiction Studies, University of California, San Diego School of Medicine, Department of Psychiatry.  Lectures included: "Triple Diagnosis: HIV, Substance Abuse and Mental Illness.  What's Really Happening to your Patient?" "Psychiatric Assessment in the Criminal Justice Setting, Learning to Detect Malingering."  La Jolla, California.  (8/3/99)

18

CONFIDENTIAL

85. "Assessment, Diagnosis and Treatment Planning for the Patient with Dual and Triple Diagnoses", Maui County Department of Housing and Human Concerns, Maui Memorial Medical Center.  Kahului, Maui.  (8/23/99)

86. "Proper Assessment of the Asian/Pacific Islander Dual Diagnostic Patient", Asian American Recovery Services, Inc., San Francisco, California.  (9/13/99)

87. "Assessment and Treatment of the Dual Diagnostic Patient in a Health Maintenance Organization", Alcohol and Drug Abuse Program, the Permanente Medical Group, Inc., Santa Rosa, California.  (9/14/99)

88. "Dual Diagnosis", Residential Care Providers of Adult Residential Facilities and Facilities for the Elderly, City and County of San Francisco, Department of Public Health, Public Health Division, San Francisco, California.  (9/16/99)

89. "Medical and Psychiatric Aspects of Methamphetamine Abuse", Fifth Annual Latino Behavioral Health Institute Conference, Universal City, California.  (9/23/99)

90. "Criminal Justice & Substance Abuse", University of California, San Diego & Arizona Department of Corrections, Phoenix, Arizona.  (9/28/99)

91. "Creating Balance in the Ohana: Assessment and Treatment Planning", Hale O Ka'u Center, Pahala, Hawai'i.  (10/8-10/10/99)

92. "Substance Abuse Issues of Runaway and Homeless Youth", Homeless Youth 101, Oakland Asian Cultural Center, Oakland, California.  (10/12/99)

93. "Mental Illness & Drug Abuse - Part II", Sonoma County Department of Mental Health Grand Rounds, Santa Rosa, California.  (10/14/99)

94. "Dual Diagnosis/Co-Existing Disorders Training", Yolo County Department of Alcohol, Drug and Mental Health Services, Davis, California.  (10/21/99)

95. "Mental Health/Substance Abuse Assessment Skills for the Frontline Staff", Los Angeles County Department of Mental Health, Los Angeles, California.  (1/27/00)

96. "Spirituality in Substance Abuse Treatment", Asian American Recovery Services, Inc., San Francisco, California.  (3/6/00)

97. "What Every Probation Officer Needs to Know about Alcohol Abuse", San Mateo County Probation Department, San Mateo, California.  (3/16/00)

98. "Empathy at its Finest", Plenary Presentation to the California Forensic Mental Health Association's Annual Conference, Asilomar, California.  (3/17/00)

99. "Model for Health Appraisal for Minors Entering Detention", Juvenile Justice Health Care Committee's Annual Conference, Asilomar, California.  (4/3/00)

100. "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Humboldt County Department of Mental Health and Substance Abuse Services, Eureka, California.  (4/4-4/5/00)

101. "The Dual Diagnosed Client", Imperial County Children's System of Care Spring Training, Holtville, California.  (5/15/00)

19

CONFIDENTIAL

102.  National Association of Drug Court Professionals 6th Annual Training Conference, San Francisco, California.  "Managing People of Different Pathologies in Mental Health Courts", (5/31 & 6/1/00); "Assessment and Management of Co-Occurring Disorders" (6/2/00).

103.  "Culture, Age and Gender Specific Perspectives on Dual Diagnosis", University of California Berkeley Extension Course, San Francisco, California.  (6/9/00)

104.  "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Thunder Road Adolescent Treatment Centers, Inc., Oakland, California.  (6/29 & 7/27/00)

105.  "Assessing the Needs of the Entire Patient: Empathy at its Finest", NAMI California Annual Conference, Burlingame, California.  (9/8/00)

106.   "The Effects of Drugs and Alcohol on the Brain and Behavior", The Second National Seminar on Mental Health and the Criminal Law, San Francisco, California.  (9/9/00)

107.  Annual Conference of the Associated Treatment Providers of New Jersey, Atlantic City, New Jersey.  "Advances in Psychopharmacological Treatment with the Chemically Dependent Person" & "Treatment of the Adolescent Substance Abuser" (10/25/00).

108.  "Psychiatric Crises In The Primary Care Setting", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service.  (11/1/00, 3/13/01)

109.  "Co-Occurring Disorders: Substance Abuse and Mental Health", California Continuing Judicial Studies Program, Center For Judicial Education and Research, Long Beach, California.  (11/12-11/17/00)

110.  "Adolescent Substance Abuse Treatment", Alameda County Behavioral Health Care Services, Oakland, California.  (12/5/00)

111.  "Wasn't One Problem Enough?"  Mental Health and Substance Abuse Issues.  2001 California Drug Court Symposium, "Taking Drug Courts into the New Millennium." Costa Mesa, California.  (3/2/01)

112.  "The Impact of Alcohol/Drug Abuse and Mental Health Disorders on the Developmental Process."  County of Sonoma Department of Health Services, Alcohol and Other Drug Services Division. Santa Rosa, California.  (3/8 & 4/5/01)

113.  "Assessment of the Patient with Substance Abuse and Mental Health Issues."  San Mateo County General Hospital Grand Rounds.  San Mateo, California.  (3/13/01)

114.  "Dual Diagnosis-Assessment and Treatment Issues."  Ventura County Behavioral Health Department Alcohol and Drug Programs Training Institute, Ventura, California.  (5/8/01)

115.  Alameda County District Attorney's Office 4th Annual 3R Conference, "Strategies for Dealing with Teen Substance Abuse." Berkeley, California.  (5/10/01)

116.  National Association of Drug Court Professionals 7th Annual Training Conference, "Changing the Face of Criminal Justice."  I presented three separate lectures on the following topics: Marijuana, Opiates and Alcohol.  New Orleans, LA. (6/1-6/2/01)

20

CONFIDENTIAL

117.    Santa Clara County Drug Court Training Institute, "The Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders."  San Jose, California.  (6/15/01)

118.    Washington Association of Prosecuting Attorneys Annual Conference, "Psychiatric Complications of the Methamphetamine Abuser."  Olympia, Washington.  (11/15/01)

119.    San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis."  (1/14/02)

120.    First Annual Bi-National Conference sponsored by the Imperial County Behavioral Health Services, "Models of Family Interventions in Border Areas."  El Centro, California.  (1/28/02)

121.    The California Association for Alcohol and Drug Educators 16th Annual Conference, "Assessment, Diagnosis and Treatment of Patients with Multiple Diagnoses." Burlingame, California.  (4/25/02)

122.    Marin County Department of Health and Human Services, Dual Diagnosis and Cultural Competence Conference, "Cultural Considerations in Working with the Latino Patient." (5/21/02)

123.    3rd Annual Los Angeles County Law Enforcement and Mental Health Conference, "The Impact of Mental Illness and Substance Abuse on the Criminal Justice System."  (6/5/02)

124.    New Mexico Department of Corrections, "Group Psychotherapy Training."  Santa Fe, New Mexico.  (8/5/02)

125.    Judicial Council of California, Administrative Office of the Courts, "Juvenile Delinquency and the Courts: 2002."  Berkeley, California.  (8/15/02)

126.    California Department of Alcohol and Drug Programs, "Adolescent Development and Dual Diagnosis."  Sacramento, California.  (8/22/02)

127.    Haight Ashbury Free Clinic's 36th Anniversary Conference, San Francisco, California, "Psychiatric Approaches to Treating the Multiple Diagnostic Patient." (6/6/03)

128.    Motivational Speaker for Regional Co-Occurring Disorders Training sponsored by the California State Department of Alcohol and Drug Programs and Mental Health and the Substance Abuse Mental Health Services Administration-Center for Substance Abuse Treatment, Samuel Merritt College, Health Education Center, Oakland, California. (9/4/03)

129.    "Recreational Drugs, Parts I and II", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service.  (10/1/03), (12/3/03)

130.    "Detecting Substance Abuse in our Clients", California Attorneys for Criminal Justice Annual Conference, Berkeley, California.  (10/18/03)

131.    "Alcohol, Alcoholism and the Labor Relations Professional", 10th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section.  Pasadena, California.  (4/2/04)

21

CONFIDENTIAL

132. Lecture tour of Japan (4/8-4/18/04). "Best Practices for Drug and Alcohol Treatment." Lectures were presented in Osaka, Tokyo and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

133. San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis." (9/9/04)

134. "Substance Abuse and the Labor Relations Professional", 11th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section. Sacramento, California. (4/8/05)

135. "Substance Abuse Treatment in the United States", Clinical Masters Japan Program, Alliant International University. San Francisco, California. (8/13/05)

136. Habeas Corpus Resource Center, Mental Health Update, "Understanding Substance Abuse." San Francisco, California. (10/24/05)

137. Yolo County Department of Behavioral Health, "Psychiatric Aspects of Drug and Alcohol Abuse." Woodland, California. (1/25/06), (6/23/06)

138. "Methamphetamine-Induced Dual Diagnostic Issues", Medical Grand Rounds, Wilcox Memorial Hospital, Lihue, Kauai. (2/13/06)

139. Lecture tour of Japan (4/13-4/23/06). "Assessment and Treatment of the Patient with Substance Abuse and Mental Illness." Lectures were presented in Hiroshima and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

140. "Co-Occurring Disorders: Isn't It Time We Finally Got It Right?" California Association of Drug Court Professionals, 2006 Annual Conference. Sacramento, California. (4/25/06)

141. "Proper Assessment of Drug Court Clients", Hawaii Drug Court, Honolulu. (6/29/06)

142. "Understanding Normal Adolescent Development," California Association of Drug Court Professionals, 2007 Annual Conference. Sacramento, California. (4/27/07)

143. "Dual Diagnosis in the United States," Conference sponsored by the Genesis Substance Abuse Treatment Network. Medford, Oregon. (5/10/07)

144. "Substance Abuse and Mental Illness: One Plus One Equals Trouble," National Association of Criminal Defense Lawyers 2007 Annual Meeting & Seminar. San Francisco, California. (8/2/07)

145. "Capital Punishment," Human Writes 2007 Conference. London, England. (10/6/07)

146. "Co-Occurring Disorders for the New Millennium," California Hispanic Commission on Alcohol and Drug Abuse, Montebello, California. (10/30/07)

147. "Methamphetamine-Induced Dual Diagnostic Issues for the Child Welfare Professional," Beyond the Bench Conference. San Diego, California. (12/13/07)

148. "Working with Mentally Ill Clients and Effectively Using Your Expert(s)," 2008 National Defender Investigator Association (NDIA), National Conference, Las Vegas, Nevada. (4/10/08)

22

CONFIDENTIAL

149.    "Mental Health Aspects of Diminished Capacity and Competency," Washington Courts District/Municipal Court Judges' Spring Program.  Chelan, Washington.  (6/3/08)

150.    "Reflection on a Career in Substance Abuse Treatment, Progress not Perfection," California Department of Alcohol and Drug Programs 2008 Conference.  Burlingame, California.  (6/19/08)

151.    Mental Health and Substance Abuse Training, Wyoming Department of Health, "Diagnosis and Treatment of Co-occurring Mental Health and Substance Abuse." Buffalo, Wyoming. (10/6/09)

152.    2010 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th & 5th, 2010)

153.    Facilitating Offender Re-entry to Reduce Recidivism: A Workshop for Teams, Menlo Park, CA.  This conference was designed to assist Federal Courts to reduce recidivism. "The Mentally-Ill Offender in Reentry Courts," (9/15/2010)

154.    Juvenile Delinquency Orientation, "Adolescent Substance Abuse." This was part of the "Primary Assignment Orientations" for newly appointed Juvenile Court Judges presented by The Center for Judicial Education and Research of the Administrative Office of the Court.  San Francisco, California. (1/12/2011, 1/25/12, 2/27/13 & 1/8/14)

155.    2011 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th, 2011)

156.    2012 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 2nd, 2012)

157.    Mexican Capital Legal Assistance Program Meeting, "Issues Related to Mental Illness in Mexican Nationals." Santa Fe, New Mexico (10/12/12); Houston, Texas (4/23/13)

158.    Los Angeles County Public Defender's Capital Case Seminar, "Mental Illness and Substance Abuse." Los Angeles, California. (9/27/13)

159.    "Perspectives on Race and Ethnicity for Capital and Non-Capital Defense Lawyers," conference sponsored by the Administrative Office of the US Courts, New York, NY., September 18-20, 2015.

160.    San Francisco Collaborative Courts, Superior Court of California, County of San Francisco sponsored training, "Personality Disorders," February 19, 2016.

161.    Administrative Office of the United States Courts, Federal Death Penalty Resource Counsel Projects, 2016 Strategy Session: "Ethnocultural Competency Issues in Working with Experts;" "Understanding Drug Use and Abuse by our Clients and Strategies for Effectively Incorporating this Information into the Mitigation Narrative." Denver, Colorado, November 17-19, 2016.

162.    "Evaluating the mentally ill and substance abusing client." Idaho Association of Criminal Defense Lawyers, Sun Valley, Idaho, March 10, 2017.

23

CONFIDENTIAL

163.    Mental Health & Death Penalty Training, Community Legal Aid Institute (LBH Masyarakat), Jakarta, Indonesia, February 12 -16, 2019.

PUBLICATIONS:

1)    Kanas, N., Stewart, P. and Haney, K. (1988). *Content and Outcome in a Short-Term Therapy Group for Schizophrenic Outpatients*. Hospital and Community Psychiatry, 39, 437-439.

2)    Kanas, N., Stewart, P. (1989*). Group Process in Short-Term Outpatient Therapy Groups for Schizophrenics.* Group, Volume 13, Number 2, Summer 1989, 67-73.

3)    Zweben, J.E., Smith, D.E. and Stewart, P. (1991). *Psychotic Conditions and Substance Use: Prescribing Guidelines and Other Treatment Issues.* Journal of Psychoactive Drugs, Vol. 23(4), Oct.-Dec. 1991, 387-395.

4)    Banys, P., Clark, H.W., Tusel, D.J., Sees, K., Stewart, P., Mongan, L., Delucchi, K., and Callaway, E. (1994). *An Open Trial of Low Dose Buprenorphine in Treating Methadone Withdrawal*. Journal of Substance Abuse Treatment, Vol. 11(1), 9-15.

5)    Hall, S.M., Tunis, S., Triffleman, E., Banys, P., Clark, H.W., Tusel, D., Stewart, P., and Presti, D. (1994). *Continuity of Care and Desipramine in Primary Cocaine Abusers.* The Journal of Nervous and Mental Disease, Vol. 182(10), 570-575.

6)    Galloway, G.P., Frederick, S.L., Thomas, S., Hayner, G., Staggers, F.E., Wiehl, W.O., Sajo, E., Amodia, D., and Stewart, P. (1996). *A Historically Controlled Trial Of Tyrosine for Cocaine Dependence.* Journal of Psychoactive Drugs, Vol. 28(3), pages 305-309, July-September 1996.

7)    Stewart, P. (1999). *Alcoholism: Practical Approaches To Diagnosis And Treatment.* Prevention, (Newsletter for the National Institute On Alcoholism, Kurihama Hospital, Yokosuka, Japan) No. 82, 1999.

8)    Stewart, P. (1999). *New Approaches and Future Strategies Toward Understanding Substance Abuse.* Published by the Osaka DARC (Drug Abuse Rehabilitation Center) Support Center, Osaka, Japan, November 11, 1999.

9)    Stewart, P. (2002). *Treatment Is A Right, Not A Privilege.* Chapter in the book, *Understanding Addictions-From Illness to Recovery and Rebirth,* ed. by Hiroyuki Imamichi and Naoko Takiguchi, Academia Press (Akademia Syuppankai): Kyoto, Japan, 2002.

10)    Stewart, P., Inaba, D.S., and Cohen, W.E. (2004). *Mental Health & Drugs.* Chapter in the book, *Uppers, Downers, All Arounders, Fifth Edition*, CNS Publications, Inc., Ashland, Oregon.

11)    James Austin, Ph.D., Kenneth McGinnis, Karl K. Becker, Kathy Dennehy, Michael V. Fair, Patricia L. Hardyman, Ph.D. and Pablo Stewart, M.D. (2004) *Classification of High*

CONFIDENTIAL

*Risk and Special Management Prisoners, A National Assessment of Current Practices.* National Institute of Corrections, Accession Number 019468.

12) Stanley L. Brodsky, Ph.D., Keith R. Curry, Ph.D., Karen Froming, Ph.D., Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D. and Hans Toch, Ph.D. (2005) *Brief of Professors and Practitioners of Psychology and Psychiatry as AMICUS CURIAE in Support of Respondent: Charles E. Austin, et al. (Respondents) v. Reginald S. Wilkinson, et al. (Petitioners), In The Supreme Court of the United States, No. 04-495.*

13) Stewart, P., Inaba, D.S., and Cohen, W.E. (2007). *Mental Health & Drugs.* Chapter in the book, *Uppers, Downers, All Arounders, Sixth Edition*, CNS Publications, Inc., Ashland, Oregon.

14) Stewart, P., Inaba, D.S. and Cohen, W.E. (2011). *Mental Health & Drugs.* Chapter 10 in the book, *Uppers, Downers, All Arounders, Seventh Edition,* CNS Publications, Inc., Ashland, Oregon.

15) Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D., Hans Toch, Ph.D. (2015) Brief of Amici Curiae Professors and Practitioners of Psychiatry and Psychology in Support of Petitioner: Alfredo Prieto v. Harold C. Clarke, et al., On Petition For A Writ of Certiorari To The United States Court of Appeals For The Fourth Circuit, In The Supreme Court of the United States, No. 15-31.

16) Brief of Medical and Other Scientific and Health-Related Professionals as Amici Curiae in Support of Respondents and Affirmance: Ahmer Iqbal Abbasi, et al., Respondents v. James W. Ziglar, John D. Ashcroft, et al., and Dennis Hasty, et al. Petitioners, On Writs of Certiorari to the United States Court of Appeals for the Second Circuit, In the Supreme Court of the United States, Nos. 15-1358, 15-1359 and 15-1363.

17) Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine as Amici Curiae in Support of Plaintiff-Appellant Eric Joseph Depaola, Denis Rivera & Luis Velazquez, Plaintiffs v. Virginia Department of Corrections, et al., External Review Team, et al., Defendants. On appeal from the United States District Court for the Western District of Virginia, Case No. 7:14-cv-00692 in the United States Court of Appeals for the Fourth Circuit, No. 16-7358.

18) Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine in support of Petitioner Shawn T. Walker v. Michael A. Farnan, et al., Respondents on petition for Writ of Certiorari to the United States Court of Appeals for the Third Circuit in the Supreme Court of the United States, No. 17-53.

19) Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine in support of Plaintiff-Appellant Edgar Quintanilla v. Homer Bryson, Commissioner, State of Georgia's Department of Corrections, et al., On appeal from the United States District Court for the Southern District of Georgia, Case No. 6:17-cv-00004-JRH-RSB in the United States Court of Appeals for the Eleventh Circuit, No. 17-14141.

25

CONFIDENTIAL

# Appendix B

CONFIDENTIAL

## *PABLO STEWART, M.D.*
**Psychiatric Consultant**
**3021 La Pietra Circle**
**Honolulu, HI 96815**
**808-352-8074**
**pablo.stewart.md@gmail.com**

## TESTIMONY/DEPOSITIONS January 2000-Present

1.  People versus Juan Duarte Gonzales (Lincoln County, Washington, January 2000)
2.  People versus Jerry Lane Davis (Stanislaus County, California, September 2000)
3.  James Andrew Melton versus Arthur Calderon, et al. (United States District Court, Los Angeles, California, December 2000)
4.  Fremont Unified School District versus James Parks (Deposition taken in San Francisco, California, April 2001)
5.  People versus Pablo Lomeli (Douglas County, Arizona, August 2001)
6.  Dunlap versus County of Mendocino (Deposition taken in Oakland California, September 2001)
7.  Maxwell Hoffman versus A.J. Arave, Warden, et al. (Deposition taken in San Francisco, October 2001)
8.  People versus Michelle Michaud (Alameda County, California, April 2002)
9.  People versus David Attias (Santa Barbara County, California, May/June 2002)
10. People versus Larry Christopher Graham (Contra Costa County, California, October 2002)
11. People versus Miguel Enrique Diaz (San Mateo County, California, November/December 2002)
12. United States versus Eugene Frederick Boyce, III (District Court, Honolulu, Hawai'i December 2002)
13. People versus Robert Daniel Weston (Stanislaus County, California, April/July 2003)
14. People versus Vincent Sanchez (Ventura County, California, August 2003)
15. Armstrong Petition JW01-6450 (San Francisco Juvenile Court, December 2003)
16. People versus Daniel Mugnolo (San Francisco City and County, December 2003)
17. Brandon Astor Jones versus Frederick Head, Warden (Deposition taken in San Francisco, January 2004)
18. David Perkins versus Frederick Head, Warden (Deposition taken in San Francisco, March 2004)
19. People versus Marino Hernandez (San Mateo County, California, June 2004)
20. Raphael Camargo versus Larry Norris, Director, Arkansas Department of Correction (Deposition taken in San Francisco, July 2004)
21. People versus Ronald Mathews (King County, Washington, August 2004)
22. People versus Huberto Mendoza (Stanislaus County, California, December 2004)
23. People versus James Essick (San Diego County, California, June 2005)

CONFIDENTIAL

24. People versus Jesse Ignacio Sanchez Gomez (Ada County, Idaho, July/August 2005)
25. People versus Adrian Camacho (San Diego County, California, October 2005)
26. People versus Huberto Mendoza (Stanislaus County, California, November 2005)
27. People versus Paul Speer (Maricopa County, Arizona, January 2006)
28. People versus Mark Thigpen (San Mateo County, California, January 2006)
29. United States versus Tommy Ray Elam (District Court, Los Angeles, California, February 2006)
30. Enrique Arevalo versus Frederick Head, Warden (Deposition taken in San Francisco, March 2006)
31. United States versus Danny Lee Jones (District Court, Phoenix, Arizona, March 2006)
32. People versus Omar Dent, III (Los Angeles County, California, May 2006)
33. People versus Delaney Marks (Alameda County, California, May 2006)
34. People versus Angel Maturino Resendiz (Harris County, Texas, June 2006)
35. People versus Antonio Nicolosi (San Mateo County, California, July 2006)
36. Gregory Paul Lawler versus Frederick Head, Warden (Deposition taken in San Francisco, July 2006)
37. United States versus Todd Sarver (District Court, San Francisco, California, August 2006)
38. United States versus Eugene Frederick Boyce, III (United States District Court, Honolulu, Hawaii, October 2006)
39. Arthur Torlucci versus W.A. Duncan, (District Court, Santa Ana, California, November 2006)
40. Joaquin Enrique Arevalo versus William Terry, Warden, (Butts County, Georgia, December 2006)
41. People versus Jerry Cabonce, (San Mateo County, California, January 2007)
42. People versus Rodrigo Paniagua, (Santa Clara County, California, February 2007)
43. Gregory Paul Lawler versus William Terry, Warden, (Butts County, Georgia, February 2007)
44. United States versus Francisco Rodriguez, (District Court, Santa Ana, California, April 2007)
45. People versus O'Neal Durgin, (San Mateo County, California, June 2007)
46. Sepulveda versus Beard et al., (Bartonsville, Pennsylvania, June 2007)
47. Webster versus Ayers et al., (District Court, Sacramento, California, September 2007)
48. Ronald Deere versus Jeanne Woodford, et al., (District Court, Los Angeles, California, October 2007)
49. People versus Eric V. Hall (Ada County, Idaho, October 2007)
50. Rickey Dale Newman versus Larry Norris, Director, Arkansas Department of Correction (District Court, Fort Smith, Arkansas, November 2007
51. Ralph Coleman, et al. versus Arnold Schwarzenegger, et al. (Deposition taken in Sacramento, December 2007)
52. People versus Matthew Cunningham (Maricopa County, Arizona, January & February 2008)
53. People versus Alfredo Prieto (Fairfax County, Virginia, February 2008)

CONFIDENTIAL

54. People versus Edward Gutierrez (Santa Clara County, California, May 2008)

55. Fred Graves, et al., Plaintiffs v. Joseph Arpaio, et al., Defendants. (Deposition taken in Phoenix, Arizona, July 2008). A supplemental deposition was also taken in July 2008 approximately 2 weeks after the initial deposition.

56. Fred Graves, et al., Plaintiffs v. Joseph Arpaio, et al., Defendants (District Court, Phoenix, Arizona, August 2008)

57. Ralph Coleman, et al. versus Arnold Schwarzenegger, et al. (Deposition taken in Sacramento, California, September 2008)

58. United States versus Naeem Williams (District Court, Honolulu, Hawaii, November 2008)

59. Ralph Coleman, et al. versus Arnold Schwarzenegger, et al. (Three Judge Panel, District Court, San Francisco, California, December 2008)

60. United States versus Michael Behenna (United States Army Court Marshall, Fort Campbell, Kentucky, February 2009)

61. United States versus Steven Green (District Court, Paducah, Kentucky, May 2009)

62. People versus Francisco Merino (San Mateo County, California, July 2009)

63. Milton Lewis versus State of California (District Court, Sacramento, California, October 2009)

64. People versus Adrian Sedano (San Mateo County, California, November 2009)

65. United States versus Noshir S. Gowadia (District Court, Honolulu, Hawaii, November 2009)

66. Johnny A. Johnson versus State of Missouri (St. Louis, Missouri, December 2009)

67. Martin Kipp versus State of California (District Court, Los Angeles, California, December 2009)

68. David Welch versus State of California (Martinez, California, September 2010)

69. State of Arizona versus Eddy Rose (Phoenix, Arizona, September 2010)

70. State of Delaware versus Gary Ploof (Dover, Delaware, October 2010)

71. State of Arizona versus Steven Ray Newell (Phoenix, Arizona, March 2011)

72. State of Arkansas versus Ricky Lee Newman (Fort Smith, Arkansas, March 2011)

73. People versus Kerri Livingston (San Mateo County, California, March 2011)

74. People versus Alexander Youshock (San Mateo County, California, April 2011)

75. United States versus Francisco Rodriguez (District Court, Santa Ana, California, May 2011)

76. State of Connecticut versus Robert Breton (Hartford, Connecticut, July 2011)

77. United States versus Billie Allen (St. Louis, Missouri, December 2011)

78. People versus Mohammed Ali (San Mateo County, California, February 2012)

79. Clemency Hearing re: Robert Towery (Florence, Arizona, March 2012)

80. United States versus Danny John, Jr. (Prescott, Arizona, March 2012)

81. State of Ohio versus Abdul H. Awkal (Cleveland, Ohio, June 2012)

82. People versus Monica McCarrick (Solano County, California, June 2012)

83. People versus Robert Hall (Ada County, Idaho, October 2012)

84. People versus Alamoti Finau (San Mateo County, California, November 2012)

85. United States versus Merrell Hobbs (District Court, Philadelphia, Pennsylvania, November 2012)

CONFIDENTIAL

86. Ex Parte Juan Lizcano, W05-59563-S(A) (Dallas, Texas, November 2012)
87. People versus David Vanalstine (San Mateo County, California, December 2012)
88. Sinisterra versus the United States (District Court, Kansas City, Missouri, January 2013)
89. People versus Jing Hua Wu (San Jose, California, February & March 2013)
90. Coleman versus Brown (Deposition taken in San Francisco, California, March 2013)
91.  Coleman versus Brown (District Court, Sacramento, CA, June 2013)
92.  Tate versus Humphrey (Deposition taken in San Francisco, California, June 2013)
93. Coleman versus Brown (District Court, Sacramento, CA, October 2013)
94. People versus Alegria (Tucson, Arizona, October 2013)
95. Commonwealth v. Michael Pruitt (Reading, PA, November 2013)
96. Coleman versus Brown (District Court, Sacramento, CA, December 2013)
97. Fred Graves, et al., Plaintiffs v. Joseph Arpaio, et al., Defendants (District Court, Phoenix, Arizona, March 2014)
98. Deposition taken in Parsons, et al v. Ryan. March 28, 2014, San Francisco, CA.
99. Evidentiary hearing in State of Arizona v. Albert Martinez Carreon. Phoenix Arizona, April 21 & 22, 2014.
100.  United States v. Naeem Williams, (District Court, Honolulu, HI, April 29 & 30, and June 3, 2014
101.  Deposition taken in Hernandez v. County of Monterey, San Francisco, CA, July 8, 2014
102.  United States v. Thomas Steven Sanders, (District Court, Alexandria, LA, September 22 & 23, 2014)
103.  Deposition taken in Kurian David, et al., plaintiffs v. Signal International, LLC, defendant, San Francisco, California, October 2014)
104.  People v. Dennis McGraw (Vallejo, California, November 2014)
105.  People v. Leticia Serna (San Jose, California, December 2014)
106.  Wilridge v. Marshall, (District Court, San Francisco, California, February 2015)
107.  People v. Hugo Munguia-Hernandez (Redwood City, California, July 2015)
108.  Deposition taken in Goddard v. State of California, et al., San Mateo, California, September 2015.
109.  People v. Bryan Thomas (Redwood City, California, October 2015)
110.  Carlos Gutierrez v. E.K. McDaniel, Warden, et al. (Reno, Nevada, January 2016)
111.  State of Arkansas v. Rickey Dale Newman (Fort Smith, Arkansas, January 2016)
112.  Deposition taken in Roscoe Walker v. Ford Motor Company, et al., San Mateo, California, February 2016.
113.  People v. Philip Law (Boise, Idaho, May 2016)
114.  United States v. Joel Manuel Taylor, (District Court, San Francisco, CA, March 18, April 25 & May 25, 2016)
115.  United States v. Henry Cervantes, et al, (District Court, Oakland, CA, June 28, 2016)

CONFIDENTIAL

116. Manual Camacho v. State of Arkansas, (District Court, Fort Smith, Arkansas, November 8, 2016)

117. The People of Guam vs. Mark Anthony Torre, Jr. (Superior Court of Guam, Agana, Guam, February 22, 2017)

118. Kevin Webb, et. al., v. Brad Livingston, et. al. (civil action no. 4:14-cv-03302). Deposition taken in San Francisco, California, June 2, 2017)

119. State of Missouri v. Marvin Rice (11DE-CR00590-2), video deposition taken in Honolulu, HI, July 20, 2017.

120. Ashoor Rasho et al. v. Director John Baldwin, (District Court, Peoria, Illinois, December 18 & 19, 2017)

121. United States v. Nna Alpha Onuoha, (District Court, Riverside, California, January 24, 2018)

122. Ashoor Rasho et al. v. Director John Baldwin, (District Court, Peoria, Illinois, February 27 & 28, March 1, and August 27-30, 2018)

123. United States v. Alfonso Rodriguez, Jr. Deposition taken in Honolulu, HI, September 6, 2018.

124. People v. Omar Pettigen (Superior Court, Alameda County, CA, July 22, 2019)

125. United States v. Roger Trent Skaggs (District Court, Cincinnati, Ohio, July 25, 2019)

126. Parsons, et al v. Shin (District Court, Phoenix, AZ, November 3, 2021)

127. Ashoor Rasho et al. v. Director John Baldwin, (District Court, Peoria, Illinois, February 1, 2022)

128. Joseph O'Malley v. Hawaii Department of Safety (Superior Court, Honolulu, HI, February 3, 2022)

129. Barrientos v. Core Civic (Deposition), April 14, 2022.

130. State of Missouri v. Marvin Rice (11DE-CR00590-2), (Superior Court, Clark County, MO, March 31, 2022)

131. United States v. Jason Solatario Brown (District Court, Guam, January 6, 2023)

132. Daniels v. Jeffreys (Deposition), March 1, 2023.

CONFIDENTIAL

# **Appendix C**

CONFIDENTIAL

**List of Additional Documents Reviewed**

**Supplemental Expert Report of Plaintiff's Expert, Dr. Pablo Stewart**

*Barrientos v. CoreCivic, Inc.*, No. 4:18-cv-00070-CDL

### I.    Documents Related to Gonzalo Bermudez Gutiérrez

| Starting Bates | Ending Bates |
|---|---|
| PLS_0012582 | PLS_0012590 |
| PLS_0012387 | PLS_0012387 |
| PLS_0012388 | PLS_0012388 |
| PLS_0012357 | PLS_0012365 |
| PLS_0012379 | PLS_0012386 |
| PLS_0012366 | PLS_0012374 |
| PLS_0012348 | PLS_0012356 |
| PLS_0012377 | PLS_0012378 |
| PLS_0012375 | PLS_0012376 |
| CCBVA0000333598 | CCBVA0000333633 |
| PLS_0012346 | PLS_0012347 |
| PLS_0000689 | PLS_0000689 |
| CCBVA0000151815 | CCBVA0000151815 |
| CCBVA0000151801 | CCBVA0000151801 |

### II.    Documents Related to Keysler Urbina Rojas

| Starting Bates | Ending Bates |
|---|---|
| PLS_0012591 | PLS_0012975 |
| PLS_0005337 | PLS_0005344 |
| ICE Barrientos 8090 | ICE Barrientos 8306 |
| PLS_0000834 | PLS_0000935 |
| CCBVA0000333634 | CCBVA0000333683 |
| PLS_0000814 | PLS_0000816 |
| PLS_0000817 | PLS_0000833 |
| CCBVA0000006392 | CCBVA0000006392 |
| CCBVA0000091308 | CCBVA0000091311 |
| CCBVA0000151709 | CCBVA0000151709 |
| CCBVA0000151705 | CCBVA0000151705 |
| CCBVA0000006272 | CCBVA0000006272 |
| ICE-Barrientos-8069 | ICE-Barrientos-8081 |

CONFIDENTIAL

### III.    Documents Related to Wilhen Hill-Barrientos

| Starting Bates | Ending Bates |
| --- | --- |
| CCBVA0000173262 | CCBVA0000173264 |
| CCBVA0000152246 | CCBVA0000152247 |
| CCBVA0000062236 | CCBVA0000062239 |
| CCBVA0000151895 | CCBVA0000151900 |
| CCBVA0000152007 | CCBVA0000152015 |
| CCBVA0000151881 | CCBVA0000151881 |
| CCBVA0000007616 | CCBVA0000007623 |
| CCBVA0000006783 | CCBVA0000006787 |
| CCBVA0000006803 | CCBVA0000006805 |
| CCBVA0000006802 | CCBVA0000006802 |
| CCBVA0000006714 | CCBVA0000006715 |
| CCBVA0000006719 | CCBVA0000006719 |
| CCBVA0000006712 | CCBVA0000006713 |
| CCBVA0000164730 | CCBVA0000164734 |
| CCBVA0000006420 | CCBVA0000006422 |
| PLS_0000696 | PLS_0000699 |
| PLS_0011754 | PLS_0011771 |
| PLS_0012339 | PLS_0012339 |
| PLS_0012338 | PLS_0012338 |
| PLS_0000700 | PLS_0000702 |
| PLS_0000690 | PLS_0000695 |
| PLS_0000685 | PLS_0000688 |
| CCBVA0000341013 | CCBVA0000341075 |
| CCBVA0000326923 | CCBVA0000326944 |
| PLS_0005326 | PLS_0005336 |
| ICE Barrientos 0013862 | ICE Barrientos 0013863 |
| Robin Urevich, Capital & Main, "Deadly Detention: Hell in the Middle of a Pine Forest," Mar. 14, 2018, https://capitalandmain.com/deadly-detention-hell-middle-pine-forest-0314 | |
| Robin Urevich, Capital & Main, "Lawsuit: Immigrant Detainees Forced to Work for $1 a Day," Apr. 17, 2018, https://capitalandmain.com/lawsuit-immigrant-detainees-forced-to-work-for-one-dollar-a-day-0417 | |
| Contemporaneous video of Mr. Hill Barrientos and his mother, from Telemundo and El Nuevo Georgia: https://www.facebook.com/watch/?v=1764130476966592; https://www.facebook.com/watch/?v=1713781252001515; https://elnuevogeorgia.com/metro-atlanta/wilhen-hill-el-hijo-que-regresa-a-casa/ | |

CONFIDENTIAL