**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.,** | |
| **Plaintiffs,** | |
| **v.** | |
| **CORECIVIC, INC.,** | **Civil Action No.  4:18-cv-00070-CDL** |
| **Defendant.** | |

**(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO FILE PLAINTIFFS'**
**OMNIBUS MOTION IN LIMINE AND ACCOMPANYING EXHIBITS**
**WITH RESTRICTED ACCESS**

Pursuant to the Protective Orders entered in this case, Plaintiffs are required to file under seal any information designated CONFIDENTIAL or ATTORNEY'S EYES ONLY by the Producing Party, and the designating party automatically consents to the filing party's motion to seal. ECF No.67 at 9-10; ECF No. 137 at 12-13. Plaintiffs represent that several of the exhibits to Plaintiffs' Omnibus Motion in Limine, due August 23, 2023 (*see* ECF No. 314), have been designated CONFIDENTIAL or ATTORNEY'S EYES ONLY by the Producing Party.

The Court therefore **GRANTS** Plaintiffs' Motion for Leave to File Plaintiffs' Omnibus Motion in Limine and Accompanying Exhibits with Restricted Access.

Signed: _____, 2023.


_____
CLAY D. LAND
United States District Court Chief Judge