**EXHIBIT 1**

**EXHIBIT 1**

|               |                                                                                                                                                                                                                                                                                                                                                       |
|---------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:**     | Rebecca Cassler                                                                                                                                                                                                                                                                                                                                       |
| **To:**       | Jacob Lee                                                                                                                                                                                                                                                                                                                                             |
| **Cc:**       | Meredith Stewart; Huey FischerGarcia; Cassandra Charles; Sharada Jambulapati; Emily Cooper; John Gray; Jessica Everett-Garcia; Hasen, Jessica (SEA); Priyanka Bhatt; Suzanne Mattler; Chajon, Michael (WDC); G Romanos; Marcelo, Christian W. ; Chris Ivey; Alan Howard; azadeh@projectsouth.org; Elliot Lepe; Brett Stevens; Nick Acedo; Owino Team; Amelia Stevens |
| **Subject:**  | Pretrial Disclosures                                                                                                                                                                                                                                                                                                                                  |
| **Date:**     | Wednesday, July 26, 2023 7:17:50 PM                                                                                                                                                                                                                                                                                                                   |
| **Attachments:** | 2023.07.25 P. Stewart Supplemental Report_for service.pdf<br>Schwartz Supplemental Report (20230726).pdf<br>2023.07.26 Pls" Ex List_for service.pdf                                                                                                                                                                                               |

Counsel,

Pursuant to Judge Land's July 7, 2023 Order (Doc. 303) and the parties' agreement, attached is Plaintiffs' Potential Trial Exhibits and Impeachment Exhibits known to exist as of July 26, 2023. Plaintiffs reserve the right to remove documents from this list, create exhibits from excerpts of documents, and create composite exhibits. Plaintiffs will provide a final exhibit list with their Rule 26(a)(3) pretrial disclosures. Where documents on this list have not previously been produced, a copy of them is available for download here. Please let us know if you have any issues accessing the documents.

Pursuant to the Federal Rules of Civil Procedure, Rule 26(a)(2)(E), (e)(2), attached hereto are supplemental reports of Dr. Pablo Stewart and Dr. Steven Schwartz.

Thank you,



**Rebecca Cassler** she/her/ella
Senior Staff Attorney | Immigrant Justice Project
Southern Poverty Law Center
T  470.217.6010
rebecca.cassler@splcenter.org   |   splcenter.org
Licensed in Georgia and Minnesota. Practice limited to federal courts.

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify the Southern Poverty Law Center immediately by returning it to the sender and deleting this copy from your system. Thank you for your cooperation.