**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| WILHEN HILL BARRIENTOS, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 4:18-cv-00070-CDL |
| CORECIVIC, INC., | |
| Defendant. | |

### DEFENDANT CORECIVIC'S NOTICE OF OBJECTIONS TO PLAINTIFFS' DESIGNATED DEPOSITION TESTIMONY

Pursuant to the Court's July 7, 2023 Order Setting Pretrial Conference (ECF 303 at 4), Defendant CoreCivic provides notice of the following objections Plaintiff's designated and counter-designated deposition testimony.

### October 14, 2021 Deposition of Droudred Blackmon

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 12:12 - 12:17 | |
| 13:5 - 13:11 | |
| 13:17 - 13:23 | |
| 34:8 - 34:15 | |
| 35:6 - 36:19 | |
| 38:10 - 38:14 | |
| 38:22 - 39:6 | |
| 39:14 - 40:24 | 401, 402, 403.  Also, 602 with respect to 39:21 – 40:3. |

| Plaintiffs' Designation | Defendant's Objection(s) |
| --- | --- |
| 41:20 – 44:23 | |
| 44:24 – 45:4 | 701. |
| 45:5 - 46:8 | |
| 49:16 - 50:6 | |
| 63:22 - 64:8 | |
| 64:12 - 65:9 | |
| 65:24 - 66:17 | |
| 81:18 - 81:23 | |
| 89:8 - 90:3 | |
| 92:4 - 92:23 | |
| 93:20 - 94:21 | |
| 109:9 - 109:12 | |
| 110:6 - 110:14 | |
| 110:22 - 110:25 | |
| 111:11 - 111:17 | |
| 112:6 - 113:7 | |
| 113:12 - 113:24 | |
| 133:4 - 133:11 | |
| 134:9 - 134:12 | |
| 135:22 - 136:23 | |
| 137:12 - 137:23 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 138:16 - 139:5 | 401, 402, 403. |
| 140:11 - 141:2 | 401, 402, 403. |
| 142:6 - 142:12 | 401, 402, 403. |
| 143:2 - 143:9 | 401, 402, 403. |
| 164:8 - 164:22 | |
| 165:11 - 165:18 | |
| 168:19 - 169:21 | |
| 188:4 - 189:16 | |
| 192:7 - 192:20 | |
| 195:3 - 195:16 | |
| 196:7 - 196:10 | |
| 196:16 - 196:20 | |
| 197:5 - 197:12 | |
| 197:20 - 198:15 | |
| 206:22 – 207:11 | |
| 207:12 - 208:2 | 401, 402, 403, 602.  Defendant conditionally counter-designates 208:3-14, if those objections are overruled. |
| 208:15 - 210:3 | 401, 402, 403, 602.  Defendant conditionally counter-designates 210:4-7 and 210:14-18, if those objections are overruled. |
| 211:2 - 211:11 | |
| 213:17 - 214:6 | |

**November 10, 2021 Deposition of Calvin Blue**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 16:10 - 16:22 | |
| 19:2 - 19:7 | 401, 402, 403. |
| 19:12 - 19:18 | 401, 402, 403. |
| 20:18 - 21:7 | |
| 24:15 - 24:25 | |
| 25:7 - 25:22 | |
| 27:16 - 27:23 | 401, 402, 403. |
| 28:4 - 28:24 | |
| 43:22 - 44:15 | |
| 45:2 - 45:4 | |
| 46:5 - 46:10 | |
| 47:6 - 47:16 | |
| 48:18 - 49:11 | |
| 50:22 - 51:17 | |
| 53:11 - 55:18 | 401, 402, 403. |
| 60:11 - 64:15 | |
| 72:16 - 76:16 | 401, 402, 403. |
| 101:6 - 101:14 | |
| 108:21 - 109:3 | 401, 402, 403, 602. |
| 109:9 - 109:14 | 401, 402, 403, 602. |

| Plaintiffs' Designation | Defendant's Objection(s) |
| --- | --- |
| 110:6 - 111:7 | 401, 402, 403, 602. |
| 118:22 - 119:21 | 401, 402, 403. |
| 123:5 - 123:15 | |
| 123:19 - 123:25 | 401, 402, 403. |
| 124:13 - 124:18 | |
| 124:22 - 125:8 | |
| 126:5 - 127:4 | |
| 131:16 - 132:12 | |
| 136:7 - 138:3 | 401, 402, 403, 602. |
| 140:21 - 141:23 | |
| 159:25 - 160:5 | |
| 161:6 - 161:25 | |
| 171:5 - 171:24 | |
| 192:6 - 193:6 | |
| 197:6 - 199:9 | |
| 199:23 - 200:3 | |
| 200:19 - 200:22 | |
| 200:23 - 201:21 | |
| 206:25 - 207:5 | |
| 225:24 - 227:19 | 401, 402, 403, 602. |
| 228:19 - 230:10 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 230:19 - 231:10 | 401, 402, 403. |
| 231:12 - 233:12 | 401, 402, 403.  Also, 602 with respect to 232:13 – 233:6. |
| 247:25 - 248:11 | |
| 260:6 - 263:13 | 401, 402, 403.  Also, 602 with respect to 263:4-13. |
| 265:25 - 269:9 | 401, 402, 403. |
| 272:4 - 274:9 | 401, 402, 403.  Also, 801, 802, 805 with respect to 273:12 – 274:9. |
| 277:17 - 279:25 | 401, 402, 403, 801, 802 805. |
| 280:15 - 280:18 | 401, 402, 403. |
| 283:8 - 283:15 | 401, 402, 403, 602. |
| 297:12 - 297:24 | |

**November 18, 2021 Deposition of Bethany Brazier**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 8:17 - 8:19 | |
| 16:6 - 16:13 | |
| 16:22 - 17:7 | |
| 17:11 - 17:12 | |
| 17:17 - 17:21 | |
| 21:8 - 21:11 | |
| 21:19 - 21:21 | |
| 22:15 - 22:21 | |
| 23:6 - 23:11 | |
| 23:16 - 23:22 | |
| 27:18 - 27:20 | 401, 402, 403. |
| 28:15 - 28:20 | 401, 402, 403. |
| 28:21 - 30:8 | 401, 402, 403. |
| 31:7 - 31:20 | 401, 402, 403. |
| 32:10 - 32:17 | 401, 402, 403. |
| 33:8 - 33:22 | 401, 402, 403. |
| 34:7 - 34:9 | 401, 402, 403. |
| 35:9 - 35:16 | 401, 402, 403. |
| 36:24 - 38:22 | 401, 402, 403. |
| 39:21 - 39:25 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 40:8 - 40:18 | 401, 402, 403. |
| 41:6 - 42:6 | 401, 402, 403. |
| 42:17 - 42:20 | 401, 402, 403. |
| 43:6 - 43:11 | 401, 402, 403. Defendant conditionally designates 43:19 – 44:5, only if objections to 32:10 – 43:19 are overruled. |
| 44:11 - 44:19 | 401, 402, 403. |
| 44:21 - 45:18 | 401, 402, 403. |
| 47:6 - 47:24 | 401, 402, 403. |
| 50:16 - 51:6 | 401, 402, 403. |
| 51:19 - 51:21 | 401, 402, 403. |
| 53:23 - 54:14 | 401, 402, 403. |
| 59:10 - 60:4 | 401, 402, 403, 602. |
| 61:13 - 61:17 | 401, 402, 403. |
| 74:8 - 74:14 | |
| 76:5 - 76:24 | 401, 402, 403. |
| 77:18 - 77:22 | 401, 402, 403. |
| 78:10 - 78:21 | 401, 402, 403. |
| 81:14 - 82:13 | 401, 402, 403. |
| 84:22 - 85:22 | 401, 402, 403. |
| 86:3 - 86:10 | 401, 402, 403. |
| 86:17 - 86:20 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 87:4 - 87:13 | 401, 402, 403. |
| 89:24 - 90:4 | 401, 402, 403. |
| 90:19 - 90:21 | 401, 402, 403. |
| 91:23 - 91:25 | 401, 402, 403. |
| 92:11 - 92:17 | 401, 402, 403. |
| 95:5 - 96:12 | 401, 402, 403, MPSJ. |
| 97:11 - 97:18 | 401, 402, 403, MPSJ. |
| 97:19 - 98:4 | 401, 402, 403, MPSJ. |
| 99:21 - 100:11 | 401, 402, 403. |
| 101:4 - 101:15 | 401, 402, 403. |
| 101:22 - 102:2 | 401, 402, 403. |
| 102:20 - 104:16 | 401, 402, 403. |
| 109:6 - 109:16 | 401, 402, 403. |
| 109:19 - 110:21 | 401, 402, 403. |
| 112:3 - 112:5 | 401, 402, 403. |
| 113:2 - 113:10 | |
| 166:23 - 167:4 | 401, 402, 403, 602. |
| 167:12 - 168:22 | 401, 402, 403. |
| 172:15 - 172:19 | 401, 402, 403. |
| 173:10 - 174:2 | 401, 402, 403. |
| 183:16 - 185:4 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 189:15 - 189:21 | |
| 192:11 - 192:19 | |
| 193:4 - 193:9 | |
| 194:13 - 194:18 | |
| 195:21 - 196:18 | 401, 402, 403. |
| 196:20 - 196:23 | |
| 197:11 - 197:18 | 401, 402, 403. |
| 198:14 - 198:21 | 401, 402, 403. |
| 198:24 - 199:13 | |
| 199:23 – 200:5 | |
| 200:6 – 202:19 | 401, 402, 403. |
| 204:3 - 204:14 | 401, 402, 403. |
| 205:18 - 206:6 | 401, 402, 403. |
| 209:9 - 209:22 | 401, 402, 403. |
| 211:12 - 214:6 | 401, 402, 403. |
| 214:11 - 214:19 | |
| 214:22 - 217:5 | 401, 402, 403. |
| 218:3 - 219:2 | 401, 402, 403. |
| 219:10 - 219:14 | 401, 402, 403. |
| 228:11 - 228:22 | 401, 402, 403. |
| 229:18 - 229:20 | 401, 402, 403, MPSJ. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 230:3 - 233:4 | 401, 402, 403, MPSJ. |
| 233:23 - 234:14 | 401, 402, 403, MPSJ. |

**August 23, 2021 Deposition of Marquita Crawford 30(b)(6)
Witness for Trinity Services Group, LLP**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 276:2 - 277:8 | |
| 280:2 - 280:19 | |
| 281:1 - 281:4 | |
| 286:15 - 287:1 | |
| 287:2 - 287:9 | |
| 287:18 - 287:22 | |
| 288:3 - 289:21 | |
| 289:22 - 290:7 | |
| 290:8 - 290:14 | |
| 292:10 - 293:11 | |
| 294:6 - 294:25 | |
| 295:4 - 295:10 | |
| 297:23 - 298:24 | 401, 402, 403. |
| 298:25 - 299:2 | 401, 402, 403. |
| 299:3 – 299:21 | |
| 300:14 - 300:17 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 305:3 - 305:8 | |
| 306:10 - 306:16 | |
| 306:19 - 307:6 | |
| 310:2 - 310:19 | |
| 313:8 - 313:22 | |
| 314:5 - 314:25 | 401, 402, 403. |
| 317:9 - 319:3 | 401, 402, 403. |
| 319:15 - 319:23 | 401, 402, 403. |
| 325:21 - 326:3 | 401, 402, 403. |
| 326:15 - 326:23 | 401, 402, 403. |
| 328:10 – 329:1 (through "… volunteers.") | 401, 402, 403. |
| 329:1 (starting with "Is that") - 330:16 | |
| 331:17 - 333:18 | 401, 402, 403, 602. |
| 335:21 - 336:5 | |
| 337:7 - 338:4 | 401, 402, 403. |
| 340:24 - 341:2 | 401, 402, 403. |
| 341:3 – 341:11 | |
| 341:15 - 341:18 | |
| 342:4 - 342:9 | |
| 343:7 - 343:13 | |
| 344:5 - 344:17 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 345:18 - 346:13 | 401, 402, 403. |
| 346:14 - 347:4 | 401, 402, 403. |
| 347:13 - 347:15 | 401, 402, 403. |
| 348:23 - 350:8 | |
| 350:14 - 350:16 | |
| 360:10 - 360:24 | |
| 371:11 - 372:4 | |
| 372:22 - 373:5 | 401, 402, 403. |
| 374:4 - 374:21 | 401, 402, 403. |
| 377:14 - 377:22 | 401, 402, 403. |
| 378:6 - 380:12 | 401, 402, 403. |
| 380:18 - 380:21 | 401, 402, 403. |
| 385:25 - 386:10 | |
| 387:4 - 390:1 | 401, 402, 403. |
| 390:2 | 401, 402, 403. |
| 390:3 – 390:15 | |
| 392:5 - 392:22 | |
| 393:3 - 393:9 | |
| 393:10 - 393:20 | 401, 402, 403 |
| 394:13 - 394:23 | 401, 402, 403. |
| 395:1 – 395:22 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
| --- | --- |
| 395:23 - 396:2 | |
| 397:21 - 398:7 | |
| 400:8 - 400:18 | |
| 402:23 - 405:9 | 602 |
| 414:1 - 415:18 | 401, 402, 403, 602. |
| 416:7 - 416:10 | |
| 417:2 - 417:24 | |
| 417:25 - 418:13 | |
| 419:23 - 420:12 | |
| 420:17 - 420:23 | |
| 421:18 - 421:20 | |
| 422:10 - 422:23 | |
| 423:9 - 425:6 | |
| 425:14 - 425:16 | |
| 427:7 - 427:21 | |
| 428:20 - 429:7 | |
| 429:9 - 430:8 | |
| 431:22 - 431:24 | |
| 432:10 - 432:14 | |
| 432:15 - 432:18 | |
| 440:22 - 441:1 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 455:19 - 456:5 | |
| 460:1 - 460:5 | |
| 480:17 - 485:20 | 401, 402, 403. |
| 486:25 - 487:7 | |
| 490:5 - 492:7 | |
| 492:15 - 494:1 | |
| 494:20 - 495:4 | |
| 495:15 - 497:8 | |
| 498:10 - 500:3 | |
| 500:10 - 502:4 | |
| 503:22 - 504:2 | |

**December 3, 2021 Deposition of Juliette Drew**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 17:19 - 18:19 | |
| 21:2 - 21:5 | |
| 21:9 - 21:18 | |
| 21:21 - 22:8 | |
| 26:15 – 26:23 | |
| 26:24 - 27:16 | 401, 402, 403. |
| 29:13 - 31:2 | 401, 402, 403. |
| 31:20 - 32:13 | 401, 402, 403. |
| 34:15 - 37:18 | 401, 402, 403. |
| 37:23 - 38:9 | 401, 402, 403. |
| 38:13 - 38:17 | 401, 402, 403. |
| 39:8 - 41:9 | 401, 402, 403. |
| 42:14 - 43:10 | 401, 402, 403. |
| 47:19 - 47:22 | 401, 402, 403. |
| 50:17 - 51:9 | 401, 402, 403. |
| 59:8 - 61:9 | 401, 402, 403. |
| 62:18 - 63:24 | 401, 402, 403. |
| 66:14 - 69:11 | 401, 402, 403. |
| 72:8 - 72:18 | 401, 402, 403. |
| 74:16 - 75:2 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 75:11 - 75:15 | 401, 402, 403. |

**October 27, 2021 Deposition of Harrell Gray**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 17:12 - 17:15 | |
| 17:20 - 17:22 | |
| 18:23 - 18:25 | |
| 20:18 - 21:15 | |
| 21:20 - 21:24 | 401, 402, 403. |
| 22:18 - 22:25 | |
| 24:16 - 24:22 | |
| 25:5 - 25:9 | |
| 25:15 - 25:19 | |
| 25:23 - 27:14 | |
| 28:5 - 28:6 | |
| 31:8 - 31:10 | |
| 32:13 - 33:7 | 401, 402, 403. |
| 34:3 - 34:8 | 401, 402, 403. |
| 37:17 - 37:23 | |
| 38:16 - 38:18 | 401, 402, 403. |
| 39:5 - 39:9 | 401, 402, 403, 602. |
| 39:21 - 40:16 | 401, 402, 403, 602. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 45:2 - 45:11 | |
| 48:11 - 50:9 | |
| 51:22 - 52:2 | |
| 52:9 - 54:4 | 401, 402, 403. |
| 54:8 - 55:12 | 401, 402, 403. |
| 55:16 - 57:4 | 401, 402, 403. |
| 59:4 – 60:19 | |
| 60:20 – 61:6 | 403 |
| 61:24 - 62:1 | 401, 402, 403. |
| 62:6 - 63:13 | 401, 402, 403, 602. |
| 64:6 - 65:25 | 401, 402, 403.  Also, 602 with respect to 65:11-25. |
| 70:13 - 70:21 | 401, 402, 403. |
| 70:22 - 72:11 | 401, 402, 403. |
| 74:16 - 75:2 | 401, 402, 403 |
| 75:16 - 76:18 | 401, 402, 403. |
| 77:21 - 78:10 | 401, 402, 403. |
| 78:24 - 79:15 | 401, 402, 403. |
| 79:17 - 80:8 | 401, 402, 403. |
| 81:17 - 82:2 | 401, 402, 403. |
| 82:4 - 83:6 | 401, 402, 403. |
| 83:8 - 83:20 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 84:22 - 85:2 | |
| 85:5 - 85:9 | |
| 85:12 - 86:2 | |
| 87:15 - 87:22 | 401, 402, 403, 602. |
| 92:20 - 95:2 | 401, 402, 403. |
| 95:24 - 96:3 | 401, 402, 403. |
| 97:18 - 97:21 | 401, 402, 403 |
| 97:22 - 98:20 | 401, 402, 403. |
| 100:11 - 101:14 | |
| 101:16 - 102:13 | |
| 102:14 – 102:17 | |
| 102:18 – 107:9 | 401, 402, 403 |
| 108:2 - 109:2 | 401, 402, 403. |
| 110:17 - 112:17 | 401, 402, 403. |
| 117:14 - 121:11 | |
| 128:19 - 131:17 | 401, 402, 403, 602. |
| 132:6 - 133:13 | 401, 402, 403. |
| 135:8 - 135:18 | 401, 402, 403. |
| 136:6 - 137:9 | 401, 402, 403. |
| 137:21 - 142:4 | 401, 402, 403. |
| 142:6 - 143:6 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 143:10 - 145:9 | 401, 402, 403. |
| 146:8 - 151:5 | 401, 402, 403. |
| 152:3 - 153:14 | 401, 402, 403, 602. |
| 154:9 - 155:12 | 401, 402, 403, 602. |
| 155:25 - 156:13 | 401, 402, 403. |
| 157:9 - 158:2 | 401, 402, 403. |
| 160:24 - 161:21 | 401, 402, 403. |
| 162:8 - 164:10 | 401, 402, 403, 602. |
| 164:17 - 165:25 | 401, 402, 403, 602. |
| 168:5 - 170:19 | 401, 402, 403, 602. |
| 180:24 - 182:9 | 401, 402, 403. |
| 183:9 - 183:20 | 401, 402, 403. |
| 193:9 - 196:23 | 401, 402, 403. |
| 203:16 - 205:18 | 401, 402, 403. |
| 213:12 - 213:19 | |
| 214:15 - 214:21 | |
| 215:5 - 215:14 | |
| 216:17 - 217:10 | |
| 218:5 - 218:18 | |
| 219:13 - 219:25 | |
| 220:7 - 221:13 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 221:22 – 222:11 | |
| 222:12 – 224:10 | 602. |
| 224:12 - 225:11 | |
| 230:10 - 230:13 | 401, 402, 403. |
| 231:2 - 232:2 | 401, 402, 403. |
| 232:6 - 232:21 | 401, 402, 403. |
| 232:22 - 234:15 | 401, 402, 403. |
| 236:8 - 236:19 | 401, 402, 403. |
| 237:5 - 237:15 | 401, 402, 403. |
| 238:22 - 239:15 | 401, 402, 403. |
| 242:20 - 243:8 | 401, 402, 403. |
| 253:14 - 258:17 | 401, 402, 403. |
| 258:19 - 259:6 | 401, 402, 403. |
| 260:11 - 260:24 | 401, 402, 403. |
| 261:7 - 261:14 | 401, 402, 403. |
| 276:5 - 276:9 | |
| 276:19 - 278:16 | |
| 280:13 - 281:25 | |

**October 22, 2021 Deposition of Freddie Hood**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 20:21 - 20:22 | 401, 402, 403. |
| 21:6 - 21:8 | 401, 402, 403. |
| 21:17 - 21:22 | 401, 402, 403. |
| 21:23 - 21:25 | |
| 22:20 - 22:22 | |
| 23:13 - 23:15 | |
| 25:2 | 401, 402, 403. |
| 25:3 – 25:5 | |
| 25:19 - 25:23 | 401, 402, 403. |
| 29:12 – 29:23 | 401, 402, 403. |
| 29:24 - 30:8 | |
| 32:16 - 32:19 | |
| 33:5 - 33:10 | |
| 43:19 - 43:24 | |
| 45:17 - 45:21 | |
| 47:23 - 47:25 | |
| 54:24 - 55:2 | 401, 402, 403. |
| 55:9 - 56:22 | 401, 402, 403. |
| 60:18 - 60:19 | 401, 402, 403. |
| 61:7 - 61:22 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 63:3 - 63:15 | |
| 65:24 - 65:25 | 401, 402, 403. |
| 66:5 - 67:4 | 401, 402, 403. |
| 67:21 - 68:3 | 401, 402, 403. |
| 69:18 - 69:20 | 401, 402, 403. |
| 69:24 - 70:20 | 401, 402, 403. |
| 71:5 - 72:8 | 401, 402, 403. |
| 72:23 - 72:24 | 401, 402, 403. |
| 73:4 - 73:20 | 401, 402, 403. |
| 74:17 - 75:14 | 401, 402, 403. |
| 77:3 - 77:4 | 401, 402, 403. |
| 78:17 - 78:20 | 401, 402, 403. |
| 78:21 - 79:20 | 401, 402, 403. |
| 84:19 - 85:9 | 401, 402, 403. |
| 89:6 - 89:16 | 401, 402, 403. |
| 89:22 - 90:10 | 401, 402, 403. |
| 90:3 - 90:10 | 401, 402, 403. |
| 90:25 - 94:8 | 401, 402, 403. |
| 94:11 - 94:22 | 401, 402, 403. |
| 95:5 - 95:11 | 401, 402, 403. |
| 98:10 - 98:21 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 99:16 - 100:2 | 401, 402, 403. |
| 101:16 - 103:5 | 401, 402, 403. |
| 109:22 - 112:17 | 401, 402, 403. |
| 121:7 - 121:20 | 401, 402, 403. |
| 125:8 - 125:9 | 401, 402, 403. |
| 125:13 - 125:24 | |
| 126:20 - 127:15 | 401, 402, 403. |
| 137:2 - 137:11 | 401, 402, 403. |
| 141:21 - 141:23 | 401, 402, 403. |
| 142:3 - 142:10 | 401, 402, 403. |
| 145:17 - 145:20 | 401, 402, 403. |
| 146:4 - 146:10 | 401, 402, 403. |
| 153:15 - 154:9 | |
| 166:8 - 166:15 | |
| 171:21 - 172:14 | |
| 172:17 - 173:14 | |
| 175:14 - 176:7 | |
| 178:8 - 182:6 | 401, 402, 403. |
| 182:14 - 182:21 | 401, 402, 403. |
| 182:25 - 185:15 | 401, 402, 403. |
| 188:2 - 188:5 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 189:3 - 189:12 | |
| 190:4 - 191:16 | |
| 198:15 - 198:24 | 401, 402, 403. |
| 199:21 - 200:13 | 401, 402, 403. |
| 200:19 - 200:23 | 401, 402, 403. |
| 201:25 - 205:25 | 401, 402, 403. |
| 206:5 - 206:11 | 401, 402, 403. |
| 206:14 - 206:15 | 401, 402, 403. |
| 207:6 - 207:22 | 401, 402, 403. |
| 207:24 – 208:18 | 401, 402, 403. |
| 208:19 – 209:3 | |
| 213:21 - 213:22 | 401, 402, 403. |
| 214:3 - 215:20 | 401, 402, 403. |
| 215:22 - 217:13 | 401, 402, 403. |
| 218:13 - 218:23 | 401, 402, 403. |
| 220:19 - 221:20 | 401, 402, 403. |
| 232:11 - 232:20 | 401, 402, 403. |
| 233:13 - 233:25 | 401, 402, 403. |

*Plaintiffs' counter-designations*

| Plaintiffs' Counter | Defendant's Objection(s) |
|---|---|
| 53:13 - 54:7 | 401, 402, 403. |

| Plaintiffs' Counter | Defendant's Objection(s) |
|---|---|
| 115:2 - 115:12 | 401, 402, 403. |
| 123:8 - 123:11 | |
| 124:3 - 124:8 | |
| 155:5 - 155:20 | |
| 176:21 - 177:2 | |
| 186:2 - 186:11 | 401, 402, 403, 602. |
| 200:9 - 200:13 | 401, 402, 403. |
| 206:16 - 207:5 | 401, 402, 403. |
| 212:7 - 212:12 | |
| 240:10 - 240:12 | |
| 241:2 - 241:2 | 401, 402, 403. |
| 241:6 - 241:6 | 401, 402, 403. |
| 241:25 - 241:25 | 401, 402, 403.  However, Defendant does not object to adding 242:2, which is the answer to the designated question. |
| 242:15 - 242:15 | 401, 402, 403. |

**July 14, 2021 Deposition of Susan Huffman**
**30(b)(6) Witness for Trinity Services Group, LLP**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 8:1 - 8:5 | |
| 8:24 - 9:7 | |
| 9:23 - 10:17 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 11:17 - 11:22 | |
| 22:21 - 23:12 | |
| 23:13 - 23:19 | |
| 27:7 - 27:20 | |
| 28:13 - 28:16 | |
| 33:22 - 34:8 | |
| 37:8 - 37:12 | |
| 38:21 - 38:23 | |
| 40:7 - 40:23 | |
| 41:10 - 41:17 | |
| 41:18 - 42:2 | 401, 402, 403. |
| 43:15 - 43:17 | |
| 43:20 - 44:12 | |
| 46:7 - 46:9 | |
| 47:3 - 47:5 | |
| 52:11 - 52:24 | |
| 53:3 - 53:6 | |
| 55:10 - 55:16 | |
| 63:23 - 64:9 | |
| 60:10 - 64:16 | 602, 701. |
| 65:22 - 66:6 | 602, 701. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 72:10 - 72:13 | |
| 73:18 - 73:20 | 401, 402, 403. |
| 75:14 - 75:18 | |
| 79:24 - 80:4 | |
| 81:13 - 82:6 | 401, 402, 403. |
| 87:22 - 88:24 | |
| 89:8 - 89:16 | |
| 89:17 - 89:25 | |
| 92:14 - 92:25 | 401, 402, 403. |
| 93:5 - 93:15 | 401, 402, 403. |
| 94:7 - 96:21 | 401, 402, 403. |
| 97:24 - 98:14 | 401, 402, 403. |
| 98:15 - 99:7 | 401, 402, 403. |
| 99:14 - 100:6 | |
| 103:11 - 103:14 | |
| 103:19 - 104:2 | |
| 105:2 - 106:19 | |
| 107:6 - 107:11 | |
| 112:8 - 112:13 | |
| 118:18 - 118:24 | 401, 402, 403. |
| 119:24 - 120:25 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 122:5 - 123:3 | |
| 123:7 - 123:16 | |
| 131:3 - 131:17 | |
| 131:18 - 132:3 | 401, 402, 403. |
| 132:4 - 139:9 | |
| 134:13 - 134:16 | |
| 135:18 - 135:21 | |
| 136:2 - 136:8 | |
| 136:12 - 136:14 | |
| 136:21 - 136:23 | |
| 141:11 - 141:24 | |
| 143:9 - 145:3 | |
| 146:6 - 146:22 | |
| 147:20 - 148:5 | |
| 149:5 - 149:14 | 401, 402, 403, 801, 802. |
| 158:14 - 160:4 | |
| 160:21 - 162:2 | |
| 162:8 - 162:21 | |
| 164:1 - 164:7 | |
| 165:19 - 165:23 | |
| 166:6 - 166:14 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 166:24 - 167:9 | |
| 169:3 - 169:24 | |
| 169:25 - 172:2 | |
| 172:19 - 172:25 | 401, 402, 403. |
| 173:11 - 173:17 | |
| 191:25 - 192:1 | |
| 192:10 - 192:14 | |
| 193:4 - 194:19 | |
| 198:25 - 199:7 | |
| 207:21 - 208:11 | |
| 221:14 - 221:19 | |
| 223:16 - 225:25 | |
| 229:24 - 230:7 | |
| 232:12 - 232:17 | 401, 402, 403. |
| 232:18 - 232:23 | 401, 402, 403. |
| 233:1 - 233:12 | 401, 402, 403. |
| 241:7 - 241:19 | |
| 244:5 - 246:7 | 401, 402, 403. |
| 246:8 - 246:11 | 401, 402, 403. |
| 249:12 - 249:19 | 401, 402, 403. |
| 250:4 - 250:11 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 251:2 - 251:16 | 401, 402, 403. |

### October 5, 2021 Deposition of Terrence Lane

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 15:19 - 15:25 | |
| 16:6 - 16:19 | |
| 18:12 - 18:15 | |
| 24:11 - 24:14 | |
| 38:17 - 39:2 | 401, 402, 403. |
| 39:12 - 39:17 | 401, 402, 403. |
| 52:8 - 53:4 | |
| 53:21 - 53:23 | |
| 55:24 - 56:8 | |
| 56:20 - 57:3 | |
| 59:24 - 60:5 | |
| 60:13 - 60:15 | |
| 60:19 - 61:7 | |
| 62:16 - 64:18 | |
| 65:5 - 65:24 | |
| 66:25 - 66:4 | |
| 93:16 - 93:20 | |
| 98:24 - 99:5 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 100:3 - 100:7 | |
| 101:9 - 101:14 | |
| 101:16 - 101:21 | |
| 103:25 - 104:9 | |
| 105:6 - 105:12 | |
| 106:3 - 106:9 | |
| 107:16 - 107:22 | |
| 119:3 - 119:16 | |
| 130:2 - 130:3 | |
| 130:7 - 130:7 | |
| 130:14 - 130:14 | |
| 131:5 - 133:17 | 401, 402, 403. |
| 136:7 - 136:21 | |
| 138:18 - 138:20 | |
| 138:24 - 139:15 | |
| 139:25 - 143:9 | |
| 144:15 - 145:17 | |
| 148:11 - 148:18 | |
| 149:7 - 149:14 | |
| 150:6 - 150:14 | |
| 151:4 - 151:6 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 151:10 - 151:12 | |
| 151:20 - 152:9 | 401, 402, 403. |
| 152:18 - 153:16 | |
| 153:22 - 154:13 | |
| 154:24 - 155:9 | |
| 169:11 - 169:12 | |
| 169:16 - 171:4 | |
| 191:8 - 191:23 | |
| 192:3 - 192:15 | 401, 402, 403. |
| 193:23 - 194:11 | 401, 402, 403. |
| 194:16 - 194:18 | 401, 402, 403. |
| 194:23 - 196:6 | 401, 402, 403. |
| 200:17 - 200:18 | |
| 200:23 - 201:4 | 401, 402, 403. |
| 201:8 - 201:12 | 401, 402, 403. |
| 202:9 - 202:12 | 401, 402, 403. |
| 202:15 - 202:19 | 401, 402, 403. |
| 212:19 - 212:22 | |
| 213:10 - 213:17 | |
| 214:6 - 214:16 | |
| 225:7 - 226:5 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 226:17 - 227:10 | |
| 238:4 - 238:19 | |
| 252:17 - 252:19 | |
| 254:22 - 255:4 | |

*Plaintiffs' counter-designations*

| Plaintiffs' Counter | Defendant's Objection(s) |
|---|---|
| 22:2 - 22:4 | |
| 40:2 - 40:4 | |
| 72:11 - 72:17 | |
| 77:11 - 77:14 | |
| 77:22 - 78:2 | |
| 99:3 - 99:5 | |
| 102:11 - 102:17 | |
| 102:23 - 103:4 | |
| 135:20 - 136:3 | |
| 184:15 - 184:17 | 401, 402, 403. |
| 184:23 - 184:24 | 401, 402, 403. |
| 184:25 - 185:3 | 401, 402, 403. |
| 185:7 - 185:10 | 401, 402, 403. |
| 186:20 - 186:24 | |

| Plaintiffs' Counter | Defendant's Objection(s) |
|---|---|
| 187:16 - 188:4 | 401, 402, 403. |
| 189:6 - 189:15 | 401, 402, 403. |
| 189:24 - 190:9 | |
| 224:16 - 225:6 | 401, 402, 403. |
| 239:8 - 239:24 | |
| 241:23 - 242:2 | |
| 246:13 - 247:11 | 401, 402, 403. |

**October 21, 2021 Deposition of Matthew Moye**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 7:21 - 7:25 | |
| 8:21 - 8:25 | |
| 13:23 - 13:25 | |
| 18:25 - 19:21 | |
| 20:13 - 20:23 | 401, 402, 403. |
| 22:9 - 22:21 | 401, 402, 403. |
| 25:15 - 27:4 | |
| 29:21 - 30:8 | |
| 32:13 - 33:6 | |
| 33:16 - 34:12 | 106.  34:13-18 must be included to maintain the integrity of the testimony. |
| 34:18 - 34:24 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 35:3 - 36:10 | 401, 402, 403. |
| 39:7 - 39:18 | |
| 41:25 - 43:3 | 401, 402, 403. |
| 43:4 - 43:7 | 401, 402, 403. |
| 43:22 - 44:3 | |
| 48:15 - 49:16 | 401, 402, 403. |
| 50:18 - 52:9 | |
| 52:10 - 52:13 | 401, 402, 403. |
| 52:23 - 53:12 | 401, 402, 403. |
| 54:24 - 57:21 | 401, 402, 403. |
| 58:2 - 58:18 | 401, 402, 403. |
| 59:7 - 59:16 | 401, 402, 403. |
| 59:22 - 60:24 | 401, 402, 403. |
| 61:12 - 61:15 | |
| 62:16 - 63:3 | 401, 402, 403. |
| 64:4 - 64:7 | 401, 402, 403, Foundation. |
| 65:16 - 66:12 | 401, 402, 403. |
| 67:15 - 68:20 | 401, 402, 403. |
| 68:24 - 70:6 | 401, 402, 403. |
| 70:22 - 71:20 | 401, 402, 403. |
| 72:3 - 72:19 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 75:5 - 76:10 | 401, 402, 403. |
| 77:3 - 77:18 | 401, 402, 403, Speculation, Foundation. |
| 77:20 - 78:9 | 401, 402, 403, Speculation, Foundation. |
| 84:5 - 84:8 | 401, 402, 403. |
| 84:15 - 87:10 | 401, 402, 403. |
| 88:3 - 88:17 | 401, 402, 403. |
| 89:2 - 89:11 | 401, 402, 403. |
| 92:15 - 93:8 | |
| 96:8 - 96:17 | 401, 402, 403. |
| 97:14 - 100:2 | 401, 402, 403. |
| 100:4 - 100:19 | |
| 101:16 - 103:3 | 401, 402, 403. |
| 104:14 - 104:17 | 401, 402, 403. |
| 104:23 - 106:25 | 401, 402, 403. |
| 109:20 - 110:24 | |
| 121:10 - 122:21 | 401, 402, 403. |
| 127:3 - 127:21 | 401, 402, 403. |
| 127:25 - 128:19 | 401, 402, 403. |
| 128:23 - 130:3 | 401, 402, 403. |
| 131:9 - 131:25 | |
| 132:10 - 132:15 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 132:17 - 133:14 | 401, 402, 403, Speculation, Foundation. |
| 135:6 - 135:12 | 401, 402, 403. |
| 143:22 - 144:14 | 401, 402, 403. |
| 149:19 - 150:22 | |
| 151:9 - 158:11 | 401, 402, 403. |
| 168:13 - 169:18 | 401, 402, 403. |
| 170:3 - 170:16 | |
| 170:22 - 171:11 | |
| 173:6 - 174:6 | 401, 402, 403. |
| 174:8 - 174:17 | 401, 402, 403. |
| 174:23 - 176:18 | 401, 402, 403. |
| 176:22 - 177:24 | 401, 402, 403. |
| 178:10 - 180:23 | 401, 402, 403. |
| 182:7 - 182:11 | 401, 402, 403. |
| 182:12 - 182:16 | 401, 402, 403. |
| 182:18 - 183:5 | 401, 402, 403. |
| 188:6 - 189:22 | 401, 402, 403. |
| 191:12 - 192:10 | 401, 402, 403. |
| 195:14 - 195:17 | 401, 402, 403. |
| 195:23 - 198:4 | 401, 402, 403. |
| 204:14 - 205:8 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 205:12 - 206:16 | |
| 208:3 - 208:3 | 401, 402, 403. |
| 208:6 - 208:6 | 401, 402, 403. |
| 208:10 - 214:7 | 401, 402, 403. |
| 214:16 - 214:21 | 401, 402, 403. |
| 215:12 - 216:2 | 401, 402, 403. |
| 220:24 - 221:10 | 401, 402, 403. |
| 221:25 - 222:5 | 401, 402, 403. |
| 225:23 - 226:22 | 401, 402, 403. |
| 228:15 - 229:20 | 401, 402, 403. |
| 230:5 - 230:20 | 401, 402, 403. |

**October 18, 2021 Deposition of Charlie Peterson**

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 23:21 - 24:16 | |
| 28:2 - 28:7 | |
| 28:21 - 29:11 | |
| 44:3 - 45:8 | 401, 402, 403. |
| 61:9 - 61:12 | |
| 78:25 - 79:4 | |
| 79:12 - 80:2 | |
| 80:17 – 81:2 | |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 81:3 - 82:21 | 401, 402, 403. |
| 111:11 - 114:5 | |
| 135:18 - 136:3 | |
| 136:8 - 136:18 | |
| 152:7 - 153:6 | |
| 156:15 - 157:23 | |
| 158:4 - 158:6 | |
| 170:11 - 173:2 | |
| 173:8 - 174:9 | |
| 182:25 - 184:3 | |
| 184:20 - 184:25 | |
| 186:17 - 186:21 | |
| 187:24 - 188:15 | |
| 210:5 - 210:24 | |
| 211:15 - 212:4 | |
| 214:11 - 215:18 | |
| 216:19 - 216:21 | |
| 217:22 - 218:14 | |
| 222:12 - 222:20 | |
| 222:21 - 223:10 | |
| 232:13 - 234:19 | 401, 402, 403. |

| Plaintiffs' Designation | Defendant's Objection(s) |
|---|---|
| 234:21 - 234:24 | |
| 235:18 - 238:2 | 401, 402, 403 |

*Plaintiffs' counter-designations*

| Plaintiffs' Counter | Defendant's Objection(s) |
|---|---|
| 14:6 - 14:12 | |
| 50:4 - 50:13 | |
| 66:17 - 68:8 | 401, 402, 403. |
| 86:23 - 87:16 | |
| 87:17 - 87:23 | 401, 402, 403, Foundation. |
| 100:20 - 100:25 | |
| 114:7 - 114:10 | |
| 148:5 - 148:21 | 401, 402, 403, Foundation. |
| 154:7 - 154:23 | |
| 159:6 - 159:8 | |
| 192:11 - 193:6 | |
| 196:17 - 197:22 | |
| 211:3 - 211:13 | 401, 402, 403, Foundation. |
| 238:23 - 240:25 | 401, 402, 403, Foundation. |

## September 30, 2021 Deposition of Troy Pollock

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 7:18 - 7:22 | |
| 16:11 - 16:15 | |
| 17:20 - 17:25 | |
| 18:2 - 18:19 | |
| 25:3 - 25:11 | |
| 26:17 - 26:20 | |
| 27:23 - 28:7 | |
| 29:7 - 29:16 | |
| 29:20 - 30:9 | |
| 30:25 - 31:7 | |
| 31:16 - 31:22 | |
| 34:10 - 34:14 | |
| 34:21 - 34:25 | |
| 45:16 - 46:6 | |
| 53:17 - 54:16 | |
| 55:13 - 56:6 | |
| 57:20 - 59:14 | |
| 59:16 - 61:10 | |
| 78:23 - 79:16 | |
| 81:25 - 82:15 | |
| 83:10 - 84:3 | |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 116:25 - 117:18 | |
| 122:23 - 123:15 | |
| 124:11 - 124:20 | |
| 142:12 - 143:5 | 401, 402, 403, Foundation. |
| 144:3 - 145:10 | |
| 148:18 - 149:24 | |
| 151:3 - 152:16 | 401, 402, 403. |
| 155:19 - 156:9 | 401, 402, 403. |
| 160:4 - 164:25 | 401, 402, 403. |
| 166:9 - 167:9 | |
| 167:18 - 168:14 | |
| 168:15 - 169:6 | 401, 402, 403. |
| 169:7 - 169:13 | |
| 169:14 - 170:4 | 401, 402, 403. |
| 180:2 - 181:2 | |
| 210:23 - 211:6 | |
| 211:14 - 211:16 | |
| 222:15 - 222:20 | |
| 222:25 - 223:8 | |

## November 2, 2021 Deposition of Michael Swinton

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|

| Plaintiff's Designation | Defendant's Objection(s) |
| --- | --- |
| 15:17 - 17:25 | |
| 28:7 - 28:18 | 401, 402, 403. |
| 30:6 - 30:11 | |
| 32:21 - 33:6 | |
| 35:13 - 36:7 | 401, 402, 403. |
| 36:23 - 36:25 | 401, 402, 403. |
| 40:11 - 41:10 | 401, 402, 403. |
| 43:23 - 44:14 | 401, 402, 403. |
| 54:11 - 55:24 | |
| 56:22 - 57:5 | |
| 73:25 - 74:20 | |
| 75:21 - 76:10 | 401, 402, 403. |
| 81:8 - 81:20 | 401, 402, 403. |
| 83:25 - 84:6 | 401, 402, 403. |
| 84:22 - 85:7 | 401, 402, 403. |
| 85:13 - 86:14 | 401, 402, 403. |
| 90:20 - 91:13 | |
| 109:10 – 111:20 | 401, 402, 403. |
| 111:21 – 115:7 | |
| 118:5 - 119:22 | |
| 126:10 - 126:23 | |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 128:14 - 130:14 | |
| 134:16 - 135:14 | |
| 137:5 - 137:12 | 401, 402, 403. |
| 159:4 - 159:25 | |
| 169:15 - 169:21 | 401, 402, 403. |
| 169:22 - 170:4 | 401, 402, 403. |
| 178:3 - 178:21 | |
| 179:23 - 180:18 | |
| 180:23 - 181:11 | |
| 181:12 - 183:11 | |
| 185:8 - 185:16 | |
| 186:20 - 187:21 | |
| 190:9 - 191:7 | 401, 402, 403. |
| 193:25 - 194:20 | 401, 402, 403. |
| 195:7 - 195:16 | |
| 205:1 - 209:4 | 401, 402, 403. |
| 209:17 - 211:6 | |
| 214:10 – 215:2 | 401, 402, 403. |
| 215:3 – 216:12 | |
| 216:25 - 217:23 | |
| 219:17 - 221:4 | |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 222:19 - 223:16 | |
| 223:20 - 224:4 | |
| 224:16 - 225:3 | 401, 402, 403. |
| 226:16 - 227:11 | 401, 402, 403. |
| 228:7 - 228:17 | 401, 402, 403. |
| 234:17 - 234:20 | 401, 402, 403. |

**December 1-2, 2021 Deposition of Russell Washburn
30(b)(6) Witness for CoreCivic, Inc.**

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 13:15 - 14:3 | |
| 20:8 - 21:6 | |
| 22:12 - 24:2 | |
| 24:9 - 24:19 | |
| 25:7 - 25:9 | |
| 31:7 - 31:17 | |
| 32:14 - 33:14 | |
| 38:22 - 39:23 | |
| 42:17 - 43:10 | |
| 43:11 - 44:7 | 401, 402, 403. |
| 44:8 - 45:23 | |
| 50:8 - 50:11 | |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 54:3 - 54:18 | |
| 55:14 - 55:15 | |
| 59:20 - 60:6 | |
| 60:17 - 60:22 | |
| 62:4 - 63:16 | |
| 65:13 - 65:22 | 401, 402, 403. |
| 69:2 - 70:15 | 401, 402, 403. |
| 71:22 - 72:23 | 401, 402, 403. |
| 74:12 - 75:6 | 401, 402, 403. |
| 78:9 - 79:9 | 401, 402, 403. |
| 80:9 - 80:14 | 401, 402, 403. |
| 80:24 - 84:14 | 401, 402, 403. |
| 97:13 - 100:15 | |
| 107:19 - 109:18 | |
| 113:11 - 117:7 | 401, 402, 403. |
| 118:24 - 119:12 | |
| 119:19 - 120:3 | |
| 132:18 - 133:19 | |
| 143:2 - 143:15 | |
| 145:24 - 146:2 | |
| 146:18 - 146:20 | |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 150:17 - 152:19 | |
| 156:16 - 156:23 | |
| 159:8 - 159:24 | |
| 162:22 - 167:7 | 401, 402, 403. |
| 168:19 - 169:2 | |
| 173:17 - 174:7 | |
| 178:4 - 180:7 | |
| 184:12 - 184:21 | |
| 186:7 - 186:25 | |
| 188:20 - 189:8 | |
| 190:25 - 199:22 | 401, 402, 403. |
| 203:7 - 203:24 | |
| 204:3 - 204:23 | |
| 206:5 - 206:22 | |
| 212:11 - 214:25 | |
| 212:14 - 214:25 | |
| 215:5 - 215:19 | |
| 216:21 - 217:17 | |
| 217:21 - 218:4 | |
| 218:23 - 222:5 | |
| 224:21 - 225:11 | |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 228:14 - 228:19 | |
| 228:20 - 231:22 | 401, 402, 403. |
| 232:17 - 232:19 | |
| 232:23 - 236:6 | 401, 402, 403. |
| 236:18 - 236:22 | |
| 237:20 - 241:24 | 401, 402, 403. |
| 245:10 - 246:3 | |
| 246:19 - 247:19 | |
| 247:20 - 249:10 | 401, 402, 403. |
| 250:17 - 250:25 | 401, 402, 403. |
| 251:2 - 251:23 | |
| 251:24 - 253:13 | |
| 251:24 - 253:2 | |
| 254:12 - 254:25 | |
| 257:6 - 257:16 | |
| 257:18 - 258:5 | |
| 259:3 - 259:13 | |
| 259:14 - 267:13 | |
| 259:14 - 260:18 | |
| 267:14 - 268:9 | |
| 268:12 - 269:3 | 401, 402, 403, Foundation. |

| Plaintiff's Designation | Defendant's Objection(s) |
|---|---|
| 269:4 - 269:11 | |
| 269:12 – 269:14 | 401, 402, 403. |
| 269:15 – 269:19 | |
| 290:6 - 291:14 | |
| 296:25 - 297:14 | 401, 402, 403. |
| 313:8 - 314:12 | |
| 315:12 - 317:14 | |
| 319:2 - 320:4 | 401, 402, 403 |
| 320:5 - 320:11 | |
| 325:7 - 325:21 | 401, 402, 403 |
| 356:19 - 358:7 | |
| 362:4 - 362:21 | |
| 373:9 - 374:25 | |
| 376:21 - 377:10 | |
| 380:5 - 380:21 | |
| 387:13 - 388:5 | |
| 397:24 - 398:13 | |
| 416:19 - 420:4 | |

Dated:  August 29, 2023

Respectfully submitted,

s/ Jacob B. Lee
Daniel P. Struck *(pro hac vice)*
   Lead Counsel
Rachel Love *(pro hac vice)*
Nicholas D. Acedo *(pro hac vice)*
Ashlee B. Hesman *(pro hac vice)*
Jacob B. Lee *(pro hac vice)*
Eden G. Cohen *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
ecohen@strucklove.com

Jacob D. Massee (GA Bar No. 551890)
Amelia Stevens (GA Bar No. 758771)
OLIVER MANER LLP
PO Box 10186
Savannah, Georgia 31412
Phone: (912) 236-3311
Fax: (912) 236-8725
jmassee@olivermaner.com
astevens@olivermaner.com

Attorneys for Defendant CoreCivic, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Priyanka Bhatt | priyanka@projectsouth.org |
| Meredith B. Stewart | meredith.stewart@splcenter.org |
| Rebecca M. Cassler | rebecca.cassler@splcenter.org |
| Sharada Jambulpati | sharada.jambulpati@splcenter.org |
| Azadeh Shahshahani | azadeh@projectsouth.org |
| Jessica Hasen | jhasen@perkinscoie.com |
| Emily B. Cooper | ecooper@perkinscoie.com |
| Alan B. Howard | ahoward@perkinscoie.com |
| John H. Gray | jhgray@perkinscoie.com |
| Jessica L. Everett-Garcia | jeverettgarcia@perkinscoie.com |
| Gwyn Newsom | gwyn@gnewsomlaw.com |
| Sarah M. Rich | sarah.rich@splcenter.org |
| Christian W. Marcelo | cmarcelo@perkinscoie.com |
| Jacob D. Massee | jmassee@olivermaner.com |
| Amelia Stevens | astevens@olivermaner.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

s/ Jacob B. Lee