**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **WILHEN HILL BARRIENTOS, et al.,** | |
| **Plaintiffs,** | |
| v. | |
| **CORECIVIC, INC.,** | **Civil Action No. 4:18-cv-00070-CDL** |
| **Defendant.** | |

**NOTICE OF FILING PLAINTIFFS' OBJECTIONS TO DEFENDANT'S**
**DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS**

Pursuant to this Court's Order, ECF No. 303, Plaintiffs, through counsel, respectfully submit the following *Notice of Filing Plaintiffs' Objections to Defendant's Deposition Designations and Counter-Designations*.

**Plaintiffs' General Objections to Defendant's Designations and Counter-Designations**

CoreCivic has designated the testimony of three witnesses and counter-designated extensive testimony of twelve witnesses.  Plaintiffs object to CoreCivic's improper designations of depositions by its own current or former employees who, to the best of Plaintiffs' knowledge, may live within the subpoena power of the Court[1]—Freddie Hood, Terrance Lane, and Charlie Peterson—as each of those employees was represented by CoreCivic at their depositions, and is within CoreCivic's control and available to CoreCivic.  Charles Alan Wright et al., Fed. Prac. & Proc. Civ. § 2146 (3d ed. 2005) ("The rules are based on the premise that live testimony is more desirable than a deposition.").  Accordingly, the exception to the rule against hearsay for unavailable witnesses, FRE 804(b)(1)(A), does not apply, and CoreCivic's designations should be

---

[1] Plaintiffs requested that CoreCivic notify Plaintiffs about the availability of each witness on the parties' may-call lists that CoreCivic represented at deposition. As of the time of filing, CoreCivic has not provided this information.

excluded.  Moreover, CoreCivic cannot rely on Federal Rule of Civil Procedure 32(a)(4) which also governs using the deposition of an unavailable witness upon the court's finding of exceptional factors that CoreCivic has not demonstrated here. *See Jauch v. Corley,* 830 F.2d 47, 50 (5th Cir.1987) ("The burden of showing the witness's unavailability . . . rests with the party seeking to introduce the deposition.").

CoreCivic has also improperly designated as "completeness" testimony under FRE 106 several pages of testimony that are not needed to complete the specific testimony addressed. Plaintiffs object to CoreCivic's deposition designations for the additional reason that the testimony (often of CoreCivic employees) involves a witness speculating as to a Stewart Detention Center rule or procedure, or otherwise testifying to facts not within their personal knowledge.  The federal rules permit an adverse party to introduce deposition testimony that "in fairness should be considered with the part introduced." Fed. R. Civ. P. 32(a)(6); *see also* 7 James Wm. Moore, et al., Moore's Federal Practice, § 32.61[2][b][i] (3d ed. 2000) (The "expression, 'in fairness,' under Rule 32(a)(6) embodies, the common law rule of completeness, which is similarly codified -- in Federal Rule of Evidence 106.").  However, the Federal Rules "do[] not require introduction of portions of a statement that are neither explanatory of nor relevant to the passages that have been admitted." *United States v. Hoffecker*, 530 F.3d 137, 192 (3d Cir. 2008) (citation omitted).  Some of the excerpts designated by Defendant are equivocal statements by the witnesses relying on lapsed memory, speculation, assumptions lacking in personal knowledge, and improper opinion testimony. Such designations are unreliable or unduly prejudicial and should be excluded from trial.

**Plaintiffs' Specific Objections to Defendant's Designations**

*October 22, 2021 Deposition of Freddie Hood*

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| 19:12 – 19:19 | No objection. |
| 21:23-25 | No objection. |
| 22:20-22 | No objection. |
| 23:13-14 | No objection. |
| 25:3-6 | No objection. |
| 27:18-24 | Relevance (FRE 401/402) |
| 32:16-19 | No objection. |
| 33:12 – 34:15 | No objection. |
| 42:21 – 43:15 | No objection. |
| 43:19 – 43:21 | No objection. |
| 43:25 – 45:8 | No objection. |
| 49:22 – 51:16 | No objection. |
| 51:21 – 52:3 | No objection. |
| 52:5 – 52:13 | Confusing/Misleading (FRE 403) Improper Opinion Testimony (FRE 701) |
| 52:21 – 52:22 | Confusing/Misleading (FRE 403) Improper Opinion Testimony (FRE 701) |
| 52:24 – 53:11 | No objection. |
| 54:9 – 54:22 | Relevance (FRE 401/402); Beyond the Scope (FRE 106 and FRCP 32(a)(6)) Unduly Prejudicial (FRE 403) Improper Opinion Testimony (FRE 701) |
| 65:24 – 65:25 | No objection. |
| 66:18 – 67:4 | No objection. |
| 113:4 – 113:18 | No objection. |
| 113:22 –114:25 | No objection. |
| 115:13 – 115:23 | No objection. |
| 116:7 – 117:5 | No objection. |
| 124:9 – 124:17 | No objection. |
| 127:16 – 127:22 | Speculation (FRE 602 and 701) Confusing/Misleading (FRE 403) |
| 153:15 – 153:16 | No objection. |
| 156:3 – 156:22 | No objection. |
| 157:10 – 157:17 | Improper Opinion Testimony (FRE 701) Confusing/Misleading (FRE 403) Speculation (FRE 701) |
| 166:8 – 166:15 | No objection. |
| 166:21 – 166:22 | No objection. |

| 166:24 – 167:10 | No objection. |
|---|---|
| 172:3 – 172:14 | No objection. |
| 172:17 – 172:21 | No objection. |
| 172:25 – 174:4 | No objection. |
| 174:20 – 175:13 | Relevance (FRE 401/402). |
| 176:8 – 176:9[2] | Lack of Foundation<br>Speculation (FRE 701) |
| 176:11 – 176:15 | Lack of Foundation<br>Speculation (FRE 701) |
| 176:17 – 176:20 | Lack of Foundation<br>Speculation (FRE 701) |
| 189:3 – 189:16 | Confusing/Misleading (FRE 403) |
| 208:19 – 210:7 | No objection. |
| 211:5 – 212:5 | No objection. |
| 212:13 – 213:4 | No objection. |
| 240:16 – 240:25 | No objection. |
| 241:4 – 241:5 | Lack of Foundation |
| 241:7 – 241:20 | Lack of Foundation |
| 241:22 – 241:24 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 242:4 – 242:5 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 242:7 | Leading (FRE 611(c)) (objection preserved in deposition)<br> Improper Opinion Testimony (FRE 701) |
| 242:10 – 242:14 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 242:16 – 242:21 | Leading (FRE 611(c)) (objection preserved in deposition) |

---

[2] Throughout its designations and counter-designations, CoreCivic has designated counsel's question and then has separately designated the answer. Plaintiffs repeat the same objection(s) for each designation where this has occurred. Therefore, Plaintiffs' objections are fewer than may appear in this Notice.

*October 5, 2021 Deposition of Terrance Lane*

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| 5:16 – 5:21 | No objection. |
| 6:18 – 6:21 | No objection. |
| 9:9 – 10:15 | No objection. |
| 11:25 – 12:5 | No objection. |
| 15:19 – 15:25 | No objection. |
| 16:6 – 16:9 | No objection. |
| 16:12 – 17:2 | No objection. |
| 17:13 – 18:20 | No objection. |
| 18:24 – 19:7 | No objection. |
| 19:10 – 20:20 | No objection. |
| 20:22 – 21:25 | No objection. |
| 22:5 – 24:10 | No objection. |
| 24:21 – 25:12 | No objection. |
| 25:14 – 26:5 | No objection. |
| 29:4 – 30:2 | No objection. |
| 30:7 – 30:25 | No objection. |
| 31:3 – 31:19 | No objection. |
| 32:5 – 32:17 | No objection. |
| 33:2 – 33:13 | No objection. |
| 40:5 – 40:12 | No objection. |
| 40:17 – 41:6 | No objection. |
| 44:20 – 44:24 | No objection. |
| 45:3 – 45:10 | No objection. |
| 45:15 – 45:24 | No objection. |
| 46:15 – 46:16 | No objection. |
| 46:18 – 46:20 | No objection. |
| 48:6 – 49:16 | No objection. |
| 49:18 – 49:21 | No objection. |
| 49:23 – 50:4 | No objection. |
| 52:12 – 52:14 | No objection. |
| 52:17 – 53:10 | No objection. |
| 53:12 – 53:19 | No objection. |
| 53:21 – 53:23 | Lack of Foundation. |
| 54:7 – 54:20 | No objection. |
| 54:22 – 55:21 | Lack of Foundation. |
| 55:24 – 56:10 | No objection. |
| 56:12 – 56:14 | No objection. |
| 56:16 – 56:22 | Confusing/Misleading (FRE 403) |
| 57:2 – 57:3 | No objection. |
| 57:13 – 58:5 | No objection. |
| 58:8 – 58:15 | No objection. |
| 58:17 – 58:21 | No objection. |

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| 58:23 – 59:8 | No objection. |
| 59:10 – 59:15 | No objection. |
| 59:24 – 60:3 | No objection. |
| 61:20 – 62:13 | No objection. |
| 62:16 – 62:21 | Lack of Foundation. |
| 62:23 – 63:2 | Lack of Foundation. |
| 63:4 – 64:18 | No objection. |
| 65:5 – 66:9 | No objection. |
| 66:25 – 67:4 | No objection. |
| 68:3 – 68:14 | No objection. |
| 68:21 – 68:23 | No objection. |
| 68:25 – 69:3 | Lack of Foundation. |
| 69:5 – 69:16 | No objection. |
| 69:18 – 69:21 | Lack of Foundation. |
| 71:6 – 72:10 | No objection. |
| 73:2 – 74:7 | No objection |
| 74:9 – 74:21 | No objection. |
| 74:23 – 75:14 | Lack of Foundation. |
| 75:18 – 75:20 | Lack of Foundation. |
| 79:10 – 79:12 | Lack of Foundation. |
| 79:14 – 79:21 | Lack of Foundation. |
| 79:23 – 80:17 | Improper Opinion Testimony (FRE 701). |
| 80:21 – 80:23 | No objection. |
| 80:25 – 81:5 | No objection. |
| 81:7 – 81:17 | No objection. |
| 81:23 – 82:3 | No objection. |
| 82:5 – 82:8 | No objection. |
| 82:10 – 82:11 | No objection. |
| 82:22 – 82:25 | Relevance (FRE 401/402). |
| 83:3 – 84:7 | Relevance (FRE 401/402). |
| 84:14 – 84:16 | No objection. |
| 84:24 – 84:25 | Lack of Foundation |
| 85:21 – 85:24 | Hearsay (FRE 802) |
| 86:3 – 86:7 | No objection. |
| 86:14 – 86:25 | No objection. |
| 87:7 – 87:8 | Speculation (FRE 701). |
| 87:13 – 87:14 | Hearsay. |
| 87:16 | Hearsay. |
| 87:21 – 88:15 | Lack of Foundation Speculation (FRE 701) Hearsay |
| 88:20 – 88:21 | Lack of Foundation Speculation (FRE 701) |
| 88:23 – 89:2 | Lack of Foundation |

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| | Speculation (FRE 701) |
| 89:4 – 89:8 | Lack of Foundation<br>Speculation (FRE 701) |
| 97:19 – 98:17 | No objection. |
| 98:19 – 99:2 | No objection. |
| 101:15 – 102:10 | No objection. |
| 103:5 – 104:6 | No objection. |
| 106:10 – 108:11 | No objection. |
| 108:20 – 108:22 | No objection. |
| 108:24 – 109:4 | No objection. |
| 109:6 – 109:22 | Lack of Foundation |
| 133:22 – 133:24 | No objection. |
| 134:2 – 134:3 | No objection. |
| 134:5 – 134:18 | No objection. |
| 134:20 – 134:23 | No objection. |
| 134:25 – 135:9 | No objection. |
| 135:11 – 135:14 | No objection. |
| 136:4 – 136:10 | No objection. |
| 136:13 – 136:15 | No objection. |
| 136:17 – 136:21 | No objection. |
| 136:23 – 137:4 | Confusing/Misleading (FRE 403) |
| 137:20 – 137:25 | No objection. |
| 138:4 – 138:20 | No objection. |
| 139:25 – 141:3 | No objection. |
| 141:7 – 141:16 | No objection. |
| 181:19 – 183:24 | Lack of Foundation<br>No Personal Knowledge (FRE 602)<br>Relevance (FRE 401/402) |
| 184:6 – 184:14 | Improper Opinion Testimony (FRE 701) |
| 185:12 – 185:21 | No objection. |
| 186:8 – 186:19 | No objection. |
| 187:7 – 187:15 | No objection. |
| 190:10 – 190:15 | No objection. |
| 190:18 – 191:6 | No objection. |
| 212:17 – 216:2 | No objection. |
| 216:7 – 216:11 | No objection. |
| 216:25 – 217:12 | No objection. |
| 219:6 – 221:25 | No objection. |
| 222:4 – 224:4 | No objection. |
| 225:7 – 226:16 | No objection. |
| 231:22 – 233:4 | No objection. |
| 237:9 – 238:22 | No objection. |
| 240:17 – 241:22 | No objection. |
| 242:11 (starting with | No objection. |

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| "What") – 242:21 | |
| 243:2 – 243:16 | No objection. |
| 244:9 (starting with "So you") – 245:13 | Lack of Foundation. |
| 245:16 – 245:18 | No objection. |
| 247:16 – 250:23 | No objection. |
| 251:23 – 252:12 | No objection. |

*October 18, 2018 Deposition of Charlie Peterson*

| Defendant's Designation | Plaintiffs' Objections |
| --- | --- |
| 8:21 – 8:23 | No objection. |
| 11:20 – 12:19 | No objection. |
| 13:24 – 14:5 | Relevance (FRE 401/402) |
| 18:2 – 22:19 | Relevance (FRE 401/402) Unduly Prejudicial (FRE 403) |
| 23:5 – 27:3 | Relevance (FRE 401/402) Beyond the Scope (FRE 106 and FRCP 32(a)(6)) |
| 28:2 (starting with "As") – 29:14 | For 28:2-28:20:  Relevance (FRE 401/402) Beyond the Scope (FRE 106 and FRCP 32(a)(6)) |
| 48:25 – 49:8 | No objection. |
| 49:12 – 49:17 | Same as above |
| 49:22 – 50:3 | Same as above |
| 50:18 – 51:14 | Relevance (FRE 401/402) |
| 51:18 – 51:21 | Relevance (FRE 401/402) |
| 96:4 – 99:10 | No objection. |
| 100:6 – 100:19 | Lack of Foundation; Speculation (FRE 701) |
| 101:13 – 101:18 | No objection |
| 102:8 – 102:14 | Speculation (FRE 701); No Personal Knowledge (FRE 602) |
| 102:16 – 103:11 | Lack of Foundation; Speculation (FRE 701) Confusing/Misleading (FRE 403) Unduly Prejudicial (FRE 403) |
| 103:13 – 103:15 | Lawyer's questions not evidence |
| 103:17 – 103:24 | Lack of Foundation; No Personal Knowledge (FRE 602); Speculation (FRE 701); Hearsay (FRE 801) |
| 104:3 – 105:11 | Lack of Foundation; |
| 105:14 – 105:19 | Lack of Foundation; No Personal Knowledge (FRE 602) |
| 105:21 – 106:2 | Lack of Foundation; No Personal Knowledge (FRE 602) |
| 106:4 – 106:9 | No Personal Knowledge (FRE 602); Speculation (FRE 701) |
| 106:11 – 106:13 | No Personal Knowledge (FRE 602); |
| 106:15 – 106:17 | Lack of Foundation; Speculation (FRE 701) |
| 106:20 – 109:5 | Lack of Foundation; Speculation (FRE 701) |
| 109:11 – 109:15 | Lack of Foundation |
| 109:19 – 110:4 | Lack of Foundation; Speculation (FRE 701) |
| 111:11 – 111:13 | No objection. |
| 111:21 – 114:2 | No objection. |
| 114:4 – 114:5 | No objection. |
| 126:8 – 126:10 | No objection. |
| 126:14 – 127:6 | No objection. |
| 127:12 – 127:20 | No objection. |
| 128:3 – 128:23 | No objection. |

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| 128:25 – 129:12 | No objection. |
| 129:15 – 129:16 | No objection. |
| 129:19 – 130:14 | No objection. |
| 130:16 – 131:19 | No objection. |
| 132:7 – 132:10 | No objection. |
| 132:18 | No objection. |
| 132:20 – 132:23 | No objection. |
| 134:18 – 134:21 | No objection. |
| 135:13 – 136:3 | No objection. |
| 136:20 – 136:22 | No objection. |
| 136:24 – 136:25 | No objection. |
| 137:3 – 137:18 | Lack of Foundation; Speculation (FRE 701); No Personal Knowledge (FRE 602) |
| 145:13 – 145:16 | No objection |
| 146:23 – 147:2 | No objection |
| 148:23 – 148:24 | No objection |
| 149:2 – 149:16 | Lack of Foundation; Speculation (FRE 701) |
| 149:24 – 150:3 | Lack of Foundation; Speculation (FRE 701) |
| 150:5 – 150:15 | Lack of Foundation; Speculation (FRE 701) |
| 150:17 – 150:23 | No objection. |
| 152:7 – 152:8 | No objection. |
| 152:10 – 152:12 | No objection. |
| 152:14 – 154:6 | No objection. |
| 156:25 – 157:23 | No objection. |
| 159:9 – 159:9 | Completeness (FRE 106) |
| 159:11 – 159:20 | No objection |
| 181:16 – 183:10 | No objection |
| 183:12 – 184:3 | No objection |
| 184:20 – 185:16 | No objection |
| 190:25 – 191:2 | No objection |
| 191:6 – 191:10 | No objection |
| 193:7 – 193:9 | No objection |
| 195:8 – 195:21 | No objection |
| 204:13 – 204:18 | Lack of Foundation; Speculation (FRE 701) |
| 204:20 – 204:23 | Lack of Foundation; Speculation (FRE 701) |
| 204:25 – 205:15 | Lack of Foundation; Speculation (FRE 701) |
| 206:5 – 206:11 | No objection |
| 206:20 – 206:25 | Lack of Foundation; Speculation (FRE 701) |
| 208:22 – 209:12 | Lack of Foundation; Speculation (FRE 701) |
| 216:19 – 216:22 | No objection |
| 216:25 – 218:14 | No objection |
| 218:19 – 220:23 | No objection |
| 220:25 – 221:6 | Lack of Foundation; Speculation (FRE 701) |

10

| Defendant's Designation | Plaintiffs' Objections |
|---|---|
| 221:8 – 221:20 | Lack of Foundation; Speculation (FRE 701) |
| 222:12 – 222:24 | No objection. |
| 223:2 – 223:10 | No objection. |
| 234:8 – 234:11 | No objection. |
| 234:13 – 234:22 | No objection. |
| 235:3-17 | No objection. |
| 235:24 – 236:3 | No objection. |
| 236:5 – 236:25 | No objection. |

## Defendant's Counter-Designations

### *October 14, 2021 Deposition of Droudred Blackmon*

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 13:25 – 14:3 | No objection. |
| 14:17-19 | No objection. |
| 39:10-13 | Speculation (FRE 701)<br>Lack of personal knowledge (FRE 403) |
| 50:8 – 51:4 | No objection. |
| 56:23 – 57:19 | Improper opinion testimony (FRE 701)<br>Lack of personal knowledge (FRE 602)<br>Speculation (FRE 701) |
| 66:25 – 67:15 | No objection. |
| 68:21 – 69:11 | No objection. |
| 97:13-18 | Lack of personal knowledge (FRE 602)<br>Speculation (FRE 701) |
| 113:8-11 | Lack of personal knowledge (FRE 602)<br>Speculation (FRE 701) |
| 116:6-11 | No objection. |
| 116:13 | No objection. |
| 133:12-23 | Speculation (FRE 701) |
| 149:25 – 150:11 | Speculation (FRE 701)<br>Lack of Foundation. |
| 181:18 – 182:4 | Speculation (FRE 701)<br>Lack of personal knowledge (FRE 602) |
| 185:12 – 186:15 | No objection. |
| 186:16-26 | No objection. |
| 192:21-23 | No objection. |
| 196:21 – 197:1 | No objection. |
| 198:16-18 | No objection. |
| 198:23 – 199:7 | No objection. |
| 199:15-25 | No objection. |

| 208:3-14 (Conditional pending resolution of objections to other testimony) | No objection. |
|---|---|
| 210:4-7 (Conditional pending resolution of objections to other testimony) | No objection. |
| 210:14-18 (Conditional pending resolution of objections to other testimony) | No objection. |
| 212:8-11 | Speculative (FRE 701) |

*November 10, 2021 Deposition of Calvin Blue*

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 15:22 – 16:9 | Relevance (FRE 401/402). |
| 18:17-25 | Relevance (FRE 401/402). |
| 21:8-21 | No objection. |
| 45:5-10 | No objection. |
| 46:12-14 | No objection. |
| 47:17 – 48:5 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 48:12-17 | No objection. |
| 49:18 – 50:10 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 50:12-13 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 50:15-17 | Speculation (FRE 701) |
| 51:18-21 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 60:2 | Lawyer question not evidence. |
| 65:7-8 | Speculation (FRE 701) |
| 65:9-13 | Speculation (FRE 701) |
| 78:17 – 79:2 | Speculation (FRE 701) |
| 79:4-10 | Speculation (FRE 701) |
| 127:13-15 | Speculation (FRE 701)<br>Lack of Foundation |
| 127:17 | Speculation (FRE 701)<br>Lack of Foundation |
| 128:17-25 | Speculation (FRE 701)<br>Lack of Foundation |
| 129:5-9 | Speculation (FRE 701)<br>Lack of Foundation |
| 129:11-23 | Speculation (FRE 701)<br>Lack of Foundation |
| 169:6-14 | Speculation (FRE 701)<br>Lack of Foundation |

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 171:25 – 172:13 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 172:24 – 173:16 | No objection. |
| 174:24 – 175:4 | No objection. |
| 193:7-11 | Lawyer question not evidence. |
| 200:4-7 | Speculation (FRE 701) |
| 209:12-13 | Speculation (FRE 701) |
| 209:19 – 201:2 | Speculation (FRE 701) |
| 210:4-6 | Speculation (FRE 701) |
| 211:3-15 | Speculation (FRE 701) |
| 211:16-17 | Speculation (FRE 701) |
| 211:23 – 212:4 | Speculation (FRE 701) |
| 212:8-18 | No objection. |
| 244:25 – 245:3 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 245:5-6 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 245:8-10 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 245:11-12 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 245:14-16 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 245:18-19 | Speculation (FRE 701)<br>No Personal Knowledge (FRE 602) |
| 247:11-13 | No objection. |
| 247:15-16 | No objection. |
| 247:18 | No objection. |
| 247:20-23 | No objection. |
| 248:13-21 | No objection. |
| 248:23-24 | No objection. |
| 249:3-4 | No objection. |
| 249:6-9 | No objection. |

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 291:12-18 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 291:21 – 292:8 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 292:11 – 293:6 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 293:9 – 295:5 | No Personal Knowledge (FRE 602) |
| 295:8-18 | Leading (FRE 611(c)) (objection preserved in deposition)<br>No Personal Knowledge (FRE 602) |
| 297:5-11 | Speculation (FRE 701) |

*November 18, 2021 Deposition of Bethany Brazier*

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 21:12-14 | No objection. |
| 43:19 – 44:5 (Conditional pending resolution of objections to other testimony) | No objection. |
| 113:17-18 | Confusing/Misleading (FRE 403) Speculation (FRE 701) |
| 113:20-22 | Confusing/Misleading (FRE 403) Speculation (FRE 701) |
| 191:12-13 | No objection. |
| 191:15-24 | No objection. |
| 192:3-4 | Lawyer question not evidence. |
| 193:6-10 | No objection. |
| 193:22-25 | No objection. |
| 194:3-9 | No objection. |
| 197:19 – 198:13 | No objection. |
| 202:20 – 203:25 | No objection. |
| 208:17 – 209:8 | No objection. |

*August 23, 2021 Deposition of Marquita Crawford*

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 281:12-17 | No objection. |
| 281:23 – 282:11 | No objection. |
| 282:14-20 | No objection. |
| 293:12 – 294:5 | No objection. |
| 295:1-3 | No objection. |
| 299:22 – 300:10 | Speculation (FRE 701)<br>Lack of Foundation |
| 302:24 – 304:12 | No objection. |
| 305:9-19 | Confusing/Misleading (FRE 403)<br>Speculation (FRE 701) |
| 306:6-9 | No objection. |
| 307:7 – 308:11 | No objection. |
| 308:22 – 309:8 | No objection. |
| 309:15 – 310:1 | No objection. |
| 312:8-19 | No objection. |
| 330:17-21 | No objection. |
| 341:19 – 342:3 | No objection. |
| 350:17 – 351:14 | Speculation (FRE 701) |
| 354:4 (starting with "Do") – 22 | Relevance (FRE 401/402). |
| 360:25 – 361:3 | Confusing/Misleading (FRE 403)<br>Improper Opinion Testimony (FRE 701) |
| 393:21 – 394:12 | No objection. |
| 396:6-13 | Relevance (FRE 401/402) |
| 398:12 – 399:11 | Confusing/Misleading (FRE 403)<br>Improper Opinion Testimony (FRE 701)<br>No Personal Knowledge (FRE 602)<br>Unduly Prejudicial (FRE 403) |

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 399:21 – 400:1 | Lack of foundation |
| 401:4-24 | No objection. |
| 409:14 – 410:7 | No objection. |
| 418:22 – 419:8 | No objection. |
| 427:22 – 428:19 | Lack of Foundation. |
| 430:9 – 431:4 | Hearsay (FRE 802). |
| 436:11 – 438:12 | Relevance (FRE 401/402). |
| 455:3-9 | Relevance (FRE 401/402). |
| 455:13-18 | Relevance (FRE 401/402). |
| 487:8 – 490:4 | No objection. |
| 492:8-14 | No objection. |
| 494:7-18 | No objection. |
| 497:9-20 | No objection. |
| 502:5-13 | No objection. |
| 504:9-18 | Relevance (FRE 401/402). |

*December 3, 2021 Deposition of Juliette Drew*

| Defendant's Counter Designation | Plaintiffs' Objections |
|---|---|
| 18:20 – 19:4 | No objection. |
| 22:9-23 | No objection. |
| 24:15-18 | No objection. |

*October 27, 2021 Deposition of Harrell Gray*

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 31:11-13 | No objection. |
| 213:20 – 214:6 | Relevance (FRE 401/402)<br>Improper Opinion Testimony (FRE 701) |
| 215:15-23 | No objection. |
| 217:14-22 | No objection. |
| 220:2-6 | No objection. |
| 221:15-21 | No objection. |
| 282:3-11 | Hearsay (FRE 802) |

*October 22, 2021 Deposition of Freddie Hood*

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 73:21 – 74:11 | No Personal Knowledge (FRE 602)<br>Confusing/Misleading (FRE 403)<br>Improper Opinion Testimony (FRE 701)<br>Lack of Foundation |

*July 14, 2021 Deposition of Susan Huffman*

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 90:1-18 | No objection. |
| 233:13-22 | No objection. |
| 234:1-7 | Relevance (FRE 401/402). |
| 235:4-9 | Relevance (FRE 401/402). |

*October 5, 2021 Deposition of Terrence Lane*

*Defendant did not offer any independent counter-designations.*

*October 21, 2021 Deposition of Matthew Moye*

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 33:7-15 | No objection. |
| 83:3-5 | No objection. |
| 83:8 – 84:3 | No objection. |
| 93:9-17 | No objection. |
| 107:14 – 108:25 | Speculation (FRE 701) Confusing/Misleading (FRE 403) |
| 108:4-8 | Speculation (FRE 701) Confusing/Misleading (FRE 403) |
| 108:10-12 | Speculation (FRE 701) Confusing/Misleading (FRE 403) |
| 108:14:18 | Speculation (FRE 701) Confusing/Misleading (FRE 403) |
| 111:11 – 112:5 | Lack of Foundation Speculation (FRE 701) |
| 143:4-12 | Improper Opinion Testimony (FRE 701) Lack of Foundation Speculation (FRE 701) |
| 200:2 (starting with "Let's) - 6 | No objection. |

*November 2, 2021 Deposition of Charlie Peterson*

*Defendant did not offer any independent counter-designations.*

### September 30, 2021 Deposition of Troy Pollock

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 213:4-9 | No objection. |
| 213:17-21 | Relevance (FRE 401/402)<br>Unduly Prejudicial (FRE 403)<br>Confusing/Misleading (FRE 403)<br>Improper Opinion Testimony (FRE 701) |
| 217:6 (starting with "If ") – 13 | No objection. |

### November 2, 2021 Deposition of Michael Swinton

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 61:9-16 | No objection. |
| 67:16-23 | No objection. |
| 68:11-19 | Speculation (FRE 701)<br>Lack of Foundation |
| 89:20 – 90:12 | No objection. |
| 90:14-18 | No objection. |
| 99:22 – 100:2 | No objection. |
| 100:5 | No objection. |
| 100:7-10 | No objection. |
| 100:12-16 | No objection. |
| 127:25 – 128:13 | Confusing/Misleading (FRE 403) |
| 130:15-20 | Relevance (FRE 401/402)<br>Unduly Prejudicial (FRE 403)<br>Beyond the Scope ( FRE 106 and FRCP 32(a)(6))<br>Improper Opinion Testimony (FRE 701) |
| 155:20-21 | No objection. |
| 155:23-24 | No objection. |
| 156:2-12 | No objection. |

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 156:14-21 | No objection. |
| 156:23 – 157:16 | No objection. |
| 157:18-24 | No objection. |
| 183:13-14 | Lack of Foundation |
| 183:16-17 | Lack of Foundation |
| 183:19-21 | Lack of Foundation |
| 211:7-12 | No objection. |
| 211:14-18 | No objection. |
| 211:20 – 212:10 | No objection. |

*December 1-2, 2021 Deposition of Russell Washburn*

| Defendant's Counter Designation | Plaintiffs' Objection |
|---|---|
| 50:3-7 | Relevance (FRE 401/402) |
| 50:23 – 51:9 | Speculation (FRE 701)<br>Improper Opinion Testimony (FRE 701) |
| 52:11-14 (ending with "currently.") | Confusing/Misleading (FRE 403) |
| 52:18 – 54:2 | Relevance (FRE 401/402). |
| 101:5-20 | No objection. |
| 101:22 – 102:19 | No objection. |
| 152:25 – 155:14 | No objection. |
| 237:2-16 | No objection. |
| 258:9 – 259:2 | No objection. |
| 360:21 – 362:3 | Improper Opinion Testimony (FRE 701)<br>Beyond the Scope (FRE 106 and FRCP 32(a)(6)) |
| 362:22 – 363:2 | No objection. |
| 363:7 (starting with "I") – 8 | No objection. |
| 363:20 – 366:8 | No objection. |
| 366:11 (starting with "I") – 367:7 | No objection. |
| 367:9-13 | No objection. |
| 368:20 – 369:7 | No objection. |
| 375:16 – 376:20 | No objection. |
| 422:23 – 425:18 | Confusing/Misleading (FRE 403)<br>Duplicative (FRE 611(a)) |
| 425:20 (starting with "Over") – 426:16 | Leading (FRE 611(c)) (objection preserved in deposition) |
| 426:18-22 | Leading (FRE 611(c)) (objection preserved in deposition)<br>Lack of Foundation |

Date: August 29, 2023.

Respectfully submitted,

*/s/ Emily B. Cooper*
Alan B. Howard*
Emily B. Cooper*
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
AHoward@perkinscoie.com
ECooper@perkinscoie.com

Sharada Jambulapati (GA Bar No. 413477)
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
sharada.jambulapati@splcenter.org

Azadeh Shahshahani (GA Bar No. 509008)
Priyanka Bhatt (GA Bar No. 307315)
PROJECT SOUTH
9 Gammon Avenue SE
Atlanta, GA 30315
Telephone: (404) 622-0602
Facsimile: (404) 622-4137
azadeh@projectsouth.org
priyanka@projectsouth.org

Gwyn P. Newsom (GA Bar No. 541450)
GWYN NEWSOM LAW, LLC
P.O. Box 629
Columbus, GA
Telephone: (706) 324-4900
gwyn@gnewsomlaw.com

Meredith B. Stewart*
SOUTHERN POVERTY LAW CENTER
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
meredith.stewart@splcenter.org

Rebecca M. Cassler (GA Bar No. 487886)
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW, Ste. 705
Washington, DC 20036
Telephone: (404) 521-6700
Facsimile: (877) 349-7039
rebecca.cassler@splcenter.org

Jessica L. Everett-Garcia*
John H. Gray*
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
jeverettgarcia@perkinscoie.com
jhgray@perkinscoie.com

Jessica Tseng Hasen*
Christian W. Marcelo
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-3293
Facsimile: (206) 359-9000
jhasen@perkinscoie.com
CMarcelo@perkinscoie.com

*Attorneys for Plaintiffs*
*Admitted pro hac vice