# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | |
|---|---|
| **WILHEN HILL BARRIENTOS**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **CORECIVIC, INC.**, <br><br> Defendant. | **Civil Action No. 4:18-cv-00070-CDL** |

## NOTICE OF SETTLEMENT

Plaintiffs Wilhen Hill Barrientos, Gonzalo Bermudez Gutiérrez, and Keysler Ramón Urbina Rojas and Defendant CoreCivic, Inc., through their respective counsel of record, notify the Court that the Parties have reached a settlement in principle that fully resolves the above-captioned matter. The Parties agree that the settlement currently obviates the need for the Court to proceed with preparation for trial scheduled to begin October 16, 2023. While the Parties are still working through the settlement process, they expect to finalize a settlement agreement by October 12, 2023, and to file an appropriate dismissal by November 2, 2023. In the interest of judicial economy, the Parties request that the Court hold this matter in abeyance until such time as they are able to complete the settlement process and file the appropriate dismissal documents.

Respectfully submitted,

s/ Meredith B. Stewart
Meredith B. Stewart (*pro hac vice*)
   Lead Counsel
SOUTHERN POVERTY LAW CENTER
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Phone: (504) 486-8982
Fax: (504) 486-8947
meredith.stewart@splcenter.org

Rebecca M. Cassler (GA Bar No. 487886)
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW, Ste. 705
Washington, DC 20036
Telephone: (404) 521-6700
Facsimile: (877) 349-7039
rebecca.cassler@splcenter.org

Sarah M. Rich (GA Bar No. 281985)
Sharada Jambulapati (GA Bar No. 413477)
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue
Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
Facsimile: (877) 349-7039
sarah.rich@splcenter.org
sharada.jambulapati@splcenter.org

Alan B. Howard (*pro hac vice*)
Emily B. Cooper (*pro hac vice*)
PERKINS COIE LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711
Phone: (212) 262-6900
Fax: (212) 977-1649
ahoward@perkinscoie.com
ecooper@perkinscoie.com

Jessica Tseng Hasen (*pro hac vice*)
Christian W. Marcelo (*pro hac vice*)
PERKINS COIE LLP

September 29, 2023

s/ Jacob B. Lee
Daniel P. Struck (*pro hac vice*)
   Lead Counsel
Rachel Love (*pro hac vice*)
Nicholas D. Acedo (*pro hac vice*)
Ashlee B. Hesman (*pro hac vice*)
Jacob B. Lee (*pro hac vice*)
Eden G. Cohen (*pro hac vice*)
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
ecohen@strucklove.com

Jacob D. Massee (GA Bar No. 551890)
Amelia Stevens (GA Bar No. 758771)
OLIVER MANER LLP
PO Box 10186
Savannah, Georgia 31412
Phone: (912) 236-3311
Fax: (912) 236-8725
jmassee@olivermaner.com
astevens@olivermaner.com

Attorneys for Defendant CoreCivic, Inc.

1201 Third Avenue, Suite 4900
Seattle, WA 98101
Phone: (206) 359-3293
Fax: (206) 359-9000
jhasen@perkinscoie.com
cmarcelo@perkinscoie.com

Jessica L. Everett-Garcia *(pro hac vice)*
John H. Gray *(pro hac vice)*
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Fax: (602) 648-7000
jeverettgarcia@perkinscoie.com
jhgray@perkinscoie.com

Azadeh Shahshahani (GA Bar No. 509008)
Priyanka Bhatt (GA Bar No. 307315)
PROJECT SOUTH
9 Gammon Avenue SE
Atlanta, GA 30315
Phone: (404) 622-0602
Fax: (404) 622-4137
azadeh@projectsouth.org
priyanka@projectsouth.org

Gwyn P. Newsom (GA Bar No. 541450)
GWYN NEWSOM LAW, LLC
P.O. Box 629
Columbus, GA
Telephone: (706) 324-4900
gwyn@gnewsomlaw.com

Attorneys for Plaintiffs