### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

|  |  |
|---|---|
| **WILHEN HILL BARRIENTOS**, et al., | |
| Plaintiffs, | **Civil Action No. 4:18-cv-00070-CDL** |
| v. | |
| **CORECIVIC, INC.,** | |
| Defendant. | |

### [PROPOSED] ORDER OF DISMISSAL

Consistent with the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), this Action is **DISMISSED WITH PREJUDICE**, each party to bear their own fees and costs.  The Clerk is hereby **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED, this ___ day of_____, 2023.

_____

CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA